A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

       Plaintiff(s)

       vs.

The Socialist People's Libyan Arab Jamahiriya, et al.
       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-CV-00626-PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of __Justin P. Murphy__ as counsel in this
                                       (Attorney's Name)

case for: __Manjula Patel, et al.__
            (Name of party or parties)

4/25/06
Date

_(signature)_
Signature

Justin P. Murphy
Print Name

477718
BAR IDENTIFICATION

1001 Pennsylvania Avenue, NW
Address

Washington, DC  20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number