AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

      Plaintiff(s)      )    **APPEARANCE**

      vs.      )    CASE NUMBER   1:06-CV-00626-PLF

The Socialist People's Libyan Arab
Jamahiriya, et al.
      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael L. Martinez__ as counsel in this
        (Attorney's Name)

case for: __Manjula Patel, et al.__
      (Name of party or parties)

4/25/06
Date

_(signature)_
Signature

347310
BAR IDENTIFICATION

Michael L. Martinez
Print Name

1001 Pennsylvania Avenue, NW
Address

Washington, DC  20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number