AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

        Plaintiff(s)      )
                              )  **APPEARANCE**
                              )
               vs.          )  CASE NUMBER   1:06-CV-00626-PLF
The Socialist People's Libyan Arab    )
Jamahiriya, et al.                      )
        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael L. Martinez   as counsel in this
                                     (Attorney's Name)

case for:  Manjula Patel, et al.
            (Name of party or parties)

4/25/06
Date

*signature*
Signature
Michael L. Martinez
Print Name

347310
BAR IDENTIFICATION

1001 Pennsylvania Avenue, NW
Address

Washington, DC  20004-2595
City     State     Zip Code

(202) 624-2500
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

        Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER   1:06-CV-00626-PLF

The Socialist People's Libyan Arab Jamahiriya, et al.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Justin P. Murphy__ as counsel in this
                (Attorney's Name)

case for: __Manjula Patel, et al.__
     (Name of party or parties)

4/25/06
Date

_/s/ Justin P. Murphy_
Signature

Justin P. Murphy
Print Name

477718
BAR IDENTIFICATION

1001 Pennsylvania Avenue, NW
Address

Washington, DC   20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number