AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

        Plaintiff(s)   )
)
)
        vs.   )   **APPEARANCE**

The Socialist People's Libyan Arab Jamahiriya, et al.   )   CASE NUMBER 1:06-CV-00626-PLF
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Wilma A. Lewis__ as counsel in this
        (Attorney's Name)

case for: __Manjula Patel, et al.__
        (Name of party or parties)

4/27/06
Date

*[Signature]*
Signature

Wilma A. Lewis
Print Name

358637
BAR IDENTIFICATION

1001 Pennsylvania Avenue, NW
Address

Washington, DC  20004-2595
City    State    Zip Code

(202) 624-2500
Phone Number