AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patel, et al.

        Plaintiff(s)  )  **APPEARANCE**

vs.  ) CASE NUMBER 1:06-CV-00626

The Socialist People's Libyan Arab Jamahiriya, et al.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Andy Liu__ as counsel in this
        (Attorney's Name)

case for: __Manjula Patel, et al.__
        (Name of party or parties)

4/28/06
Date

*(signature)*
Signature

Andy Liu
Print Name

454986
BAR IDENTIFICATION

1001 Pennsylvania Avenue, NW
Address

Washington, DC  20004-2595
City   State   Zip Code

(202) 624-2500
Phone Number