AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-19-06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kelly Black | Administrative Assistant |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

   Administrative Max (Super Max), Florence, CO  81226

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left:   Zaid Hassan Abd Latif Safarini

G   Returned unexecuted:

G   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4.00 | $35.00 | $39.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/06
          Date            *Signature of Server*

        100 Justice Center Road, Canon City, CO  81212
        *Address of Server*

*NOTARY PUBLIC*
Andrea
R
Cooper
*STATE OF COLORADO*

Commission expires 6·24·08

Cindrea R. Cooper

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Fremont County Sheriff's Office

| | |
|---|---|
| **Agency**<br>CROWELL MORING | **Case Number**<br>1:06CV00626 |
| **Case Name**<br>MANJULA ET AL VS SOCIALIST PEOPLES LIBY | **Description**<br>PERSONAL SERVICE |
| **Type**<br>SUMMONS & COMPLAINT | **Circuit**<br>DISTRICT/DISTRICT OF COLUMBIA |
| **Return To** | **Date Received**   **Date Expired**<br>05/18/2006          / / |

**Party to be Served**
ZAID HASSAN ABD LATIF SAFARINI #14361-006

| **Last Name**<br>SAFARINI | **First Name**<br>ZAID | **Middle Name** | **Jr / Sr** |
|---|---|---|---|
| **Date Of Birth** / / | **Social Security Number** | **Sex** UNKNOWN | |

**Home Address**
ADMAX FLORENCE, CO. 81226

**Work Name**

**Work Address**
, .

| **Home Phone** | **Bus Phone** | **Work Phone** | **Alt Phone** |
|---|---|---|---|

| **Served On** / / | **Service Fee** $ 35.00 | **Mileage Charges** $ 4.00 |
|---|---|---|

**Additional Notes**

```
        LEDGER #:        06-1021

        SERVED BY:       Kelly Black
        DATE SERVED:     05-19-2006
        TIME SERVED:     10:26am
        PARTY SERVED:    Zaid Hassan Abd Latif Safarini
        RELATIONSHIP:    Self
        WHERE SERVED:    Administrative Max (Super Max), Florence, CO  81226




        NOTES:




        SERVICE ATTEMPTS
        DATE        TIME        INITIALS        DATE    TIME        INITIALS
        _____        _____
        _____        _____
```

**Reason for papers not served:**
_____  Wrong address for defendant
_____  Defendant has moved
_____  Other Reason _____
**Papers Served** _____

(c) 1994 - 2004 Information Technologies, Inc.  St. Louis, MO (314) 991-9115