UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manjula Patel et al.,
Plaintiff(s)

v.

Civil Action No. 06-626 PLF

Socialist Peoples Libyan Arab Jamahiriya, et al.,
Defendant(s)

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 26th day of May, 2006, I mailed:

[ ] Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ] Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[✓] Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[ ] Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100,Washington,D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ] Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By T Davis
Deputy Clerk