*Let this be filed*
*RMU 6/27/06*

5-31-06

To:-
   Honorable, Judge.
   mr, Paul L. Friedman,

Sir, I have received the complaint papers against me & the Government of Libya!! Just few days ago, it's "a civil case" case number, 1:06CV00626.

Well, sir, since I am Foreigner and I didn't understand any thing about the Law of United States, so that I can't comprehend, what exactaly want me to do in this situation?!!! But what I can say now that I deny all the allegation's against me!! however, since I can't afford to appoint attorney to help me in the case I am here requesting your honor to assign me court appointed lawyer! I would highly Appreciate it!!    Thank you very much

                              Sincerely
                         "ZAID SAFARINI"
                              [signature]

A.D.X. colorado, Prison