UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manjula Patel, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>The Socialist People's<br>Libyan Arab Jamahiriya, *et al.*,<br><br>              Defendants. | Civil Action No. 06-00626 (PLF) |

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs Manjula Patel, *et al.*, hereby provide proof of service and evidence of delivery as to Defendants Muammar Qadhafi and Abdallah Senoussi, as set forth in more detail in the attached Declaration of Andy Liu.

Respectfully submitted,

_____
Stuart H. Newberger, D.C. Bar No. 294793
Andy Liu, D.C. Bar No. 454986
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

July 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2006, a true and correct copy of the foregoing was filed via the Court's Electronic Filing/Case Management System. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 19th day of July, 2006 to Defendants Safarini, Qadhafi, and Senoussi, at the following addresses:

Zaid Hassan Abd Latif Safarini
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
5880 Highway 67 South
Florence, CO  81226

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

_____
Peter Eyre

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manjula Patel, *et al.*,

    Plaintiffs,

v.

The Socialist People's
Libyan Arab Jamahiriya, *et al.*,

    Defendants.

Civil Action No. 06-00626 (PLF)

## DECLARATION OF ANDY LIU

I, Andy Liu, hereby declare and state:

1. I am a person not less than eighteen years of age and am not a party to the above-captioned action.

2. On May 26, 2006, in accordance with Fed. R. Civ. P. 4(f), the Clerk of the Court dispatched the Complaint, Summons, and other documents provided by the Court (together with a translation of each document into Arabic) to Defendant Muammar Qadhafi and Defendant Abdallah Senoussi via registered mail, returned receipt requested. According to the Office of the Clerk of the Court, it has not, as of this date, received the return receipt. Documentation of this transmission is attached as Exhibit A.

3. On July 12, 2006, in accordance with Fed. R. Civ. P. 4(f), I served the Complaint, Summons, and other documents provided by the Court (together

with a translation of each document into Arabic) on Defendant Muammar Qadhafi by sending said documents via Federal Express to the following address:

> Muammar Qadhafi
> Libyan External Security Organization
> Ministry of Foreign Affairs
> Tripoli, Libya

On July 13, 2006, at 7:00 pm, the documents were delivered to the Ministry of Foreign Affairs in Tripoli. According to the delivery record provided by Federal Express, "A. Ramadan" accepted and signed for the documents at the Ministry of Foreign Affairs. A copy of the delivery confirmation is attached as Exhibit B.

4. On July 12, 2006, in accordance with Fed. R. Civ. P. 4(f), I served the Complaint, Summons, and other documents provided by the Court (together with a translation of each document into Arabic) on Defendant Abdallah Senoussi by sending said documents via Federal Express to the following address:

> Abdallah Senoussi
> Libyan External Security Organization
> Ministry of Foreign Affairs
> Tripoli, Libya

On July 16, 2006, at 10:11 am, the documents were delivered to the Ministry of Foreign Affairs in Tripoli. According to the delivery record provided by Federal Express, "M. Abuzidi" accepted and signed for the documents the

Ministry of Foreign Affairs. A copy of the delivery confirmation is attached as Exhibit C.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

_____
Andy Liu

Executed in Washington, DC
this 19 day of July, 2006.

