AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Manjula Patel, et al,

        Plaintiff(s)       )
                           )  **APPEARANCE**
                           )
                           )
            vs.              )  CASE NUMBER   06-CV-626 (PLF)
The Socialist People's Libyan Arab  )
Jamahiriya, et al.,                )
        Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Arman Dabiri   as counsel in this
                                (Attorney's Name)

case for: Socialist People's Libyan Arab Jamahiriya (please see attached pages)
                       (Name of party or parties)

August 1, 2006                              */s/ A. Dabiri*
Date                                         Signature

463351                                 Arman Dabiri
BAR IDENTIFICATION             Print Name

                                      1725 I Street, N.W., Suite 300
                                      Address

                                      Washington, D.C. 20006
                                      City        State        Zip Code

                                      (202)349-3893 e-mail: armandab@wolrdnet.att.net
                                     Phone Number

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| - ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel submits notice appearance on behalf of the following defendants in the above captioned matter:

1) Socialist People's Libyan Arab Jamahiriya; and

2) Libyan External Security Organization; and

Undersigned counsel further submits notice of special appearance on behalf of the following individual defendants only for their <u>official capacity</u> in the above captioned matter:

3) Muammar Qadhafi; and

4) Abdallah Senoussi.

Counsel <u>does not appear</u> on behalf of the above named individual defendants in their individual capacity as plaintiffs have not served any of the individual defendants. The individual defendants do not waive any defenses relating to Constitutional Personal Jurisdiction.

Dated: August 1, 2006                    Respectfully submitted,


    //s//
Arman Dabiri
Law Offices of Arman Dabiri &
    Associates, P.L.L.C.
1725 I Street, N.W., Suite 300
Washington, D.C. 20006
Tel. (202) 349-3893
Fax. (202) 349-3895
E-mail: armandab@worldnet.att.net

*Counsel for Defendants*