**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR DEFENDANTS' TIME TO RESPOND**

Defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi (hereafter "Libya") move to set a specific date for Libya's time to submit its responsive pleading to plaintiffs' complaint.[1]

Libya stipulates that it has been properly served pursuant to the service provisions of the Foreign Sovereign Immunities Act of 1976 ("FSIA").  28 U.S.C. § 1608.

The time for Libya's response is determined by the statute, codified under 28 U.S.C. § 1608(d), which states:

> **(d)** In any action brought in a court of the United States or of a Sate, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.

It would appear, by way of plaintiffs' proofs of service submitted before the Court as well as counsels consultation, that service pursuant to the FSIA on the Libyan Government

---

[1] Undersigned defense counsel represents only the following defendants:  The Socialist People's Libyan Arab Jamahiriya, The Libyan External Security Organization, Muammar Qadhafi (in his official capacity) and Abdallah Senoussi (in his official capacity).

defendants was made on different dates, ranging from approximately on or about July 13 to July 19, 2006.  In the interest of efficiency, and to avoid any confusion, Libya moves to set the date of October 18, 2006 as the due date, pursuant to 28 U.S.C. § 1608(d), for the Libya's responsive pleading to plaintiffs' complaint.

Undersigned has conferred with counsel for plaintiffs, Stuart Newberger, Esq.  Mr. Newberger does not oppose the instant motion.

**WHEREFORE**, Libya requests that the instant motion be granted in all respects and the date of October 18, 2006 be set for Libya's responsive pleading to plaintiffs' complaint for all defendants represented by undersigned counsel.   A proposed Order is attached hereto.

Dated:	August 11, 2006

Respectfully Submitted,


 //s//
Arman Dabiri
Law Offices of Arman Dabiri &
       Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net


*Counsel for Defendants*