## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No: 06-626 (PLF) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Unopposed motion of defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi is GRANTED.

The date of October 18, 2006 is set for the defendants' responsive pleading to plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2006