UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Manjula Patel, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-00626 (PLF) |
| The Socialist People's | ) | |
| Libyan Arab Jamahiriya, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

Plaintiffs, by and through undersigned counsel, hereby request that the Clerk

of Court enter default against Zaid Hassan Abd Latif Safarini ("Safarini") pursuant

to Fed. R. Civ. P. 55(a), which provides:

> When a party against whom a judgment for affirmative relief is
> sought has failed to plead or otherwise defend as provided by these
> rules and that fact is made to appear by affidavit or otherwise, the
> clerk shall enter the party's default.

Defendant Safarini was served with a proper Summons and Amended

Complaint in this case on May 19, 2006, pursuant to the Federal Rules of Civil

Procedure. *See* May 30, 2006, Affidavit of Summons and Complaint Executed

[Docket Entry 9]. Pursuant to Fed. R. Civ. P. 12(a), which provides that "a

defendant shall serve an answer within 20 days after being served with the

summons and complaint," Defendant Safarini's response was due on or before June

8, 2006. *See also* Docket Entry 9. To date, Defendant Safarini has "failed to plead or otherwise defend by these rules." Fed. R. Civ. P. 55(a). Accordingly, entry of default against Defendant Safarini is appropriate.

Respectfully submitted,

_____

Stuart H. Newberger, D.C. Bar No. 294793
Wilma A. Lewis, D.C. Bar No. 358637
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
Peter J. Eyre, D.C. Bar No. 500053
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

November 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2006, a true and correct copy of the foregoing was filed via the Court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 30th day of November 2006, to Defendants Safarini, Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Zaid Hassan Abd Latif Safarini
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
5880 Highway 67 South
Florence, CO  81226

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

_____
Peter J. Eyre