## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manjula Patel, *et al.*,       )<br>          )<br>          Plaintiffs,   )<br>          )<br>    v.        )<br>          )<br>The Socialist People's   )<br>Libyan Arab Jamahiriya, *et al.*, )<br>          )<br>        Defendants.  )<br>          ) | Civil Action No. 06-00626 (PLF) |

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

Plaintiffs, by and through undersigned counsel, hereby request that the Clerk of Court enter default against Wadoud Muhammad Hafiz Al-Turk ("Al-Turk") pursuant to Fed. R. Civ. P. 55(a), which provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Defendant Al-Turk was served with a proper Summons and Amended Complaint in this case on July 1, 2006, pursuant to the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Plaintiffs' August 4, 2006, Notice of Proof of Service [Docket Entry 17]. Pursuant to Fed. R. Civ. P. 12(a), which provides that "a defendant shall serve an answer within 20 days after being served with the

summons and complaint," Defendant Al-Turk's response was due on or before July 21, 2006. *See also* Docket Entry 17. To date, Defendant Al-Turk has "failed to plead or otherwise defend by these rules." Fed. R. Civ. P. 55(a). Accordingly, entry of default against Defendant Al-Turk is appropriate.

Respectfully submitted,

_____

Stuart H. Newberger, D.C. Bar No. 294793
Wilma A. Lewis, D.C. Bar No. 358637
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
Peter J. Eyre, D.C. Bar No. 500053
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

November 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2006, a true and correct copy of the foregoing was filed via the Court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 30th day of November 2006, to Defendants Safarini, Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Zaid Hassan Abd Latif Safarini
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
5880 Highway 67 South
Florence, CO  81226

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

_____
Peter J. Eyre