## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

The Court having considered the plaintiffs' "Request for Entry of Default" against Defendant Abdallah Senoussi in his individual capacity, Opposition thereto, and all relevant replies, it is hereby

**ORDERED**, that plaintiffs' "Request for Entry of Default" is denied with prejudice.

_____
United States District Judge