Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, ET AL.,

    Plaintiff(s)

Civil Action No. 06-626 OKF

V.

THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA ET AL.,

    Defendant(s)

RE: ABDALLAH SENOUSSI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 7/16/06, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk