UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, *et al.*,

    Plaintiffs,

v.

THE SOCIALIST PEOPLE'S
ARAB JAMAHIRIYA, *et al.*,

    Defendants.

No. 06-CV-00626 (PLF)

## NOTICE OF FILING

At the January 5, 2007, status conference in this case, the Court requested that Plaintiffs' counsel prepare a draft Order for this Court's consideration, relating to the issue of counsel for Defendants Jamal Saeed Abdul Rahim, also known as Fahad Ali Al-Jaseen, Fahd Ali Al-Jassem, Fahad, and Ismael ("Rahim"); Muhammad Abdullah Khalil Hussain Ar-Rahayyal, also known as Khalil Antwan Kiwan, Khalil, and Walid ("Khalil"); Muhammad Ahmed Al-Munawar, also known as Mansoor Al-Rashid, Mansour Abdul Rahman Rashed, Mansoor, and Ashraf Naeem ("Mansoor"); and Wadoud Muhammad Hafiz Al-Turk, Wadoud Muhammad Fahd Al-Turk, Salman Ali El-Turki, Aliman Ali El-Turki, and Bou Baker Muhammad ("Al-Turk"), which is attached hereto.

Dated:       January 12, 2007                Respectfully Submitted,

*[signature]*

Stuart H. Newberger, D.C. Bar No. 294793
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
Peter J. Eyre, D.C. Bar No. 500053
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of January 2007, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 12th day of January 2007, to Defendants Safarini, Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Zaid Hassan Abd Latif Safarini
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
5880 Highway 67 South
Florence, CO 81226

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

_____
Justin P. Murphy