UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, *et al.*,                )
                                        )
       Plaintiffs,              )
                                        )
v.                                      )
                                        )   No. 06-CV-00626 (PLF)
THE SOCIALIST PEOPLE'S                  )
ARAB JAMAHIRIYA, *et al.*,              )
                                        )
       Defendants.              )

## [PROPOSED] NOTICE RELATING TO DEFENDANTS RAHIM, KHALIL, MANSOOR AND AL-TURK

At the January 5, 2007 status conference in this case, the Court requested the parties' views on the status of four individual defendants, Jamal Saeed Abdul Rahim, also known as Fahad Ali Al-Jaseen, Fahd Ali Al-Jassem, Fahad, and Ismael ("Rahim"); Muhammad Abdullah Khalil Hussain Ar-Rahayyal, also known as Khalil Antwan Kiwan, Khalil, and Walid ("Khalil"); Muhammad Ahmed Al-Munawar, also known as Mansoor Al-Rashid, Mansour Abdul Rahman Rashed, Mansoor, and Ashraf Naeem ("Mansoor"); and Wadoud Muhammad Hafiz Al-Turk, Wadoud Muhammad Fahd Al-Turk, Salman Ali El-Turki, Aliman Ali El-Turki, and Bou Baker Muhammad ("Al-Turk"), currently detained in Adiala Jail, in Rawalpindi,

1

Pakistan.[1]  Counsel for the Libyan Defendants stated that he had no opinion on the issue.  Counsel for Plaintiffs expressed the view that it would be beneficial to all parties for these defendants to obtain United States counsel to advise them of their rights in this matter.

Pursuant to the Federal Rules of Civil Procedure, the Court declared on December 1, 2006, that these four defendants are in default because they had failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint.  However, the Court notes that it has received prior e-mail communications from an attorney in Pakistan, M Saleem Sheikh, indicating that he represented Defendants Rahim, Khalil, Mansoor and Al-Turk.  Neither Mr. Sheikh nor other counsel for the four defendants have made an appearance in this matter, as is required by Local Civil Rules 83.2 and 83.6.

If Defendants Rahim, Khalil, Mansoor and Al-Turk wish to defend this action, the Court invites Mr. Sheikh, or other counsel, to enter an appearance in this matter.  To do so, however, counsel must be a member of this Court or a member in good standing of the bar of the highest court in any state in the United States where they maintain their principal law office.  Local Civil Rule 83.8.  If

---

[1]   Counsel for Plaintiffs and Counsel for the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security organization, Muammar Qadhafi, in his official capacity, and Abdallah Senoussi, in his official capacity (together, "Libyan Defendants"), attended and participated in the January 5th status conference.

counsel does not satisfy either of these requirements, they will need to secure local counsel who meets these criteria.[2]

Although the Court cannot compel Defendants Rahim, Khalil, Mansoor and Al-Turk to obtain counsel, it agrees with Plaintiffs' counsel that it would be beneficial to all parties for these defendants to have counsel enter appearances on their behalf and to assist in their defense of this action.

The Court requests that Mr. Sheikh advise the Court by letter, with copies to counsel who are copied below, whether or not he intends to enter an appearance or obtain local counsel to enter an appearance on behalf of Defendants Rahim, Khalil, Mansoor and Al-Turk. If Mr. Sheikh does wish to secure local counsel, but is unable to do so, he should advise the Court of that, as well. WHEREFORE,

IT IS HEREBY ORDERED, that the Clerk of the Court send a copy of this Notice To Defendants Rahim, Khalil, Mansoor and Al-Turk to M Saleem Sheikh by overnight and certified mail to:

M Saleem Sheikh
Advocate of Supreme Court of Pakistan
Law Chamber No 2 Block D
District Courts
Rawalpindi 46000
Pakistan

IT IS SO ORDERED.

_____
Honorable Paul L. Friedman
United States District Court Judge

_____

[2] For more information, counsel may consult the local rules on our Court's website: http://www.dcd.uscourts.gov/rules.html.

cc: Stuart Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Arman Dabiri
Law Offices of Arman Dabiri &
Associates, P.L.L.C.
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006