**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi (hereafter "Libya") and plaintiffs submit the following joint status report pursuant to the Court's bench Order of January 5, 2007.[1] Counsels for parties have conferred and submit the following report to the Court:

1. Libya, pursuant to permission granted by the Court, will substitute its "Opposition to Plaintiffs' Request for Entry of Default", filed on November 30, 2006 (Docket Document No. 30) as a motion to vacate default entered by the Clerk of the District Court against Abdallah Senoussi in his individual capacity.

    a) Libya will file a short supplementary memorandum in support, not to exceed five pages, by January 19, 2006. The parties will then follow the schedule prescribed by the Federal Rules for submission of plaintiffs' opposition and Libya's reply.

---

[1] Undersigned defense counsel represents only the following defendants: The Socialist People's Libyan Arab Jamahiriya, The Libyan External Security Organization, Muammar Qadhafi (in his <u>official</u> capacity) and Abdallah Senoussi (in his <u>official</u> capacity).

2. Libya does not take a position regarding the issue of legal counsel for the individual Pakistani defendants currently incarcerated, according to plaintiffs' complaint, in Pakistan.

Undersigned has conferred with counsel for plaintiffs, Stuart Newberger, Esq., who has authorized undersigned counsel to file the instant report on behalf of the parties.

Dated:        January 12, 2007

Respectfully Submitted,


_//s//_____
Arman Dabiri
Law Offices of Arman Dabiri &
        Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net


*Counsel for Libyan Defendants*