# EXHIBIT B



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595  ■  p202 624-2500  ■  f202 628-5116

May 22, 2006

Andy Liu
(202) 624-2907
aliu@crowell.com

4429: jfw
101418.0000001

**VIA HAND DELIVERY**
Ms. Nancy Mayer-Whittington
Clerk, United States District Court
 for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

      Re:   Service of Process in *Patel, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-cv-00626-PLF (D.D.C.)

Dear Ms. Mayer-Whittington:

      I am writing in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this civil action on the Defendants, the Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization.

      This is an action against Libya and one of its political subdivisions.  The case was filed pursuant to provisions of the Foreign Sovereign Immunities Act.  Because the United States has no diplomatic relations with either Defendant nation, Congress has directed, pursuant to 28 U.S.C. § 1608(a)(3), that the Clerk of Court send a copy of the summons and complaint and a notice of suit, together with a translation of each (in this case a translation into Arabic), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of court to the head of the ministry of foreign affairs of the foreign state concerned."

      In light of the foregoing, I have enclosed for service on the Defendants in the manner prescribed by 28 U.S.C. § 1608(a)(3): (1) one copy of the Complaint for each Defendant; (2) one copy of the summons for each Defendant; (3) one copy of the Notice of Suit for each Defendant; and (4) one copy of each document translated into Arabic, the official language of the Libya, for each Defendant.  Please take the necessary steps to effect service in this matter.  In accordance with the statutory requirement, service should be attempted on the Libyan Defendants by certified United States mail addressed to:

            The Ministry of Foreign Affairs
            Socialist People's Libyan Arab Jamahiriya
            Tripoli, Libya

Crowell & Moring LLP  ■  www.crowell.com  ■  Washington  ■  Irvine  ■  London  ■  Brussels

Ms. Nancy Mayer-Whittington
May 22, 2006
Page 2

      I understand from your practice in other cases that you may simply prepare the appropriate materials for mailing and return them to us to handle the actual mailing and payment of certified mailing expenses. If that is so, please telephone me when the materials are ready and I will have someone come and pick up the materials.

      If you have any questions or need additional information, or if I have proceeded incorrectly in sending these materials to you, please contact me at (202) 624-2907. Thank you in advance for your assistance and prompt attention to this matter.

                                            Sincerely yours,

                                            Andy Liu

Enclosures