# EXHIBIT C

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

# crowell⬤moring

Andy Liu
(202) 624-2500
aliu@crowell.com

June 26, 2006

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1194:pje
101418.0000001

**VIA HAND DELIVERY**
Ms. Nancy Mayer-Whittington
Clerk, United States District Court
 for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

Re:   Service of Process in *Patel, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-cv-00626-PLF (D.D.C.)

Dear Ms. Mayer-Whittington:

I previously wrote to you on May 22, 2006, asking that service on Defendants, the Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization, in this civil action be effected through your office pursuant to 28 U.S.C. § 1608(a)(3). Since more than thirty days have now elapsed without any response from these Defendants, I hereby request that the alternative means of service via 28 U.S.C. § 1608(a)(4) be effected by your office.

This is an action against the Socialist People's Libyan Arab Jamahiriya, one of its political subdivisions, and several of its high ranking officials and agents, filed pursuant to provisions of the Foreign Sovereign Immunities Act. Congress has directed, pursuant to 28 U.S.C. § 1608(a)(4), that the Clerk of the Court send two copies of the summons, complaint, and notice of suit, together with a translation of each (in this case, a translation into Arabic), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels. Your office has previously undertaken this process on a number of occasions, including in *Anderson v. Islamic Republic of Iran*, Civil Action No. 99-3279-RCL and *Kilburn v. Islamic Republic of Iran et al.*, Civil Action No. 01-01301-RMU.

Accordingly, I have enclosed for service on the Defendants, the Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization, in

Ms. Nancy Mayer-Whittington
June 26, 2006
Page 2

the manner prescribed by 28 U.S.C. § 1608(a)(4): (1) two copies of the complaint for each Defendant; (2) two copies of the summons for each Defendant; (3) two copies of the notice of suit for each Defendant; and (4) two copies of each document translated into Arabic, the official language of the Socialist People's Libyan Arab Jamahiriya. In addition, I have enclosed copies of the Foreign Sovereign Immunities Act for each Defendant. Please take the necessary steps to effect service in this matter.

If you have any questions or need additional information, please contact me at 202-624-2907. Thank you in advance for your assistance and prompt attention to this matter.

Sincerely yours,

Andy Liu

Enclosures

2788194