UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANJULA PATEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S | ) | |
| ARAB JAMAHIRIYA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

Plaintiffs, by and through their undersigned counsel, hereby give notice of the filing of the attached April 3, 2007 Order granting summary affirmance in *Pugh, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, No. 06-7167 (D.C. Cir. Apr. 3, 2007) ("Order"). In that Order, the United States Court of Appeals for the District of Columbia Circuit found that because "Libya was designated as a state sponsor of terrorism at the time the alleged acts occurred, it is not entitled to sovereign immunity, even though it was later removed from the list of state sponsors of terrorism." That Order affirmed Judge Kennedy's earlier determination that a terrorism case against Libya should not be dismissed merely because Libya was now off the terrorism list.

The Order is directly relevant to this case given that it rejects the same argument that the Libyan Defendants have now advanced in their motion to

dismiss, dated October 18, 2006 – that this Court lacks subject matter jurisdiction over Plaintiffs' claims because "Libya's designation as a state sponsor of terrorism was has [sic] also been removed and its sovereign immunity has been reinstated." Libyan Defendants' Motion at 9. The Libyan Defendants were referring to the fact that by virtue of a 2006 Presidential Determination, Libya was removed from the list of those countries designated as state sponsors of terrorism. As it did in *Kilburn v. Islamic Republic of Iran,* the D.C. Circuit in *Pugh* has again expressly rejected the Libyan Defendants' argument that this recent Presidential Determination divests the Court of jurisdiction over claims relating to pre-2006 terrorist acts.[1]

Respectfully submitted,

Stuart H. Newberger, D.C. Bar No. 294793
Wilma A. Lewis, D.C. Bar No. 358637
Andy Liu, D.C Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

*Counsel for Plaintiffs*

May 1, 2007

---

[1]     On October 19, 2006, the D.C. Circuit granted summary affirmance of the identical issue in *Kilburn v. Islamic Republic of Iran,* No. 06-7127 (D.C. Cir. Oct. 19, 2006). Similar to *Pugh,* the D.C. Circuit affirmed Judge Urbina's rejection of the same argument Libya now advances in this Court.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2007, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 1st day of May 2007, to Defendants Safarini, Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Zaid Hassan Abd Latif Safarini
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
5880 Highway 67 South
Florence, CO 81226

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

_____
Justin P. Murphy

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7167

September Term, 2006

02cv02026

**Filed On:**

Robert L. Pugh, Individually on his own behalf and as
Executor of the Estates of Bonnie Barnes Pugh and
Malcolm R. Pugh, et al.,
                    Appellees

v.

Socialist People's Libyan Arab Jamahiriya, et al.,
                    Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    APR - 8 2007

CLERK

**BEFORE:**    Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion for summary reversal, the opposition thereto,
and the reply; and the motion for summary affirmance, which includes a request for
costs, and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be granted and the motion
for summary reversal be denied. The merits of the parties' positions are so clear as to
warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297
(D.C. Cir. 1987) (per curiam). The district court properly denied the motion to dismiss
for lack of subject-matter jurisdiction. Because Libya was designated as a state
sponsor of terrorism at the time the alleged acts occurred, it is not entitled to sovereign
immunity, even though it was later removed from the list of state sponsors of terrorism.
See 28 U.S.C. § 1605(a)(7); Acree v. Republic of Iraq, 370 F.3d 41, 56 (D.C. Cir. 2004);
Kilburn v. Socialist People's Libyan Arab Jamahiriya, 376 F.3d 1123, 1126-27, 1133
(D.C. Cir. 2004); Kilburn v. Islamic Republic of Iran, No. 06-7127 (D.C. Cir. Oct. 19,
2006); see also Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132,
§ 221(c), 110 Stat. 1214, 1243; Republic of Austria v. Altmann, 541 U.S. 677, 697-700
(2004). It is

**FURTHER ORDERED** that the request for costs be denied. There are no
allowable costs taxable against appellants in this case. See D.C. Cir. Rule 39(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App.
P. 41(b); D. C. Cir. Rule 41.

**Per Curiam**