UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, individually on her own behalf and as executor of the Estate of Surendra Patel, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.,<br><br>Defendants. | Civil Action No. 06-0626 (PLF) |

ORDER

It is hereby ORDERED, pursuant to Local Civil Rule 83.10, that Geoffrey S. Stewart, Esquire is appointed to represent defendant Zaid Hassan Abd Latif Safarini in further proceedings in this case. He is requested to promptly enter a formal appearance in the case on behalf of Mr. Safarini.

SO ORDERED.

\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2007

cc:  Zaid Safarini, 14361-006
     USP Florence Admax
     U.S. Penitentiary
     P.O. Box 8500
     Florence, CO 81226

Geoffrey Stewart, Esq.
Jones Day
51 Louisiana Ave., NW
Washington, D.C. 20001

Robert Tucker, Esq.
Federal Public Defender for D.C.
625 Indiana Ave., NW
5th Floor
Washington, D.C. 20004

Stuart H. Newberger, Esq.
Justin P. Murphy, Esq.
Michael L. Martinez, Esq.
Wilma A. Lewis, Esq.
Andy Liu, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Arman Dabiri, Esq.
Law Offices of Arman Dabiri & Associates, P.L.L.C.
1725 I Street, NW
Suite 300
Washington, DC 20006