AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MANJULA PATEL, et al.,

       Plaintiff(s)             )     **APPEARANCE**

       vs.                          )     CASE NUMBER   06-0626 (PLF)

THE SOCIALIST PEOPLE'S LIBYAN
ARAB JAMAHIRIYA, et al.,
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Geoffrey S. Stewart   as counsel in this
                                   (Attorney's Name)

case for:   Zaid Safarini, Defendant
                  (Name of party or parties)

May 18, 2007                              */s/ Geoffrey S. Stewart/pm*
Date                                        Signature

                                        Geoffrey S. Stewart
287979                                 Print Name
BAR IDENTIFICATION
                                        51 Louisiana Avenue, N.W.
                                        Address

                                        Washington, DC  20001
                                        City       State       Zip Code

                                        202-879-5445
                                        Phone Number