UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
MANJULA PATEL,                        )
individually on her own behalf and      )
as executor of the Estate of Surendra    )
Patel, et al.,                                  )
              Plaintiffs,                         )
                                                )
              v.                                   )        Civil Action No. 06-0626 (PLF)
                                                )
THE SOCIALIST PEOPLE'S        )
LIBYAN ARAB JAMAHIRIYA, et al.,    )
                                                )
             Defendants.                       )
_____)


ORDER

         This matter comes before the Court on the motion to dismiss of defendants Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi in his official capacity, and Abdallah Senoussi in his official capacity.[1]  Upon careful consideration of the arguments of the parties as set forth in their briefs and the entire record in this case,  it is hereby

         ORDERED that defendants motion to dismiss [20] is DENIED; it is

         FURTHER ORDERED that the plaintiff and those defendants who are represented by counsel in this case shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, and submit a joint report to the Court on or

---

[1]     There is no indication that Muammar Qadhafi or Abdallah Senoussi have been served in their individual capacities.  See April 19, 2007 Memorandum Opinion and Order (vacating Clerk of Court's entry of default judgment against Senoussi in his individual capacity due to lack of service on him in his individual capacity).

before July 13, 2007, addressing those matters set forth in the Rules, as well as the issue of whether defendants seek to limit discovery at this time to the question of jurisdiction only; and it is

FURTHER ORDERED that a meet and confer status conference is set for July 23, 2007 at 9:30 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 29, 2007