AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MANJULA PATEL, et al.,

        Plaintiff(s)  )  **APPEARANCE**
)
vs.  )  CASE NUMBER   06-0626 (PLF)
THE SOCIALIST PEOPLE'S LIBYAN  )
ARAB JAMAHIRIYA, et al.,  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David T. Miller__ as counsel in this
                                  (Attorney's Name)

case for:__Zaid Safarini__
               (Name of party or parties)

July 10, 2007                                    _[signature]_
Date                                             Signature

                                                 David T. Miller
                                                 Print Name
492485
BAR IDENTIFICATION                               51 Louisiana Avenue, N.W.
                                                 Address

                                                 Washington, DC   20001
                                                 City        State      Zip Code

                                                 202-879-3939
                                                 Phone Number