UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANJULA PATEL, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RULE 26(f) REPORT AND FOR A POSTPONEMENT OF THE JULY 23, 2007 STATUS CONFERENCE**

Plaintiffs Manjula Patel, *et al.* respectfully move for an extension of time from July 13, 2007 until <u>August 21, 2007</u> to file a joint report pursuant to the court's June 29, 2007 Order. Plaintiffs also respectfully move to postpone the meet and confer status conference that is currently set for July 23, 2007 until <u>September 5, 2007</u>, or such other date amenable to the court. In support of this motion, the Plaintiffs represent:

1.  Undersigned counsel has spoken with Attorney Arman Dabiri, who represents the Socialist People's Libyan Arab Jamahiriya ("Libya"), the Libyan External Security Organization ("LESO"), Muammar Qadhafi and Abdallah Senoussi (collectively, "the Libyan defendants"), and with Attorney David Miller,

who represents defendant Zaid Safarini, and both have no objection to the requested extension.

2. On Friday, June 29, 2007, the court entered an Order denying the motion to dismiss of the Libyan defendants. Order, dated June 29, 2007. The court ordered "that the plaintiff and those defendants who are represented by counsel in this case shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3 and submit a joint report to the Court on or before July 13, 2007, addressing those matters set forth in the Rules, as well as the issue of whether defendants seek to limit discovery at this time to the question of jurisdiction only." *Id.* The court also set a "meet and confer status conference" for July 23, 2007. *Id.*

2. Due to a number of preexisting scheduling conflicts, the parties have been unable to meet and confer. These scheduling conflicts include lead counsel for the Libyan defendants' preexisting vacation plans, lead counsel for the plaintiffs' overseas travel in other cases, and the scheduling of approximately 40 depositions across the country in July in *Pugh v. Socialist People's Libyan Arab Jamahiriya*, Civil Case No. 02-02026 (D.D.C), all of which have to be attended by lead counsel for the Libyan defendants. In addition, lead counsel for the plaintiffs and the Libyan defendants are preparing for trial in the damages phase of the *Pugh* case, which is set for August 13-16, 2007. Furthermore, counsel for Mr. Safarini has also advised that due to the logistical difficulties in communicating with Mr. Safarini, who is incarcerated at the United States Penitentiary in Florence, Colorado in the ADMAX

facility, additional time would facilitate his counsel's ability to discuss these matters with him.

3. The parties will begin discussions on the matters set forth in the Rules as soon as possible. This additional time will allow the parties the greatest opportunity to minimize, or eliminate, any areas of disagreement before the filing of a Joint Report.

WHEREFORE, the Plaintiffs respectfully request an extension until August 21, 2007 to file a joint report and a postponement of the meet and confer status conference to September 5, 2007, or such other date that is amenable to the court.

July 12, 2007

Respectfully submitted,

_____
Stuart H. Newberger, DC Bar #294793
Wilma A. Lewis, DC Bar #358637
Andy Liu, DC Bar #454986
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOCIALIST PEOPLE'S )<br>ARAB JAMAHIRIYA, *et al.*, )<br>)<br>Defendants. ) | No. 06-CV-00626 (PLF) |

## [PROPOSED] ORDER

Upon careful consideration of Plaintiffs' Unopposed Motion for Extension of Time to File a Rule 26(f) Report and for a Postponement of the July 23, 2007 Status Conference ("Unopposed Motion"), it is hereby

ORDERED that Plaintiffs' Unopposed Motion for an extension of time until August 21, 2007 for the parties to file a joint report is GRANTED; and it is

FURTHER ORDERED that a meet and confer status conference is set for September 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge

DATE: July __, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July 2007, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 12th day of July 2007, to Defendants Qadhafi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Muammar Qadhafi  
Libyan External Security Organization  
Ministry of Foreign Affairs  
Tripoli, Libya

Jamal Saeed Abdul Rahim  
Adiala Jail  
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal  
Adiala Jail  
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar  
Adiala Jail  
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk  
Adiala Jail  
Rawalpindi, Pakistan

                                                               _____  
                                                               Peter Eyre