**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, )<br>)<br>Plaintiff, )<br>)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.,* )<br>)<br>Defendants. ) | Civil Case No: 06-626 (PLF) |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to LCvR 7(h) and LCvR 56.1, the defendants, the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi (in his official capacity), and Abdallah Senoussi (in his official capacity) (hereafter "Libya") submit the following statement of material facts as to which there is no genuine issues:

1. The plaintiffs' in the above captioned case filed suit against the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi and Abdallah Senoussi on April 05, 2006. (Plt. Compl., Docket Entry No.1).

2. The case arises out of the alleged hijacking of Pan American Flight 73 (hereafter "Pan Am 73") on September 5, 1986 in Karachi Pakistan by members of the Abu Nidal Organization (hereafter "ANO"). (Comp. at 23 - 24).

3. The bar to filing of suit against Libya due to foreign sovereign immunity was removed by the enactment of the April 24, 1996 Amendment to the FSIA codified under <u>28 U.S.C. § 1605(a)(7)</u>.

4. The causes of action which give rise to the suit arose almost 20 years prior to

plaintiffs' filing of suit against Libya in the United States District Court for the District of Columbia.

5. Five men who participated in the 1986 hijacking of Pan American Flight 73 were prosecuted and convicted to death (later commuted) for their roles in the incident in Pakistan in 1988.[1]

6. A grand jury in the District of Columbia, on August 29, 1991, returns a 126-court indictment against the convicted individuals in Pakistan.

7. On June 19, 2000, the District Court in the District of Columbia granted the request of the Department of Justice to unseal the August 19, 1991 sealed indictment. All details of the criminal charges were made public and were available to plaintiffs in the above captioned case.

8. On September 28, 2001, Zai Hassan Abd Latif Safarini, one of the defendants in the above captioned matter, was captured by the Federal Bureau of Investigation in Pakistan after his release from jail in Pakistan.

9. A superceding public indictment was issued by a grand jury in the District of Columbia which served as the basis of the criminal trial before the District Court against defendant Safarini on August 28, 2002. (Compl. at 106).

10. On December 16, 2005, defendant Safarini entered a plea of guilty in the United

---

[1] The chronology of events leading to the criminal prosecution of defendant Safarini are obtained from the United States Department of Justice web page dedicated to Pan American Flight 73 at http://www.usdoj.gov/usao/dc/Victim_Witness_Assistance/Pan_Am_Sig_Events.html (Comp. at 105).

States District Court to the entire 95 count superceding indictment against him arising out of the hijacking of Pan American Flight 73 in Karachi, Pakistan.

11. On May 12 and 13, 2004, a sentencing proceeding was held before Honorable Judge Sullivan. As a result of letters previously mailed to the victims and family members, informing them of the sentencing proceeding, over fifty victims and family members were in attendance before the District Court. (Comp. at 105 - 106).

12. Plaintiffs' did not file suit against Libya until almost 10 years after the removal of foreign sovereign immunity bar to suit pursuant to the 1996 Terrorism Amendment to the FSIA.

Dated:   August 22, 2007                        Respectfully submitted,


                                                 //s//
                                                Arman Dabiri
                                                Law Offices of Arman Dabiri
                                                       & Associates, P.L.L.C.
                                                1725 I Street, N.W.
                                                Suite 300
                                                Washington, D.C. 20006
                                                Tel. (202) 349-3893
                                                E-mail: aarmandab@worldnet.att.net


                                                *Counsel for defendants*