IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' motion for summary judgment, the plaintiffs' opposition thereto, and defendants' reply, it is hereby

**ORDERED** that the defendants' motion for summary judgment is granted, and it is further

**ORDERED** that the plaintiffs' complaint is dismissed with prejudice.

Dated:_____, 2007.

_____
UNITED STATES DISTRICT JUDGE