UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, *et al.*,  )
               Plaintiffs,  )
      v.  )  No. 06-CV-00626 (PLF)
THE SOCIALIST PEOPLE'S  )
ARAB JAMAHIRIYA, *et al.*,  )
               Defendants.  )

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Strike Defendants' Motion for Summary Judgment, and for the Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion, dated August 31, 2007, IT IS

HEREBY ORDERED, that the Libyan Defendants' Motion for Summary Judgment is stricken; and

IT IS FURTHER ORDERED, that an entry of default is entered against Defendants Libya, LESO, Qadhafi and Senoussi.

IT IS SO ORDERED.

_____
Judge Paul L. Friedman
United States District Court