IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of plaintiffs' Motion to Strike Defendants' Motion for Summary Judgment, and for the Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion and defendants' opposition thereto, it is

**ORDERED** that the plaintiffs' motion is denied in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment is conceded and the plaintiffs' complaint is dismissed with prejudice.

Dated:_____, 2007.

_____
UNITED STATES DISTRICT JUDGE