UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOCIALIST PEOPLE'S )<br>ARAB JAMAHIRIYA, *et al.*, )<br>)<br>Defendants. )<br>) | No. 06-CV-00626 (PLF) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Wilma A. Lewis hereby withdraws her appearance as counsel for Plaintiffs Manjula Patel, *et al.* in this matter. Other counsel for Plaintiffs remain in the case, and their appearances are on record.

Respectfully submitted,

_____/s/_____
Stuart H. Newberger, D.C. Bar No. 294793
Wilma A. Lewis, D.C. Bar No. 358637
Andy Liu, D.C. Bar No. 454986
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

September 17, 2007

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of September 2007, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, to Defendants Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

                                                                                     /s/
                                                                  Peter J. Eyre