# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANJULA PATEL, *ET AL.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No: 06-626 (PLF) |
| | ) | |
| THE SOCIALIST PEOPLE'S LIBYAN | ) | |
| ARAB JAMAHIRIYA, *ET AL.,* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Defendants, THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, THE

LIBYAN EXTERNAL SECURITY ORGANIZATION,  MUAMMAR QADHAFI in his official

capacity, and ABDALLAH SENOUSSI in his official capacity (collectively "Libya"), by

counsel, answer the complaint by like numbered paragraphs, as follows[1]:

1.      Defendants are without knowledge or information sufficient to form a belief as to

the truth of the information in Paragraph 1.

2.      Defendants deny the allegations in paragraph 2 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 2.

3.      Defendants deny the allegations in paragraph 3.

4.      Defendants deny the allegations in paragraph 4.

5.      Defendants deny the allegations in paragraph 5.

---

[1] Counsel does not represent defendants Muammar Qadhafi or Abdallah Senoussi in their individual capacities.  At the time of the filing of this answer plaintiffs have not filed any document reflecting or proof of service or alleging that service has been perfected on the two individual defendants.

6.      Paragraph 6 states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

7.      Paragraph 7 states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

8.      Defendants admit that venue is proper in this district.

9.      Defendants deny the allegations in paragraph 9 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 9.  Paragraph 9 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

10.      Defendants deny the allegations in paragraph 10 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 10.  Paragraph 10 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

11.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 11.  Paragraph 11 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

12.      Defendants deny the allegations in paragraph 12 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 12.  Paragraph 12 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

13.      Defendants deny the allegations in paragraph 13 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 13. Paragraph 13 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

14.     Defendants deny the allegations in paragraph 14 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 14. Paragraph 14 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

15.     Defendants deny the allegations in paragraph 15 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 15. Paragraph 15 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

16.     Defendants deny the allegations in paragraph 16 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 16. Paragraph 16 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

17.     Defendants deny the allegations in paragraph 17 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 17. Paragraph 17 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court

18.     Defendants deny the allegations in paragraph 18 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 18. Paragraph 18 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

19.    Defendants deny the allegations in paragraph 19 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 19.  Paragraph 19 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

20.    Defendants deny the allegations in paragraph 20 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 20.  Paragraph 20 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

21.    Defendants deny the allegations in paragraph 21 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 21.  Paragraph 21 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

22.    Defendants deny the allegations in paragraph 22 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 22.  Paragraph 22 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

23.    Defendants deny the allegations in paragraph 23 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 23.  Paragraph 23 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

24.    Defendants deny the allegations in paragraph 24 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 24.  Paragraph 24 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

25.     Defendants deny the allegations in paragraph 25 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 25.  Paragraph 25 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

26.     Defendants deny the allegations in paragraph 26 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 26.  Paragraph 26 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

27.     Defendants deny the allegations in paragraph 27 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 27.  Paragraph 27 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

28.     Defendants deny the allegations in paragraph 28 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 28.  Paragraph 28 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

29.     Defendants deny the allegations in paragraph 29 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 29.  Paragraph 29 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

30.     Defendants deny the allegations in paragraph 30 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 30.  Paragraph 30 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

31.     Defendants deny the allegations in paragraph 31 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 31.  Paragraph 31 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

32.     Defendants deny the allegations in paragraph 32 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 32.  Paragraph 32 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

33.     Defendants deny the allegations in paragraph 33 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 33.  Paragraph 33 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

34.     Defendants deny the allegations in paragraph 34 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 34.  Paragraph 34 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

35.     Defendants deny the allegations in paragraph 35 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 35.  Paragraph 35 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

36.    Defendants deny the allegations in paragraph 36 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 36.  Paragraph 36 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

37.    Defendants deny the allegations in paragraph 37 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 37.  Paragraph 37 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

38.    Defendants deny the allegations in paragraph 38 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 38.  Paragraph 38 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

39.    Defendants deny the allegations in paragraph 39 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 39.  Paragraph 39 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

40.    Defendants deny the allegations in paragraph 40 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 40.  Paragraph 40 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

41.     Defendants deny the allegations in paragraph 41 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 41.  Paragraph 41 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

42.     Defendants deny the allegations in paragraph 42 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 42.  Paragraph 42 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

43.     Defendants deny the allegations in paragraph 43 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 43.  Paragraph 43 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

44.     Defendants deny the allegations in paragraph 44 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 44.  Paragraph 44 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

45.     Defendants deny the allegations in paragraph 45 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 45.  Paragraph 45 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

46.     Defendants deny the allegations in paragraph 46 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 46. Paragraph 46 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

47.     Defendants deny the allegations in paragraph 47 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 47. Paragraph 47 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

48.     Defendants deny the allegations in paragraph 48 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 48. Paragraph 48 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

49.     Defendants deny the allegations in paragraph 49 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 49. Paragraph 49 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

50.     Defendants deny the allegations in paragraph 50 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 50. Paragraph 50 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

