## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANJULA PATEL, *ET AL.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No: 06-626 (PLF) |
| | ) | |
| THE SOCIALIST PEOPLE'S LIBYAN | ) | |
| ARAB JAMAHIRIYA, *ET AL.,* | ) | |
| | ) | |
| Defendants. | ) | |

### <u>ORDER</u>

Upon consideration of the defendants' motion for summary judgment, the plaintiffs' opposition thereto, and defendants' reply, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**, and it is further

**ORDERED** that the plaintiffs' complaint is dismissed with prejudice.

Dated:_____, 2007.

_____
UNITED STATES DISTRICT JUDGE