UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*,         )<br>                                  )<br>          Plaintiffs,             )<br>                                  )<br>     v.                           )<br>                                  )   No. 06-CV-00626 (PLF)<br>THE SOCIALIST PEOPLE'S LIBYAN    )<br>ARAB JAMAHIRIYA, *et al.*,        )<br>                                  )<br>          Defendants.             )<br>                                  ) | |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO OPPOSE THE LIBYAN
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Currently pending before the Court is the Libyan Defendants'[1] Motion for Summary Judgment that seeks in essence to dismiss this case on the basis that the case was allegedly filed outside the applicable statute of limitations. Plaintiffs are in the process of preparing their opposition to this motion, which is currently due on November 9, 2007. By this motion, and pursuant to Fed. R. Civ. P. 6(b), Plaintiffs seek an enlargement of time of four weeks – to and including December 7, 2007 – within which to file their opposition. Counsel for the Libyan Defendants, Arman Dabiri, has authorized us to state that he consents to this motion. Counsel for

---

[1] The term "Libyan Defendants" is used herein to encompass Defendants Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi, and Abdallah Senoussi.

Defendant Safarini, David T. Miller, has authorized us to state that he takes no position on this motion but does not object to it.

This request for more time is necessitated by several factors. First, Plaintiffs are in the process of gathering declarations or affidavits to address the factual issues the Libyan Defendants have asserted in their motion for summary judgment. Because there are numerous Plaintiffs asserting claims in this case, the process of gathering the information has taken, and is expected to take, longer than we hoped. Although we do not intend to offer a declaration or affidavit from every Plaintiff, gathering what we do believe is necessary to oppose the Libyan Defendants' motion on the facts is time consuming.

Moreover, the legal issues asserted by the Libyan Defendants in their motion are the subject of disagreement. Indeed, as the Libyan Defendants note, decisions from two other judges of this Court – Judge Kennedy and Judge Kessler – apply the statute of limitations applicable to cases brought under 28 U.S.C. §1605(a)(7) in a manner that the Libyan Defendants believe assists them here. Those cases, however, are currently on appeal and, in any event, are not necessarily dispositive of the motion the Libyan Defendants have filed here. *See e.g., Simon v. Republic of Iraq,* No. 06-7175 (D.C. Cir.)(argued on October 12, 2007); *Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya,* No. 07-7117 (D.C. Cir.)(not yet briefed or scheduled for argument); *Estate of John Buonocore v. Great Socialist People's Libyan Arab Jamahiriya,* No. 07-7125 (D.C. Cir.)(not yet

briefed or scheduled for argument). Regardless, sorting out these legal issues for this Court in this case is complicated and necessitates additional time.

WHEREFORE, Plaintiffs ask the Court to grant the requested enlargement of time and permit the Plaintiffs to and including December 7, 2007, within which to file their opposition to the Libyan Defendants' Motion for Summary Judgment.

Respectfully submitted,

/s/
Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

November 6, 2007

4564147

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 6th day of November 2007, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing will be sent via first-class mail, postage prepaid, to Defendants Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses on November 7, 2007:

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

                                                        /s/
                                          Michael L. Martinez

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MANJULA PATEL, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion for Enlargement of Time Within Which to Oppose the Libyan Defendants' Motion for Summary Judgment, the lack of opposition thereto, and the entire record in this matter, it is by the Court this _____ day of November, 2007, hereby

ORDERED, that the motion be granted and that the time with in which the Plaintiffs may file their opposition to the Libyan Defendants' Motion for Summary Judgment be and hereby is enlarged to and including December 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

    Stuart H. Newberger
    Michael L. Martinez
    Andy Liu
    Justin P. Murphy
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595

    Arman Dabiri
    Law Offices of Arman Dabiri & Associates, PLLC
    1725 I Street, N.W.
    Washington, D.C. 20006

    David T. Miller
    Jones Day
    51 Louisiana Avenue, NW
    Washington, D.C. 20001-2113

    Muammar Qadhafi
    Libyan External Security Organization
    Ministry of Foreign Affairs
    Tripoli, Libya

    Abdallah Senoussi
    Libyan External Security Organization
    Ministry of Foreign Affairs
    Tripoli, Libya

    Jamal Saeed Abdul Rahim
    Muhammad Abdullah Khalil Hussain Ar-Rahayyal
    Muhammad Ahmed Al-Munawar
    Wadoud Muhammad Hafiz Al-Turk
    Adiala Jail
    Rawalpindi, Pakistan