IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, )<br>)<br>Plaintiff, )<br>)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.*, )<br>)<br>Defendants. ) | Civil Case No: 06-626 (PLF) |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendants, the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi, and Abdallah Senoussi, (hereafter "Libya") move the Court that an Order be entered setting the above captioned matter for a status conference on May 19, 2008 at 9:30 a.m. The following is submitted in support of the motion:

1. The Court's November 9, 2007 Order has scheduled the above captioned case for a status conference for May 13, 2008.[1]

2. Counsel submitting the motion, due to a prior scheduled travel on May 13, 2008, will be unable to attend the status conference.

3. Undersigned counsel has consulted the attorneys for plaintiffs and the attorneys for the individual defendants represented by United States Counsel. The respective counsels have consented to the requested change of date for a status

---

[1] Undersigned counsel was not in attendance on the November 8, 2007 status conference held before the Court. Counsel, for an unknown reason, did not receive the ECF notification e-mail of September 24, 2005 of the Court changing the September 25, 2007 status conference to November 8, 2007. A copy of that e-mail was provided to Libya's counsel, in the afternoon of November 8, by plaintiffs counsel, Michael Martinez, as a matter of courtesy.

conference hearing before the Court.

WHEREFORE, defendants pray that the Motion be granted and that the Court enter the Order setting this matter for a status conference on May 19, 2008, or anytime thereafter at the Court's convenience.   A proposed order is attached hereto.

Dated:        November 29, 2007            Respectfully submitted,


   //s//
Arman Dabiri
Law Offices of Arman Dabiri &
    Associates, P.L.L.C.
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006
Tel. (202) 349-3893
E-mail: armandab@worldnet.att.net

*Counsel for Government of Libya*