## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants' consent motion to continue status conference, it is hereby,

**ORDERED**, that this matter be and it is calendared for a status conference on the 19th day of May, 2008 at _____a.m.

Dated: _____.

_____
United State District Judge