# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*,<br><br>　　　　Plaintiffs<br><br>v.<br><br>THE SOCIALIST PEOPLE'S<br>ARAB JAMAHIRIYA, *et al.*,<br><br>　　　　Defendants. | No. 06-CV-00626 (PLF) |

### DECLARATION OF JAY GRANTIER

Pursuant to the terms of 28 U.S.C. § 1746, Alan Jay Grantier under penalty of perjury states as follows:

1. My name is Jay Grantier and I am a Plaintiff in the above-captioned civil action styled: "*Manjula Patel, et al. v. The Socialist People's Arab Jamahiriya, et al.*," No. 06-CV-00626 (PLF), United States District Court for the District of Columbia. I am over the age of 21 years, am of sound mind, have never been charged with or convicted of a felony, and am competent to testify herein. The matters set forth herein are within my personal knowledge and are true and correct.

2. I am currently retired and reside in Walla Walla, Washington. At the time of the hijacking, I was the Director of Marketing in the Far East for Unisys CAD/CAM.

3. On September 5, 1986, I was a passenger on Pan Am Flight 73 in Karachi, Pakistan. While our plane was sitting on the tarmac at the airport, several terrorists stormed the plane and took everyone on board hostage. While we were being held hostage, the man seated in the aisle seat in my row on the plane told me that he believed the hijackers were Palestinian. We were held hostage for approximately 16 hours.

4. In the immediate aftermath of the terrorist attack and hijacking of Pan Am Flight 73, the situation was chaotic. I did not meet with any government officials, either U.S. or Pakistani, other than U.S. Embassy officials who reissued my passport as mine had been confiscated by the hijackers on board Pan Am Flight 73. At this time, I was not provided with any information from official sources about the attack or the terrorists' motives. Rather, most of the information I received about the attack was through the media. I was bombarded by reporters for interviews. During my conversations with these reporters, I was told that Palestinian terrorists had planned and organized the hijacking and were attempting to free compatriots from prison in Cyprus. I did not hear of any reports and was not made aware of any evidence that the terrorists were connected to the government of Libya.

5. A few days later, after I received a reissued passport, I returned home to Denver. While at home, I did see media reports of the hijacking and learned that the hijackers had been arrested. Again, there was nothing in the media reports I

read that reported evidence of a connection between Libya and the attack on Pan Am Flight 73.

6. A few months after the attack, I was contacted by Harold Sullivan, a Los Angeles attorney representing the victims of Pan Am Flight 73 in a lawsuit against Pan Am relating to their failure to provide adequate security measures which would have prevented the attack. After several discussions with the attorneys and my family, I decided to join in the lawsuit against Pan Am which lasted several years. As part of the discovery process, I, along with other victims of the terrorist attack and hijacking of Pan Am Flight 73, met with the attorneys and gave a deposition. I would also receive occasional updates from the attorneys on the progress of the suit. Yet, in those discussions, I never heard of any evidence that Libya was involved in the hijacking of and terrorist attack on Pan Am Flight 73.

7. In early 1988, I received a telephone call from an NBC reporter in the middle of the night. He informed me that the terrorists who had hijacked Pan Am Flight 73 had been convicted in Pakistan and sentenced to death. After learning this information, I reviewed various news reports discussing the terrorists' convictions. Again, there was no indication in my conversation with the NBC reporter or in the subsequent media reports I read that there was evidence or findings that Libya was involved in the hijacking of and terrorist attack on Pan Am Flight 73. I did not see or learn about any additional news reports relating to the terrorist attack and hijacking of Pan Am Flight 73 until the fall of 2001.

8. In the fall of 2001, I learned from various news reports that one of the terrorists, Zaid Hassan Abd Latif Safarini, had been captured and brought to the United States. I was surprised to see this news – both that Safarini had been released from prison and that he had been captured and brought to the United States to be tried for the terrorist attack and hijacking of Pan Am Flight 73. I researched the internet for additional information about Safarini's capture and his upcoming trial but was unable to locate any other news stories on the topic.

