# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S ) | |
| ARAB JAMAHIRIYA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF PRABHAT KRISHNASWAMY

Pursuant to the terms of 28 U.S.C. § 1746, Prabhat Krishnaswamy under penalty of perjury states as follows:

1. My name is Dr. Prabhat Krishnaswamy and I am a Plaintiff in the above-captioned civil action styled: *"Manjula Patel, et al. v. The Socialist People's Arab Jamahiriya, et al.,"* No. 06-CV-00626 (PLF), United States District Court for the District of Columbia. I am over the age of 21 years, am of sound mind, have never been charged with or convicted of a felony, and am competent to testify herein. The matters set forth herein are within my personal knowledge and are true and correct.

2. I currently reside in Columbus, Ohio. I am a founding member of Engineering Mechanics Corporation of Columbus. I have worked there since 1998.

1

3. My parents, Seetharamiah and Malati Krishnaswamy, were passengers on Pan Am Flight 73, traveling from India to the United States to attend my sister's wedding. My father was killed during the terrorist attack and hijacking of Pan Am Flight 73 on September 5, 1986, while the plane was on the tarmac in Karachi, Pakistan; my mother suffered shrapnel wounds.

4. In the weeks following the terrorist attack and hijacking of Pan Am Flight 73, I diligently searched the news reports for information about the attacks and who was involved and responsible. After the attack, I traveled to India to be with my mother for several weeks (at the time of the attack, I was residing in the United States). The attack was covered extensively by the Indian media in both newspapers and on television because there were so many Indian victims on board. I recall that the news sources all reported that the hijacking was carried out by Palestinian terrorists who apparently had intended to hijack the plane, fly it to Cyprus and hold the individuals on board hostage in exchange for the release of various Palestinian prisoners. During this period, I did not hear any suggestion, implication or evidence that the Abu Nidal Organization ("ANO") or Libya were involved in the attack.

5. After I returned to the United States, I continued to follow closely the news coverage of the investigation into the attack and the arrests of the responsible terrorists. In 1987 and 1988, I learned from newspaper reports that following their trial in Pakistan, four of the hijackers had been sentenced to death. I subsequently learned that the hijackers' death sentences were commuted by the Prime Minister

2

of Pakistan. Again, I did not see any evidence or suggestion in the media reports I read that ANO or Libya were involved in the hijacking of and terrorist attack on Pan Am Flight 73. I did not see any additional news reports in either U.S. or Indian news outlets relating to the hijacking of and terrorist attack on Pan Am Flight 73 until September 2001.

6. In late September 2001, I discovered from various news reports that Defendant Zaid Hassan Abd Latif Safarini had been captured in Bangkok and flown to Alaska by U.S. law enforcement personnel. Although I tried to learn additional information about the capture of Safarini and his then upcoming criminal trial, I was unable to locate any additional news reports relating to the attack on Pan Am Flight 73 on the internet or otherwise.

7. In December 2003, I was informed by friends who had read in an Indian newspaper that Safarini had pleaded guilty in Washington, D.C. I searched the internet for additional news reports, and located the United States Attorney's Office website for victims of Pan Am Flight 73. I immediately contacted the prosecutors in Safarini's criminal case, and arranged a meeting to discuss the circumstances of the case and to discuss why Safarini had escaped the death penalty.

8. In January 2004, I met with Department of Justice prosecutors and other U.S. Government agents to discuss Safarini's case and the hijacking of and terrorist attack Pan Am Flight 73. At this meeting, I learned for the first time that the terrorists who hijacked and attacked Pan Am Flight 73 were members of ANO.

3

9. I was surprised to learn from the prosecutors that the terrorists were members of ANO. Up to that point in time, I had believed that the terrorists were criminals working on their own in an attempt to free their Palestinian comrades from prisons in Cyprus.

10. At this January 2004 meeting with Department of Justice prosecutors and other U.S. Government agents, there was no mention or suggestion that Libya, Qadhafi, or any other Libyan Government entity or official was involved in the hijacking of and terrorist attack on Pan Am Flight 73.

11. I attended and testified at Safarini's sentencing hearing in May 2004 at the United States District Court for the District of Columbia. After his sentencing, I renewed my research regarding information about the hijacking of and terrorist attack on Pan Am Flight 73.

12. Around this time, several individuals and I organized a group that came to be known as "Families from Pan Am Flight 73." I volunteered to be one of the leaders of this group which would coordinate with the many victims around the world. The group's initial goals were to create a memorial for those who lost their lives and were injured during the terrorist attack and hijacking of Pan Am Flight 73 and to bring the other four hijackers to justice in U.S. Courts.

13. In early June 2004, while researching information regarding the hijacking of and terrorist attack on Pan Am Flight 73 on the internet, I located a newspaper article by Jon Swain in the *Sunday Times* which had been published in

March 2004. Mr. Swain reported in this article that Libya had hired the Abu Nidal Organization to carry out the hijacking of and terrorist attack on Pan Am Flight 73.

14. I was shocked by the revelation that Libya had ordered the hijacking of and terrorist attack on Pan Am Flight 73. I was also stunned to realize that the attack had been orchestrated by Qadhafi, the leader of a sovereign state. Moreover, I had not realized that there were other parties responsible for the attack that had not been brought to justice. This was the first time I had ever heard that Libya was responsible for the terrorist attack on Pan Am 73.

15. Shortly thereafter, I, along with several other victims of the hijacking of and terrorist attack on Pan Am Flight 73, began to research law firms with an expertise in bringing civil actions on behalf of victims of terrorism. In July and early August 2004, I corresponded with and interviewed several law firms. In early August 2004, Crowell & Moring LLP was retained to represent the victims of the hijacking of and terrorist attack on Pan Am Flight 73.

16. Around this time, Madhvi Bahuguna, Aneesh Bhanot, Gopal Dadhirao, Jay Grantier, and I formed a volunteer liaison committee to help manage the numerous Plaintiffs and assist with the litigation against the Defendants. I, along with Jay, Gopal, Madhvi and Aneesh, contacted other victims and their families about joining in the lawsuit against Libya. This was a daunting task – we were ordinary people who had been horribly treated and abused by the leader of a sovereign nation. We were not investigative reporters or attorneys. Moreover, the passengers on Pan Am Flight 73 that we needed to locate and contact were spread

out around the world; there were victims and their families in the United States, Great Britain, India, Pakistan, Germany, Canada and Mexico, among others.

17. It took many months to locate the victims and their families and more time to gather the information necessary to file the Complaint. We placed advertisements in international newspapers to help locate passengers and their family members. During this time, we also worked with Crowell & Moring in filing several FOIA requests in order to obtain official government records and other evidence regarding the investigation into the attack on Pan Am Flight 73 and Libya's and ANO's involvement in that attack to support our claims.

I declare under penalty of perjury, and consistent with the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Columbus, Ohio
this 2nd day of December, 2007.

                                               _____
                                               PRABHAT KRISHNASWAMY