# Exhibit A



```
           BENJAMIN FRANKLIN STATION
        WASHINGTON, District of Columbia
                   200042403
                 1050050205-0088
05/26/2006     (202)523-2686      03:36:33 PM

━━━━━━━━━━━━━━ Sales Receipt ━━━━━━━━━━━━━━
Product          Sale    Unit         Final
Description      Qty     Price        Price

Libya - Air Letter-post              $27.35
3 lb.  6.40 oz.
   Return Receipt                     $1.85
   Registered                         $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RA571094398US
     Customs Form #: LC168505194US
                                    ========
           Issue PVI:                $37.10

Libya - Air Letter-post              $27.35
3 lb.  6.50 oz.
   Return Receipt                     $1.85
   Registered                         $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RA571094407US
     Customs Form #: LC288152281US
                                    ========
           Issue PVI:                $37.10

Libya - Air Letter-post              $29.20
3 lb. 10.00 oz.
   Return Receipt                     $1.85
   Registered                         $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RA571094415US
     Customs Form #: LC168505203US
                                    ========
           Issue PVI:                $38.95

Libya - Air Letter-post              $29.20
3 lb. 10.10 oz.
   Return Receipt                     $1.85
   Registered                         $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RA571094424US
                                    ========
           Issue PVI:                $38.95

                                   ─────────
Total:                              $152.10

Paid by:
Amex                                $152.10
   Account #           XXXXXXXXXXXXX1000
   Approval #:         565556
   Transaction #:      963
   23 902891670 4084702547

Bill#:  1001200826102
Clerk:  15

-- All sales final on stamps and postage. --
      Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```

# Exhibit B

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600



July 16, 2006

Delivery Information:

Signed For By:   A. RAMADAN

Delivered to:

Delivery Date:   July 13, 2006

Delivery Time:   07:00 PM

Shipping Information:

Shipment Reference Information: TL101418.0000001

| Tracking No: | 673134026140 | Ship Date: | July 12, 2006 |

Shipper:  
CROWELL & MORING LLP  
1001 PENNSYLVANIA AVENUE NW  
WASHINGTON, DC 20004  
US

Recipient:  
MUAMMAR QADHAFI  
LIBYAN EXTERNAL SECURITY ORGAN  
A/K/A JAMAHIRIYA SECURITY ORGA  
MINISTRY OF FOREIGN AFFAIRS  
TRIPOLI, 234  
LY

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20060716002875777161

This Information is provided subject to the FedEx Service Guide.

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 673134026140 | **Reference** | TL101418.000000 |
| **Signed for by** | A.RAMADAN | | 1 |
| **Ship date** | Jul 12, 2006 | | |
| **Delivery date** | Jul 13, 2006 7:00 PM | **Destination** | TRIPOLI LY |
| | | **Delivered to** | Receptionist/Front Desk |
| | | **Service type** | Priority Pak |
| | | **Weight** | 4.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 13, 2006 | 7:00 PM | **Delivered** | TRIPOLI LY | |
| | 7:20 PM | Arrived at FedEx location | PARIS FR | |
| | 9:06 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 5:34 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 2:27 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:49 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Jul 12, 2006 | 9:12 PM | Left origin | WASHINGTON, DC | |
| | 7:03 PM | Picked up | WASHINGTON, DC | |
| | 4:34 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [          ]          Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          Submit

FROM :AlzajelExpress        FAX NO. :+218214808353        Jul. 16 2006 03:28PM  P2

[FedEx International Priority airbill, shown rotated/sideways. Shipper: Joe Taylor, Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, United States, (202) 624-2500. Recipient: Muammar Qadhafi, Libyan External Security Organ., a/k/a Jamahiriya Security Organ., Ministry of Foreign Affairs, Tripoli (LY). Tracking #: 8731 3402 6140. Ship Date: 12JUL06. Weight: 3.4 LB. Int'l Priority Pak. Ref: L19. Desc: Corr. Signed: Joe Taylor.]

# Exhibit C

FedEx Express           U.S. Mail: PO Box 727         Telephone 901-369-3600
Customer Support        Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



July 16, 2006

Delivery Information:

   Signed For By:   M.ABUZIDI