51.     Defendants deny the allegations in paragraph 51 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 51. Paragraph 51 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

52.     Defendants deny the allegations in paragraph 52 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 52.  Paragraph 52 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

53.     Defendants deny the allegations in paragraph 53 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 53.  Paragraph 53 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

54.     Defendants deny the allegations in paragraph 54 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 54.  Paragraph 54 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

55.     Defendants deny the allegations in paragraph 55 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 55.  Paragraph 55 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

56.     Defendants deny the allegations in paragraph 55 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 56.  Paragraph 56 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

57.     Defendants deny the allegations in paragraph 57 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 57. Paragraph 57 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

58.    Defendants deny the allegations in paragraph 58 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 58. Paragraph 58 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

59.    Defendants deny the allegations in paragraph 59 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 59. Paragraph 59 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

60.    Defendants deny the allegations in paragraph 60 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 60. Paragraph 60 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

61.    Defendants deny the allegations in paragraph 61 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 61. Paragraph 61 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

62.    Defendants deny the allegations in paragraph 62 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 62. Paragraph 62 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

63.     Defendants deny the allegations in paragraph 63 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 63.  Paragraph 63 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

64.     Defendants deny the allegations in paragraph 64 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 64.  Paragraph 64 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

65.     Defendants deny the allegations in paragraph 65 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 65.  Paragraph 65 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

66.     Defendants deny the allegations in paragraph 66 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 66.  Paragraph 66 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

67.     Defendants deny the allegations in paragraph 67 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 67.  Paragraph 67 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

68.     Defendants deny the allegations in paragraph 68 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 68.  Paragraph 68 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

69.    Defendants deny the allegations in paragraph 69 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 69.  Paragraph 69 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

70.    Defendants deny the allegations in paragraph 70 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 70.  Paragraph 70 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

71.    Defendants deny the allegations in paragraph 71 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 71.  Paragraph 71 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

72.    Defendants deny the allegations in paragraph 72 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 72.  Paragraph 72 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

73.    Defendants deny the allegations in paragraph 73 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 73.  Paragraph 73 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

74.     Defendants deny the allegations in paragraph 74 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 74.  Paragraph 74 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

75.     Defendants deny the allegations in paragraph 75 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 75.  Paragraph 75 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

76.     Defendants deny the allegations in paragraph 76 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 76.  Paragraph 76 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

77.     Defendants deny the allegations in paragraph 77 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 77.  Paragraph 77 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

78.     Defendants deny the allegations in paragraph 78 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 78.  Paragraph 78 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

79.     Defendants deny the allegations in paragraph 79 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 79.  Paragraph 79 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

80.     Defendants deny the allegations in paragraph 80 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 80.  Paragraph 80 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

81.     Defendants deny the allegations in paragraph 81 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 81.  Paragraph 81 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

82.     Defendants deny the allegations in paragraph 82 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 82.  Paragraph 82 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

83.     Defendants deny the allegations in paragraph 83 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 83.  Paragraph 83 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

84.     Defendants deny the allegations in paragraph 84 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 84.  Paragraph 84 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

85.     Defendants deny the allegations in paragraph 85 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 85.  Paragraph 85 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

86.     Defendants deny the allegations in paragraph 86 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 86.  Paragraph 86 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

87.     Defendants deny the allegations in paragraph 87 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 87.  Paragraph 87 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

88.     Defendants deny the allegations in paragraph 88 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 88.  Paragraph 88 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

89.     Defendants deny the allegations in paragraph 89 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 89.  Paragraph 89 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

90.     Defendants deny the allegations in paragraph 90 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 90. Paragraph 90 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

91.     Defendants deny the allegations in paragraph 91 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 91. Paragraph 91 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

92.     Defendants deny the allegations in paragraph 92 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 92. Paragraph 92 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

93.     Defendants deny the allegations in paragraph 93 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 93. Paragraph 93 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

94.     Defendants deny the allegations in paragraph 94 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 94. Paragraph 94 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

95.     Defendants deny the allegations in paragraph 95 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 95. Paragraph 95 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

96.     Defendants deny the allegations in paragraph 96 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 96.  Paragraph 96 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

97.     Defendants deny the allegations in paragraph 97 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 97.  Paragraph 97 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

98.     Defendants deny the allegations in paragraph 98 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 98.  Paragraph 98 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

99.     Defendants deny the allegations in paragraph 99 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 99.  Paragraph 99 also states conclusions of law to which no

answer is required; all questions of law are reserved to the Court.

100.     Defendants deny the allegations in paragraph 100 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 100.  Paragraph 100 also states conclusions of law to which

no answer is required; all questions of law are reserved to the Court.