9. In 2003, an FBI agent contacted me by phone. The agent and Department of Justice prosecutors who were handling Safarini's case wanted to interview me about the terrorist attack and hijacking of Pan Am Flight 73 in preparation for his upcoming trial. I traveled to Washington, D.C. for the interview. At this meeting, the FBI agent and Department of Justice prosecutors asked me questions about the attack and hijacking of Pan Am Flight 73 which I answered. They did not share any evidence or new information about the attack or about their case against Safarini.

10. After the interview, I returned home. Shortly thereafter, I learned either from news reports or the FBI agent that Safarini had pleaded guilty.

11. Department of Justice attorneys contacted me soon thereafter and asked if I would travel to Washington, D.C., to attend Safarini's sentencing hearing. I agreed and in May 2004, I attended and testified at Safarini's sentencing hearing in the United States District Court of the District of Columbia. Several other victims of the terrorist attack and hijacking of Pan Am Flight 73 attended and/or

testified at the hearing as well. Prior to the hearing, I met with a number of passengers and their families and we discussed each other's perspectives of the event. It was the first time we had been brought together and able to share information and our experiences.

12. Around this time, several individuals, myself included, organized a group that came to be known as "Families from Pan Am Flight 73." I volunteered to be one of the leaders of this group which would coordinate with the many victims around the world. The group's initial goals were to create a memorial for those who lost their lives and were injured during the terrorist attack and hijacking of Pan Am Flight 73 and to bring the other four hijackers to justice in U.S. Courts.

13. Shortly after the sentencing hearing, I received an e-mail from Dr. Prabhat Krishnaswamy forwarding me a March 28, 2004, article in the *Sunday Times*, entitled "Revealed: Gadhaffi's Air Massacre Plot," written by Jon Swain. The article reported that Libya had hired the Abu Nidal Organization ("ANO") to carry out the hijacking of and terrorist attack on Pan Am Flight 73. This was the first time I had ever heard that Libya was responsible for the attack.

14. I was angered by this revelation. I had not known that there were other parties out there who were responsible for the attacks but had not been brought to justice. After learning this information, I continued to work with Prabhat and several other victims and family members of the terrorist attack and hijacking of Pan Am Flight 73, and we intensified our efforts to research and learn as much information about Libya's role in the attack as possible.

15. In the summer of 2004, Prabhat Krishnaswamy, Gopal Dadhirao, Madhvi Bahuguna, and I researched, corresponded with and interviewed several law firms with an expertise in bringing civil actions on behalf of victims of terrorism. At the end of that summer, Crowell & Moring LLP was retained to represent the victims of the hijacking of and terrorist attack on Pan Am Flight 73.

16. Also around this time Madhvi Bahuguna, Aneesh Bhanot, Gopal Dadhirao, Prabhat Krishnaswamy, and I formed a volunteer liaison committee to help manage the numerous Plaintiffs and assist with the litigation against the Defendants. I assisted Prabhat, Madhvi and Aneesh in contacting other victims and their families about joining in the lawsuit against Libya. This was a daunting task – we were ordinary people who had been horribly treated and abused by the leader of a sovereign nation. We were not investigative reporters or attorneys. Moreover, the passengers on Pan Am Flight 73 that we needed to locate and contact were spread out around the world; there were victims and their families in the United States, Great Britain, India, Pakistan, Canada and Mexico, among others.

17. It took many months to locate the victims and their families and more time to gather the information necessary to file the Complaint. We placed advertisements in international newspapers to help locate passengers and their family members. We also worked with Crowell & Moring in filing several Freedom of Information Act ("FOIA") requests in order to obtain official government records and other evidence regarding the investigation into the attack on Pan Am Flight 73 and Libya's and ANO's involvement in that attack to support our claims.

I declare under penalty of perjury, and consistent with the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Walla Walla, Washington this 3rd day of December, 2007.

_____
ALAN JAY GRANTIER