   Delivered to:

   Delivery Date:   July 16, 2006

   Delivery Time:   10:11 AM

      Shipping Information:

Shipment Reference Information: TL101418.0000001

| Tracking No: | 673134026150 | Ship Date: | July 12, 2006 |
|---|---|---|---|
| Shipper: | CROWELL & MORING LLP<br>1001 PENNSYLVANIA<br>AVENUE NW<br>WASHINGTON, DC 20004<br>US | Recipient: | ABDALLAH SENOUSSI<br>LIBYAN EXTERNAL<br>SECURITY ORGAN<br>A/K/A JAMAHIRIYA SECURITY<br>ORGA<br>MINISTRY OF FOREIGN<br>AFFAIRS<br>TRIPOLI, 234<br>LY |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2006071600297378252

This Information is provided subject to the FedEx Service Guide.

Track Shipments   Quick Help
## Detailed Results

| | | |
|---|---|---|
| **Tracking number** | 673134026150 | **Reference** TL101418.000000 1 |
| **Signed for by** | M.ABUZIDI | |
| **Ship date** | Jul 12, 2006 | |
| **Delivery date** | Jul 16, 2006 10:11 AM | **Destination** TRIPOLI LY |
| | | **Delivered to** Mailroom |
| | | **Service type** Priority Pak |
| | | **Weight** 4.0 lbs. |
| **Status** | Delivered | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 16, 2006 | 10:11 AM | Delivered | TRIPOLI LY | |
| | 7:11 AM | On FedEx vehicle for delivery | TRIPOLI LY | |
| Jul 15, 2006 | 7:41 PM | At local FedEx facility | TRIPOLI LY | |
| | 9:08 AM | Delivery exception | TRIPOLI LY | Holiday - Business closed |
| | 7:21 AM | On FedEx vehicle for delivery | TRIPOLI LY | |
| | 12:14 AM | At local FedEx facility | TRIPOLI LY | |
| | 12:13 AM | Shipment exception | TRIPOLI LY | Held, cleared regulatory agency(s) after aircraft departed |
| Jul 14, 2006 | 11:55 PM | At local FedEx facility | TRIPOLI LY | |
| | 11:33 PM | Int'l shipment release | TRIPOLI LY | |
| | 10:57 PM | In transit | TRIPOLI LY | Package available for clearance |
| | 8:43 AM | In transit | PARIS FR | |
| | 3:16 AM | Departed FedEx location | PARIS FR | |
| | 12:17 AM | Arrived at FedEx location | PARIS FR | |
| Jul 13, 2006 | 9:31 PM | Departed FedEx location | PARIS FR | |
| | 7:46 PM | Arrived at FedEx location | PARIS FR | |
| | 9:06 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 5:34 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 1:29 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:49 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Jul 12, 2006 | 9:14 PM | Left origin | WASHINGTON, DC | |
| | 7:03 PM | Picked up | WASHINGTON, DC | |
| | 4:36 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

| Your Name: | | Your Email Address: | |
|---|---|---|---|

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

FROM : AlzajelExpress          FAX NO. :+218214808353          Jul. 16 2006 03:27PM P1

**FedEx** — DELIVERY RECORD

I hereby certify that all information contained on this Delivery Record is accurate and current. I also understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature: ALAH SDAIF   Employee Number: 605772

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address | Pcs. | Serv. | Time | Status |
|---|---|---|---|---|---|---|---|---|
| | Sobhora Chang | | 7910 4297 2... | Gunnyoki | 1 | P | 9:58 | 1 |
| | Shukry Abdulbashir | | 7910 4963 871 | NAHA oil | 1 | P | 9:05 | 2 |
| | Ahmed Fathy | | 7304976685 | ACCO | 1 | P | 9:45 | 3 |
| | William C... | | 694252572 31 | NADD | 1 | P | 9:55 | 4 |
| | F. DAWO | | 128 6712067 29 | NATKAL oil | 5 | P | | 5 |
| | | | 850206800057 | | | | /9 | 6 |
| | | | 733021629800 | | | | | 7 |
| | | | 86471178966 | Fire oil | | P | 10:25 | 8 |
| | Shuaib Buhew | | 85300954280 | WATIFDAN | | P | 10:44 | 9 |
| | Enos | | ...744-67 | General... | | | | 10 |
| | Elmeghny Osama | | ...7452-71... | ISRY | 1 | P | | 11 |
| | MOHMED IBRHID | | 67318426150 | LIBYAN EX | 1 | P | | 12 |
| | SOLMAN ZARIDA | | 7254948658 | ALZADCO | 1 | P | 11:23 | 13 |
| | FAIZ ABOSOIDA | | 85634701130 | N.C... | 1 | P | 11:43 | 14 |
| | I. ALAMARF | | 8117617 18 | K.Y. TRAD | 1 | P | 12:05 | 15 |
| | | | 85780824035 | 1620 WAI | | P | 12:11 | 16 |
| | Mehroba Kahef | | 85722810790 | THE RAB | 1 | P | 13:30 | 17 |
| | S. M. AHMED | | 7187352245121 | A SEL | 2 | P | | 18 |
| | ...Araj... | | 854477156651 | | | P | | 19 |

EXCEPTIONS Describe below all exceptions that require clarification. Be certain to indicate line number.

Zip / Postal Code Delivered In:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED.
Delivered Pieces: 16
Net Stops: 19
Undelivered Pieces / No. of Pieces that have not received POD:
Late Pieces:
MO DAY YEAR Day of Week: 07 16 06 SU
Route Number Station Number: TAL ITI PA   Page: 1 of 1