101.     Defendants deny the allegations in paragraph 101 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 101. Paragraph 101 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

102.    Defendants deny the allegations in paragraph 102 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 102. Paragraph 102 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

103.    Defendants deny the allegations in paragraph 103 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 103. Paragraph 103 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

104.    Defendants deny the allegations in paragraph 104 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 104. Paragraph 104 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

105.    Defendants deny the allegations in paragraph 105 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 105. Paragraph 105 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

106.    Defendants deny the allegations in paragraph 106 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 106. Paragraph 106 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

107.    Defendants deny the allegations in paragraph 107 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 107.  Paragraph 107 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

108.    Defendants deny the allegations in paragraph 108 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 108.  Paragraph 108 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

109.    Defendants deny the allegations in paragraph 109 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 109.  Paragraph 109 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

110.    Defendants deny the allegations in paragraph 110 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 110.  Paragraph 110 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

111.    Defendants deny the allegations in paragraph 111 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 111.  Paragraph 111 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

112.    Defendants deny the allegations in paragraph 112 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 112. Paragraph 112 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

113.    Defendants deny the allegations in paragraph 113 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 113. Paragraph 113 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

114.    Defendants deny the allegations in paragraph 114 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 114. Paragraph 114 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

115.    Defendants deny the allegations in paragraph 115 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 115. Paragraph 115 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

116.    Defendants deny the allegations in paragraph 116 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 116. Paragraph 116 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

117.    Defendants deny the allegations in paragraph 117 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 117. Paragraph 117 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

118.    Defendants deny the allegations in paragraph 118 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 118.  Paragraph 118 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

119.    Defendants deny the allegations in paragraph 119 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 119.  Paragraph 119 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

120.    Defendants deny the allegations in paragraph 120 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 120.  Paragraph 120 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

121.    Defendants deny the allegations in paragraph 121 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 121.  Paragraph 121 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

122.    Defendants deny the allegations in paragraph 122 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 122.  Paragraph 122 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

123.    Defendants deny the allegations in paragraph 123 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 123. Paragraph 123 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

124.    Defendants deny the allegations in paragraph 124 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 124. Paragraph 124 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

125.    Defendants deny the allegations in paragraph 125 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 125. Paragraph 125 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

126.    Defendants deny the allegations in paragraph 126 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 126. Paragraph 126 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

127.    Defendants deny the allegations in paragraph 127 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 127. Paragraph 127 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

128.    Defendants deny the allegations in paragraph 128 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 128. Paragraph 128 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

129.    Defendants deny the allegations in paragraph 129 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 129.  Paragraph 129 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

130.    Defendants deny the allegations in paragraph 130 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 130.  Paragraph 130 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

131.    Defendants deny the allegations in paragraph 131 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 131.  Paragraph 131 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

132.    Defendants deny the allegations in paragraph 132 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 132.  Paragraph 132 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

133.    Defendants deny the allegations in paragraph 133 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 133.  Paragraph 133 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

134.    Defendants deny the allegations in paragraph 134 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 134. Paragraph 134 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

135.    Defendants deny the allegations in paragraph 135 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 135. Paragraph 135 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

136.    Defendants deny the allegations in paragraph 136 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 136. Paragraph 136 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

137.    Defendants deny the allegations in paragraph 137 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 137. Paragraph 137 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

138.    Defendants deny the allegations in paragraph 138 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 138. Paragraph 138 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

139.    Defendants deny the allegations in paragraph 139 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 139. Paragraph 139 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

140.    Defendants deny the allegations in paragraph 140 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 140. Paragraph 140 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

141.    Defendants deny the allegations in paragraph 141 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 141. Paragraph 141 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

142.    Defendants deny the allegations in paragraph 142 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 142. Paragraph 142 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

143.    Defendants deny the allegations in paragraph 143 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 143. Paragraph 143 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

144.    Defendants deny the allegations in paragraph 144 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 144. Paragraph 144 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

145.    Defendants deny the allegations in paragraph 145 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 145. Paragraph 145 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

146. Defendants deny the allegations in paragraph 146 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 146. Paragraph 146 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

147. Defendants deny the allegations in paragraph 147 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 147. Paragraph 147 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

148. Defendants deny the allegations in paragraph 148 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 148. Paragraph 148 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

149. Defendants deny the allegations in paragraph 149 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 149. Paragraph 149 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

150. Defendants deny the allegations in paragraph 150 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 150. Paragraph 150 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

151.    Defendants deny the allegations in paragraph 151 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 151.  Paragraph 151 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

152.    Defendants deny the allegations in paragraph 152 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 152.  Paragraph 152 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

153.    Defendants deny the allegations in paragraph 153 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 153.  Paragraph 153 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

154.    Defendants deny the allegations in paragraph 154 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 154.  Paragraph 154 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

155.    Defendants deny the allegations in paragraph 155 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 155.  Paragraph 155 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

156.    Defendants deny the allegations in paragraph 156 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 156.  Paragraph 156 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

157.    Defendants deny the allegations in paragraph 157 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 157.  Paragraph 157 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

158.    Defendants deny the allegations in paragraph 158 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 158.  Paragraph 158 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

159.    Defendants deny the allegations in paragraph 159 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 159.  Paragraph 159 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

160.    Defendants deny the allegations in paragraph 160 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 160.  Paragraph 160 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

161.    Defendants deny the allegations in paragraph 161 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 161.  Paragraph 161 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

162.    Defendants deny the allegations in paragraph 162 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 162.  Paragraph 162 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

163.    Defendants deny the allegations in paragraph 163 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 163.  Paragraph 163 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

164.    Defendants deny the allegations in paragraph 164 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 164.  Paragraph 164 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

165.    Defendants deny the allegations in paragraph 164 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 165.  Paragraph 165 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

166.    Defendants deny the allegations in paragraph 166 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 166.  Paragraph 166 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

167.    Defendants deny the allegations in paragraph 167 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 167.  Paragraph 167 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

168.    Defendants deny the allegations in paragraph 168 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 168.  Paragraph 168 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

169.    Defendants deny the allegations in paragraph 169 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 169.  Paragraph 169 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

170.    Defendants deny the allegations in paragraph 170 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 170.  Paragraph 170 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

171.    Defendants deny the allegations in paragraph 171 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 171.  Paragraph 171 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

172.    Defendants deny the allegations in paragraph 172 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 172.  Paragraph 172 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

173.    Defendants deny the allegations in paragraph 173 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 173.  Paragraph 173 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

174.    Defendants deny the allegations in paragraph 174 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 174.  Paragraph 174 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

175.    Defendants deny the allegations in paragraph 175 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 175.  Paragraph 175 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

176.    Defendants deny the allegations in paragraph 176 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 176.  Paragraph 176 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

177.    Defendants deny the allegations in paragraph 177 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 177.  Paragraph 177 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

178.    Defendants deny the allegations in paragraph 178 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 178. Paragraph 178 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

179.    Defendants deny the allegations in paragraph 179 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 179. Paragraph 179 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

180.    Defendants deny the allegations in paragraph 180 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 180. Paragraph 180 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

181.    Defendants deny the allegations in paragraph 181 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 181. Paragraph 181 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

182.    Defendants deny the allegations in paragraph 182 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 182. Paragraph 182 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

183.    Defendants deny the allegations in paragraph 183 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 183. Paragraph 183 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

184.    Defendants deny the allegations in paragraph 184 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 184.  Paragraph 184 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

185.    Defendants deny the allegations in paragraph 185 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 185.  Paragraph 185 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

186.    Defendants deny the allegations in paragraph 186 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 186.  Paragraph 186 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

187.    Libya admits that it is a foreign state.  Libya's designation as a state sponsor of terrorism was rescinded of on May 12, 2006 by the President of the United States and Libya was subsequently removed from the State Department's list of state sponsors of terrorism under section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)) on or about June 30, 2006.

188.    Libya denies the allegations in paragraph 188.

189.    Libya denies the allegations in paragraph 189.

190.    Libya denies the allegations in paragraph 190.  Paragraph 190 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

191.    Libya denies the allegations in paragraph 191.

192.    Libya denies the allegations in paragraph 192.

193.    Defendants deny the allegations in paragraph 193 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 193.

194.    Defendants deny the allegations in paragraph 194 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 194.

195.    Defendants deny the allegations in paragraph 195 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 195.

196.    Defendants deny the allegations in paragraph 196 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 196.

197.    Defendants deny the allegations in paragraph 197 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 197.

198.    Libya denies the allegations in paragraph 198.

199.    Libya denies the allegations in paragraph 199.

200.    Libya denies the allegations in paragraph 200.

201.    Libya denies the allegations in paragraph 201.

202.    Libya denies the allegations in paragraph 202.

203.    Libya denies the allegations in paragraph 203.

204.    Libya denies the allegations in paragraph 204.

205.    Libya denies the allegations in paragraph 205.

206.    Libya denies the allegations in paragraph 206.

207.    Libya denies the allegations in paragraph 207.

208.    Libya denies the allegations in paragraph 208.

209.    Libya denies the allegations in paragraph 209.

210.    Libya denies the allegations in paragraph 210.

211.    Libya denies the allegations in paragraph 211.

212.    Defendants deny the allegations in paragraph 212 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 212.

213.    Libya denies the allegations in paragraph 213.

214.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 214.

215.    Libya denies the allegations in paragraph 215.

216.    Libya denies the allegations in paragraph 216.

217.    Libya denies the allegations in paragraph 217

218.    Libya denies the allegations in paragraph 218.

219.    Libya denies the allegations in paragraph 219.

220.    Libya denies the allegations in paragraph 220.

221.    Libya denies the allegations in paragraph 221.

221(a).  Libya denies the allegations in paragraph 221(a).

36

221(b). Libya denies the allegations in paragraph 223(b)

221(c).  Libya denies the allegations in paragraph 221(c).

221(d). Defendants deny the allegations in paragraph 221(d) as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 221(d).

222.    Defendants deny the allegations in paragraph 222 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 222.

223.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 223.

224.    Defendants deny the allegations in paragraph 224 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 224.

225.    Defendants deny the allegations in paragraph 225 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 225.

226.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 226.

227.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 227.

228.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 228.

229.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 229.

230.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 230.

231.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 231.

232.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 232.

233.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 233.

234.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 234.

235.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 235.

236.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 236.

237.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 237.

238.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 238.

239.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 239.

240.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 240.

241.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 241.

242.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 242.

243.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 243.

244.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 244.

245.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 245.

246.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 246.

247.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 247.

248.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 248.

249.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 249.

250.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 250.

251.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 251.

252.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 252.

253.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 253.

254.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 254.

255.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 255.

256.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 256.

257.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 257.

258.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 258.

259.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 259.

260.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 260.

261.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 261.

262.     Defendants deny the allegations in paragraph 262 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 262.

263.     Defendants deny the allegations in paragraph 263 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 263.

264.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 264.

265.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 265.

266.     Defendants deny the allegations in paragraph 266 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 266.

267.     Defendants deny the allegations in paragraph 267 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 267.

268.     Defendants deny the allegations in paragraph 268 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 268.

269.     Defendants deny the allegations in paragraph 269 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 269.

270.    Defendants deny the allegations in paragraph 270 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 270.

271.    Defendants deny the allegations in paragraph 271 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 270.

272.    Defendants deny the allegations in paragraph 272 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 272.

273.    Defendants deny the allegations in paragraph 273 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 273.

274.    Defendants deny the allegations in paragraph 274 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 274.

275.    Defendants deny the allegations in paragraph 275 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 275.

276.    Defendants deny the allegations in paragraph 276 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 276.

277.    Defendants deny the allegations in paragraph 277 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 277.

278.    Defendants deny the allegations in paragraph 278 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 278.

279.    Defendants deny the allegations in paragraph 279 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 279.

280.    Defendants deny the allegations in paragraph 280 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 280.

281.    Defendants deny the allegations in paragraph 281 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 281.

282.    Defendants deny the allegations in paragraph 282 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 282.

283.    Defendants deny the allegations in paragraph 283 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 283.

284.    Defendants deny the allegations in paragraph 284 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 284

285.     Defendants deny the allegations in paragraph 285 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 285.

286.     Defendants deny the allegations in paragraph 286 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 286.

287.     Defendants deny the allegations in paragraph 287 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 287.

288.     Defendants deny the allegations in paragraph 288 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 288.

289.     Defendants deny the allegations in paragraph 289 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 289.

290.     Defendants deny the allegations in paragraph 290 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 290.

291.     Defendants deny the allegations in paragraph 291 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 291.

292.     Defendants deny the allegations in paragraph 292 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 292.

293.     Defendants deny the allegations in paragraph 293 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 293.

294.     Defendants deny the allegations in paragraph 294 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 294.

295.     Defendants deny the allegations in paragraph 295 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 295.

296.     Defendants deny the allegations in paragraph 296 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 296.

297.     Defendants deny the allegations in paragraph 297 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 297.

298.     Defendants deny the allegations in paragraph 298 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 298.

299.     Defendants deny the allegations in paragraph 299 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 299.

300.    Defendants deny the allegations in paragraph 300 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 300.

301.    Defendants deny the allegations in paragraph 301 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 301.

302.    Defendants deny the allegations in paragraph 302 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 302.

303.    Defendants deny the allegations in paragraph 303 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 303.

304.    Defendants deny the allegations in paragraph 304 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 304.

305.    Defendants deny the allegations in paragraph 305 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 305.

306.    Defendants deny the allegations in paragraph 306 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 306.

307.    Defendants deny the allegations in paragraph 307 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 307.

308.    Defendants deny the allegations in paragraph 308 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 308.

309.    Defendants deny the allegations in paragraph 309 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 309.

310.    Defendants deny the allegations in paragraph 310 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 310.

311.    Defendants deny the allegations in paragraph 311 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 311.

312.    Defendants deny the allegations in paragraph 312 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 312.

313.    Defendants deny the allegations in paragraph 313 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 313.

314.     Defendants deny the allegations in paragraph 314 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 314.

315.     Defendants deny the allegations in paragraph 315 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 315.

316.     Defendants deny the allegations in paragraph 316 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 316.

317.     Defendants deny the allegations in paragraph 317 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 317.

318.     Defendants deny the allegations in paragraph 318 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 318.

319.     Defendants deny the allegations in paragraph 319 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 319.

320.     Defendants deny the allegations in paragraph 320 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 320.

321.     Defendants deny the allegations in paragraph 321  as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 321.

322.    Defendants deny the allegations in paragraph 322 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 322.

323.    Defendants deny the allegations in paragraph 323 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 323

324.    Defendants deny the allegations in paragraph 324 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 324.

325.    Defendants deny the allegations in paragraph 325 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 325.

326.    Defendants deny the allegations in paragraph 326 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 326.

327.    Defendants deny the allegations in paragraph 327 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 327.

328.    Defendants deny the allegations in paragraph 328 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 328.

329.    Defendants deny the allegations in paragraph 329 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 329.

330.    Defendants deny the allegations in paragraph 330 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 330.

331.    Defendants deny the allegations in paragraph 331 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 331.

332.    Defendants deny the allegations in paragraph 332 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 332.

333.    Defendants deny the allegations in paragraph 333 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 333.

334.    Defendants deny the allegations in paragraph 334 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 334.

335.    Defendants deny the allegations in paragraph 335 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 335.

336.     Defendants deny the allegations in paragraph 336 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 336.

337.     Defendants deny the allegations in paragraph 337 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 337.

338.     Defendants deny the allegations in paragraph 338 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 338.

339.     Defendants deny the allegations in paragraph 339 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 339.

340.     Defendants deny the allegations in paragraph 340 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 340.

341.     Defendants deny the allegations in paragraph 341 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 341.

342.     Defendants deny the allegations in paragraph 342 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 342.

343.     Defendants deny the allegations in paragraph 343 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 343.

344.    Defendants deny the allegations in paragraph 344 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 344.

345.    Defendants deny the allegations in paragraph 345 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 345.

346.    Defendants deny the allegations in paragraph 346 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 346.

347.    Defendants deny the allegations in paragraph 347 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 347.

348.    Defendants deny the allegations in paragraph 348 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 348.

349.    Defendants deny the allegations in paragraph 349 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 349.

350.    Defendants deny the allegations in paragraph 350 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 350.

351.     Defendants deny the allegations in paragraph 351 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 351.

352.     Defendants deny the allegations in paragraph 352 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 352.

353.     Defendants deny the allegations in paragraph 353 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 353.

354.     Defendants deny the allegations in paragraph 354 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 354.

355.     Defendants deny the allegations in paragraph 355 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 355.

356.     Defendants deny the allegations in paragraph 356 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 356.

357.     Defendants deny the allegations in paragraph 357 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 357.

358.    Defendants deny the allegations in paragraph 358 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 358.

359.    Defendants deny the allegations in paragraph 359 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 359.

360.    Defendants deny the allegations in paragraph 360 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 360.

361.    Defendants deny the allegations in paragraph 361 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 361.

362.    Defendants deny the allegations in paragraph 362 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 362.

363.    Defendants deny the allegations in paragraph 363 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 363.

364.    Defendants deny the allegations in paragraph 364 as they relate to Libya.
Defendants are without knowledge or information sufficient to form a belief as to the truth of the
remaining information in Paragraph 364.

365.    Defendants deny the allegations in paragraph 365 as they relate to Libya.

54

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 365.

366.    Defendants deny the allegations in paragraph 366 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 366.

367.    Defendants deny the allegations in paragraph 367 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 367.

368.    Defendants deny the allegations in paragraph 368 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 368.

369.    Defendants deny the allegations in paragraph 369 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 369.

370.    Defendants deny the allegations in paragraph 370 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 370.

371.    Defendants deny the allegations in paragraph 371 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 371.

372.    Defendants deny the allegations in paragraph 372 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 372.

373.    Defendants deny the allegations in paragraph 373 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 373.

374.    Defendants deny the allegations in paragraph 374 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 374.

375.    Defendants deny the allegations in paragraph 375 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 375.

376.    Defendants deny the allegations in paragraph 376 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 376.

377.    Defendants deny the allegations in paragraph 377 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 377.

378.    Defendants deny the allegations in paragraph 378 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 378.

379.    Defendants deny the allegations in paragraph 379 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 379.

380.    Defendants deny the allegations in paragraph 380 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 380.

381.    Defendants deny the allegations in paragraph 381 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 381.

382.    Defendants deny the allegations in paragraph 382 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 382.

283.    Defendants deny the allegations in paragraph 383 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 383.

384.    Defendants deny the allegations in paragraph 384 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 384.

385.    Defendants deny the allegations in paragraph 385 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 385.

386.    Defendants deny the allegations in paragraph 386 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 386.

387.    Defendants deny the allegations in paragraph 387 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 387.

388.     Defendants deny the allegations in paragraph 388 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 388.

389.     Defendants deny the allegations in paragraph 389 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 389.

390.     Defendants deny the allegations in paragraph 390 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 390.

391.     Defendants deny the allegations in paragraph 391 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 391.

392.     Defendants deny the allegations in paragraph 392 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 392.

393.     Defendants deny the allegations in paragraph 393 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 393.

394.     Defendants deny the allegations in paragraph 324 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 394.

395.    Defendants deny the allegations in paragraph 395 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 395.

396.    Defendants deny the allegations in paragraph 396 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 396.

397.    Defendants deny the allegations in paragraph 397 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 397.

398.    Defendants deny the allegations in paragraph 398 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 398.

399.    Defendants deny the allegations in paragraph 399 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 399.

400.    Defendants deny the allegations in paragraph 400 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 400.

401.    Defendants deny the allegations in paragraph 401 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 401.

402.     Defendants deny the allegations in paragraph 402 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 402.

403.     Defendants deny the allegations in paragraph 403 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 403.

404.     Defendants deny the allegations in paragraph 404 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 404.

405.     Defendants deny the allegations in paragraph 405 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 405.

406.     Defendants deny the allegations in paragraph 406 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 406.

407.     Defendants deny the allegations in paragraph 407 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 407.

408.     Defendants deny the allegations in paragraph 408 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 408.

409.     Defendants deny the allegations in paragraph 409 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 409.

410.    Defendants deny the allegations in paragraph 410 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 410.

411.    Defendants deny the allegations in paragraph 411 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 411.

412.    Defendants deny the allegations in paragraph 412 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 412.

413.    Defendants deny the allegations in paragraph 413 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 413.

414.    Defendants deny the allegations in paragraph 414 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 414.

415.    Defendants deny the allegations in paragraph 415 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 415.

416.    Defendants deny the allegations in paragraph 416 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 416.

417.    Defendants deny the allegations in paragraph 417 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 417.

418.    Defendants deny the allegations in paragraph 418 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 418.

419.    Defendants deny the allegations in paragraph 420 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 420.

420.    Defendants deny the allegations in paragraph 420 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 420.

421.    Defendants deny the allegations in paragraph 421 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 421

422.    Defendants deny the allegations in paragraph 422 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 422.

423.    Defendants deny the allegations in paragraph 423 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 424.

424.    Defendants deny the allegations in paragraph 424 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 424.

425.    Defendants deny the allegations in paragraph 425 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 425.

426.    Defendants deny the allegations in paragraph 426 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 426.

427.    Defendants deny the allegations in paragraph 427 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 427.

428.    Defendants deny the allegations in paragraph 428 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 428.

429.    Defendants deny the allegations in paragraph 429 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 429.

430.    Defendants deny the allegations in paragraph 430 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 430.

431.    Defendants deny the allegations in paragraph 431 as they relate to Libya.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 431.

432.    Defendants deny the allegations in paragraph 432 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 432.

433.    Defendants deny the allegations in paragraph 433 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 433.

434.    Defendants deny the allegations in paragraph 434 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 434.

435.    Defendants deny the allegations in paragraph 435 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 435.

436.    Defendants deny the allegations in paragraph 436 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 436.

437.    Defendants deny the allegations in paragraph 437 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 437.

438.    Defendants deny the allegations in paragraph 438 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

remaining information in Paragraph 438.

439.    Defendants deny the allegations in paragraph 439 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 439.

440.    Defendants deny the allegations in paragraph 440 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 440.

441.    Defendants deny the allegations in paragraph 441 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 441.

442.    Defendants deny the allegations in paragraph 442 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 442.

443.    Defendants deny the allegations in paragraph 443 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 443.

444.    Defendants deny the allegations in paragraph 444 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 444.

445.    Defendants deny the allegations in paragraph 445 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 445.

## AS AND FOR AN ANSWER TO COUNT I

446.    Defendants repeat and reiterate their answers to paragraphs 1 through 445 in response to paragraph 446 with the same force and effect as if repeated in full.

447.    Libya denies the allegations in paragraph 447.

448.    Libya denies the allegations in paragraph 448.  Paragraph 448 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

449.    Libya denies the allegations in paragraph 449.

450.    Libya denies the allegations in paragraph 450.  Paragraph 450 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

451.    Libya denies the allegations in paragraph 451.  Paragraph 451 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT II

452.    Defendants repeat and reiterate their answers to paragraphs 1 through 451 in response to paragraph 452 with the same force and effect as if repeated in full.

453.    Defendants deny the allegations in paragraph 453 as they relate to Libya.

454.    Defendants deny the allegations in paragraph 454 as they relate to Libya. Paragraph 454 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT III

455.    Defendants repeat and reiterate their answers to paragraphs 1 through 454 in response to paragraph 455 with the same force and effect as if repeated in full.

456.    Defendants deny the allegations in paragraph 456 as they relate to Libya.

457.    Defendants deny the allegations in paragraph 457 as they relate to Libya.

Paragraph 457 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

458.    Defendants deny the allegations in paragraph 458 as they relate to Libya.

Paragraph 458 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT IV

459.    Defendants repeat and reiterate their answers to paragraphs 1 through 458

in response to paragraph 459 with the same force and effect as if repeated in full.

460.    Defendants deny the allegations in paragraph 460 as they relate to Libya.

Paragraph 460 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

461.    Defendants deny the allegations in paragraph 461 as they relate to Libya.

Paragraph 461 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

462.    Defendants deny the allegations in paragraph 462 as they relate to Libya.

Paragraph 462 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

463.    Defendants deny the allegations in paragraph 463 as they relate to Libya.

Paragraph 463 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT V

464.    Defendants repeat and reiterate their answers to paragraphs 1 through 463 in response to paragraph 464 with the same force and effect as if repeated in full.

465.    Defendants deny the allegations in paragraph 465 as they relate to Libya. Paragraph 465 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

466.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 466.

467.    Defendants deny the allegations in paragraph 467 as they relate to Libya. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of information in Paragraph 467.

468.    Defendants deny the allegations in paragraph 468 as they relate to Libya. Paragraph 468 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

469.    Defendants deny the allegations in paragraph 469 as they relate to Libya. Paragraph 469 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT VI

470.    Defendants repeat and reiterate their answers to paragraphs 1 through 469 in response to paragraph 470 with the same force and effect as if repeated in full.

471.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 471.

472.    Defendants deny the allegations in paragraph 472 as they relate to Libya.

Paragraph 472 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

473.    Defendants deny the allegations in paragraph 473 as they relate to Libya.

Paragraph 473 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

474.    Defendants deny the allegations in paragraph 474 as they relate to Libya.

Paragraph 474 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT VII

475.    Defendants repeat and reiterate their answers to paragraphs 1 through 474 in response to paragraph 475 with the same force and effect as if repeated in full.

476.    Defendants deny the allegations in paragraph 476 as they relate to Libya.

Paragraph 476 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

477.    Defendants repeat and reiterate their answers to paragraphs 1 through 477 in response to paragraph 477 with the same force and effect as if repeated in full.

## AS AND FOR AN ANSWER TO COUNT VIII

478.    Defendants repeat and reiterate their answers to paragraphs 1 through 477 in response to paragraph 478 with the same force and effect as if repeated in full.

479.    Defendants deny the allegations in paragraph 479 as they relate to Libya.

Paragraph 479 also states conclusions of law to which no answer is required; all questions of law

are reserved to the Court.

480.    Defendants deny the allegations in paragraph 480 as they relate to Libya. Paragraph 480 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

481.    Defendants deny the allegations in paragraph 481 as they relate to Libya. Paragraph 481 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## AS AND FOR AN ANSWER TO COUNT IX

482.    Defendants repeat and reiterate their answers to paragraphs 1 through 481 in response to paragraph 482 with the same force and effect as if repeated in full.

483.    Paragraph 483 states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

484.    Defendants deny the allegations in paragraph 484 as they relate to Libya. Paragraph 484 also states conclusions of law to which no answer is required; all questions of law are reserved to the Court.

## **FIRST AFFIRMATIVE DEFENSE**

The complaint fails to state claims for relief against The Socialist People's Libyan Arab Jamahiriya, The External Libyan Security Organization, Muammar Qadhafi (in his official capacity), and Abdallah Senoussi (in his official capacity).

## **SECOND AFFIRMATIVE DEFENSE**

The Court lacks subject-matter jurisdiction. [Defense preserved for appellate review].

## THIRD AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over the answering defendants.  [Defense preserved for appellate review].

## FOURTH AFFIRMATIVE DEFENSE

The Court lacks subject-matter jurisdiction to award punitive damages against the Libyan Government Defendants.

## FIFTH AFFIRMATIVE DEFENSE

The complaint fails to state claims for relief under 28 U.S.C. § 2339A.

## SIXTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the common law theory of battery.

## SEVENTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief against the answering defendants under federal, state or federal statutory and common law.

## EIGHTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the "Flatow Act".

## NINTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the theory of wrongful death.

## TENTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the common law theories for economic damages.

## ELEVENTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the common law theories for

intentional infliction of emotional distress.

## TWELFTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under the common law theories for assault.

## THIRTEENTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim for relief under any specific State statutory or common law theories.

## FOURTEENTH  AFFIRMATIVE DEFENSE

The plaintiffs' claims for relief are barred by the statute of limitations 10 year limitation period of the FSIA codified as 28 U.S.C. § 1605(f).

## FIFTEENTH  AFFIRMATIVE DEFENSE

The damages alleged to have been sustained by the plaintiffs were caused, in whole or in part, by the culpable conduct of third parties over whom the answering defendants had no direction or control and for which they are not responsible.

## SIXTEENTH  AFFIRMATIVE DEFENSE

If the damages alleged have been sustained by the plaintiffs were caused, in whole or in part, by the culpable conduct of agents or employees of the answering defendants, which is expressly denied, such agents or employees were acting outside the scope of their offices and without the knowledge, direction or control of the answering defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The plaintiffs' claims for relief are barred by the State statute of limitations to the extent that they may be applicable.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The Court lacks subject-matter jurisdiction over defendant  Muammar Qadhafi (in his official capacity) as he enjoys head-of-state immunity.

Dated:        October 26, 2007            Respectfully Submitted,


 //s//
Arman Dabiri (DC Bar # 463351)
Law Offices of Arman Dabiri & Associates, PLLC
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006
(202) 349-3893
E-mail: armandab@worldnet.att.net

*Counsel for the Defendants,*
*Socialist People's Libyan Arab Jamahiriya, The*
*Libyan External Security Organization*, *Muammar*
*Qadhafi (in his official capacity), and Abdallah*
*Senoussi (in his official capacity)*

73