# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 91-504 (EGS) |
| | ) | |
| ZAID HASSAN ABD LATIF SAFARINI, | ) | |
| also known as MUSTAFA HASSAN | ) | |
| SAID BOMER, | ) | |
| also known as MUSTAFA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America respectfully submits the following sentencing memorandum in the above-referenced case.

### Introduction

The defendant's acts of terror took place more than 17 years ago, but they are not forgotten. The victims of the defendant's acts of terror will never forget. The United States government has not forgotten. The defendant was released from jail in Pakistan after serving only 15 years, less than one year for every life that he took aboard Pan Am Flight 73. Now, at last, justice will be done.

The horror that the defendant created aboard Pan Am Flight 73 defies adequate description. The defendant has admitted guilt to a detailed proffer of facts and those facts will be summarized below. No mere recitation of facts, however, can ever accurately convey the carnage experienced by those people on board Flight 73. It is only by reading the numerous victim impact statements submitted to the Court that one can begin to gain some sense of the dimension of the atrocity caused by the defendant and some sense of the tremendous breadth and

scope of the damage the defendant inflicted on so many lives.

From the time this defendant was brought into the custody of the United States, the government has consistently asserted that the appropriate punishment for this defendant is the death penalty. This Court, however, ruled that the death penalty is not legally available in this case. The government promptly filed a motion for reconsideration, urging this Court to change its ruling.

The plea agreement in this case reflects both the seriousness of this horrific crime and the reality of the legal landscape in light of this Court's ruling. The government agreed to the only plea that could possibly be appropriate under these circumstances – an admission of guilt to all 95 counts of the superseding indictment and an agreement to the maximum sentence (other than death) on all 95 counts. The total agreed-upon sentence is three consecutive life terms plus 25 years, equivalent to a sentence of 160 years in prison. Given that there was no sentence of "life without parole" under the federal law in effect at the time of this hijacking, and given that the Court has ruled that the death penalty is not legally available, then the plea agreement reached between the government and the defendant metes out the maximum punishment available in this case.

Significantly, the government has also secured the benefit of the defendant's cooperation should any of his accomplices come into United States custody. Further, the plea agreement has given the victims of this terrorist act an opportunity to pay tribute to their lost loved ones and to give voice to their own pain, rather than subject them to the rigors of an adversarial proceeding and years of litigation and uncertainty about the death penalty issue.

Finally, the government has done everything in its power to assure that defendant Safarini

will never be released on parole. We have asked the victims to go through the painful process of expressing their grief and their trauma in written victim impact statements, not only to provide this Court with a basis to determine that the plea is appropriate, but also to create a record that will be passed on to the Parole Commission so that it will never decide to release this defendant on parole. The government has similarly gone to the effort of obtaining from Malta the police and court records of the murder the defendant committed there in 1981 and his escape from prison in 1982, so that this Court and later the U.S. Parole Commission will know what type of history this defendant had even before he murdered and maimed so many aboard Flight 73. In light of this record, the government asks this Court to impose the sentence agreed upon by the parties and to make the strongest recommendation possible to the Parole Commission that this defendant never be released on parole.[1]

## Summary of the Facts

### The Takeover of the Aircraft

On September 5, 1986, four armed men, led by defendant Safarini, seized and took control of Pan Am Flight 73 as the aircraft was boarding passengers on the tarmac in Karachi,

---

[1] Under the law governing parole in effect at the time of this offense, in making its parole determination, the Parole Commission should consider, among other factors: "official reports of the prisoner's prior criminal record"; "presentence investigation reports"; **recommendations regarding the prisoner's parole made at the time of sentencing by the sentencing judge**"; and "a statement, which may be presented orally or otherwise, by any victim of the offense for which the prisoner is imprisoned about the financial, social, psychological, and emotional harm done to, or loss suffered by such victim . . . ." 18 U.S.C. § 4206 (1986) (emphasis added).

Pakistan.[2]  The flight had originated in Bombay, India, and it had stopped in Karachi en route to

Frankfurt, West Germany, and was then scheduled to fly New York.  At the time the hijackers

seized control of the aircraft there were approximately 379 passengers and crew, including

approximately 78 United States citizens, on board.  Defendant Safarini and his fellow hijackers

were dressed as Karachi airport security guards and armed with assault rifles, pistols, grenades

and plastic explosive belts.

At approximately 6:00 a.m., local time, defendant Safarini drove a van that had been

modified to look like an airport security vehicle through a security checkpoint at the Karachi

airport, without challenge, and drove up to one of the two stairways being used to board

passengers for Pan Am Flight 73.  His three fellow hijackers were passengers in that van.

Defendant Safarini and one of his fellow hijackers boarded the plane via the forward stairway,

while the two other hijackers boarded the plane via the rear stairway.  At least one of the

hijackers fired rounds from an automatic weapon while entering the aircraft.  Defendant Safarini

grabbed one of the passengers and then one of the flight attendants and demanded that other

flight attendants close the forward door of the aircraft.  Meanwhile, co-defendant Mansoor

ordered a different flight attendant to close the rear door to the aircraft.  When the flight

attendant had trouble locking the door, co-defendant Mansoor fired several shots in her direction.

---

[2]     Defendant Safarini's three accomplices in seizing the aircraft were (1) Jamal
Saeed Abdul Rahim, also known as Fahad Ali Al-Jaseen, also known as Fahd Ali Al-Jassem,
also known as Fahad, also known as Ismael (hereinafter referred to as "co-defendant Fahad"); (2)
Muhammad Abdullah Khalil Hussain Ar-Rahayyal, also known as Khalil Antwan Kiwan, also
known as Khalil, also known as Walid (hereinafter referred to as "co-defendant Khalil"); and (3)
Muhammad Ahmed Al-Munawar, also known as Mansoor Al-Rashid, also known as Mansour
Abdul Rahman Rashed, also known as Mansoor, also known as Ashraf Naeem (hereinafter

Eventually, the flight attendants were successful in complying with the hijackers' orders to close the doors of the aircraft.

While defendant Safarini and his fellow hijackers were taking control of the plane, some of the flight attendants alerted the cockpit crew by intercom, allowing the pilot, co-pilot and flight engineer to escape through a hatch in the cockpit before defendant Safarini and his fellow hijackers reached the cockpit, thereby effectively grounding the aircraft.

On board the aircraft, defendant Safarini dictated the movements of the passengers and crew. He instructed passengers to keep their hands up and heads down, a position they were forced to maintain for a substantial period of time. Throughout the hijacking, co-defendant Fahad primarily patrolled the upper deck and front cabin when defendant Safarini was elsewhere in the aircraft. Co-defendant Fahad kept various members of the flight crew from communicating with one another, and generally treated the passengers and crew roughly. He carried an automatic rifle in a sling and a grenade, and played with the grenade when the pin was pulled out. Co-defendant Khalil spent approximately the first three hours of the hijacking holding a gun and, at times, also a grenade to the head of one of the flight attendants in the rear of the aircraft. Co-defendants Mansoor and Khalil switched off guarding the rear sections of the aircraft. Both co-defendants Mansoor and Khalil were armed with handguns and grenades, and co-defendant Khalil also carried a knife with a large blade.

### The Collection of Passports

Within a short time after seizing control of the aircraft, defendant Safarini ordered the flight attendants to collect the passports of passengers. The flight attendants complied with this

_____

referred to as "co-defendant Mansoor") (hereinafter collectively referred to as "the hijackers" or

request but surreptitiously declined to collect some of the United States passports and hid other

United States passports from the hijackers. After the flight attendants had collected the

passports, defendant Safarini instructed them to separate the American passports from the others

and to bring the American passports to him. Defendant Safarini became visibly distraught after

the only United States passports he received belonged to passengers who were of Indian or

Pakistani origin or ancestry.

### The Murder of Rajesh Kumar

After the passports had been collected, defendant Safarini walked through the cabin of

the aircraft, asking passengers about their nationalities. When he arrived at the seat of Rajesh

Kumar, a 29-year-old California resident who had recently been naturalized as an American

citizen, Mr. Kumar responded that he was from India. Defendant Safarini ordered Mr. Kumar to

come to the front of the aircraft, and Mr. Kumar complied. Defendant Safarini then ordered Mr.

Kumar to kneel at the front doorway of the aircraft and face the front of the aircraft. Mr. Kumar

had his hands behind his head and was bent over. He started to cry and told defendant Safarini

that he was with his grandmother. Defendant Safarini kicked him and told him to shut up.

Defendant Safarini then ordered a flight attendant to open the door of the aircraft, and defendant

Safarini spoke with a Pan Am representative on the ground about getting a flight crew to fly the

plane to Larnaca, Cyprus.

Approximately four hours into the hijacking, the Pan Am representative returned to the

aircraft and told defendant Safarini that a cockpit crew was being flown in to Karachi.

Defendant Safarini became angry about the delay and pulled Mr. Kumar by the scruff of the

---

as "defendant Safarini and his fellow hijackers").

neck, threatening that he would shoot Mr. Kumar if something was not done within 15 minutes. Thereafter, defendant Safarini ordered the flight attendant to re-open the door to the aircraft. Defendant Safarini grabbed Mr. Kumar and put a pistol to his head. Once the door was open, defendant Safarini shot Mr. Kumar in the head in front of witnesses both on and off the aircraft. He then kicked Mr. Kumar in the bottom, heaved him out of the door onto the tarmac below, threw the gun out after Mr. Kumar and pulled the door shut. Pakistani personnel on the tarmac reported that Mr. Kumar was still breathing when he was placed in an ambulance, but he was pronounced dead shortly after arriving at a hospital in Karachi.

### **Threats, Demands and Negotiations**

Following the murder of Mr. Kumar, defendant Safarini threatened to kill another passenger every ten minutes if his demands were not met. On board the plane, defendant Safarini selected another passenger to come forward. That passenger began to pray to Allah and when defendant Safarini satisfied himself that the passenger was a Muslim, he allowed him to return to his seat. Defendant Safarini then called forward another passenger who was a British citizen and who spent much of the rest of the hijacking kneeling in the front of the aircraft, certain that he would be the next passenger to be killed by defendant Safarini.

Defendant Safarini demanded that communications be established with the Pakistani authorities, but he did not know how to operate the cockpit radio. Eventually, Meherjee Kharas, a Pan Am maintenance employee who had been trapped on board the plane when it was seized, was enlisted to operate the radio for the defendant. Throughout the remainder of the day, defendant Safarini continued to demand the return of a flight crew to fly the aircraft to Larnaca, Cyprus, where Safarini and his co-defendants wanted to secure the release of Palestinian

prisoners being detained in Cyprus. During the cockpit to tower negotiations, defendant Safarini

threatened to kill all of the passengers, stated that he possessed enough bombs to blow up the

plane and all of its occupants, and said that the hijackers were carrying machine guns capable of

killing a large number of people. He stated that he was the leader of the operation. He

repeatedly turned down the pleas of the Pakistani authorities to release the women and children

and certain passengers who were identified as being in poor health. These negotiations were

conducted in Arabic and were tape recorded. A translation of the complete cockpit-to-tower

negotiations can be found at Attachment A (also provided to the Court previously). These tape-

recorded statements provide probably the most compelling evidence of defendant Safarini's state

of mind during this horrific incident and his undisputed leadership role during the hijacking.

Below are some representative excerpts from the taped statements made by defendant Safarini

during the negotiations:

> * * * If ever I discover that a trick or ruse is being planned, I will
> kill all the passengers. I possess enough bombs to blow up the
> plane, and all of its occupants. I will not show mercy to anyone in
> the plane if I felt that you are preparing a trick or attempting a
> deceitful act. Secondly, we are a group of commandos carrying
> out this task with full conviction. Our principles are clear. We are
> doing it for our usurped homeland. Do you hear me well?
> Therefore, we are suicidal. We are on our way to release some of
> our imprisoned friends. However, if we sense that there is any
> kind of deception, we will not hesitate to blow up the plane
> absolutely. We will blow it up. * * * We will not spare anybody
> in the plane, whether young or old if you do not cooperate. We
> will not leave anyone. We will kill all of them. * * * I am the
> leader of this operation. When the captain comes to the plane I
> will immediately release the children and the women. * * *
> However, if the captain does not come and if I feel that you are
> attempting to deceive or to play a trick and prepare a deception I
> will blow up the plane. We are carrying explosive sticks on our
> bodies and we are carrying machine guns capable of killing a large
> number which is something we do not wish to do. However, if we

are forced to do that and we felt there is deception then we will kill
all the passengers and ourselves also. * * * And also if I felt there
are American forces around the plane or their rapid deployment
forces from anyplace, then again I will immediately blow up the
plane. * * *

* * *

* * * There are many Muslim passengers on the plane.  In the
beginning I believed that the passengers will be all Americans or
Zionists.  But it turned out there are a large number of Pakistani
Muslim and others on the plane.  I do not want to harm any one of
them.  And when I did harm one of them a short while ago that was
because I felt that they were playing games with me.  They are
telling me they don't know where the captain is and that he's not in
the airport.  I know that the captain fled the aircraft and I was not
able to catch him.  Now I have a group with me and later on you
will know to what this group belongs to.  We do not bargain.  We
do not seek a truce, we do not negotiate.  Our principles and goals
are clear.  Now I do not want to kill the Muslims who are on board
the plane.  But I will repeat it for the last time, that if I feel that
someone is playing games then I will kill all the people on the
plane including ourselves.  We are suicidal and capable of blowing
ourselves up at any moment.  We are carrying bombs on our
bodies.  Also explosives sticks in addition to hand grenades and
machine guns.  We are capable of blowing up the plane.  We have
now planted the entire plane with mines and we can by pushing a
button blow up the plane. * * * I will kill all of them, and I will not
show mercy toward any one of them if I felt the government is
tricking me. * * * I will kill all including the children, old people,
the women, young and old. * * * We are merciless people.  We do
not know tolerance.  We have suffered a lot in our days.  We have
witnessed may tragedies in Lebanon and elsewhere.  Therefore, it
doesn't make any difference to us whether we die or live.  On the
contrary, we seek no more than death and martyrdom. * * *

* * *

* * * There will be many victims on the plane.  The victims will be
innocent children and women.  Therefore if I sense that there is
any kind of American approach or any kind of approach toward the
plane, I will then blow up the plane and I will come out and fight
them.  I will not blow myself up, I will not blow myself up, I will
fight them because they are my enemy.  I will blow up the plane

and come out to fight them, I will not hesitate one moment to kill
them until I die and become a Martyr. I will continue fighting
them. The passengers will be the victims. * * *

Throughout the hijacking, defendant Safarini wore a wide belt around his waist, visible to
the passengers and crew, consisting of the high explosive Semtex H. This explosive material had
the capacity to destroy the entire aircraft if the belt had been detonated on board Pan Am flight
73.

### The Final Massacre

The aircraft remained on the ground in Karachi throughout the day as negotiations
between defendant Safarini and Pakistani government and Pan Am personnel continued. As the
hours wore on and nightfall came, the lights on the aircraft began to dim and flicker. As the
lights were fading, defendant Safarini told co-defendant Fahad that if commandos stormed the
aircraft, co-defendant Fahad should shoot defendant Safarini.

Thereafter, at defendant Safarini's instruction, the hijackers herded the passengers and
crew members into the center section of the aircraft, with some passengers literally on top of
others. Defendant Safarini and co-defendant Fahad positioned themselves in front of the crowd
of passengers in the right and left aisles, while co-defendants Khalil and Mansoor positioned
themselves behind the crowd of passengers and crew in the right and left aisles. On defendant
Safarini's signal, after the hijackers recited a martyrdom prayer in Arabic, and after the lights on
the aircraft had gone out, the four hijackers opened fire on the assembled passengers and crew,
throwing hand grenades into the crowd and spraying the trapped passengers with automatic
weapons fire. In so doing, defendant Safarini and his fellow hijackers were attempting to kill as
many passengers and crew members as possible. Defendant Safarini was shot by co-defendant

Fahad, as he had instructed. The shot did not hit nor detonate the explosives belt worn by defendant Safarini, as he had presumably intended.

Twenty identified passengers and crew were killed during this final deadly assault,[3] including a second United States citizen, 50-year-old Surendra Patel, the father of three children, then ages 14, 12 and 7, two of whom were next to him on the aircraft when he was shot. The only reason that an even more catastrophic death count was avoided was that some of the passengers and flight attendants managed to force open two of the escape doors when the final barrage began, allowing many of those aboard to escape down an emergency chute or to run onto the wing of the aircraft. Many passengers and crew were forced to jump from the wing of the aircraft onto the tarmac in order to escape the hijackers. More than 100 passengers were injured or maimed.

Although there were claims, after the hijacking, by some Pakistani officials and by the hijackers that Pakistani "commandos" had raided the plane, in fact, to the contrary, as defendant Safarini admitted during his guilty plea, no Pakistani officials or commandos entered the plane until after the final deadly assault by the hijackers had ended and all passengers and crew who were physically able to evacuate themselves from the aircraft had done so.

Pakistani authorities arrested defendant Safarini's three fellow hijackers on the grounds of the Karachi airport immediately following the final deadly assault as they were attempting to

---

[3]     At the time of the defendant's plea proceeding, the government had death certificates identifying 20 people killed aboard Pan Am Flight 73, including Rajesh Kumar and 19 others during the final deadly assault. Since the plea proceeding, the government has identified the name of one additional Indian citizen who was killed on board the plane, bringing the total to 21 identified individuals. Newspaper accounts have frequently reported that 22

escape with fleeing passengers. Defendant Safarini was arrested a few hours later at a local

hospital where he had been taken for medical treatment after being removed from the aircraft,

still wearing the Semtex explosive belt around his waist. About one week later, Pakistani

authorities arrested Wadoud Muhammad Hafiz Al-Turk, also known as Wadoud Muhammad

Fahd Al-Turk, also known as Salman Ali El-Turki, also known as Sliman Ali El-Turki, also

known as Bou Baker Muhammad (hereinafter referred to as "co-defendant Al-Turk"), as he was

attempting to leave Pakistan.

### The Defendant's Background in the ANO

Defendant Safarini and his co-defendants committed the offenses charged in this case as

members of the Abu Nidal Organization, also called the ANO, a foreign terrorist organization.

The ANO, also known as the Fatah Revolutionary Council, Arab Revolutionary Council, Arab

Revolutionary Brigades, Black September, and Revolutionary Organization of Socialist

Muslims, was founded by Sabri al-Banna, also known as Abu Nidal, in 1974. The ANO has

mounted terrorist operations in 20 countries, killing about 300 people and wounding hundreds

more. In the mid-1980s, the group was seen as the world's most dangerous terrorist

organization. Many of the group's targets have been Israelis, PLO officials, and representatives

of Arab governments it dislikes. Westerners were also targeted until the late 1980s. Among the

group's best-known attacks, prior to the hijacking of Pan Am Flight 73, were the hijacking of an

EgyptAir flight, resulting in the death of 57 people in Malta in November 1985; attacks on the

Rome and Vienna airports in December 1985, which killed 18 people and injured 111; and, in

1986, an attack on the Neve Shalom synagogue in Istanbul which killed 22 people. The ANO

---

people were killed, but the government has not to this point identified the name of any 22nd

wants the state of Israel to be eliminated, preferably through an international Arab revolution, and therefore supports "armed struggle" against Israel.  It bitterly opposes Arab-Israeli peace negotiations, as well as the United States, the PLO, and moderate Arab regimes in Jordan, Egypt, and the Persian Gulf states.  Iraq, Syria, and Libya have all harbored the group and given it training, logistical support, and funding, often using the ANO as guns for hire.

Defendant Safarini joined the ANO in 1979.  By his own admission, he was aware that the ANO was widely viewed as an extremely violent organization.  Defendant Safarini knew that ANO leaders traveled extensively, womanized and partied at discotheques, which was a lifestyle that was attractive to him.  Between 1979 and 1986, defendant Safarini trained in ANO training camps in the use of weapons and explosives, among other things, and he served as a member of the organization, stationed at various times in Iraq, Lebanon and Syria.

## Murder in Malta and Subsequent Escape

In 1981, defendant Safarini went on a mission to Malta for the ANO.  His mission was to assassinate Abu Tarek, a PLO representative.  Defendant Safarini made two trips to Malta in the spring of 1981 without finding his target.  Then, on October 8, 1981, defendant Safarini saw a car that he believed belonged to his intended target.  Defendant Safarini lay in waiting and, when he saw his target return to the car, defendant Safarini executed him with five shots, four to the chest and lung area.  Safarini's victim died of profuse hemorrhaging caused by the gunshot wounds.  However, defendant Safarini was mistaken about whom he had killed.  The man was actually Mohammed Ali Medhat Tamine, a 32-year-old Lebanese man – not the intended target.

Defendant Safarini fled the murder scene on foot, but he was chased by two Maltese

_____

murder victim.

police officers, who caught him within about two blocks from the murder scene. Just prior to

being caught, defendant Safarini dropped a plastic bag containing the murder weapon.

Defendant Safarini was taken to the police station, where he was advised that he was not obliged

to answer any questions and that anything he said could be used against him as proof. Defendant

Safarini then promptly confessed to the murder.

Eight months later, in June 1982, while he was still awaiting an adjudication of the

charges against him in connection with the murder, defendant Safarini escaped from prison in

Malta, along with another prisoner named Louis Bartolo. Defendant Safarini was aided by the

ANO in this escape, as became clear when Bartolo later returned to Maltese authorities and gave

a statement about the escape. Bartolo stated that defendant Safarini told him that if Safarini

could succeed in getting a letter out of prison, "everything could be arranged, and that money

would be no problem." The defendant and Bartolo both wrote letters that were sent in one

envelope addressed to a Post Office Box in Baghdad, Iraq. Bartolo stated that the letters

contained a request for money to friends of the defendant in Iraq to be sent back to Malta to

secure the prison escape. A return letter was sent to Malta which, according to Bartolo, indicated

that everything requested would be provided.

Bartolo further stated that the Arab friends of the defendant sent him parcels containing a

radio and items needed for the escape, and arranged for payment of money to a prison official

involved in the escape plan. Bartolo also stated that, "to his surprise," the parcel from "the

Arabs" contained a Beretta gun 950S and 100 rounds of ammunition. Bartolo claimed that he

did not ask for the gun, but he later learned that the defendant had asked for it. According to

Bartolo, he and the defendant argued about the gun, since Bartolo did not want a gun to be used.

In his sworn statement to a Maltese Magistrate taken on July 25, 1987, Bartolo testified that he took four of the bullets and loaded them into the revolver, which was with him when he escaped.

**Preparations for the Hijacking**

Following his escape from jail in Malta, defendant Safarini returned to the ANO. In 1986, defendant Safarini, traveled to Damascus, Syria, where he met with an individual named Zuhair Rabaa, a leader of the ANO. Rabaa told defendant Safarini, "If you are ready to die for the cause, we have a mission." Defendant Safarini was informed that the ultimate goal of the mission, in addition to winning the release of Palestinian prisoners held in Cyprus and Israel, was to blow the plane up over Israel. This was to be the ANO's first suicide mission and was to demonstrate the ANO's commitment to the Palestinian cause. Rabaa provided defendant Safarini with passports and money for the hijacking mission through co-defendant Al-Turk

After meeting with Rabaa, defendant Safarini departed Syria and traveled to Bangkok, Thailand, where he stayed for approximately 10 days. On about August 8, 1986, defendant Safarini flew to Pakistan, using a falsified Bahraini passport. Safarini stayed in Karachi, Pakistan, at various hotels, using the false Bahraini passport as identification.

Co-defendant Al-Turk was a leader in the Special Missions Branch of the ANO and was a higher ranking member of the ANO than defendant Safarini. Co-defendant Al-Turk was responsible for providing the tactical and logistical plans for the mission to hijack Pan Am Flight 73. Co-defendant Al-Turk arrived in Pakistan on about July 22, 1986, ahead of the other team members, so that he could procure weapons and choose a target. To support the mission, co-defendant Al-Turk obtained and stashed weapons for the hijackers to use during the hijacking. Once defendant Safarini arrived in Karachi, he met with co-defendant Al-Turk at the Metropole

Hotel, where co-defendant Al-Turk provided the logistical and tactical plans for the operation to defendant Safarini, including the selection of Pan Am Flight 73 as the target. Defendant Safarini met with co-defendant Al-Turk numerous times throughout the period leading up to the hijacking.

The tactical plan which was related to defendant Safarini by co-defendant Al-Turk involved posing as Pakistani airport security guards. To accomplish this plan, co-defendant Al-Turk drove defendant Safarini to the Karachi airport in a rental car and showed defendant Safarini the gate where the hijackers were to gain entry to the tarmac. Defendant Safarini went to a local car rental agency in Karachi and rented a tan-colored Suzuki van that resembled the vehicles driven by security officials at the airport. Co-defendant Al-Turk took the rented van to a local mechanic and had it outfitted with a siren and other accessories to make it resemble even further an airport security van. Co-defendant Al-Turk also hired a local tailor to make three shirts for defendant Safarini and his fellow hijackers, to resemble the uniforms worn by Karachi airport security forces.

Co-defendants Fahad, Khalil and Mansoor arrived in Pakistan for the hijacking mission on about August 5, 1986. Co-defendant Al-Turk was in charge of hiding the hijackers in Karachi during the period leading up to the hijacking. Co-defendant Fahad had brought two explosives belts with him to Pakistan and provided one of them to defendant Safarini prior to the hijacking. On at least one occasion, co-defendant Fahad also accompanied defendant Safarini in conducting surveillance of the Karachi Airport in preparation for the hijacking.

On the morning of the hijacking, co-defendant Al-Turk accompanied defendant Safarini and his fellow hijackers to the Karachi Airport. Co-defendant Al-Turk collected the hijackers'

passports and extra money.  Co-defendant Al-Turk later told defendant Safarini that, during the

hijacking, he roamed the airport and tried unsuccessfully to get a flight to Tripoli, Libya.

### The Defendant's Trial in Pakistan

At their joint trial in Pakistan, defendant Safarini, his three fellow hijackers and co-

defendant Al-Turk, each of whom was represented by counsel, voluntarily submitted a 19-page

statement to the Court, signed by each of them, in which the defendants admitted that they came

to Pakistan to hijack an American airplane to draw the world's attention to the Palestinian cause.

A copy of this joint statement can be found in Attachment B (also provided to the Court

previously).  The joint statement included the assertions that the aim of the hijackers was to fly

the plane toward some "sensitive strategic centre of the Zionist enemy and to blow it there with

us inside," and that they wanted to "destroy sensitive strategic centre of Zionists situated in

Palestine through American weapon, i.e., explosion of American aeroplane," since they "wanted

to strike at both enemies with one weapon at the same time."  The joint statement expressed the

disappointment of the hijackers that they had not achieved their goal of blowing up the aircraft

over Palestine, stating that it was their "dream and desire to saturate the land of Palestine with

our blood.  That is why we planned to blow the plane over Palestine.  No doubt, this time we

failed but one day we will be successful."

### Victim Impact Information

The defendant's actions on board Pan Am Flight 73 were nothing less than pure evil.

Defendant has offered no explanation for his cold-blooded execution of the first American

victim, Mr. Rajesh Kumar; for his repeated refusal to release the women, children, elderly and

sick from the plane; or for the calculated massacre that he orchestrated and ordered against the

more than 380 hostages on board the aircraft. In undertaking this "mission," defendant took the

lives of at least 21 promising and accomplished people and irrevocably affected the lives of

hundreds of others on board the aircraft, and countless family members who were not on board.

The government respectfully submits to the Court a brief description of some of the victims of

the defendant's terrorist acts, so that the scope and magnitude of the crimes can be better

appreciated.

### The American Citizen Murder Victims of Pan Am Flight 73

**Rajesh Kumar**

Mr. Kumar was born on February 14, 1957, in Kenya. He was 29 years old at the time of

his death. Although he had been born in Kenya, his family is Indian, originally from Surat in the

western state of Gujarat in India. When Mr. Kumar was four years old, his family moved to

England, and eventually to southern California in the United States. Many of his extended

family members continue to live in India. Mr. Patel was married at the time of his death. Mr.

Patel lived in southern California, at the time of his death, and had managed a motel with his

father there. He then began working in real estate development and was an aspiring

businessman.

Mr. Kumar had just become a United States citizen two months before the hijacking, and

had been issued his United States passport on July 21, 1986. He was traveling on Pan Am Flight

73 with his 81-year-old grandmother, Kuverben Patel, and his aunt, both Indian nationals. He

had been in India before this flight on his first overseas trip after achieving United States

citizenship, and was escorting his grandmother back to the United States to celebrate his new

citizenship. The passports of his grandmother and his aunt were found on his body when his

body was recovered from the tarmac. Mr. Kumar's grandmother was killed in the final assault by the hijackers on the aircraft, but his aunt survived. She passed away late in 2001.

Mr. Kumar had been one of three sons. His older brother had died at the age of 35 before the hijacking occurred. Within the past couple of years, Mr. Kumar's younger brother was also tragically killed in an automobile accident.

Mr. Kumar's first cousin submitted a victim impact statement on behalf of the family. He described Rajesh as "very humble and always looking for ways to serve the community." Rajesh's goals were "to be able to help his family in settling down any where they wanted." His cousin observed that Rajesh "was always the first to give a helping hand to others that deserved it. Looking for to help the weak as he alway[s] said." According to Mr. Kumar's cousin, in the time immediately following the hijacking, the family felt shock and anger, and Rajesh's parents were "under medication to help calm the shock." When asked how the hijacking has affected his beliefs and those of people close to him, Mr. Kumar's cousin expressed the following sentiment, "My immediate family has turned to God a lot more, and we live for the moment. Do not look to the future. One does not need to worry for tomorrow, because it may not come."

**Surendra Manubhai Patel**

Mr. Patel born on August 20, 1936, in India, and was 50 years old at the time of his death. He was married and had three children, all United States citizens: two daughters, ages 14 and 12, and a son, age 6 at the time of Mr. Patel's death. The family lived in southern California. Mr. Patel was the oldest of four sons in his family. He had a brother who lived in California, a brother who lived in Illinois and a brother who lived in England. His parents and other relatives lived in England. Extended family lived in India. Mr. Patel worked a number of jobs . He

worked for Arco as a computer programmer and was a manager. He also owned a video store

and various rental properties. He did tax preparations. Additionally, he earned a Master's

degree from the University of Southern California and taught business classes there. He enjoyed

all types of sports, particularly football.

Mr. Patel was on Pan Am Flight 73 with his daughters, traveling home from a visit with

relatives. They took an earlier flight than the one taken by his wife and son so that the girls

would not miss the beginning of the school year in the United States. Mr. Patel's daughters were

sitting next to him when he was killed. His younger daughter suffered a fractured skull as a

result of a bullet that grazed her head during the final assault of the hijacking.

One of Mr. Patel's daughters submitted a victim impact statement in support of the

sentencing of the defendant. In discussing the impact of the loss of her father to the family, she

wrote:

> . . . Growing up, the main thing I remember being different (other than not having
> my dad around, of course) was the change in my mom. She was required to take
> over all of the duties he had as our primary caretaker, while also being our mom.
> I remember seeing her struggling with how to deal with things, such as the rental
> properties and the video store my father owned and now had to manage. Due to
> this increase in her responsibilities, she wasn't around as much as she used to be
> when I got home from school.
>
> * * *
>
> While in high school and college, I often called myself a "substitute mom" for my
> little brother since I was usually tasked with taking him to his various team
> practices and games during the weekdays and on the weekends. Although I don't
> think my mom's additional work hours affected my upbringing, I have always felt
> that it made a huge impact on my brother. Not only didn't he have a father, he did
> not have a mom to come home to each day after school. . . .
>
> * * *
>
> The main area where I think the hijacking affected my life while growing up was

seeing the sadness in my mom's face every time a holiday or special occasion came around. For years she would cry at every holiday in remembrance of my father. She also cried at all of our graduations (junior high school, high school, college). While our family and friends were comforting her, they would always comment on how great my dad was and how everyone liked him. While I loved to hear people talk about him, it always made me very sad to hear that I had missed out on knowing such a wonderful person. I think that I will always feel this way.

Losing my father in the hijacking has made my relationship with my mom so important to me. I can't imagine not having her around in my life since she is the only parental figure I have had the past 20+ years (my grandparents have always lived in the UK and India). I rely on her to answer questions to the things I do not know, and I am constantly learning things from her. Because she is widowed, I am often concerned about her being lonely (both on a day-to-day basis any in the long-term). As a result, I continue to live with her even though I will be 30 this year. . . . I know that I don't have to worry about her, that I should live my own life, but I don't want her to be by herself the rest of her life. . .

### The Non-American Citizen Murder Victims of Pan Am Flight 73

Although they are not specifically identified as victims charged in the superseding indictment, at least 19 other people were killed as a result of the final assault that Safarini and his co-defendants committed against the passengers and crew on board the aircraft. These victims include at least14 Indian nationals, about some of whom we know little. At least seven of the victims have relatives living in the United States who are United States citizens. What we know about each victim is summarized below.

**Kuverben Patel**: an Indian citizen, grandmother of murder victim Rajesh Kumar, approximately 81 years old. Her grandson was escorting her and a daughter of hers to the United States from India.

**Syed Nasar Ahmad**: a Pakistani citizen, 43 years old. Mr. Ahmad was a legal permanent resident alien of the United States, having moved to the United States and Canada in 1965. He was married to a United States citizen and the father of a United States citizen who

was five years old at the time of his death.  Mr. Ahmad was trained in philosophy in Pakistan, and after moving to North America, he received further training in philosophy, psychology, Islamic history and sociology.  Mr. Ahmad was a researcher and sociologist who had taught at a number of colleges and universities in Pakistan and North America.  He was traveling to New York on Pan Am 73 after attending the Eleventh World Congress of Sociology in New Delhi and presenting his dissertation submitted to the State University of New York at Binghamton in support of the degree of Doctor of Philosophy in Sociology, entitled "Origins of Muslim Consciousness in India, A World-System Perspective."  He had published numerous articles on third world development, the Middle East and South Asia before his death, and after his death, a book based on his dissertation was published.  At the time of his death, Mr. Ahmad was a faculty member at Friends World College in Long Island, New York.

**Kala Singh**: a 36-year-old Indian citizen married to a United States citizen, returning from a trip to India with her husband and two of their four children, a 13-year- old daughter and an 8-year- old son.  Both of the children are United States citizens.  Mrs. Singh was an audiologist, had been a part-time teacher of audiology at Ohio University, and co-authored a major textbook on phonetics with her husband, "Principles and Practices of Phonetics."  She also assisted her husband with research and editing of other books and articles.  Aside from her work in audiology, Mrs. Singh had opened, run and ultimately sold a thriving Indian boutique in the United States.  After that sale, Mr. and Mrs. Singh started a book publishing company, College-Hill Press.  They had just sold the company before embarking on their family trip to India in the summer of 1986 to show the children the parents' ancestral roots.

After the hijacking, Mr. Singh wrote a 265-page manuscript entitled, "Death of a Lotus,"

which is a very personal account of his life with Kala Singh before the hijacking and of the

family's life in the months after the murder of his wife. A copy of the manuscript was submitted

to the Court as Mr. Singh's victim impact statement. His description of his wife's death on Pan

Am Flight 73 during the final assault launched by the defendant is particularly poignant,

capturing both the horror of the events and the relationship he had with her in life:

> Kala was sitting slightly ahead and at an angle to me, and she was sitting tall. As
> I watched, both her hands reached out and folded in prayer. Who can tell all that
> she might have been thinking? I could think of nothing myself. We were beyond
> any maneuver that might have saved her life, although she saved both our children
> who were under her shield, crouching on the floor. I was not holding hands or
> saying, "I love you," or that, "I will see you in another life," or that, "We will be
> born again as lovers, no one can destroy our love." I wanted to say aloud a prayer
> about *Ganpati*, a Hindu god, but I was afraid the sound would attract an instant
> bullet. . . .

* * *

> "Mommy, these are the last words you will ever hear. I love you." I knew we
> were all going to die. "Daddy, I love you. Didi [in Hindi, the older sister], I love
> you." These were [my son's] words, as he lay behind Kala, seconds before the
> shooting. His words froze Kala. Her head turned toward me. Her eyes were
> closed. . .

> The firing lasted about two minutes, and it was not continuous. They fired bursts,
> then stopped, then started up again. There were larger explosions of grenades,
> some of them fragmentation grenades. . . . One [piece of flying metal] hit [my
> daughter's] foot. Another grazed [my son's] head. And there was a great deal of
> smoke, the smoke that [my son] would remember months and months later in his
> nightmares. . . .

In his manuscript, Mr. Singh also described some of the lasting effects of the loss of his

wife Kala on his children:

> Both children wanted to sleep with me after we returned [home]. They
> were frightened to sleep in their own rooms, or even together. . . . They slept
> disturbed, tossing, turning, talking. In his sleep [my son] talked about the smoke
> that was in the airplane, and what happened after the shooting.

* * *

There was not a night when, after dinner, the children didn't become saddened and frightened just about the time they were ready to go to bed. . . . Now the children questioned all that is unquestionable for others. Our house could be demolished by earthquake, our car could be in an accident, a plane we rode in could crash, a bridge we crossed could collapse into the water. Normal sleep became a nightmare. Normal life was invaded by fear, even terror.

[My son] often said to me, "If I had one wish, do you know what it would be?" I always said, "Yes, I do, son." Then he said, with tear-filled eyes, and an averted face, "But I will never get that wish as long as I live!" [My son's] impressions of those last minutes of Flight 073 terrorized him daily. At someone's birthday party a balloon popped. He became frightened, and screamed and cried. He didn't want to hear explosions of any kind. He didn't want to play with a toy gun any more. He asked, "Who invented the gun? I wish he didn't invent it."

* * *

Remembering his mother is a problem for him, he told me. I ask him in what way. He said, "On the one hand, I want to remember Mommy in such a way that I can recall her in my mind any time I wish to. On the other hand, I don't want to remember her all the time, because that makes me sad."

* * *

Recently he made an elaborate painting. It was a reenactment of the hijacking scene, except this time he was in the driver's seat. He was part of an American military force with an arsenal of weapons surrounding a terrorist plane, which was up in the sky, but helplessly caught within shooting range.

* * *

[My daughter's] way of expressing her pain and anger was different. She woke up three and four times in a night, frightened about earthquakes. In long, involved trains of thought, she discussed with me the possibility of all of us perishing in a massive earthquake. I didn't say this was highly unlikely. She would have instantly responded, "Mother's death was also highly unlikely." The way she coped with our tragedy was a mystery to me. I wanted to see tears in her eyes . . . . But what I saw in reality was a fathomless emptiness, rejection of the world, negation of our surroundings, a disgust with where we lived, when we lived, how we lived, and why we lived. A sense of futility.

* * *

She looked pale, yet there was a dark shadow of sadness that overwhelmed her features. . . . Her smile was an expression of deep effort. There was nothing natural about her any longer.

* * *

Simple daily routine became difficult. She would wake and want to discuss clothing for the day with Mommy. Mommy wasn't there. She would want to go downstairs to the kitchen to discuss what [my son] should have for breakfast, as she had in the past. She started uncertainly down the steps. Halfway down she turned around and came back and sat down. She was looking but not finding.

* * *

A silent pain is more painful than a crying pain. [My daughter] chose to express by not expressing. . . . And yet with all this, she had some of her mother's strength. At midnight one night, when I couldn't sleep, I woke [my daughter] and wanted to talk to her. I took her head on my shoulder, but was asking her for help. That night, I was the child and she was the adult. . . .

* * *

[My daughter's] story of survival is harder to grasp. She has had the burden of growing from a little girl to a young lady, physically, intellectually, and emotionally, all at once. Not all of her has grown at the same speed or at the same time. She is constantly doing things, or talking about doing things. She talks about helping others. She is reading. She is writing. She is on the go. She reads three to four books a week. She reads to keep busy. She shops to keep busy. She talks to keep busy. She tries to be busy all the time, day and night. "Mommy was an active person," she says. "Mommy never sat still for a second. We should always be busy. We should always be dynamic rather than static, moving rather than sitting. Thinking, laughing, rejoicing – that's what Mommy was. That's what our lives were and that's how we should be." The way she puts it is eloquent, and if we could be like that it would be nice. But I am apprehensive that, in the depths of her psyche, there lies a strategy. She is coping with things differently than it might appear on the surface. . . .

Kala Singh's daughter, now grown, submitted a victim impact statement in which she described the devastating effect the loss of her mother had on the entire family:

> After my mother's death my father became quite useless for a long period of time. His grief was, and is, insurmountable. It seemed to us that we would lose another parent from the sheer weight of his despair. My mother was, as

many mother's are, the nerve center of our home. In replacing her my father tried to hire a driver, cook, maid, sitter, accountant, etc… In the end he returned to us mentally and physically, chose to live well, and shouldered on. . . .

All of those people I counted on most were devastated by their loss. My maternal grandmother became an overnight whisper of a woman, her smile never again reached her eyes, and she could not be around my brother or me without crying indiscriminately. My uncles and aunts seemed perpetually saddened, and my family's closest friends continually lamented the loss of such a 'star'. While this continues to be a hard phenomenon to witness, it also has become simultaneously comforting and humbling to me that my mother lives on with such reverence and honor in their memories.

My personal experience of grief was postponed by the tremendous pressure of my father's sorrow and my brother's bewilderment. In the last year of college, while completing a thesis that entailed a tremendous amount of research and a minimal amount of sleep, I began to have horrific nightmares surrounding the loss of my mother. Never the hijacking, just my mother. * * * Years later, when first involved with my husband, I would awaken from sound sleep crying inconsolably as I relived the hijacking experience, noticing a different nuance each time. That also passed with time. * * * I do not know what future experiences my latent memories have in store for me as I age, but I do know that I am blessed with the friends and family one needs to move through those phases of life.

As I am sure you can imagine, all rites of passage have been melancholy with my mother's absence. My father wept at my high-school graduation, was inconsolable at my college graduation, and had to be physically carried at my wedding. He was as happy as any new grandfather could be at the birth of my first child, flying late in the night to reach us as the baby arrived. But as he arrived so did his unspoken wish for my mother to have been there as well. It is his grief more than any other single aspect of the hijacking that has the most long-lasting effect on me today.

**Imran Rizvi**: a 17-year-old Pakistani citizen who was the son of the Senior Commercial Analyst to the United States Consul General in Karachi, Pakistan. Imran Rizvi was traveling on Pan Am Flight 73 with his two sisters, ages 24 and 15, destined for the United States to visit their older brother who was living there. All three were seated in the first row of the economy section of the aircraft. A grenade was thrown directly in front of them, seriously injuring both sisters.

Although Imran Rizvi survived the assault, he suffered serious head wounds and was kept alive by life support systems. He ultimately died from his wounds.

Imran Rizvi's older sister described her brother as about 6 feet tall and an active sportsman. She recounted that her brother wanted to lead an attack against the hijackers, saying, "I don't want to die like a sitting duck without a struggle." She convinced him that this would not be wise, and that the hijackers were negotiating a release for the hostages. While the hijacking dragged on, the two sisters kept occupied by reading books of prayer. When the lights went out on the plane and the final assault approached, Imran Rizvi's sister said that Imran whispered, "[S]ister, say your last prayers as the hijacker has taken out the pin of his hand grenade and is going to throw it on us." According to this sister, within minutes, the bomb fell at their feet. The grenade exploded, severely damaging both sisters' feet and legs. Imran was conscious as he was pushed out of the plane, crying "[S]ister, I cannot breath[], I am dying, please help me." The physical condition of both sisters was so bad (both suffering amputations) that Imran's parents did not tell them about Imran's death until October 30, 1986. In the sister's words, "I wish even for my enemies not to face the pain and suffering what we have faced."

Imran Rizvi's father served in the United States Embassy for 28 years at the time of the hijacking. His former supervisor who remains a Department of Commerce employee, submitted a statement to the Court describing Mr. Rizvi's professional and personal commitment to his work and his dedicated service to the United States. On a personal note, his former supervisor characterized Mr. Rizvi as a "humble man" of "noble character." He further observed:

> I also remember very well Mr. Rizvi's love for his children. Even though he was eligible to retire and relocate to the U.S. under a visa program for Foreign Service Nationals, he remained at the Consulate to provide for his children's education in Pakistan and in the U.S. He visited the U.S. during my assignment to look at

schools for his son. I will never forget how he described the United States and Americans in general as tolerant of minorities, and his recalling with surprise that a Chicago Muslim community he visited with used a local synagogue as its mosque.

* * *

Although I did not know his children well, they would have been as proud of their father as he was of them. He was fond of telling me of his dreams for his children. . . that they would be good students, good citizens and good Muslims. This is a man who gave meaning to the expression "salaam" (peace).

Mr. Rizvi described the devastating effects of the hijacking on his family in this fashion:

My eldest son. . . who was in the U.S. at the time and had a good job had to leave his job to take care of the two injured sisters who had arrived in the U.S. becoming his dependents for care and maintenance. They suffered physical pain, unforeseen poverty, and hunger, and a hopeless, bleak future. I had to sell all my assets and my property and get premature retirement and rushed to the U.S. to take care of the two daughters, and relieve my eldest son . . . who was in the U.S. to enable him to work. Meanwhile, my pension and gratuity and other dues helped our survival in the early period, and then loans from relatives came to our rescue.

Although Imran's younger brother had initially hoped to attend the sentencing of the defendant, he ultimately decided that he could not attend, based upon the reaction of his father to this possibility. His father became very upset at the prospect and was hospitalized the following day for a heart condition. Imran's younger brother did write the following in an e-mail:

Had I been able to come to the hearing, I would have liked to say to the judge that I want all the hijackers to get what they gave to my brother, nothing more, nothing less. My brother is dead because these terrorists thought they could kidnap and kill innocent people, regardless of their nationality, religion or race to get what they wanted. If nothing else, they should not be able to ever go free and enjoy even a day of freedom for they did not give my brother that same opportunity.

The reason I'm writing this email now is that I saw my brother, Imran, in my dream last night and he seemed upset about something. I now believe he wanted me to tell you that this man, the hijacker of that Pan Am flight, should never be let out free. He took away a son, a brother and a good friend to numerous people.

He took away the dreams of my family to settle in the U.S. and to make a better life together. . . .

I want the hijacker to know that he has destroyed not just one life for each person he has killed or injured, but he has shattered the lives of all those who had hopes and dreams for themselves and their loved ones.

**Seetharamiah Krishnaswamy:** a 61-year-old Indian citizen who was the retired Chief of Operations and Assistant Secretary to the Railway Ministry of the Western Railway in Bombay. Mr. Krishnaswamy obtained a bachelors and a masters degree in physics, and early in his career, he had been a lecturer in physics at BMS College in India. He was married and had four children, three of whom are naturalized United States citizens. He and his wife were traveling on Pan Am Flight 73 to attend a daughter's wedding in the United States.

One of Mr. Krishnaswamy's sons submitted a very powerful victim impact statement. He described his father as follows: "He was a caring husband, a devoted father, an admired and respected colleague, a consummate professional and a relentless perfectionist. He was very cultured and highly evolved and conducted himself with dignity and class in every situation that he encountered. . . ." As for the effects on the Krishnaswamy family, this son explained:

It took several years for each one of the five of us – my mother, my two sisters, brother and I to come to terms with what had happened, accept the loss and piece our lives back together. During that time, I did go back to India indefinitely to stay and take care of my mother. My graduate work was to be abandoned under the circumstance. But eventually, it was my mother who decided that we must move forward. I traveled with her this time, four months after the incident taking a completely different route and a non-American carrier. . . . We did celebrate my sister's wedding quietly, as there was an irreplaceable emptiness on the occasion without my father. After losing almost a year in graduate school, I did resolve to finish my doctoral degree, if only to dedicate it to my father's memory.

\* \* \*

Tragedy is sometimes defined as the differences between "what is" and "what might have been." It is no different in our case as we wonder every day, if not

every hour of every day, what might have been had my parents never ran into the likes of the defendant. My father retired in 1983 and had spent a couple of years renovating the ancestral home and settling down in Bangalore finally in 1985. He was looking forward to enjoying his golden years sharing the success of his children and their families. The heinous acts of the defendant and his fellow terrorists robbed him and my mother of the enjoying . . . their years together. Every time I see my children or their cousins, I can only imagine the joy that they would have brought to his face. . . .

* * *

Even after 17 years, the pain inflicted by this murdering terrorist is so great, that no one else in my family wanted to recall the details of the impact it had on their lives. . . . Grief wells up from within as I recall details from the tragedy, and in spite of the nightmare, I did want to state for the benefit of the court how horrible the effects have been especially if any possibility of parole is ever[] considered for the defendant.

**Trupti Dalal**: a 28-year-old member of the Aavishkar dance troupe, traveling with her 12-year-old son and other members of the dance troupe to perform in the United States. Ms. Dalal was an Indian citizen, survived by her husband, her son and a brother. Her brother lives in the United States, employed as an architect.

**Krishna Kumari Gadde**: a 28-year-old Indian citizen, married and trained as a scientist. Ms. Gadde was working on a PhD in microbiology at the University of Missouri, Columbia, and was involved in research to develop a malaria vaccine at the time of her death. She had hoped to become either a doctor or a geneticist. She was on Pan Am Flight 73 after visiting family and friends because she missed an earlier flight that would have brought her back home to the United States. Ms. Gadde had three sisters and one brother. Three of her siblings live in the United States.

Ms. Gadde's father described her as "a child of high intelligence" who had a "very bright academic career." She had obtained a graduate degree in India with specialization in genetics.

According to her father, Ms. Gadde "dreamt of becoming a great genetic researcher and she was

hoping to join one such research institute" when she returned to the United States. Ms. Gadde's

father stated that he has been "absolutely devastated by her death. It is a great loss to me and my

family members. But the death of this geneticist with a great future is also a great loss to

society."

Several nephews and a niece of Ms. Gadde also submitted victim impact statements. Her

niece eloquently described the relationship that Ms. Gadde had with her three sisters. She

described the special bond she has with her aunts:

> I have lived out my life knowing that if I was hurt, if my heart was troubled or my
> body disturbed, that I could call on my mother and her sisters to come – that my
> three mothers would surround me in a new-made womb of loving protection. But
> it should be four. I should be able to be blessed by four mothers. My mother's
> younger sister, Krishna Kumari, the third of four daughters, was murdered when I
> . was six . . . . Ever since then, there has always been an empty space, a vacancy,
> and a vacuum that I know floats in my family but that no one can acknowledge.
>
> I know my mother's other sisters . . . so intimately that I ache to know what I am
> missing. . . . What would my lost mother have gifted me with, what would she
> have taught me?
>
> I can remember so little of her. I should have a thousand memories but all I am
> left with is three things I can remember. I have a blanket that she gave me
> because I liked the pattern. I remember that her skin was the same color as mine,
> darker than my other mothers. I remember that she once kissed my eyelids when
> I was asleep, under her blanket, on   the floor of her first home. . . . I know that
> she was named after the river she was born near. . . .
>
> I have only these fragments of her, my Krishnamma, my lost mother and it hurts
> me even more now that I know she moved like a song, like a poem. My father
> told me once that she was his best friend in the family – that she had a sweet heart
> and a face full of charm. . . Her  death was my family's tragedy and we all miss
> her more than we can say.

**Meherjee Minocher Kharas**: a Pakistani citizen in his late 20's at the time of his death.

Mr. Kharas was a Pan Am mechanic. Mr. Kharas was on the aircraft to check equipment before

the flight was due to leave Karachi and he was caught on the aircraft when it was stormed by Safarini and his co-defendants. The Pan Am station manager identified Mr. Kharas to Safarini as a person who could help operate the radio and establish electronic communication with the tower. Mr. Kharas also reportedly tried to restore power on board the aircraft when the generator and the auxiliary power unit began to fail, and he advised Safarini that power would be gone soon. After being so advised, Safarini began herding the passengers to the economy section. At the time of his death, Mr. Kharas had been married for three years. He is survived by his widow, his mother and his sister, who lives in the United States.

Mr. Kharas' widow said that he loved the aviation industry and thoroughly enjoyed his work. In her words, "As an individual, he was simple, humane, friendly, and he aspired to excel professionally in his field." Mr. Kharas was not actually on regular duty on the day of the hijacking, but substituted for a colleague who had taken time off. Speaking of the hijacking, Mrs. Kharas stated, "[t]hat day my life changed, from being a happily married wife, I became a widow as I had indeed lost my better half. To die a natural death is easy to accept, as it is inevitable but to die prematurely or an accidental death, rather a brutal murder is what brings unenduring pain to the one who survives." Mrs. Kharas also described in detail the lasting effects of her loss:

> Physically, I never have till today recovered fully, initially with stress I was taken with a severe form of allergy which receded after several weeks. I have had in the past and still have sleeping problems, suffer from anxiety and stress related symptoms. Have taken and still am on medications, antidepressants, and anti-anxiety drugs. I feared flying and more so at might, but have now managed to cope with that.
>
> The void this incident has created has left a deep negative impression in my life. From anger, frustration to utter helplessness is what I felt when I lost Meherjee mainly because I could not ascertain or hold liable any particular individual for

his death. I have not remarried, nor have committed myself to a new relationship.
The last few years have gone by, where I feel that my life has been wasted, devoid
of my companion, have felt incomplete. While in the West people are more open
to new relationships, in the East our culture is a bit different, more so, in my
nature, as Meherjee was very special in my life.

\* \* \*

. . . The pain of untimely separation from your spouse is acute and the one who is
affected knows its depth, this is beyond words. This is why I was initially
reluctant to even put together this statement. . . .

A long-time friend of Mr. Kharas also submitted a statement, describing him as "the sweetest

and kindest of boys, teenagers, men . . . he was a really, really nice guy. He had a fresh

innocence and open-ness about him. He had many friends because he had a big heart. And he

was fun! I always laughed when he was around. I think that is what I miss most, the absence of

this joyful, laughing presence."

**Jose Alvarez Lamar Nunez**: known to his colleagues as Pepe Lamar, Mr. Lamar was

approximately 57 years old. He was a Mexican citizen, employed as a rig superintendent for an

offshore oil drilling operation then underway in India. Mr. Lamar was working on the project for

a Mexican drilling company called Protexa, with offices and projects in the United States. He

was returning to the United States with three co-workers after completing 28 days of work on the

offshore rig in India. Mr. Lamar survived the final assault on the aircraft and was hospitalized in

Pakistan for several days before he died of his wounds there.

**Ricardo Munoz Rosales**: a Mexican citizen in his late 20's, employed as a derrick

operator on an offshore drilling rig in India. Mr. Munoz was employed by a Mexican drilling

company with offices and projects in the United States. He had stayed on the job beyond the 28-

day shift to cover for another employee who failed to appear for his shift. Mr. Munoz was

returning to the United States with three co-workers on Pan Am Flight 73.

**Neerja Mishra Bhanot**: the 23-year-old senior purser of Pan Am Flight 73, assigned to the first class cabin of the aircraft. Ms. Bhanot helped to warn the cockpit crew when the hijackers first entered the plane, thereby allowing them to escape before the hijackers could order them to fly the aircraft out of Pakistan. She had substantial direct contact with defendant Safarini and the other hijackers on board the aircraft, and was responsible for making announcements to the passengers as authorized by the hijackers. Ms. Bhanot was an Indian citizen. She had been flying for Pan Am for ten months. She was also employed as a model. Her father was a journalist in Bombay, India. Ms. Bhanot's family received her coffin on September 7, 1986, which was her birthday. She is survived by her parents and her brother.

Ms. Bhanot's brother observed that his sister, a "young, delicate looking" girl "showed to the brutal terrorists on board, and to the world at large, that hate and threats of death cannot cow down a brave spirit and compassion for a fellow human being." One passenger on board recalled that, as the lights went out on the plane, Neerja had the presence and the nerve to make a dash for the emergency door and open the chute. Instead of escaping the aircraft at that time, she helped others off the plane, shielded three small children from gunfire and gave her life in this effort. Ms. Bhanot's brother stated that he was very close to his sister, who was six years younger. "We shared our hopes, our dreams, our aspirations, our sorrows. Our parents had taught us to be responsible, fearless and independent. And Neerja, especially, displayed these traits." In her name and in her honor, a trust was established after the hijacking which recognizes and rewards a "Neerja Heroine" every year.

**Dr. Ganapathi Thanikaimoni**: 48 years old, Dr. Thanikaimoni was an Indian citizen

who was known as Thani to his friends and colleagues. He was the Director of the Palynology

Laboratory (the study of pollen grains) at the French Institute in Pondicherry, India. He was

traveling on Pan Am Flight 73 to present a lecture at a symposium on marine palynology, as part

of the UNESCO-sponsored Second International Conference on Paeooceanography at the Woods

Hole Oceanographic Institute in Massachusetts. Dr. Thanikaimoni specialized in the study of the

pollen of modern flora and fossil pollen. He wrote extensively in scientific publications and

created a five-volume compilation of reference material for laboratory use. Dr. Thanikaimoni

was married and had a young son and a young daughter at the time of his death.

Dr. Thanikaimoni's daughter observed:

> My mother has lost a devoted husband and my brother and I have lost a loving
> father, his friends have lost a compassionate friend and the world has lost a
> brilliant and dedicated brain due to this mindless act of terrorism. Apart from
> being a world-renowned scientist, my father was known for his humility,
> compassion and respect for all living things. It is ironic that he should have fallen
> victim to terrorism. We, his family and the scientific community worldwide
> wholly condemn these barbaric acts which leave behind only innocent victims and
> irreparable loss to the world.

**Bogby Thomachen Mellor**: a seven-year-old boy traveling with his parents. He was an

Indian citizen.

**Thomachen Thoms Mellor**: approximately 30 years old, believed to be the father of

victim Bogby Thomachen Mellor. Mr. Mellor was an Indian citizen.

**Aleyamma Skaria Nagatholy**: a 39-year-old Indian citizen. Mrs. Nagatholy was

married and had been a nurse by profession.

**Ramikant Naik**: approximately 55-year-old Indian citizen. Mr. Naik was traveling on

Pan Am Flight 73 with his wife, who suffered gunshot wounds to her leg and was hit by shrapnel

in her face.

**Rupal Desai**: approximately 26-year-old Indian citizen.  Ms. Desai was a dancer with the Aavishkar dance troupe that was traveling to the United States to perform.  She was engaged to be married at the time of her death.

**Kodiyattu K. Kurian**: approximately 25-30 year old male Indian citizen.

**Gorgi Gopal**: Indian citizen, married and traveling on Pan Am Flight 73 with her husband.  Mrs. Gopal's husband suffered a gunshot wound to his hand and five bullet wounds in his left leg as a result of the final assault on the aircraft.

<u>**Surviving Victims of Flight 73**</u>

Aside from the two American citizens who were killed during the hijacking, there were approximately 76 other Americans on board the aircraft when it was taken over.  Many of these Americans were families, some traveling with small children, and there were seven unaccompanied minors on the flight.  Each of the American victims has been named in the superseding indictment as the victim of attempted murder by defendant Safarini.  Among these victims, seven Americans are separately named as victims of serious bodily injury, due to the wounding they suffered as a result of the final assault on all the passengers and crew.  These seven victims included three children: 10-year-old Gargi Devi, 15-year-old Ajay Patel and 16-year-old Nadya Hussain.  Gargi Devi had been traveling with her 13-year-old sister but no parent; she suffered a very serious head injury.  Ajay Patel had been traveling with his Indian national mother, who was also injured; Ajay Patel suffered a badly broken right shoulder, a gunshot wound to the right side of his chin and shrapnel wounds to his face and scalp.  Nadya Hussein had been traveling with her grandmother; she suffered a facial gunshot wound, an exit wound, and the fracture of the right mandible and right humerous.  She also had a history of

brain tumor and shunt.

In the statement of one of the children who was seriously injured, the passenger, now

grown, reflected on the experience of surviving the attack:

> . . . While the hijackers had been intent on slaughtering all the passengers in the
> pursuit of their religious goals, I firmly believed I would live. This certainty
> fueled my survival during both the escape and the subsequent coma. Though I
> endured years of severe pain, faltering memory, and heavy seizure medication due
> to my . . . injury, I felt fortunate just to be alive considering that my physicians
> had expected me to die. Embracing life, I developed the perseverance to
> overcome daunting obstacles.

Despite this remarkable attitude, this victim continues to suffer from Post Traumatic

Stress Disorder as a result of the hijacking and has been undergoing therapy and taken

medication for the past four years in order to attempt to overcome fully the repercussions of the

experience. Continuing academic studies has been a constant challenge, due to an inability to

focus on classwork, the occurrence of anxiety attacks and an understandable loss of confidence

and self esteem. Other repercussions experienced by this victim described in an impact

statement submitted to the Court include "overfixation, hyperalertness," fear of crowded places,

trouble sleeping and fear of unknown men, particularly when these men use harsh or profane

language.

The adult American victims of serious bodily injury suffered a variety of injuries. David

Gaiser was shot in the leg. John Harper had shrapnel wounds to both legs. Rana Khan suffered

a bullet wound to the abdomen and two sprained ankles. Deepak Mehra received shrapnel

wounds to his foot.

Many of the surviving passengers submitted victims impact statements for consideration

at the defendant's sentencing, and other victims, who chose not to submit additional statements,

gave the government permission to use earlier written submissions as victim impact statements. A number of victims simply could not bear to relive the horror of their experience by submitting newly created statements, and some could barely tolerate contact from government counsel advising them of the pendency of this case, since this contact revived unspeakable memories of the holocaust they suffered on the aircraft. As one seriously injured American victim stated in an e-mail message, "After speaking with [government counsel] about the hijacking of Pan Am, I have had nightmares and have found myself feeling anxious. I think I should just 'put this incident behind me and get on with my life.' It is simply too painful for me to rehash. I would have liked to have helped in your case, however, I feel that going back to that incident would do me harm and serve as an impediment to my health and life."

Each of the statements received from victims, relatives of victims and colleagues reflect unique, moving sentiments about the effect of this crime on the victims and their families. Excerpts of some of those statements submitted to the Court and defendant in preparation for sentencing are included in this memorandum to underscore the magnitude of the loss suffered by each person on board Pan Am Flight 73 as well as that suffered by their loved ones and colleagues.[4]

The mother of five children was traveling on Pan Am flight 73 with her two youngest children, ages 3 and 2. Each member of her family provided a statement about the impact of the hijacking on their lives and the life of the family. In her 10-page statement, there are vivid descriptions of her experience on board the aircraft as well as the after-effects of the hijacking on

---

[4]     The names of these surviving victims are omitted from this Sentencing Memorandum, in respect for the victims' privacy.

her and members of her family:

> . . . The lights started dimming and almost went off. We started to feel weak, lacking energy, depressed, angry, helpless, and fearful. At that point the hijackers said some Arabic words like Allah hu Akbar, some thing else and started shooting. My children were asleep on the seats we were sitting on earlier and I was sitting on the floor between the seats and partly in the isle when the shooting started. I pulled them out of the seats and shoved them under the seat front of us, one on top of the other. They started screaming. I told them not to make any noise or they would kill us. The children were holding their breath so hard that I could not tell if they were dead or alive and they would not respond to my calls for fear of making noise. The passengers on the seats above my children's were hurt and my children were soaked in their blood. It was dark inside the plane and I could see sparks from the bullets flying toward us. At that point, I called the names of my children and they would not respond. I thought they had gotten killed because I felt blood all over them I blamed my self that I was too slow in pulling them off the seats. . . .

> I started saying my prayers. I had no hope of surviving, and prayed that if I was killed my children would also be killed. At that point I was hoping that if we were to die, my children and I would die together. At that time, I felt that the three of us would all die here. If this happened, my other three children and my husband would be left alone. I didn't want them to live a life full of suffering from the loss of half of their family. I prayed instead that if the three of us were to die, then the rest of my family should die also so that no one would have to live a life full of suffering. We were very close to each other and living without each other would be like living in hell.

> I was scared to death and sure that we were all going to die. I could hear people screaming and crying. I looked between the seats and could see the defendant shooting toward us. . . . I look toward the defendant and see him reload his machine gun. I took a chance, grabbed my children and ran toward the exit door right behind me. I jump outside and discovered that we were on the wing of the plane, but the slide was not open. . . .

This victim vividly described the varied impacts of the crime on her and her family:

> I was worried for over a year that the hijackers would come after me because I had identified them. This fear made me feel unsafe in my own home. There were times when I would not open the drapes because of this fear. I kept checking to make sure the doors and windows were locked. I would look outside to see if anything was unusual. I was even afraid to pick up the phone when it rang thinking it could be someone coming after me. . . .

I would cry when no one was home.  If someone was home, I would go to restroom and cry.  I had tons of unanswered questions.  Why did this happen?  How did we survive?  What will happen to my children?  Will they get over this?

* * *

On the outside, I seemed okay, but inside, I was mad, scared, depressed, and afraid.  One day I was driving my oldest daughter to school in the morning.  I was going to make a protected left turn but instead of going into the left turn lane, I went into oncoming traffic.  My daughter asked me where I was going, but I did not realize what happened. . . . I was lucky that no one was in that lane, but at thetime, I was having flashbacks of the hijacking.  That day I stopped driving the children to school.  I was afraid I would do something like that again.

Another day I was driving to the hospital on the freeway and all of a sudden I was sure I saw a man with a gun coming to shoot me on my left shoulder.  I pulled off the freeway and parked the car in the nearest parking lot.  I stayed inside until I was able to pull myself together.

* * *

Our children to this day will not talk about it.  Their lives were destroyed. . . . I had to be at their side at all times for years. . . They slept with us on our bed till the age of nine. . . .

One morning my husband and our two children . . . were eating breakfast.  I had made toast and eggs.  My son patted my shoulder and pointed toward his toast.  My heart went out to him and I was mad at what I saw.  He had eaten his toast in such a way that it made a shape of handgun, and he was only 2 ½ years old. . . .

This victim also suffered severe physical effects of the hijacking, due to a back injury she sustained from jumping onto the slide from the wing of the plane.  Nine years of pain, disabling her for months at home, treated by extensive medication, ultimately resulted in her agreeing to risk major surgery in 1995.  While the surgery alleviated much of her chronic pain and disability, the injury continues to limit her activities and movements in significant ways.  She summed up her feelings as follows: "[L]ike they say[,] life is short and you only live once so make the best of it.  But in this case defendant chose how we should live our life and took that one chance we

had to live the way we wanted to live, we can never get that back."

A 49-year-old female surviving passenger wrote as follows:

I still grieve at the memory of the child who sat three seats in front of me. Because he sat directly behind the bulkhead, there was no chance of cover when the gunfire started. The stewardess who was forced to kneel in the aisle to the right of where I sat. I can still see the look on her face. She knew. What protection did she have? What court of appeal?

Oh, yes, memory, best left buried but not today. Memory; the guns have stopped and through the acrid haze to see again those so still in their seats. Never to move again, to love, to laugh, to strive, never to sit as I do this morning and hear the Red Bird sing. But today as he sings outside the open window I write this and cry once again.

To witness murder is to be forever changed. After the sustaining surge of anger and adrenaline drained from me grief set in. A grief that is always just below the surface. Tears flow easily, too easily. . . .

In addition to the hundreds of passengers victimized by the defendant and his co-defendants, there was a group of remarkably heroic flight attendants on board Pan Am Flight 73, who, even in the face of certain danger, took every effort to minimize the injury and death that defendant and his co-defendants caused on the aircraft. Several of these crew members were themselves injured as a result of the hijacking. They were all in their early 20's, all having become flight attendants less than a year before the hijacking, and all remarkably calm and professional in their actions after the defendant and his co-defendants commandeered the flight, trying to ensure that the attack would end peacefully.

Several of these flight attendants submitted statements in consideration of sentencing the defendant. One who spent a great deal of time with the defendant and who witnessed his cold-blooded murder of Rajesh Kumar in the front of the aircraft, described numerous enduring effects of the experience:

It took me years to sleep without nightmares. I had to wake my husband up to go
with me even if it was to the washroom. On occasions I would wake up in the act
of throwing things, at one time it was a heavy glass ashtray. . . I could not be left
alone after dark. . . I was drinking alcohol a lot more than I should have too.   I
was unreasonably aggressive and got nasty for little or no reason with strangers
and friends.  I got into physical fights on the street if someone so much as touched
me [b]y mistake, which on the crowded roads of Bombay is not easy.

It was many years later . . . when I got up the courage to have a baby. . . .

The worst of the incident was watching human behavior at its worst. The
hijackers showed no remorse at all.  When Kumar was shot[,] Mustafa [i.e., the
defendant] had the gall to curse and swear at him saying, they made me do it,"
like someone else held his hand and forced him to kill Kumar.  All the time
Kumar was there he was treated like a dog.  Mustafa kept kicking him and asking
him "are you a man" because he was crying and begging for his life.  What
constitutes a man?  A weapon?  This so called man had me in front of him every
time he entered the cockpit, every time the door was opened to communicate with
the ground, every time he felt even the slightest exposure would harm him.  He
was so callous and uncaring with Kumar, he did not even flinch when he shot
him. . . .

[Mustafa] was up front on my side of the aisle (left) and it was his shots that
                killed Neerja & Kharras and the lady who got shot in the scalp and
                toppled over thus covering me.  There were so man injured, I will
                never forget the howling as people cried in terror when they started
                shooting.  He has cut short so many peoples lives. . . Every person
                on that plane has suffered both physically and mentally. . . .

A flight attendant who was held by one of the defendant's accomplices with a gun
and a grenade to her head during the first few hours of the hijacking provided a
powerful description of the emotional effects of the hijacking on her:        [T]his
hijacking has affected me emotionally, yet I fully cannot comprehend the
magnitude of its effect on me.  I used to enjoy life and socialized extensively, yet
I was responsible and free spirited.  This heinous crime wrenched me out of my
cocoon of safety, happiness and comfort and forced me to grow up in 16 hours by
engulfing and forcing me in a right of passage into life I never knew existed, one I
did not seek nor wish on any person.  I suffered bouts of sadness, anxiety, anger,
intense and immense fear – I used to wake up in the middle of the night with
clenched fists and locked jaws that resulted in aching finger bones and jaw bones.
I've had nightmares and wake up in a state of panic and sweat. I feared the
darkness and still do. After this incident, I have never been able to watch even
moderately violent movies and definitely no movies with guns or loud noises.
The hijack began with the hijacker getting my attention by holding a gun to my

head from the rear, hence I startle easily. I have literally screamed when friends have unintentionally and unknowingly covered my eyes from behind me to surprise me. Growing up in India, one of the biggest annual festivals is Diwali a festival of lights and firecrackers, firecrackers are lit from up to a month before the event leading to the festival day. Over the years, these have been months from hell, as certain blasts and sounds trigger emotions, I really wanted to bury and did not want to have to deal with.

### Applicable Laws Pertaining to Parole

The sentencing in this case will take place under the pre-Sentencing Guidelines sentencing regime. While several of the charged offenses carry a possible "life" term, a "life" sentence under the pre-Guidelines regime did not mean life without parole. Rather, a "life" sentence meant that, with various good time credits, a defendant would be released on parole "after serving thirty [30] years of each consecutive term or terms of more than forty-five [45] years including any life term, whichever is earlier." 18 U.S.C. § 4206(d) (1986). For any term of years less than 45 years, a prisoner "shall be released after having served two-thirds of each consecutive term or terms ...." Id. Here, the agreed-upon sentence amounts to three consecutive life terms plus 25 years. Since each life term is equivalent to a term of 45 years, the sentence is equivalent to 160 years. Thus, under the governing statute, defendant Safarini would presumptively receive parole after two-thirds of that sentence – i.e., after 106 years and 8 months.

However, under the governing statute, a defendant's parole eligibility (i.e., right to a parole hearing) comes at an earlier date. Under Section 4205(a): "Whenever confined and serving a definite term or terms of more than one year, a prisoner shall be eligible for release on parole after serving one-third of such term or terms or after serving ten years of a life sentence or of a sentence of over thirty years, except to the extent otherwise provided by law." 18 U.S.C. §

4205(a) (1986). The question of whether a prisoner becomes eligible for parole after a total of

ten years – regardless of how many consecutive life sentences he is serving – has caused a split

in the circuits. The Fifth, Ninth, Eighth, Tenth and Eleventh Circuits have ruled that sentencing

judges have the ability to structure sentences in such a way to avoid a mandatory parole hearing

after ten years. See United States v. Varca, 896 F.2d 900, 905-06 (CA5), cert. denied, 498 U.S.

878 (1990); United States v. Gwaltney, 790 F.2d 1378, 1388-89 (CA9 1986), cert. denied, 479

U.S. 1104 (1987); Rothgeb v. United States, 789 F.2d 647, 651-53 (CA8 1986); United States v.

O'Driscoll, 761 F.2d 589, 595-98 (CA10 1985), cert. denied, 475 U.S. 1020 (1986); see also

United States v. Berry, 839 F.2d 1487 (CA11 1988), cert. denied, 488 U.S. 1040 (1989). Ruling

to the contrary are the First, Third, Sixth, and Seventh Circuits, which have held that § 4205

imposes a 10-year maximum before parole eligibility. See United States v. Castonguay, 843

F.2d 51, 56 (CA1 1988); United States v. DiPasquale, 859 F.2d 9, 13 (CA3 1988); United States

v. Hagen, 869 F.2d 277 (CA6), cert. denied, 492 U.S. 911 (1989); United States v. Fountain, 840

F.2d 509, 521 (CA7), cert. denied, 488 U.S. 982 (1988).

The D.C. Circuit has not ruled on this issue. The position of the Bureau of Prisons is that

§ 4205 imposes a 10-year maximum before parole eligibility.

### Defense Sentencing Memorandum

We will not spend much time addressing the defense sentencing memorandum because it

does not warrant a lengthy response. The 45-page defense submission is noteworthy mostly for

its lack of any real discussion of the crime the defendant committed and for the absence of any

notion of the defendant's truly accepting personal responsibility for his actions. Virtually the

entire defense sentencing memorandum is devoted to describing defendant Safarini's background

growing up in the context of the broader Palestinian struggle. No matter how accurate the memorandum's description of defendant's background may be, the government cannot accept the defense claim that this background was "determinative" of the defendant's fate and, by implication, determinative of his actions on board Pan Am Flight 73. (Def. Sentencing Memo at 6.) Clearly, to the extent that the defense is making an argument that the defendant had no real choice but to commit these murderous acts (cf. id. at 19 n.15), this argument proves too much, in that it would serve as an excuse for any act of terrorism by someone who grew up indoctrinated to hate Americans. Moreover, while the Palestinian context may be foreign to us, the defense reasoning is no different from claims made every day in this court and others that a particular defendant's background in a gang-infested or violence-ridden neighborhood explains his violent crimes. Such explanations simply cannot undermine each defendant's personal responsibility for his own actions. Whatever oppressions, real or perceived, the Palestinian people may have suffered, such oppressions can in no way be used to mitigate the defendant's personal responsibility for hijacking a planeload of innocent civilians and then murdering and attempting to murder all the passengers on board.

## Conclusion

The defendant committed an unspeakably heinous crime and he should be punished accordingly. While his attorneys' sentencing memorandum attempts to offer explanations for his wantonly murderous conduct, the defendant did accept responsibility for his crimes by admitting guilty to all 95 counts against him and agreeing to the maximum sentence (other than death) on each count. The defendant has also agreed to cooperate with the government and to testify against his accomplices, should any of them come into United States custody. Further, the plea

agreement has given the victims an opportunity to pay tribute to their lost loved ones and to give

voice to their own pain, rather than subject them to the rigors of an adversarial proceeding and

years of litigation and uncertainty about the death penalty issue.  In light of this record, the

government respectfully asks this Court to impose the sentence agreed upon by the parties and to

make the strongest recommendation possible to the Parole Commission that this defendant never

be released on parole.  In so doing, justice shall finally be done for this defendant for a terrorist

act that will never be forgotten.

Respectfully submitted,

ROSCOE C. HOWARD, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 246470

By:    _____

GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar Number 447902
Transnational/Major Crimes Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-7746


_____

JENNIFER E. LEVY
D.C. Bar Number 291070
U.S. Department of Justice,
Criminal Division
Counterterrorism Section
10th Street & Constitution Ave., N.W.
Patrick Henry Building, Suite
6500
Washington, D.C.  20530
(202) 514-1092

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Government's Sentencing Memorandum" was delivered to the Federal Public Defender's drop box inside the U.S. Courthouse, as well as sent by fax (without attachments) to (202) 501-3829 to counsel for the defendant, Robert Tucker, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, and by first class mail to counsel for the defendant, David I. Bruck, 1247 Sumter Street, Suite 201, P.O. Box 11744, Columbia, SC 29211, as well as sent (without attachments) by fax to (803) 765-1143, on this 30th day of April, 2004.


_____
GREGG A. MAISEL
ASSISTANT UNITED STATES ATTORNEY

# ATTACHMENT A

The following is a verbatim transcript of tape recordings made
by Pan Am of dialogue between an Arabic translator and a
hijacker of Pan Am Flight 73 on September 5, 1986.  The tapes
have been translated from Arabic to English by United States
Department of State Translator.

CR 91-504

                    TAPE A-1
                    SIDE ONE

Mustafa:  Did you understand well?                    **FILED**

Nassim:  I understand well.                            APR 3 0 2004

Mustafa:  I am waiting for your answer.            NANCY MAYER WHITTINGTON, CLERK
                                                        U.S. DISTRICT COURT
Nassim:  O.K.

VOICE:  IN ENGLISH:  PUT THE SAME GENTLEMAN ON, THE HIJACKER
YES.  THIS IS THE AIRCRAFT MECHANIC.  CAN YOU GIVE ME THE
LEADER?   STAND BY.

Mustafa:  Yes.  Speak.

Nassim:  My brother.  I have spoken to the people here.  They
said they have two things, at present.  Do you hear me?

Mustafa:  Yes I hear you

Nassim:  We have two things.  When you boarded the plane, of
course the crew got scared and they fled.  They fled in an
unusual manner.  In other words, they were afraid and they
fled.  They won't come back.  It is true they are in the city
but they are afraid.  The other thing is that a search is being
conducted to find other crew.  A Pan Am crew.  True.

Mustafa:  Yes, yes true.

Nassim:  God bless you.  The other thing is that we must find a
crew in a nearby country.  In Dubai, Bahrain, Bombay, and other
places.  It takes time.  At the same time we desire your
cooperation and your understanding of the picture.  At the same
time, regarding the passengers, I know you might be busy,
thereby neglected the passengers, have they eaten?  We are
willing to provide you with whatever you wish.  Food.

Mustafa:  We do not want anything.  We do not want food, or
anything else.  The passengers on board are in our trust.  Do
not fear for them, if you deal with us well that is.  If ever,
I discover that a trick or a ruse is being planned, I will kill
all the passengers.  I possess enough bombs to blow up the



DECLASSIFIED
LIMITED OFFICIAL USE

0002974

DECLASSIFIED

plane, and all of its occupants. I will not show mercy to
anyone in the plane if I felt that you are preparing a trick or
attempting a deceitful act. Secondly; We are a group of
commandos carrying out this task with full conviction. Our
principles are clear. We are doing it for our usurped
homeland. Do you hear me well? Therefore, we are suicidal.
We are on our way to release some of our imprisoned friends.
However, if we sense that there is any kind of deception, we
will not hesitate to blow up the plane absolutely. We will
blow it up. Furthermore, I would like to inform you and the
Pakistani Government that we are not like the previous groups
which hijacked the Lufthansa plane, or the group which hijacked
the TWA plane, or the one which hijacked the Egyptian plane and
landed in Malta. We are not like them. We are capable of
blowing up the plane at any moment. We are (word
unintelligible) However, we have found that there is a large
number of women and children. We do not want to kill them if
you cooperate with us. We will not spare anybody in the plane,
whether young or old if you did not cooperate. We will not
leave anyone. We will kill all of them. If you cooperate with
us and we arrive to our desired destination in peace we will
kill no one and we will release all the passengers
immediately. And this I promise. I am the leader of this
operation. When the captain comes to the plane I will
immediately release the children and the women. I will only
keep the men on the plane because they can endure until we
arrive Cyprus and then we will release all of them. However,
if the captain does not come and If I feel that you are
attempting to deceive or to play a trick and prepare a
deception I will blow up the plane. We are carrying explosive
sticks on our bodies and we are carrying bombs whose pins are
released we are also carrying machine guns capable of killing a
large number which is something we do not wish to do. However,
if we are forced to do that and we felt there is deception then
we will kill all the passengers and ourselves also. You will
not be able to arrest anyone of us then. I hope you can pay
attention to what I am saying very well and to understand me
very well and to convey what I am saying to the Pakistani
Government. I will not wait here long. If the captain does
not come shortly then I will move to blow up the plane. And
you will bear the responsibility. The Pakistani Government
will bear the full responsibility. And also if I felt that
there are American forces around the plane or their rapid
deployment forces from anyplace then again I will immediately
blow up the plane. Then they will not be able to come close to
it I will blow it up fast. Really fast. Therefore, I do not
want the Pakistani government to behave in a stupid way which
might lead to the killing of all the passengers especially that
the majority of them are Pakistani citizens. Therefore, it is
in the interest of the Pakistani Government to cooperate with

DECLASSIFIED
LIMITED OFFICIAL USE

DECLASSIFIED

us and not with our enemies. To cooperate with us, and get us
out peacefully and then we will release the passengers. I hope
you understood very well and I hope that you will convey the
picture to the government well and I am waiting.

Nassim: I understood very well. I will come back to you
shortly after I talk to the Pakistani authorities.

Mustafa: I hope you will not be late.

Nassim: I will not be late.

IN ENGLISH: PAN AM 73. PAN AM 73 CAN YOU HEAR ME? GO AHEAD
73. AGAIN PUT THE LEADER OF THE GROUP PLEASE. YES SIR.

Mustafa: Hello who is it.

Nassim: Yes my brother. I have discussed with the people here
with me. They said that they thank you for your expression of
cooperation. However, as far as the children and the women on
the flight, of course they are innocent. Because first of all
we are all Muslims and brothers. Because...God bless you,
because those people are only children and women and perhaps
there are also old people. The authorities said that they
thank you for this cooperation on your part. The next thing is
that, brother, the subject of Civil Aviation and the airline
business. There will be no tricks. Be assured of that. No
tricks. We do not want to play games. We know the purpose.
We have known the goal. We want to cooperate. We want you to
cooperate with us. We want cooperation and we want to
cooperate with you. As far as the crew of course they were
scared for the way they left the cockpit. I swear by God we
don't know where they went. The next thing is that where do
you think we can bring a crew so that they will fly an American
made airliner, a Pan Am Plane? So therefore, my dear give us
enough time regarding this issue so that we may find out where
we can get the crew. Around us. We have made all kinds of
contacts. All kinds of contact. With Bombay. Even with
America and in order to find a crew that can operate a 747 and
we ask them to send such crew. On the other hand you
understand the nature of finding a crew and whose turn it is to
fly next and so on. The other thing is that until now we have
made all the arrangements as was desired by you. Really. We
are willing to offer all facilities. All we are saying is to
cooperate with us. And the truth always. I have explained to
them everything and told them about other airlines (that were
hijacked) and so and so. We are ready and willing to do
everything. We understand the situation one hundred percent. I
hope you understand what I'm saying. The rest depends on you.



DECLASSIFIED
LIMITED OFFICIAL USE

DECLASSIFIED

Mustafa: My brother I have understood what you said perfectly
I too am a Muslim and the group with me is also Muslim. There
are many Muslim passengers on the plane. In the beginning I
believed that the passengers will be all Americans or
Zionists. But it turned out that there are a large number of
Pakistani Muslim and others on the plane. I do not want to
harm any one of them. And when I did harm one of them a short
while ago that was because I felt that they were playing games
with me. They are telling me they don't know where the captain
is and that he's not in the airport. I know that the captain
fled the aircraft and I was not able to catch him. Now I have
a group with me and later on you will know to what this group
belongs to. We do not bargain. We do not seek a truce, we do
not negotiate. Our principles and goals are clear. Now I do
not want to kill the Muslims who are on board the plane. But I
will repeat it for the last time, that if I feel that someone
is playing games then I will kill all the people on the plane
including ourselves. We are suicidal and capable of blowing
ourselves up at any moment. We are carrying bombs on our
bodies. Also explosives sticks in addition to hand grenades
and machine guns. We are capable of blowing up the plane. We
have now planted the entire plane with mines and we can by
pushing a button blow up the plane. However, as I mentioned to
you there are on the plane Muslim children and women that I do
not want to kill except in one situation and that is if I am
forced to do it. I will kill all of them, and I will not show
mercy toward any one of them if I felt the government is
tricking me. If you want enough time to bring the crew then I
will give you time. How much time do you need? I will give
you but not a very long time. Today I want to take off before
sunset. Do you hear me well? I want to depart today. If I
depart today everything will be alright, because as soon as I
arrive in Larnaca everything will be over. I want to arrive in
Larnaca and then in order (word unintelligible) my friends.
However, if you deceive me or play games with me, I can tell
you this is something that you do not wish and I do not accept
and neither is it acceptable to Islam. Then I will not pay
attention to anything. I will kill all including the children,
old people, the women, young and old. Therefore, I want you my
brother, to speak to them clearly. We are merciless people.
We do not know tolerance. We have suffered a lot in our days.
We have witnessed many tragedies in Lebanon and elsewhere.
Therefore, it doesn't make any difference to us whether we die
or live. On the contrary we seek no more than death and
martyrdom. Therefore, I do not want you to commit any rash
act. If in the past American troops went to Malta and tried to
storm the Egyptian plane they are incapable of doing so now
because the plane is wired with explosives and I will blow it
up as soon I feel that there is an unknown person approaching
this aircraft. If I feel that there is an unknown person

# DECLASSIFIED

approaching I will immediately blow it up. I will not hesitate
one moment. And in this case the Pakistani Government shall
bear the responsibility. Now, how much time do you want in
order to bring the crew? And this will be the final time and I
will not extend it afterwards because I will do something that
I do not want to do neither do you.

Nassim: Yes. Let me discuss this with them.

IN ENGLISH: CAN YOU HEAR ME 73? THIS IS 73 GO AHEAD. THE
GENTLEMAN WOULD LIKE TO SPEAK TO THE LEADER OF THE GROUP. O.K.

Mustafa: Yes. brother, go ahead speak.

Nassim: Alright my brother. I have discussed the matter with
them. They are grateful for your cooperation. They would like
to inform you that the person whom you shot has not died,
praise be to the Lord he is still under treatment. This is of
course something exciting for us and for you, praise be to
God. I have here the Civil Aviation authorities who are the
officials responsible for airports. They are saying to you and
they would like to assure you that there is no tricking or
playing games at all, please be assured of that. We are
Muslims and we give promises as Muslim people. This is very
important. We say this openly. We have assured you of this
and we would like to say it once again. Once again. And once
again. God willing we will not attempt anything that might
harm you or harm the passengers who include women, this is
understood there is no doubt about that there will not be
anything carried out against you on our part. We thank you for
your understanding. There is an understanding between us. We
want enough time. And we will discuss this issue later.
However, we have sent out cables and Telex messages. We have
done everything. We have contacted people by telephone looking
for crew. Because a 747 plane is not like a 737 or Dakota or a
Folker where you can find a crew for easily. No. This is a
747 my dear. Of course we will first see if there are any crew
on duty. God knows. It could be from America. We might find
them just around us. A few feet away. They could be in
another place near by. They could be on their way over here.
In other words only God knows. We need time. We require your
understanding. Do you understand my brother?

Mustafa: I understand you. Specify for me how much time you
need. How much time? Do you hear me?

Nassim: Yes I heard you. We are discussing this. As soon as
I heard you we started discussing it. Give us time and we will
come back to you with the truth. We are doing our best. We do
not want (word unintelligilbe).

# DECLASSIFIED

# DECLASSIFIED

Mustafa:  Yes Yes tell me I would like to ask you.  You are not a Pakistani.  From what Arab country are you?

Nassim:  I learned here in Pakistan.

Mustafa:  Are you a Pakistani?

Nassim:  Yah.  Originally a Pakistani.

Mustafa:  Nice meeting you.

Nassim:  Thank you.  Do you speak Urdu?

Mustafa:  No. No.

Nassim:  There is no god but God and Mohammed is God's messenger.  With all honesty please trust me.  The children if they need anything please tell us.

Mustafa:  The children were crying and shouting on the plane. I myself gave them fruit, candy and water.  I will not deprive the women and children of anything because I am a fighter. Because I saw massacres with my own eyes.  I have seen how the women and children were violated.  I have seen the orphans.  I have seen how children die of starvation.  Therefore I am keen on protecting all the children and the women on the plane.  At the same time, however, as I mentioned to you that if I felt that there is tricking I will not hesitate to kill the children as well the adults.  That is if I felt there is a trick. However, if you deal with me in a correct manner for the sake of the passengers safety I will guard their safety.  I want you now to specify for me exactly how much time do you want to bring the crew because I am not going to wait long.  I am waiting for you.  Speak.

Nassim:  O.K., alright let me talk to them.

IN ENGLISH:  CAN YOU PUT THE LEADER ON AGAIN?  YES I CAN.  WE ARE IN THE COCKPIT.  HE IS IN THE CABIN.

Nassim:  Tell me brother who are you.  You don't have to give your real name, I want you to be assured but can you give me some kind of name to call you by such as Abu, Abdullah for example.  Abu what are you?.

Mustafa:  You may call me Mustafa.

Nassim:  Brother Mustafa, I have here with me the Director General of the Civil Aviation in charge of airports.  He tells me.  He assures me that they have made all the arrangements almost regarding the crew and we have been given from

# DECLASSIFIED

UNCLASSIFIED

approximately 8 to 10 hours for them to arrive, you know they
will have to travel deadhead. You can ask any crew member you
can ask any person. It takes time for any crew to come from
the areas that we contacted. It will take them from 8 to 10
hours to arrive. We are saying this to assure you that we are
not going to trick you. God willing, the crew will get here in
10 hours. Of course they will have to take connecting flights
from New York or maybe from Rome or Geneva or any other route
to get here. Secondly, we wish you and your fine team to be
kind enough to let the women and children go so that you would
get rid of this problem. You will still have the men
passengers. You know having the women and children with you is
a problem. And there is a problem here at my end also. I have
here their families, their fathers, their mothers, their
brothers, they are all sitting outside crying. All I'm asking
you if you agree to pull up the passenger boarding steps
towards the plane, or if you wish you can open the chute and
have them come down. Anyway you want it, just have them come
out may God bless you. And then God willing as we said the
crew will soon be here. God willing God willing God willing.

Mustafa: Do you understand, my dear Arab brother, where I want
to go?

Nassim: Where do you want to go?

Mustafa: Yes, do you know where I would like to go now?

Nassim: Of course I know my dear you are going to go to Cyprus
as you said. To Larnaca or something.

Mustafa: I have given you a promise and I am going to give you
a second promise. And this one is a promise of a fighter. It
is not a promise given by ordinary people. Those who cheat and
lie. I am an honorable fighter. When I give my word I do not
renege on my promise even if you put a sword to my neck. Do you
understand? Therefore, I'm giving you the promise once again.
I will release all the passengers specifically women and the
children. I will do this not because you want me to release
them. No. I will release them because I want to release
them. Because they are children and women and are innocent of
anything that happens in this world in any battle taking place
between us and our enemies. They are innocent. Therefore, I
will decide to release them without being told by anyone to do
so. As a matter of fact this was part of the plan which I laid
down for me and for my group. However, I will only fulfill
this promise when you fulfill your promise and bring me the
crew. When that happens the same passenger boarding steps that
will be used by the crew to come on board will be used by the
women, the children, and the old people to disembark. I will

DECLASSIFIED

0002980

**DECLASSIFIED**

not renege on this because I am a man, I am an honorable man.
And I am a man of my word and my word is truthful. I want you
to cooperate with me nothing more. Otherwise I have no choice
but blowing up the plane. This I do not want to bring upon the
passengers. As far as I am concerned, I repeat to you my
brother that I am suicidal do you know what that word means? I
am a suicidal person.

Nassim:  It means that you will shoot yourself. Like....

Mustafa:  In order to achieve the goal that I have set out to
achieve. If I did not I will die, and if I achieve it fine.
Therefore, if I ever felt that anything is wrong I will not
hesitate to kill all the passengers. This again is what I do
not wish to do. I do not want to speak too long. Let me
reiterate: I will release the adult and the children hostages
because I appreciate their feelings. But I will not release
them before the arrival of the crew. The deadline that I am
going to give you is the final deadline. It will be the final
deadline for sure because I will not allow to stay here after
dark. We will not spend the night here I will not allow it.
The deadline is 7:00 o'clock when the sunset begins. When the
sunset begins. If the crew do not arrive I will immediately
blow up the plane. I hope this does not happen. For the
moment I would like to thank you because I have noticed there
is cooperation on your part. Because I can see through the
window that a large number of the policemen have stayed away
from the plane. This is good. This shows that you are
cooperating. Once again I would like to say. I do no want any
deception. If I feel I am being tricked, the Pakistani
Government will bear the full responsibility. Because as I
said I will not hesitate to kill. This is because I suffered a
lot as a result of deception and ruse in my life I will not
allow during these final moments of my life anyone to deceive
me. I am sure of what you said my brother. But this is a
task. This is a task. When the crew arrive I would the release
operation. Later on upon my arrival in Larnaca I will release
the rest of the hostages. And the whole matter will be over
peacefully. Even if I am arrested and imprisoned in Cyprus it
doesn't matter. Because all I want is to join my friends who
are in prison. Therefore, my brother one last time I will not
wait beyond 7:00 p.m.-sunset. Then I will blow up the plane if
the crew would not arrive. I prefer the crew to be of Arab
nationality. I prefer this but not absolutely necessary. They
can be of any nationality. It doesn't matter. I prefer them
to be Arabs if possible. Again I will, as I told you, blow up
the plane at 7:00 p.m . Because spending the night here in
this airport is unacceptable. Regarding the food. It is
plentiful aboard the plane I am now distributing food on all
the passengers. All passengers have had their food and drinks

**DECLASSIFIED**

0002981



and they are now comfortable and are not being subjected to any
pressure. Everyone is fine. But if you want them to stay in a
fine situation please do not act in such a way which will be
regrettable. Only the Pakistani Government will bear
responsibility for that and I do not want that to happen. All
I want is to take off and to arrive peacefully. When I stormed
the airport I was careful not to shoot at the Pakistani
police. And sure enough we did not fire on The Pakistani
police. We did not kill any Pakistani policeman because we
know they are Muslims just as we are Muslims. We do not wish
to kill anyone but those who shoot at us, we shoot at them and
violently. We will not tolerate that. I am awaiting your
answer.

Nassim: Stay in the cockpit stay in the cockpit my dear, don't
go wondering around so that we may not ask about you and come
looking for you. Do you hear me brother Mustafa?
Mustafa: Yes, Yes I hear you.

                    END OF TAPE A-1
                    SIDE ONE

DECLASSIFIED

# DECLASSIFIED

TAPE A-1
SIDE TWO

Nassim:  One minute may God save you.

Mustafa:  What did you say.

Nassim:  I said one minute please stay in the cockpit so that I
will come back to you.  Because I have some officials here.  I
have officials here with me.  We are discussing and we will
answer you immediately instead of coming back looking for you
in the cabin my brother.

Mustafa:  Yes, Yes I'm with you.

Nassim:  O.K. Pasha.  Pan Am 73.

Mustafa:  I am with you.

Nassim:  Brother Mustafa, I would like to say that we
understood your purpose and during, God willing, dinner time.
Promise.  Just as you promised us as a Muslim, as a brother.
God willing we will do our best to bring the crew here.
Whatever possible God willing.  The second thing which I wanted
to say is that we are all here.  And I am only an interpreter.
I have been interpreting all day.  Every half hour I will be in
this room.  Of course at the same time we have secured
everything and God willing nothing will go wrong at our end.
This is an honorable promise and a promise of a Muslim.  If you
desire anything we are here as I said.  If you wish to call us
we will be here.  But every half hour we will contact you if
something comes up.  If someone is sick.  So that you would not
say that we did not fulfill... so on and so on.  We are with
you and as you said before, you are an honorable man and an
honorable fighter.  We too are honorable.  We are Muslims
also.  Praise be to the Lord.  But of course we the Pakistanis
have nothing to do with this.  Except maybe if you were kind
enough to let the women and the children out.  But then of
course we know your purpose.  We know your purpose.  That you
will not let them out unless the crew arrive.  This was my
special request.  And the rest let us all depend on God the
almighty and on you.  And as we said we will contact each other
every half hour.  Go ahead.

Mustafa:  Yes I will be waiting for you every half hour.
However, as I told you time is running short.  The final
deadline that I will grant you is seven p.m.  No later than
that.  At one minute past seven I will blow up the plane this
is number one.  Secondly, I want you to inform the Pakistani

# DECLASSIFIED

0002983

DECLASSIFIED

Government that my aim in this was not the Pakistani
Government. I did not want to anger the feeling of the
Pakistani people. On the contrary, we respect and love the
Pakistani people. We as Muslims have great many ties between
us and the Pakistanis. I want to get out of Pakistan without
causing more losses and more deaths. Especially many of the
Pakistani passengers on board the plane are a trust, and I am
responsible for them. I want nothing except the return of the
crew. Therefore, my brother I tell you that the passengers
will be safe if you stayed neutral and do not interfere in our
struggle against imperialism and against our enemies.
Therefore, I want us to remain as friends, except if you start
the battle against us. If you did that then we will have to
defend ourselves and blow up the plane. Therefore, we will
establish contact with you every half hour to receive the
latest news. I would like to assure you that the passengers
will be fine because I myself will see to it that they are
comfortable, and I will feed them and provide them with water
and everything else. Therefore, my brother I know that the
crew who fled from the plane are in Karachi. They are still in
Karachi. And I believe they are still in the airport. The
Pakistani Government can exert pressure on them so that they
will come back to the plane to fly us to our desired
destination, Cyprus. But you are telling me they do not want
to come back. Therefore, I shall not insist on this demand.
Bring me any crew. From any place. Their nationality is not
important to me. The important thing is that I want to arrive
in Cyprus in order to get my friends out of prison and out of
detention. Therefore, what I'm trying to say is that the
Pakistani Government and the Pakistani people are not our
target in this task. They will not become the target. But
such is the destiny of all of us, you and us, and all the
Muslims are victims of imperialism, victims of American
imperialism and American arrogance that always kill the
innocent. We are not killers. We are freedom fighters. We
are doing this with absolute conviction. We have no other
purpose. We are not mercenaries, we are not killers, we are
not Rambo, We are freedom fighters working for our country and
our nation. We don't mind dying for our cause, for our
principles in which we believe absolutely. Therefore, once
again my brother, I have sensed a great deal of truth in what
you said, and I ask you once again to explain to the government
and the officials who, as you said, are standing beside you,
that any rash behavior will result in innocent victims. We
will not be the victim but the innocent passengers will be the
victims. And for the sake of their safety we will contact each
other every half hour. If you want to say something please go
ahead.

DECLASSIFIED

0002984

# DECLASSIFIED

Nassim: Brother Mustafa I understand your intention. I swear to you I understand you. God Bless You. You do believe us. This is the truth. We have nothing to do with your action. Your action is sound and you know your responsibility and you know what you are doing. Naturally as we said earlier the Pakistani Government will not interfere in anything. We will not interfere. I can not explain it more. And let me also say that we don't want to interfere in this comedy. We do not want to hurt you and we will not hurt you God willing. This is between you and me. One more thing I wanted to ask you what organization do you belong to. Everyone is asking me about you your nationality and things like that. Would you like to tell me so that I will tell the people and the world who you are and what your purpose is? There are people here who would like to know your nationalities your organization I think you understand what I mean.

IN ENLISH: OUT.

Mustafa: Yes my brother have you published this event in the Media? This is my question now and I will answer you later on.

Nassim: O.K. my dear.

Mustafa: Have you published this in the Media that an American plane has been hijacked?

Nassim: Of course, one hundred percent.

Mustafa: Yes my brother we belong to an organization which will issue a statement regarding this operation. We are (The Arab Fedayeen Against Imperialism), this is the name of our new organization.

Nassim: What did you say...Fedayeen...Imperialism?

Mustafa: (The Arab Fedayeen Against Imperialism and Zionism).

Nassim: Repeat May God Bless You.

Mustafa: You did not understand me?

Nassim: Of course Of course I lost your voice.

Mustafa: (The Arab Fedayeen Against Imperialism and Zionism)

Nassim: I understand thank you.

# DECLASSIFIED

# DECLASSIFIED

Mustafa: You're welcome.

GAP

Mustafa: Yes I am with you speak.

Nassim: Brother Mustafa as we said, we would come back every half hour. We are back. I wanted to talk to you and to tell you we have contacted Washington. All the people of Pan Am are here with me. They are trying to find cabin crew who can also speak Arabic. What do you say?

Mustafa: Where are those crew from?

Nassim: The crew... naturally we contacted... the crew for the cockpit...of course they will come...one or two who can speak Arabic isn't that better?

Mustafa: Yes, Yes; what is the nationality of the crew that is coming?

Nassim: We don't know yet we're trying to prepare them so that they can take the shortest trip to come to Karachi.

Mustafa: Where are they coming from. Where are they coming from? Do you know my brother where they're coming from?

Nassim: IN ENGLISH: CREW, AMERICAN NATIONALS.

Mustafa: From America?

Nassim: Yes

Mustafa: But this will take a long time. I am not going to wait later than seven p.m.

Nassim: Brother Mustafa you are right. But these are the available crew. They are available there. Around us we were unable to find a single crew.

Mustafa: My brother I can not say except that I will wait with you and I will talk to you every half hour.

Nassim: God Bless You. This is why I wanted to contact you and to give you the developements my dear.

Mustafa: I mean...in other words after almost five hours no more.

# DECLASSIFIED

0002986

**DECLASSIFIED**

Nassim:  O.K. Pasha.  One more thing.  I want you to do me a humane favor.

Mustafa:  Yes go ahead.

Nassim:  There is a women on he plane whose name is Malte Krishna, Malte Krishna.  You may want to question her.  She is on the plane on her way for a heart surgery you may question her in person if it is alright with you to let her come out so that she can be more comfortable, she can enter a hospital for treatment because she has a heart condition and she needs an urgent operation.

Mustafa:  Repeat her name again.

Nassim:  Malte Malte Malte as in Malta, Malte Krishna Swami.

Mustafa:  IN ENGLISH:  ALRIGHT.  I have the name we have taken the name down.

Nassim:  God Bless You please, see what her situation is, if she is already on the plane, on her way to treatment and surgery, and may God Bless You, see if you can find a solution.

Mustafa:  Don't worry my brother.  All the passengers are fine.  I myself served them drinks and refreshments.  They are now resting.  All of them are singing and laughing and smiling.  Because I told them that if the Pakistani authorities cooperate nothing will happen to them.  I told them if the Pakistani did not cooperate with us then you will have to excuse me, there is nothing I can do for you.

Nassim:  Yes thank you.  I only told you the truth.  And this is a fact.

Mustafa:  My demand once more is don't play games and this is a personal request.

Nassim:  My dear you should treat men according to their human values.  God created us as human beings, he created us from a sperm.  Let me tell you the Pakistani Government, Governor Sin is sitting upstairs.  I talked to him personally and he told me to let you know that we will not want to do anything, we will not attempt anything against you or anybody your dear friend.

Mustafa:  (word unintelligible), we have not harmed anyone representing the government.  We shall not harm the government of a Muslim country.  Can you hear me well my brother?

**DECLASSIFIED**

DECLASSIFIED

Nassim: Brother Mustafa I was with him. With the Governors. The leaders in Karachi. And the District Governor Mr. Jahadat Khan who is the responsible official sitting in the operations room. He tells you and assures you one hundred percent and tells you, by God, we do not want to do anything against you. Don't even think of that. As soon as the crew arrive we will put them on the plane and we will wish you Godspeed.

Mustafa: Don't think my brother that I am afraid of any certain act. As I told you we are a suicidal group. I have come here to die. Do you hear me well? I have come to die if anything goes wrong. We are carrying explosives to blow ourselves up at the right moment if you attempt anything, or if we felt that you are preparing a trick. The plane now is wired with bombs. Anybody or any strange object coming close to the plane it will explode immediately. The passengers are not aware of this so that they will not be scared. We told them that nothing will happen to them if the Pakistani Government cooperates with us. We will keep our word. We will not do anything if you cooperate with us. But if you do the contrary, the plane will explode merely by touching it. I'm not saying this to you jokingly. Do appreciate the truth. We have an amount of arms that we took with us to the plane and this amount is capable of...(word unintelligible).

Nassim: Listen to me listen to me my dear.

Mustafa: I repeat to you that I am not afraid of anything. I am only concerned about the victims. The passengers who will become victims in case the government behaves in a rash or stupid way. There will be many victims on the plane. The victims will be innocent children and women. Therefore if I sense that there is any kind of American approach or any kind of approach towards the plane, I will then blow up the plane and I will come out to fight them. I will not blow myself up, I will not blow myself up, I will fight them because they are my enemy. I will blow up the plane and come out to fight them, I will not hesitate one moment to kill them until I die and become a Martyr. I will continue fighting them. The passengers will be the victims. This is something I do not wish to happen, nor do you. This, is a great responsibility for us and for you. So I expect you not to behave in any rash or stupid manner. Sometime ago an Egyptian plane was hijacked and went to Malta, and was blown up. Before that several other planes were hijacked. The TWA, The Lufthansa, Many planes were hijacked. A Kuwaiti airliner was hijacked. But those who hijacked them were not serious at all, we are suicidal, capable of blowing up the plane. But we want you to cooperate with us so that we may get out of here and arrive to the country which we want. If that does not happen then you and us are in the

DECLASSIFIED

0002988

DECLASSIFIED

same boat. We and the passengers will be in another world.
You will bear the responsibility before history and God. This
is all that I want to tell you my brother, so I urgently expect
to have the crew here before seven o'clock. Every half hour I
will contact you or you contact me and we will talk. I hope
what I said is clear and that you will convey it clearly. No
more time and no more trickery. Don't try to gain more time in
order to deceive us this evening. Let no one come close to us
because all of us are ready to be blown up. Do you hear me my
brother? My brother did you hear me well?

Nassim: Don't worry my dear heart. I understand you one
hundred percent. I understand you one hundred percent. You
have explained this thing to us already. By the way, you are
not brother Mustafa are you?

Mustafa: Yes what did you say?

Nassim: Are you brother Mustafa?

Mustafa: Yes Yes.

Nassim: O.K. I understand. We understand everything as we
said, no one is afraid and God willing there will not be any
fear. God willing we heard you and we conveyed this to
everybody. We have notified all the responsible people about
all the subjects which you mentioned. No doubt. May God spare
us any evil. Thank you for your cooperation, and for serving
drinks and other things to the passengers especially...the
other thing is the subject of the women whom I mentioned,
Malte Krishna Sawami, Malte Krishna Sawami. She was supposed
to take this trip to have a heart operation. Please see to it,
may God keep you and make sure of this. If it is true please
let her come out, may God be merciful to you.

Mustafa: What country is this woman from? What country?

Nassim: What is her nationality? Indian, from India yes yes.

Mustafa: And she was on her way to Frankfurt?

Nassim: I really don't know she was going to Frankfurt? - New
York?

Mustafa: New York O.K. I'm going to see her, God willing
everything will be fine If her condition is bad we will let
her off the plane immediately. But if her condition is not
serious I believe she herself would rather stay with us because
she will be comfortable.



DECLASSIFIED

0002989

● DECLASSIFIED ●

Nassim:  Thank You.

Mustafa:  You're welcome.

GAP

Nassim:  Yes dear brother we will come back to you in ten minutes so that we will see what happened to the crew from New York. The news every minute, at the present time, then we will be back at twelve thirty to contact you again.

Mustafa:  Don't forget my brother I'm waiting for you.

Nassim:  O.K. God willing we will get back to you at twelve thirty which is our appointment.  Every half hour we will contact each other.

Mustafa:  My brother have you announced the news of this event?

Nassim:  Yes of course we announced it one hundred percent all over the world.  In the newspaper, magazine, on T.V. everywhere.

Mustafa:  There are no magazines and newspapers now.  Magazines and newspapers will not appear until tomorrow.

Nassim:  Again what did you say?

Mustafa:  You say that the event has been published in today's magazine and newspapers.  Magazines and newspapers will come out tomorrow not today.  They haven't come out yet.

Nassim:  There is no doubt that you are smarter than me.  Do not embarrass me.  What I meant was magazines, newspaper, TV, radio, the media.  And if you wish I will bring you a newspaper in an hour or two to see for yourself.

Mustafa:  I am sure of that.  I have a radio here with me on the plane and I can hear all the news.

Nassim:  You haven't heard anything so far?

Mustafa:  I haven't heard a thing.

Nassim:  You will.  It's not logical.  This is bound to happen.  Magazines, newspapers, the BBC and others, they report any simple movement, Pasha.

DECLASSIFIED

0002990

DECLASSIFIED

Mustafa:  Yes Yes, sure my brother God willing everything will happen the way you and me want it to happen.

Nassim:  God willing my dear.  We will get back after twenty minutes or eighteen minutes.  God willing.

Mustafa:  You will be welcome.

Nassim:  Thank you.

END OF TAPE A-1
SIDE TWO

DECLASSIFIED

● DECLASSIFIED ●

TAPE A-2
SIDE ONE

Nassim:   Brother Mustafa peace be with you.

Mustafa:  And peace be with you too.

Nassim:  As I promised, to get back to you.  I am late three
minutes.  We want to get in touch with you to say that
everything is fine, Praise be to the Lord.  We are still
awaiting a contact with the crew.  God willing, as soon as we
hear something, we will let you know.  At the same time the
Pakistani Government is doing everything that is in its power.
God willing, everything will be fine.  Everything will be in
our interest...I mean in your interest, God willing.  What I
mean is that we are exerting the best, the best, the best
efforts (said in English).

Mustafa:  Very well, my brother.  We thank you for what you
just said.  But the important thing is to act promptly to bring
the crew.  I do not exactly know where the original crew went.
Where are they?

Nassim: The crew?  Well.  One of them who is the flight
engineer is available, however, the rest are not.  They are in
another location.  But you understand their feelings.  They are
afraid.  It is not a good idea for them to continue this trip.
As you know, there was an emergency evacuation.  They made it
from the upper deck.  You know you have there five reels.  Of
course, one of them was wounded.  When he descended.  This is
the situation at the present time.  Frankly, the crew are not
available, except for the Flight Engineer and he is under
medical observation in the hospital.

Mustafa:  Yes, yes, but act promptly and quickly to bring the
crew as soon as possible.  I mean, before seven p.m.  This is
the last favor I want of you.

Nassim:  God willing, we are exerting, efforts on our part, God
Willing.

Mustafa:  Very well my brother, good for you.

THERE WAS A GAP HERE

Nassim:  Brother Mustafa, Peace be with you.

Mustafa:  Yes, my brother, yes, I am with you.

DECLASSIFIED

**DECLASSIFIED**

Nassim:  How are you doing brother Mustafa?

Mustafa:  I am doing fine, and the passengers are doing fine also.

Nassim:  As we agreed to contact each other, every half hour.

Mustafa:  Yes, yes.

Nassim:  Of course, we are still continuing our efforts. However, my brother, we have so many families of the passengers here and they are saying and I do not know how to say this, they wish that you would show some good will. Of course, a mutual good will. As a Muslim maybe you would be kind enough to let the children and the women only go. Because you will still have the men and you have the men in abundant number. You will do this as a humane gesture and I believe this will create a positive impression in the world for you. Everyone in the world will hear about this good will gesture. Because, you know, they are innocent. And we as Muslim will be able to show the world how tolerant our religion is.

Mustafa:  Yes, my brother, I agree with you. I too say that these are innocent people. As far as we are concerned we will not harm them because they are innocent. But, the moment we are exposed to any danger we will be forced to react. Therefore, if you want those women and children to stay innocent as I want them to stay as innocent, therefore all you have to do is to have the crew come up to the plane. That is all.

Nassim:  God bless you, God bless you. Do you need anything; water, food maybe, a snack? Anything at all? I assure you, nothing is going to come near you and nothing is going to happen. We have given you our word, and our promise is a promise. As we proved to you.

Mustafa:  As I mentioned to you, everything is available. Food. All the passengers have finished eating. All is fine. We only want the arrival of the crew. This is all that we want. O.k. brother?

Nassim:  Thank you, thank you. Then we will get back to you after half an hour.

Mustafa:  You are welcome, and I am waiting.

Nassim:  Thank you, and may peace be with you. We will get back together in half an hour.

Mustafa:  Don't mention it and I am waiting.

**DECLASSIFIED**

0002993

**DECLASSIFIED**

GAP

Nassim:  Brother Mustafa, Peace be with you.

Mustafa:  And peace be with you too.

Nassim:  Brother Mustafa we are back.  Have you heard the news on the radio - radio Pakistan I mean?

Mustafa:  I haven't heard anything.  What is the news?

Nassim:  The news described what happened and so on and so on and that one person was wounded and is in critical condition in the hospital, and that he was shot at the beginning of the operation and was thrown out.

Mustafa:  Is he now o.k.?

Nassim:  No he is not o.k.  He is in a very critical condition.  By the way, I know that you speak English, you speak English very well.  I heard you speak with . . . .

Mustafa:  Me?  No I do not speak English.

Nassim:  The station manager told me here that you spoke to him on the microphone in English.

Mustafa:  I speak, but not much.  Not very well.  (Said in English)

Nassim:  O.k., o.k.  Lets get back to the subject, and there has been contact to bring crew from all over the world. Everyone refuses giving all kinds of excuses.  We are continuing our efforts.  God willing, we will resolve this.  Do you need anything?

Mustafa:  The only thing I need, and this is a request that I have been repeating every time, and that is get us the crew as soon as possible, because we don't want to cause any more casualties.  We don't want victims.  We want to end everything peacefully, without violence.  Peacefully.

Nassim:  God willing.

Mustafa:  Therefore, this is up to you.  Secondly, I am beginning to see movements around the plane.  I hope my brother, that these are not movements again.  This will cause a predicament for me, for you and for the passengers.  Therefore, I hope that we keep our promises to each other.  You said that no one will approach the plane, while I am beginning to see now some movements near the plane, and this is not good.

**DECLASSIFIED**

0002994

● DECLASSIFIED ●

Nassim: Stand by, stand by a minute. Brother Mustafa I am going to check this personally. Let me get out and see what is going on. I am sitting in the Operation Room. Let me go see what is happening.

Mustafa: Yes, yes.

Nassim: Thank you.

Mustafa: You're welcome.

Nassim: O.k. I have taken a tour and saw the situation. And we have even removed the fire trucks. Do you see any movement now?

Mustafa: No, no. The situation now is o.k. And that is how I want it to stay always.

Nassim: It will stay like that always, God willing. Just to show you that we are sincere in our efforts.

Mustafa: I am sure of the sincerity of your cooperation. Because I too want to cooperate with you. This is because there are many Pakistani citizens on the plane. That is why I am sympathetic, with them and with you. I do not want to harm any one of them. All I want is to make available for me my requests. I am beginning to see now that the police have distanced themselves away from the plane, and this is good. Because I do not want to clash with our Pakistani brothers. Do you understand me well?

Nassim: Yes, yes. There is something. A suggestion. Praise be to God. I mean, good efforts. God is always merciful. He will . . . I mean as we said, there is pressure on us here. I mean there are people, and women and you know my brother, they are crying and I did say that we would cooperate one hundred percent, and you saw our cooperation. I beg you to do me a special favor. To let the children and the women only go. What I mean is that you have so many men, further more, you don't really need the women. And the more people you have, the more complicated your problems will be. No one is going to come near the plane. No one. Only one person. The person who will drive the passenger boarding steps, only. Only this worker and if he, if you want, I will have him take off his clothes so that you will be sure that he is not carrying anything. All that he is going to do. He is going to bring the passenger boarding steps and he will take the children and move away. That is all. This is a special request that I have and I hope that God Almighty will realize for me, this request.

DECLASSIFIED                                                      0002995

**DECLASSIFIED**

Mustafa:  I am sure of what you said my brother.  I do not want
this man to take off his clothes so that I will see if he is
carrying any weapons or not.  Even if he does carry a weapon, I
have told you that the Pakistani Government will bear the full
responsibility.  I have said this before, and I do not want to
say it again.  We have now wired the plane.  We have finished
wiring the plane.  This means that the plane now is ready to be
blown up at any moment.  I do not want any rash action on your
part, which might put a grave responsibility on your shoulders,
and on our shoulders too.  On our part, we know our
responsibility.  What remains is you.  As I mentioned to you,
we do not want anybody to stay on the plane.  Neither men nor
women nor children.  All we want is the fulfillment of our
demands.  The moment a crew arrives at the plane, I will
release all the women and the children, and I will not keep any
one of them.  The young men I mean, even the old men I will
release.  All we want is to depart from here, and to go to
Cyprus.  This is all that I want.  After that, I am prepared to
meet your demands.  In other words, the help should be mutual.
Do you hear me well, brother?  Furthermore, I appreciate your
feeling very well.  But what do you want me to do?  I want to
take off.  If I succeed in taking off, fine, if not, then there
is nothing I could do except blow up the plane.  At the same
time, I myself do not want to have victims, unless you force me
to.  Therefore, I would like to tell you once more my brother,
I want the crew quickly, as soon as possible.  I want the crew
before 7 p.m. and then on the same passenger boarding steps
that the crew will board the plane, I will disembark all the
women and the children.  This is a promise from me to you.  And
as I told you earlier, I am an honorable fighter, and a man of
my word, and I will not renege.

Nassim:  God bless you brother Mustafa, God bless you, but what
can I say?  It was my desire and wish . . . . .I mean we as
Muslims . . . God Almighty . . . I mean if you let the women
out, our reputation, everybody's reputation . . . I mean the
reaction will be unparalleled.  Furthermore you have men there
and frankly this was not the government's idea, they did not
tell me to tell you this.  This is a personal thing.  I am
talking to you personally as a human being.  Therefore, if you
would do me this favor, and I am grateful to you for
appreciating my feelings and my circumstances.  Because, when I
leave this room, there are about 200 people here, reporters,
newspapers, magazines, radio.  They grab me.  Have the mechanic
turn on the news channel, the world news channel.  You said,
"let us cooperate", and you saw how we cooperated with you.
You told me there was movement around the plane.  We even
removed the fire trucks.  What more do you want?  We are
exerting our efforts with you and our cooperation is complete.

**DECLASSIFIED**



Mustafa:  I agree with you my brother.  I value your personal feelings.  I do not know who you are.  All I have is your voice.  And believe me, I am beginning to have respect for you through listening to your voice, and through your wise and balanced conversation.  Even though I have not seen you and I hope to see you later.  God willing, we will see each other.  But as I tell you the passengers are, the passengers have now eaten lunch and they are all asleep.  We have given them food and drinks and they are now sleeping comfortably.  And I mean, I do not exaggerate if I tell you, that they now feel that they are in the comfort of their own homes.  I have not abused anyone of them.  On the contrary I am playing and laughing with the children and they are all o.k.  As I told you, all you have to do is carry out our demands and everything will end peacefully.  And God willing they will all be released later on and when they are released, they will tell you personally and the Pakistani government how well I treated them in sincerity, in a manly manner without harming anyone of them.  My deep request, once again:  Do not make it difficult for me.  My demand is very clear.  When a car carrying the crew arrives I will let them go immediately.  And I do not exaggerate that I believe that when I let them get off the plane, they will refuse to do so.  Believe me this is because I have treated them as a brother to them and a dear friend.  As if they are in their own homes.  They are now feeling safe with me.  Do you understand me my brother?

Nassim:  Of course, of course, of course.  But you did not fulfill my hearts desire.  Its o.k., it was a personal wish, I am with you one hundred percent, I did not wish to make it difficult for you, but at the same time I am a Muslim, we are all brothers, we all have circumstances.  Anyway, be that as it may, May God bless you.  I have interpreted everything you told me to.  The people around here, and I have repeated to them what you have told me over, and over, and I have interpreted everything accurately.  I don't want them to say that I am not a good interpreter.  I have repeated to them what you told me five times.

Mustafa:  Yes, Yes thank you my brother.  I am now waiting for you and waiting for the crew.  I hope this will be done quickly.

IN ENGLISH:  LET ME TALK TO MUSTAFA PLEASE

Nassim:  Brother Mustafa we have received a cable.  They have attempted to get some management crew from Europe.  They will be on it, on the first flight to Karachi  This is for your information.

DECLASSIFIED

0002997



Mustafa:  Of course I believe what you're saying, but have you yourself made sure of this?

Nassim:  What?

Mustafa:  I believe what you're saying, but have you made, have you verified this?  Is this true?

Nassim:  I have the cable right here in front of me, and I'm speaking to you frankly.

Mustafa:  Do you know who this group is?. the group that will be coming?  The captain, the group that will be arriving do you know who they are?

Nassim:  They have not provided the names.  They are from Europe.  Management crew from Europe.  They're waiting the first opportunity to come to Karachi this is what I said my -dear.

Mustafa:. Are they coming from Europe?

Nassim:  Yes Yes.

Mustafa:  What country in Europe?

Nassim:  One moment.  Let me ask Pan Am.

Mustafa:  How many hours will it take them.

Nassim:  One moment, Let me ask where they're coming from and flight time.

Mustafa:  Also, ask them about the radio that's on board the plane.  The mechanic does not know how to operate it.

Nassim:  I have asked them to bring me the frequency manual.

Mustafa:  Good, Good I'm waiting.

IN ENGLISH: PAN AN 73 TO PAN AM OPERATION.  MR. MUSTAFA WANTS TO KNOW THE FREQUENCY FOR THE NEWS.  I JUST TOLD HIM WE WILL FIND IT FROM THE MANUAL AND HE IS WAITING FOR ME. THANK YOU.

Nassim:  Sir the frequency is 4820.  4820.  4820 Kilowatt.

IN ENGLISH: RADIO PAKISTAN WILL START AT 3:00. 3:00. REPEAT, 4820 KILOWATT IS THIS HF OR VHF FREQUENCY? HF.  HF THANK YOU.

Nassim:  Pan Am 73, Pan Am 73, give me Mr. Mustafa.

DECLASSIFIED



Mustafa:  Yes I am with you my brother, go ahead.

Nassim:  Peace be with you.

Mustafa:  Peace be with you too.

Nassim:  Have you had lunch yet?

Mustafa:  Yes, Yes.

Nassim:  Did you get in touch with us?

Mustafa:  Only to ask about the radio.  We did not know how to operate it.  The mechanic didn't know how to operate it.

Nassim:  Does he know how to operate it now?

Mustafa:  So far he doesn't.

Nassim:  Oh, I see.  O.K. please stand by one moment.

Mustafa:  Alright.

Nassim:  Brother Mustafa are you with me?

Mustafa:  Yes I'm with you my brother.

Nassim:  Well, what are we going to do about the frequency matter, because the man there with you does not know.  Do you have any suggestion?

Mustafa:  I don't know.  Do you have any suggestion?

Nassim:  I don't know what to say.  No one can come to the plane.  We don't have any suggestion.  We don't want to bother you.  We want you to be happy.

Mustafa:  That's right, all I wanted was to listen to the news.  If that is not possible, it's o.k.  It's not important.  Do you hear me?

Nassim:  I tell you what, listen, I have a suggestion, what do you say if one of the Pan Am engineers come over and find the frequency for you, and give you a small radio and locate the frequency on condition that...of course hijackers do not agree to something like this.

Mustafa:  On what condition?

Nassim:  Thank you.  Does this mean you agree?

● DECLASSIFIED ●

Mustafa:  On what condition?

Nassim:  What?

Mustafa:  What is the condition?

Nassim:  On condition that the engineer is able to come back, to get off the plane.

Mustafa:  I have two transistor radios, I have here two radios belonging to the passengers.

Nassim:  Well then you have solved the problem, unplug the radio in the cockpit and listen to ...

Mustafa:  O.K. O.K., but there is some static.  I believe that there is a big size radio on the plane that receives clearly. But that is O.K.

Nassim:  This is very clear my brother.  It will pick up a higher frequency.

Mustafa:  Anyway we have solved the problem.  What happened to the crew?

Nassim:  We are ready.  We have made contact.  W have found two persons out of the available crew who are willing to risk their lives.  They know that they are taking a risk.  We have found two and we are looking for a third one so that they will all be on a first trip over my dear.

Mustafa:  Their lives will be safe and secure, their destiny will be fully peaceful.  I have explained to you the goal of this operation.  It has a clear goal.  And its goal is not to kill.  The goal is to free our friends.  Get me the crew quickly, quickly.

Nassim:  Stand by a minute please, we have here a group of educated and knowledgeable people.  We too are in a hurry.  As soon as we get the crew.  We have not.  We are with you.  We have been truthful.  Every half hour.  We said as soon as we get the crew, they will be on the way, God willing.  This is up to the crew and the trip.  When it gets here we will let you know of course.

Mustafa:  I want the trip to be fast, in the beginning I had made a decision that I will kill a passenger every ten minutes.  But I do not wish to do so with the Pakistani passengers.  Because there are many on the plane.  I do not want to commit any stupid action with the passengers.  On the

DECLASSIFIED



contrary I am treating them well. I am treating them well. I have cancelled that decision and I did not kill one every ten minutes. This was a concession on my part I want you to help, as soon as possible the crew must be ready at 7:00 p.m., at the latest. I will be extremely tolerant and compassionate with them but it is urgently requested of you to hurry up. And I thank you.

Nassim: We understood. Thank you.

Mustafa: You're welcome.

Nassim: Brother Mustafa I have here a group of newspaper and magazine. Also there are television cameras and radio people. They're asking questions. They know your purpose and they know that you want to depart to Cyprus. They would like to know your nationalities. They want to know your names, if you wish to give your names and so on. We know the name of your organization. We wonder if you can give us any more details. We will be thankful.

Mustafa: Listen to me carefully my brother. There will be a statement issued by the organization to which we belong. It is not up to us to make any announcement. There is an organization, and it will make an announcement regarding this issue. I have told you what organization we belong to. Secondly, what is important for me is the arrival of the crew, that is all. The arrival of the crew. After that the press the newspapers etc., will know all the details through the official statement which will be issued. As for now you will have to excuse me I cannot give you anything more because truthfully I do not know everything. In other words, I know what organization I belong to and I know the action which I carried out. Nothing more.

Nassim: Thank you my dear, we understand your purpose and thank you. Cooperation is wonderful.

Mustafa: You're welcome my dear.

Nassim: How are the women?

Mustafa: The situation is very well. And I have told you a little while ago, that if we told them to get out of the plane they would prefer to stay on the plane. They're all well and they are now asleep. They have been asleep for two hours. They have had food and drinks and gone to sleep. Everything is fine and everything is peaceful. Only your help will guarantee to extinguish this matter peacefully.



● DECLASSIFIED ●

Nassim:  O.K.  We understand.  Thank you

Mustafa:  You're welcome----------Yes my brother are you trying to contact us?

Nassim: Yes.

Mustafa:  Have you called us?

Nassim:  Brother Mustafa how are you doing and how are the passengers.  We just wanted to get in touch and see how you're doing.

Mustafa:  We are doing very well, but we are still waiting. What is happening?

Nassim:  Of course we are doing everything we can, our efforts are continuing in making contacts, we expect an answer soon God willing.

Mustafa:  Soon?  How soon?  What time?

Nassim:  One moment please.  we are still waiting, as soon as we get any news, their arrival time, we will let you know God willing.

Mustafa:  Where are the crew now?  Where are the crew now my brother?

Nassin:  In Europe, In Europe, somewhere in Europe.  We have no information, the first cable said as soon as they get through they will let us know in details.

Mustafa:  I believe my brother that there are crew in Pakistan.  There are Pakistani crew who are capable of flying a Jumbo 747.  You can bring those, do you hear me?

Nassim:  Yes of course, let me interpret this to the officials.

Mustafa:  Yes what did you say?

Nassim:  I am told that the equipment of the planes differ from one another.  You have a 747 belonging to Pan Am.  It needs a type of crew that are used to flying this type, you have Pakistani pilots.  But then aircraft cockpits differ from one to another.

Mustafa:  Anyway, what I'm saying now is that the deadline which I set is approaching.  The deadline is approaching.  See to it that you work fast to find the crew.

DECLASSIFIED

**DECLASSIFIED**

Nassim: Right away, and thank you.

Mustafa: As for the passengers, they are all well.

Nassim: Thank you brother Mustafa.

Mustafa: You're welcome.

IN ENGLISH: HE WANTS THE CAPTAIN TO BE ON BOARD THE AIRPLANE BY 7:00 THIS EVENING. ALRIGHT WE COPY.

Nassim: Brother Mustafa. Speak louder.

Mustafa: I can hear you. Can you hear me clearly?

Nassim: Hello. Yes.

Mustafa: How do you hear me now?

Nassim: Yes how are you?

Mustafa: I am fine, what is the news there?

Nassim: The news is very good praise be to God, the process is going on. Can you hear me?

Mustafa: Yes, Yes I can hear you, continue my brother continue.

Nassim: Can you hear me? Can you hear me now o.k.?

Mustafa: O.K., O.K. so far.

Nassim: Listen we now have three things, first the crew God willing will arrive around 11:00 or 12:00 o'clock at night, on a chartered flight.

Mustafa: Where will they be coming from? Where will they be coming from.

Nassim: From Europe.

Mustafa: The officials with you. Don't they know where they're coming from.

Nassim: What did you say?

Mustafa: The officials with you. Don't they know where they're coming from?

Nassim: The crew are coming from Frankfurt, Germany.

**DECLASSIFIED**

Mustafa:  Their nationality.  What is their nationality?

Nassim:  They are American.  They are Pan American crew Pan American of course.

Mustafa:  Yes, Yes how many?

Nassim:  The second thing is that they will arrive God willing, at 11:00 or 12:00 o'clock.

Mustafa:  They will arrive 11:00 or 12:00.

Nassim:  Yes as soon as possible. God willing on a special chartered flight.

Mustafa:  When did you receive this information.

Nassim:  We received it now.

Mustafa:  What was the other thing that you wanted to say.

Nassim:  The other thing is that we are in constant communication with Cyprus, with the airport which you wanted. Can you hear me.

Mustafa:  Yes, Yes go on.

Nassim:  Hello. Hello.

Mustafa:  Yes, Yes continue go on.

Nassim:  Can you hear me?

Mustafa:  Yes, yes I can hear you.

Nassim:  The airport is telling you that if the plane took off they will not allow it to land in the airport in Cyprus.

Mustafa:  They will not allow it to land in -- Cyprus?

Nassim:  Yes, what do you want to tell them.

Mustafa:  They told you this?

Nassim:  The Pakistani authorities contacted them so that they will prepare a release.  They said "no".  I have the cable right in front of me brother Mustafa.

Mustafa:  Yes, Yes my brother.

**DECLASSIFIED**

Nassim:  (The cable) from the Government of Cyprus.  From the director of Civil Aviation Department.

Mustafa:  Tell them that they will let the plane land.  Don't worry.  Leave that up to us.

Nassim:  Do you still want to take off from here?

Mustafa:  We will take off from here towards Larnaca, Cyprus.

Nassim:  Do you have an alternative plan?

Mustafa:  Repeat what you said.

Nassim:  Do you have any other place, you want to go to, or is it Cyprus as you stated?

Mustafa:  There is no other place.  To Cyprus. To Cyprus.

Nassim:  O.K. do you wish to say anything else my brother.

Mustafa:  What did you say my brother?  Repeat.

Nassim:  Do you want to say?...

Mustafa:  I can not hear you.  Repeat.  I can not hear you.  I can not hear you my brother.  Repeat.  Repeat.

Nassim:  We will do our best God willing, we have received a Telex from the Government of Cyprus as I said, about their refusal for landing.  Of course, in such cases they refuse landing.  However, we are still trying to obtain a clearance from Cyprus, God willing.

Mustafa:  Tell me my brother, whatever happened about announcing this story in Pakistan?

Nassim:  Oh, oh, it's all over the newspapers, magazines, television, radio, the Voice of America, and the BBC.

Mustafa:  What did the radio Pakistan say?

Nassim:  Radio Pakistan?

Mustafa:  What did the radio Pakistan say.

Nassim:  You mean radio Pakistan or Pakistani newspapers?  Hello. Can you hear me?

Mustafa:  Yes, Yes.

Nassim:  What you told us...What you told us of course in detail....

                    END OF TAPE A-2
                    SIDE ONE

**DECLASSIFIED**



TAPE A-2
SIDE 2

Mustafa:  Clarify your question.

Nassim:  Yes.

Mustafa:  Clarify the question.  Clarify the question

Nassim:  How many people are on the trip?  How many people are you?

Mustafa:  All of the passengers?

Nassim:  How many people on this trip.

Mustafa:  We are nine people.

Nassim:  Nine people.

Mustafa:  Yes, Yes.

GARBLED

Nassim:  Brother Mustafa are you with me?

Mustafa:  Yes, Yes I'm with you.

Nassim:  There are some people here asking about Mr. (name unintelligible) he too is sick.  How is he?  We are asking about his health?

Mustafa:  Who is this man?

Nassim:  Stand by one minute.  His name is in English.  Let me write it as I see it.  It is Mehenderta.

Mustafa:  Mehenderta.

Nassim:  Mehenderta.

Mustafa:  Yes, yes I heard.

Nassim:  He is from New Delhi.  From New Delhi.

Mustafa:  I'm going to find out from him and going to get back to you.

Nassim:  Yes.

DECLASSIFIED

0003006

DECLASSIFIED

Mustafa:  I'm going to see him now, and see how he's doing and let you know.

Nassim:  Thank you.  Thank you.

Mustafa:  Welcome.

VOICE:  IN ENGLISH:  MR. MUSTAFA IS REQUESTING A BIG LIGHT NEXT TO AIRPLANE, ALL AROUND.  HE WANTS THE LIGHTS TO BE THERE NOW IN FIVE MINUTES.  MR. MUSTAFA WANTS BIG LIGHTS NEXT TO THE AIRPLANE, ALL AROUND IN FIVE MINUTES.

Nassim:  IN ENGLISH:  TELL MR. MUSTAFA THE KARACHI AIRPORT IS NOT THAT EQUIPPED.  WE HAVE TO GO TO MAINTENANCE AND FIND OUT THE POWER FOR LIGHTS.

Mustafa:  Do you hear me my brother?

Nassim:  Say again.

Mustafa:  Do you hear me well?

Nassim:  Yes, what do you have.

Mustafa:  My brother I want lights around the plane.  I want search lights around the plane.

Nassim:  Right away brother Mustafa.  We have to get in touch with maintenance and other people so that we may find out if they have such lights.

Mustafa:  I believe there are such lights here.

Nassim:  Where?

Mustafa:  You may bring them not next to the plane but maybe one hundred or two hundred meters far from the plane.

Nassim:  Brother Mustafa?

Mustafa:  Yes. Yes.

Nassim:  Can you hear me?

Mustafa:  Go ahead.  Go ahead.

Nassim:  Can you hear me?

Mustafa:  Yes.  Yes I can hear you.

DECLASSIFIED

DECLASSIFIED

Nassim:  Listen what did you say?  Say it again.

Mustafa:  I told you I want search lights around the plane from all the directions, big lights.

Nassim:  This requires a special effort.  We need trucks.  We have to see the maintenance people, then we will get back to you.

Mustafa:  Don't be too late I want the lights now I am waiting for you.

Nassim:  Listen.  I would like to tell you one more thing.  In case we lose contact with each other, in case contact is....

Mustafa:  Hello.

Nassim:  Hello.

Mustafa:  Hello, I can hear you.

Nassim:  In case we lose contact.  Can you hear me?

Mustafa:  Yes, yes.

Nassim:  If contact is lost between us maybe we can talk through the microphone or through any other means.

Mustafa:  Why will contact be lost?  Why?

Nassim:  The frequency equipment...The engineer screwed it up.

Mustafa:  IN ENGLISH:  ALRIGHT ALRIGHT.  But now I want the lights around the plane as soon as possible.

Nassim:  Airport authorities are trying to turn on the front lights.  At the same time they are not prepared...equipment. Can you hear me?

Mustafa:  Yes.  Yes.  I hear you.

Nassim:  The equipment to install the lights from all directions... of course I don't know what you think of that... what do we do.

Mustafa:  You say there are front lights?  Where are they?

Nassim:  IN ENGLISH:  WHAT IS THE TIME NOW?  At seven-twenty they will be turned on as usual.

DECLASSIFIED

Mustafa:  What did you say?

Nassim:  I said the lights will be turned on on time.  We have notified the airport.

Mustafa:  Yes, yes.

Nassim:  O.K. O.K.

Mustafa:  O.K., O.K., we are waiting.

Nassim:  I had mentioned the sick passenger, what have you done brother Mustafa?

VOICE IN ENGLISH: HE HAS SEEN HIM.  He is O.K.  Stand by, stand by

VOICE:  Mr. Mehenderta is being attended by a doctor on board. He was said Mr. Mehenderta is o.k.

END OF TAPE A-2
SIDE 2

# DECLASSIFIED

TAPE A-3
SIDE 1

**Nassim:** Brother Mustafa peace be with you. How are you doing?

**Mustafa:** You're welcome.

**Nassim:** My brother how is the condition of the passengers at the present time?

**Mustafa:** Repeat. Repeat.

**Nassim:** How are the passengers now?

**Mustafa:** The passengers are fine. The passengers are fine.

**Nassim:** What about the food, supplies, and the air-conditioning?

**Mustafa:** Everything is O.K. Everything is O.K. Food is enough. Air-conditioning is also fine.

**Nassim:** What is, may God harm you, I mean may God honor you, Are the lavatories clean?

**Mustafa:** The lavatories are clean also. Generally everything is fine on the plane. The passengers are in good condition. Food is available. The lavatories are clean. The stewardesses clean things continually. Can you hear me?

**Nassim:** : Yes, yes.

**Mustafa:** What about the crew?

**Nassim:** They are on their way.

**Mustafa:** Is this definite? When will they arrive?

**Nassim:** Let us do some calculations.

**Mustafa:** I am waiting.

**Nassim:** Of course they have not given us the estimated time of arrival. As usual the estimated time of departure of scheduled flights. This is a chartered flight, therefore, I don't know how many hours it will take however, God willing, as they notify us by cable they will arrive around eleven-thirty to twelve o'clock.

# DECLASSIFIED

0003010

DECLASSIFIED

Mustafa: Good, good, where are the lights which you mentioned? I want lights around the plane. Lights.

Nassim: There is light.

Mustafa: There is no light around the plane.

Nassim: O.K. I am now looking at the flight schedules therefore, I could not see. Let me go out and talk to the people. The authorities.

Mustafa: May God save you my brother.

Nassim: IN ENGLISH: I'M SURE HE IS LISTENING FROM TIME TO TIME I ASK YOU TO..

Mustafa: I am with you my brother.

Nassim: Do you have the light now my dear?

Mustafa: It has not come on yet.

Nassim: It will come on in five minutes, or three minutes.

Mustafa: Good I am waiting, I am waiting, can you hear me? Hello.

Nassim: I have talked to the maintenance people. God willing, it will take three, four, or five minutes for the lights to come on.

Mustafa: I am waiting, as soon a possible, Good. Do you hear me?

Nassim: Do you have time so that I will talk to you about other subjects like the place to which you want to go?

Mustafa: Repeat. Repeat.

Nassim: The people are asking about your friends' names in Cyprus.

Mustafa: Who is asking? Who is asking?

Nassim: The press, the newspapers, and the magazines?

Mustafa: My friends are only known to the Cypriot authorities. Only they know them. There are passwords between me and the Cypriot authorities. Through these passwords the Cypriot authorities will understand who we are and what we want. That's all.

DECLASSIFIED

● DECLASSIFIED ●

Nassim: In other words the Cypriot authorities are aware of this subject and these passwords? How is that? What do you mean? When you arrive you will take the people who are there?

Mustafa: My friends who are in Cyprus must be released. The Cypriot authorities are aware of that. As soon as I go to Cyprus, As soon as the plane takes off and arrives in Cyprus there will be negotiations with them and everything will end as desired. We will receive our comrades or we will stay with the Cypriot authorities as their welcomed guests. They will give us a friendly welcome. They will welcome us. Then we will request...the release of the hostages. And the Cypriot authorities will receive us. Do you understand me my brother?

Nassim: Yes, one minute, the other subject is that you know that the airport in Cyprus is closed. The director of Civil Aviation in Pakistan is still discussing with them and is trying to convince them to open the airport.

Mustafa: I don't want anyone from the Pakistani Government to speak with the Cypriots. Just let us leave. In other words let the crew arrive here and let the plane leave. As soon as we enter the airspace of Cyprus, Cyprus will receive us directly. They will receive us when I talk to them. Do you understand? I don't want any mediation by the Pakistani Government at all. I will talk to the Government in Cyprus. And the Government will understand me well.

Nassim: The people here are saying how is this going to happen? The take off must be in accordance with Civil Aviation rules? That is, no flight may take off unless the airport is open. However, this is up to you. They will try when the plane takes off from here.

Mustafa: Continue. Continue.

Nassim: Can you hear me?

Mustafa: Yes, yes I hear you.

Nassim: When you arrive there, you may need to re-fuel. And maybe you will not be able to land. You may face a crash landing. Or something like that.

Mustafa: The plane was going to Frankfurt. From Karachi to Frankfurt it takes 7 and a half hours. From Karachi to Cyprus it takes three to four hours at the most. Therefore, there is plenty of fuel on the plane enough to take her to Cyprus safely



DECLASSIFIED

and peacefully even if we have to circle the airport a little
bit. This is not important because there is plenty of fuel on
the plane. It is more than enough. And God willing as soon as
I personally speak to the Cypriot Government they will welcome
us.

Nassim: God willing. However, the calculation from here to
Frankfurt is seven and a half hours. How long did you say is
from Karachi to Cyprus.

Mustafa: I expect it to take from three and a half hours to
four hours. Did you hear me?

Nassim: The experts say it takes from seven to nine hours
almost or eight hours.

Mustafa: To where? To Cyprus?

Nassim: Yes.

Mustafa: No, my brother, no.

Nassim: Of course, of course, they say it takes from seven to
eight hours from here to Cyprus.

Mustafa: When the crew arrive and the plane takes off it will
arrive in Cyprus peacefully. Do you understand me well?

Nassim: Yes.

Mustafa: Now my brother there is not much time left. I want
the lights now and then the crew. There's not much time. Do
you understand me my brother?

Nassim: As we said the crew will arrive around eleven or
twelve p.m. my dear.

Mustafa: I want the lights now. They have not arrived so
far. The lights. The lights

Nassim: May God guide those people, may God guide them. I
myself am going to go out to see.

Mustafa: May God keep you. I hope you will talk to them
quickly.

Nassim: Again.

Mustafa: I said I hope you will. Talk to them quickly. Talk
to them quickly. Bring the lights around the plane. Do you
understand my brother?

DECLASSIFIED

**DECLASSIFIED**

Nassim:  O.K., O.K., one hundred percent.

Mustafa:  Thank you.

Nassim:  IN ENGLISH: MUSTAFA 73, KEEP ONE PERSON IN THE COCKPIT ALWAYS.  ONE OF THE PASSENGERS.  HOSTESS. ANYBODY.  FOR QUICK REPLY.  ARE YOU IN THE COCKPIT ALWAYS OR IN THE CABIN?

Voice:  We are in the cabin.  Can you assign a hostess in the cockpit please?

Nassim:  Mustafa.  Answer me after two minutes, God willing I am going to go up the ramp.  And I will get back to you in two minutes.

Mustafa:  Yes, yes?

Nassim:  Sheikh, Why don't you assign someone to be in the cockpit always.  One of the hostesses for example or anyone else.  So that when I contact you there will be someone to reach you.

Mustafa:  Do you want a hostess in the cabin to facilitate the contact?

Nassim:  For contacting me, or us, in other words to contact you....(word unintelligible).  It's not necessary a hostess, any other person will do.

Mustafa:  Good, good, alright, but what about the lights.  We want the lights quickly.

Nassim:  Right away, right away my dear heart.  How many persons do you have upstairs?  You may want to assign one of them in the cockpit.

Mustafa:  Yes, yes, I may assign one in the cockpit.  When you contact us, we will answer you right away.

Nassim:  O.K.

Mustafa:  Do you hear me well?

Nassim:  What did you say?

Mustafa:  Do you understand me well?

Nassim:  What did you say?  Louder please.

Mustafa:  Did you understand me well?

**DECLASSIFIED**

0003014

DECLASSIFIED

Nassim:  Yes.

Mustafa:  When I told you that when you contact us we will respond quickly.

Nassim:  Thank you, God Bless You.

Mustafa:  Thank you.

Voice:  Mustafa?

Nassim:  IN ENGLISH:  PAN AM 73, PAN AM 73, JUST INFORM MUSTAFA, THE LIGHTS ON THE PANEL,...ON THE BAY, IS NOT...IS INOPERATIVE.  WHAT THEY ARE DOING...THEY ARE PUTTING IN A NEW CABLE....IMMEDIATELY IT WILL...TO PROVIDE THE LIGHT WITH 2000 WATTS?  OUT.

END OF TAPE A-3
SIDE 1

DECLASSIFIED

# ATTACHMENT B

CR 91-504

- 484 -

Before we broach on the subject of answering the allegations and giving our view point on the facts of the case, we want to make it clear that we have participated in this trial not for begging mercy or acquital on any technical grounds. We have co-operated and taken part in the trial because we wanted to tell wholewide world through this forum also that we are freedom fighter, fighting for the cause of our nation and that we shall continue to do so despite the threads of being assassinated.

In our view the trial of us all has no legal basis because it is based and prepared by the Security Forces of Pakistan which under the law of this country are not competent or authorised to investigate or enquire against any civilian. We have no faith in the investigating agency and the institutions representing the judiciary because during the investigation, we were confronted with various officers from the judiciary who could not inspire any confidence in us. They were acting on the dictations of the officers of Army Intelligence and were standing before them and behaving in a manner that they have authorised some heamous offence. We saw them calling the investigators (as your order Sir,) (as you please Sir) it shall be done Sir, we came to know that the Intelligence Agency in this country are more powerful than the members of the judiciary. When the trial commenced, we had some conversation to the Presiding Officer of this court. We also made it clear at the very outset, we knew that the judgement against had already been pronounced by General Muhammad Zia-ul-Haq on 5th of September, 1986, when he declared that all of us would be hanged. We never meant to insult this court but what we wanted to convey was that the judicial system of this country has been reduced to a position where member of the superior judiciary are fired without any show cause notice. The most honest and the independent are informed by the District Magistrate not to come to the court on the following days and that their services were no more required in the interest of public. It was for this reason that we never expected from this Honourable court what we could have expected from the same Presiding Officer in a system in which judges are allowed to act according to their conscience.

Contd...........P/2

FILED

APR 3 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



485 -

We want to make it clear that the trial against us had not been faird in as much as we have not been provided with the proper facilities to defend ourselves. We were kept in solitary confinement and perpetual fetters. We were not allowed to see each other for a period of about ten months. We were told that this Honourable Court does not have the power to order the removal of fetters and to end solitory confinement. We were not allowed to see our relatives and friends or to write them. We were refused to establish contact with our relatives through the agency of Jail. We were kept in inhuman conditions with indignity. This was done under the instructions of the Home Department.

We want to make it clear that we challenge the introduction of sections 402-A, B and C in the Pakistan Penal Code. We are of the view that this is an anti-Islamic and anti-human law calculated to safe guard the interest of Zionists and American imperialists. This is a colonial and an imperialists black law introduced in the Pakistan Penal Code to destroyy the freedom movement of Palestinians.

Contd:— P/3



- 486 -

We five sons of Palestine are standing in the dock facing the trial on the allegation of being hijackers, terrorists murderers. It is an irony of faith that the freedom fighters have been termed as terrorists. And this is being done by those who have shocked the concious of humanity by their barbarious and criminal acts against every movement for the liberation of nation and for the achievement of basic human rights of the oppressed. The charges against us are levelled at the behest of American Intelligence who guided and supervised the Army Intelligency of Pakistan to fabricate and forge evidence, to distort the facts and to strangulate the truth.

This hihandedness was engineered and planted against those who have firm believe that this life is a trust of their motherland and they like millions of other Palestinians are prepared to shed the last drop of their blood for the liberation of their dream land. We are standing here as witnesses to prosecute the ring leader of imperialism, whose none but America which has committed worst crimes against the great nation of Palestine. In this fight against humanity, against liberty and freedom of this imperialist had the slave following and services of some rulers of so called islamic states who in the cloak of Islam had acted as American dogs. Our fight is against American imperialism and all those allies of America who have committed direct and indirect excesses against Palestine and its peoples. We have here to prove that we are the freedom fighter, the true sons of the soil of Palestine, we want to write a history of the glory of our mission and cause without blood. We want to show to the whole world who is real murderers and the terrorists. We are here to open new chapters of prosecuting the real murderers, terrorists.

We have a firm believe in the dictates of Holy Quran that the zionists shall never have a land of their own and we are staunch supporters of the idea that by providing land to the zionists, the American and their allies have not nullified the verses of the Holy Quran. We are passing through a transitional and provisional period of history and the American and their allies have installed the

Contde....P/2

2183

-487-

zionists on our holy land but we are sure that one day these enemies of Islam shall be defeated and the sacred land of Palestine shall be freed from the unholy presence of the zionists domination.

We have no doubt in our mind that the words of Holy Quran cannot be translated into reality unless the sons of Palestine are prepared to write their history with their blood. We are fighting for the independence and liberation of our motherland from the cluches of monsters and we cannot succeed unless we follow the principles and enshrined in the Holy Quran. We declare that we shall fight our enemies in Sea, in Land and in Air.

In the Name of Allah, the Compassionate, the merciful.

Fight for the sake of Allah those who fight against you, but do not be aggressive, Allah does not love the aggressors. Kill them wherever you find them. Drive them out of the places from which they drove you. Idolatry is worse than carnage. But do not fight them within the precincts of the sacred Mosque unless they attack you there; if they attack you put them to the sword. Thus shall the unbelievers be rewarded: but if they desist, know that Allah is Forgiving and Merciful.

The Holy Quran, Sura The Cow; 2 : 190 to 2:193

The aforementioned verses of the Holy Quran validate our armed struggle for the liberation of our country and help to understand clearly its real nature. Our national revolution began fifty years ago when the British occupied Palestine. Since then, they started declaring Palestinians as terrorists and murderers because they were fighting for the freedom of their sacred land. This situation continued till global zionism replaced the British colonialism in Palestine/which is being patronised by Britain, America and their stooges even today. This is so because they needed a strategic base in the very heart of the Muslim world and the Arab world as well, so that they could exploit the nations of this region and utilise their wealth and resources for their

Contd.........P/5

2184

488

own interests. This could only be achieved by installing a
selfish, mean and a coward nationalike that of zionists.

Regardless of the disunity, weakness and
disillusionment prevailing in the Arab and Islamic world in
those days, the great Palestinian nation started its armed
struggle against neo-nazism disguised as global zionism. It
started armed struggle totally on its own and fought the usurpers
sometimes in an organised manner and sometimes individualistically.

Palestine is a historical land of holy places which is
known as the Land of Prophets and Messengers. Mary, Christ and
Moses were born here. Our holy Prophet, Muhammad (P.B.U.H)
transcended for Meraj from here. There are many shrines of
Prophets and saints in Palestine and, above all, Bait-al-Maqdis,
centre of all the divine religions is also situated here. Since
the inception of humanity Palestine has been the originating
point of history.

Zionism tried to usurp this land from its original
inhabitants so that they may be able to declare themselves as
the real inhabitants while they shall always remain as usurpers
and trespassers. They tried to steal history and civilisation and
whatever was owned by Palestinians. They also endevoured to make
Palestine as Zionist state called Israel. From the very beggining,
when the Zionist movement was founded and Palestine was occupied
militarily, politically, culturally and socio-economically, the
Zionists were concious of the fact that there will be no peace
for them and also no land till they eliminate the Palestinian
nation and to cut off their links from this land.

We started our struggle from Mosques, cities and
villages. Old people, women and children also participated in
our struggle against the unholy alliance of Zionists and
Americans. The Zionists had committed atrocities against us and
massacred our people with the active help of America. They also
evicted us from our own homeland and imprisoned many of us. But
we have not surrendered till now. Everyone wants to kill and shed
the blood of Palestinians so that name of Palestine may be cursed

Contd.........P/6

489

from the world map and also from the memory of the people.
Moreover, they want the word 'Palestine' to be totally
eliminated. Ever since our birth no day has passed when we
have not heard the news of killing or imprisonment of a
Palestinian.

However we believed that were celebrating a great
Palestinian festival whenever we hear that a Palestinian is
imprisoned or killed by our enemy or a friend of our enemy
because by every such act the murderers and usurpers realize
the strength and rights of their victims. At the same time it
reveals their weakness and cowardice. Murder of a Palestinian
is a subject on agenda of Zionist enemy, U.S imperialism and
reactionary Arab and Islamic Governments.

It is necessary for us to trace the history for
condemnation of real terrorists, real murderers, real culprits
and usurpers.

In the Name of Allah, the Compassionate, the
merciful:

A sacred month for a sacred month:
sacred things are too subject of retaliation.
If anyone attacks you, attack him as he attacked
you. Have fear of Allah, and know that Allah is
with the righteous.

The Holy Quran, Sura The Cow; 2: 194 to 2:195.

Let us start from the American agents in the cloak
of Islam —— we mean, some reactionary Arab and Muslim governments
which have committed crimes against our nation and our holy land.

The first Palestinian martyred on January 7, 1965
was shot by a bullet from Jordanian forces while he was returning
from the occupied territory after an armed attack on the enemy.
It may be recalled that he was not killed by a bullet from the
Zionist enemy itself but by the Zionist mentality ruling over
Jordan. The biggest and the brutal most massacres were staged
by the government of Jordan in 1970 and 1971 against the
Palestinian revolution and nation. These massacres are known in
history as the massacres of Black September which resulted in
Martyrdom of 40,000 men, women, old people and children and

contd.————p/9

2186

-490-

injuries to over 100,000 Palestinians while thousands of Palestinians were ousted from Jordon.

We deem it necessary to narrate another historical fact pertaining to the role of Gen. Zia-ul-Haq, the so called President of Islamic Republic of Pakistan, in those massacres of Black September. We wish to remind him that he was the active member of the Jordanian army command which was responsible for the aforementioned massacres and their bloody consequences. He still takes pride in keeping that royal award which was conferred upon him for this murderous action against the Palestinian revolution. We were not surprised when he declared death sentence for us Hecson on 5.9.1986 without holding of a trial.

Similarly, the reactionary Arab governments also took part in massacres of the Palestinians. Such massacres are numerous and we are mentioning only a few of them.

Again on August 16, 1974 Lebanese militia in collaboration with American imperialism and Zionism slaughtered many Palestinians at Nabtia Refugee Camp in Lebanon. Examples of such massacres were repeated at Zabin Refugee Camp (Lebanon) by the end of 1975; at Tel-al-Zatar Refugee Camp (Lebanon) in 1976 resulting in martyrdom of thousands of Palestinians.

While referring to these massacres we have just received the news of another big massacre of our people going on these days in Lebanon. This massacre known as 'Wardof Camps' is continuing for last two years. It is being carried out by Amal Militia, another instrument of American imperialism and Zionism, All the Arab and Muslim governments maintain that they support the cause of Palestine. They claim and declare that one day Palestine shall be liberated. But the fact of the matter is that they shed crockodyle. In fact they support American imperialism and Israel.by their misconduct they declare that they are friends of Palestine but the fact is that the Jails of many Arab and Muslim countries are full of Palestinian Prisoners. Many Palestinian Freedom fighters are rottling in the Jail of Jordon, Lebanon and Egypt.

In the name of Allah, the Compassionateandd.merciful.P/.

contd ——— P/3.

2187



- 491 -

In the Name of Allah, the Compassionate and merciful.
Muster against them all the men and cavalry at your
disposal, so that you may strike terror into the
enemies of Allah and your enemy. (8:60)

The record of the Zionist crimes against our people does
not end here. The recent events of history reflect more of their crimes.
This record is full of Zionists bloody, criminal and racial acts against
our great nation. The 1948 massacre of Dair Yassen was committed under
the command of Mehahim Begin, the former Prime Minister of the Zionists
state. Similarly, massacre of 1952 at Qabia was carried out by General
Sharon, the former defence minister of the State of usurpers. They also
slaughtered thousands of Palestinians at Kafar Qasim on October 29, 1956.

It is now an established and undesirable fact that Palestine
was occupied by the Global Zionism with the connivance of America and
Britain by the eviction of 3.5 million Palestinians who were forced to
leave their mother land and live as refugees in different countries. One
million Palestinians are still living in the occupied Palestine who are
subjected to const and aggression and are being tortured, oppressed and
persecuted. The Zionists have made their miserable lives nearly impossible.

Nothing by the name of Palestinian is safe from the hands
of the Zionist terrorists. They attempted to set on fire the Holy Aqsa
Mosque, the first Qibla of the Muslims all over the world. They
desecrated mosques and churches and considered all their heinous acts
legitimate and justifiable. They contaminated the ddinking water with
contraceptive poisons to disable Palestinian women to give birth to
the freedom fighters.

In the Name of Allah the Compassionate and Merciful.
Glory be to him who make his servant go by night
from the sacred Mosque to the farthest Mosque whose
precincts we have blessed, that we might show him
(some) of our signs. He is the Hearer, the seer (17:1).

Global Zionism, in general, and Mossad its intelligence
agency, in particular murdered many revolutionary Palestinians and
leaders of the revolution. Out of the martyred leaders three are
the mmmdxfamous: Kemal Nasser, Kemal Udwani and Abu Yousaf Najjar.
They also killed our leading intellectuals: Ghassan Kanfani, Mehmood
Al Amsheri, Wail Zaiter and Majid Abu Sharrar in Rome, Paris and

cotd. ──── P.S

2188

-- 492

London respectively. Besides them numerous other prominent sons of Palestinian soil were cold bloodedly assassinated in different parts of the world. One more tragedy was faced by Palestinian and Lebanese nations together on June 4, 1982 when Zionist enemies with the help of American imperialism committed naked aggression against Lebanon by attacking its land, sea and air space. They also occupied vast Lebanese territories and caused heavy loss to human lives and property. Thousands were killed and injured. The Zionists held the western part of Beruit under their seige for three months. Air, naval and land attacks by the Zionist enemy caused irreparable damages to the city of Beruit.

The enemy has been and is still using the most sophisticated and lethal U.S weapons against us. It also used chemical, phosphorus and Napalm bombs during its raids on civilian areas of Beruit resulting in the killing of large number of men, women and children. The Palestinian and Lebanese nations have paid a heavy price of this aggression against them. Besides Zionist enemy, some forces backed by America and Zionism, like Amal Militia, Christian Militia and the army of Saad Hadnad also committed such loathsome crimes against Palestinian refugees in Lebanon which remind the crimes against Nazism and Fascism. The blood of our brothers has not yet dried in Beruit where armed action was directed towards Sabira and Shatila refugee camps. Only in these two camps, our 6000 compatriots were ghastily massacred by Zionist forces led by their former Prime Minister Begin and defence minister Sheron.

/ In the Name of Allah the Merciful and Compassionate.

Permission (to take up arms) is hereby given to those who are attacked, because they have been wronged. Allah has power to grant them victory those who have been unjustly driven from their homes, because they said: our Lord is Allah (22:40)

Before concluding our statement we would like to open the file of American terrorism against Palestine and other free nations of the world.

It was no one else but America which first invented weapons for vast human destruction and elimination of every

contd — 19/10

-493.-

living being on the earth. It is still working on nefarious designs to dominate the whole world in connivance with Zionism. That is why it is working on the STar War programme. It was again Americalwhich occuping Vietnam for several years and it is still endeavouring to occupy the free lands of various other countries. It has also set up its strategic bases in Japan, Philipines, Pakistan and Sri Landa. Now it has intervened in the Gulf which is a constant threat to the peace and security of the nation of this region. American intervention in the Gulf is aimed at suppressing the voice of revolution and is an open and naked aggression against us.

The American imperialism, headed by the crazy U.S President Reagan sent its naval fleet to the territorial waters of Libya to suppress the revolutionary voice there. Withe the support of Britain and other Western countries American bombers flying from the American fleet raided Tripoli with most sophisticated bombs and killed hundreds of innocent citizens. Americans are extending their control over the Asian region throught their stooges cloaked as Muslim leaders of Saudi Arabia and Pakistan. Likewise in Turkey and Philipine also it has empowered its touts to look after its interests.

America itself hijacked an Egyptian aeroplane and forced it to land at one of its bases so that it may arrest three Palestinian freedom fighters on board.

The Zionist enemy equipped with sophisticated American weapons and helped by reactionary Arab governments air raided Iraqi atomic reactor. Now it is threatening and seriously attempting to destroy the nuclear reactor of Pakistan. We as Palestinians have a firm belief that Americans are opposing Pakistan's nuclear programme only and only to safe guard the interest of Israel which fears that some day a leader like Bhutto Shaheed may not emerge in Pakistan to use its force against Zionism and Israel domination. Zionist enemy in search of Palestinians has forced many aeroplanes to land at its bases. These piracies and incidents of hijacking have nefvr been condemned and went un-punished.

Americaltoo sent its naval fleet namely New Jersey, carrying bombs and sophisticated weapons in tone to attack and terrorize Labanon in 1984.

Contd.........P///

2190

- 49 -

It is again America the den of all conspirators and terrorists who provides patronage to terrorists and mercenaries. It has betrayed many of its friends like President Marcos, King of Iran and King Faisal of Saudi Arabia when their services were no more required. America itself is threatening the nations of East Asia, Middle East, Africa and Latin America. America labels each revolutionary voice as terrorists call and tries to supress it as it has done and still doing in the case of Iran and Libya. But it will never be successful.

This was briefly the story of crimes committed by America, Zionism and their local agents. We ask :-

Question No. 1. : What could be the plea and explanation from Islamic Arab and other countries of the world regarding the bloody massacres of Palestinian people and other oppressed nations of the world, except loathing and condemnation ?

Question No. 2. Who has prosecuted in camera or openly Americas and the Zionic criminals ?

Question No. 3. Who fought against the American imperialism and Zionist enemy ? Who severed its diplomatic ties with Washington ? Who blamed the U.S and the Zionist enemy for their terroristic crimes ?

Those and so many other questions of this type remain unanswered. An answer to these questions came in the form of Camp David Peace treaty between Egypt and the Zionist enemy with American mediation. In fact the Treaty shows that Egypt had surrendered before the enemy. Morrocco, Jordon and the governments of Lebanon etc. followed it.

Various other Islamic and Arab countries adopted this acquiscent attitude. We congratulate and thank them for this answer from their side.

We ask another question from the whole world: Who is a terrorist and a murderer? the Palestinians or the Americans and Zionists?

The question what really happened on 5th of September, 1986, who is responsible and what actually happened is a question

Contd............P/12

-12-    -495-

which is still remained un-answered despite the fact that dozens
of prosecution witnesses have been examined. We standing here
categorically state that the entire prosecution evidence against
us have been fabricated and our role has been exagerated. The
investigating officers who claim to have arrested us, to have
effected recoveries and recorded, Our statement and those of the
prosecution witnesses are not correct. In fact we have the pleasure
having only a glimpse of Mr. Yousaf Balooch and Mian Akhtar Ali in
some of the Army camps. They never came near us to exchange any
conversation nor handled us.. This job was donducted by the Army
Intelligence who had the services of some Western Intelligence
agencies whose officers remain present and actively participated
in the investigation. We were given inhuman and sub-standard
treatment. We were tortured and third degree methods of investigations
were used against us.

WE are the sons of Sabira and Shatila, we have
come from the refugee camps of Sabira and Shatila and had witnessed
the play of blood and fire. We are the eye witnesses of the bloody
massacre and carnage. Even the Nazi's and Faschisht would have
shuddered in their shoes if they have had only a glimpse of the
atrocities committed by the Zionists, bastered sons of American
imperialism. There was no offence against humanity which has not
committed. History would never have witnessed such horible grousome
and dasterdly and wanton acts as were witnessed by us. Our sisters,
mothers and Palestinian children were ghastly masancred in our
presence.

We came to Pakistan to hijack an American aeroplane
to instantly draw the whole world attention towards Palestine which
was bleeding. We wanted to attract the attention of the world, to
show to the world that the blood of Palestinians is still not cold.
Our aim was to hijack the plane, free all the hostages and to take
the plane to various countries to get the release of 1500 Palestinian
freedom fighters. Our aim was to fly the plane towards some sensetive
strategic centre of the Zionist enemy and to blow it there with us,
inside. Our objectives were to ensure the rellease of more than 1500
Palestinian prisoner from the jails of Zionist enemy and their friendly

Contd.............P/3

2192

- 496 -

countries. We wanted to destroy sensetive strategic centre of Zionists situated in Palestine through American weapon i.e explosion of American aeroplane. By this, we would have struck at the American imperialism. We wanted to strike at both the enemies with one weapon at the same time.

In the Name of Allah, the Compassionate and Merciful. Among the believers there are men who have been true to their covenant with God. Some have died and other await their end, yielding to no change(33.23) We are extremly dejected that we could not achieve our goal due to the delaying tactics adopted by Pakistani authorities who were asked to provide us flying crew. In fact they were preparing for a commando action and waiting for an appropriate time for it. They carried out their action when it was suitable for them. They attacked the aeroplane without caring about the lives of the innocent passengers on board except th. Americans. It was done only to please America though many innocent passengers barring the Americans were killed. Their only purpose was to protect the American property. "

We are the sons of Palestine... We are the sons of Sabira and Shatila camps. We never visited Palestine nor were born and lived there. It was our dream and desire to saturate the land of Palestine with out blood. That is why we planned to blow the plane over Palestine. No doubt, this time we failed but one day we will be successful. "

We want to tell some facts to our great Pakistani nation. We would like to make it clear that we are not enemy of Pakistan and Pakistani people. We only oppose the present Pakistani regime which is protecting the American interests in the name of Islam.

We had selected the soil of Pakistan for our action for the following reasons :-

① At present American domination is prevailing over most of the third World countries and American presence in Pakistan has increased and acquired and dangerous shape. We want to strike at the American interests and the espionage dens of America and Zionist enemy who are working under the American flag. We want to hit at everything belonging to America whether it is an aeroplane, an embassy building or anything else.

Contd.........P//4.

- 497-

2.        The second reason of our selection of Pakistani land to carry out our plan was our belief that we are likely to be provided some facilities for such actions against America by out Pakistani brothers.

3.        It is our right as Muslims to fight against our enemy every where in the world and it is also justifiable for us to use the soil of our friendly countries for our purpose like our enemy.

4.        We chose Pakistan for our action due to the policies of the present regime which maintains close relations with the Great Satan i.e America. The pro-American policies of this regime are detrimental not only to the Pakistani nation but to the Palestinian nation also.

When we read or hear from some of the Pakistani officials on national or international media, calling aPPalestinian murderer or terrorist we are not astonished. But we were stunned to read the statement of General Zia ul Haq which he issued at Harare soon after the incident of Pan Am aeroplane hijacking and arrest of a small group of Muslim freedom fighters. While congratulating the commandos for their successful action he said:

The hijackers are Palestinians and they will be hanged but still I support the cause of Palestine.

Through this statement he tried to convince us that he believes in the cause of Palestine as a just cause and the execution of five Palestiniansato please America will not affect his above-mentioned belief. We would like to ask him that why did he forget his 'firm belief' in the just cause of Palestine when he was leading the Jordanian armies in their brutal operation against the Palestinians revolution and nations, in which thousands of innocent and homeless Palestinians were killed and injured. The Palestinians had not demanded his prosecution at that time and no order of death sentence was passed against him as he has given the decision to hang us without taking into consideration the reasons and causes of our armed action against America. He justifies in his modern law, to punish five Palestinians under the charge of terrorism and murder. The decision of hanging five Palestinians has been

Contd............P/5.

2194

-85-

- 498 -

passed because they hijacked an American plane on the territory of Pakistan. He deems it justified according to his laws. But these very laws do not give any right to prosecute American for its terroristic and murderous crimes. It cannot pass death sentence against them. They have not been prosecuted so far anywhere. American imperialism came from a very very long distance to attack Libya, Lebanon and Iran etc. and committed henious crimes. It is an established fact that America commits barbarious crimes every where in the world whenever it intends but no legal proceedings have been conducted against it. We would like to emphasize here that the politics of Muslim countries is influenced and controlled by America but at the same time you will witness national revolutions emerging and gaining momentum. The sons of the Palestinian nation are following the footprints of martyrs who sacrificed for the just cause and shed their blood for the sacred land.

Global Zionism and American imperialism and their agents in the region thought that their jails will demoralize the Palestinian nation but soon they realized that their jails had turned into the revolutionary camps. They also thought that their oppressive policies against Palestinians in and outside the occupied Palestine would suppress the revolutionary voices of the Palestinians but soon it was revealed that their voices had become a hard stone and a stone in our country is considered to be a bomb which explodes before the usurper enemy. They thought that the American and Zionist sophisticated weapons used against Lebanese and Palestinian nations would be able to effect our heroic resistance. But they realised that Palestinians were turned into human bombs for the destruction of enemy's bases and forces. They also realised that they were totally mistaken in their conceptions regarding Palestinian revolution and nation as well. They found the Palestinian nation an unsurmountable power.

In fact the bloody massacres and crimes against our great nation which continued for the last fifty years and are still continuing are much more than what have been mentioned in

Contd:..........P/16



- 499 -

our this statment. There henious crimes are of such nature that no argument about them can satisfy us. The massacres committed against Palestinian were so henious that all resolutions passed against U.S and Zionists for their condemnation were totally un-sufficient. In fact there bloody massacre could not be condemned through the statements issued by the different countries of the world. Our nation suffered these bloody incidents bgcause it was not equiped with arms. We are still being slaughtered at the hands of American imperialism and global zionism and their stooges in region. Our blood is being shed even now. Is it justifiable that we are being massacred and our children are being slaughtered. We do not pray for mercy from anybody on this earth because it is beneath the dignity of a Palestinian to ask for it. How the prayer for mercy can suit a Palestinian who is being murdered and assasinated brutly. It is incombent upon a Palestinian to assainate the murderers and take the revenge for himself and his sacred land.

The resolution of United Nations and the conferences of Islamic organisation and Arab League canot solve our problem. The negosiations for peace or the holding of a international peace conference for middle east is also not the solution of our issue. There is no alternative left for the Palestinian except to take weapons in his hands to kill the murderer and oust the usurper. A murderer of Palestinian deserves to be assasinated. A Murderer of Palestinian deserves to be assasinated. A murderer of Palestinian deserves to be assasinated.

The armed struggle is the only solution for our problem. A long armed national war can guarantee the return of our mothers to their homeland who still posess the keys of their locked houses situated in Palestine. They want to go back to their homeland. The armed struggle is necessary so that thousands of our fathers and elders may return to Palestine and offer their prayers in Al-Aqsa Mosque. What was taken by force can only be returned by force. We launched the holy war so that thousands of our children, who were born outside the Palestine, may return to

Contd............P//7.

-500-

Palestine and say with pride :

We are the real inhabitants of Palestine and it is our homeland. We are not refugees.

Oh rulers of Pakistan, you may say that we have not answered the following question :

Who is a terrorist and murderer?

A Palestinian or an American or a Zionist.

We do not bother about your decision whatever it may be. It has got no importance in our eyes whether it is a decision of death sentence or life imprisonment. We welcome the death for the sake of Palestine. But what matters us is the condemnation of a terrorist and murderer. As our martyred great leader Abu Ali Ayad said:

We would prefer to die while we are standing and we would not bow before our enemy. We would fight till the last suckling child. Honour and permance is always for our martyr. Our best wishes and love for the great Palestinian nation which is fighting aginst the neo-nazism inside and outside the occupied Palestine.

Our love and allegiance for our comrades imprisoned in the jails of Zionist enemy and imperialists.

Before parting we want to thank the people of Pakistan supporting the cause of Palestine and showing their love and affection for the people of our nation. We hope that one day Palestine shall be liberated. We have done our part for the glory of our nation and have set a path for the freedom fighters to follow.

Long-Live Palestine.

Revolution tillVictory.

Freedom Fighters.

Sons of Palestine,
Central Jail Adyala,
Rawalpindi.

2197



Statement of accused No.2

Zaya Hassan Abd Al-Latif Masud Safarini Alias Mustafa Hassan Said Bomer son of Said, aged 24 years, resident of Tal-Kram Palestine C/O Al-Fateh Office, Al-Shashlan Damascus Syria.

Without Oath.

Q.No.1    Have you heard and understood the prosecution

evidence recorded in your presence?

Ans    Yes, my name is Hussain Seeed Ahmed Bomer son of

of Said Ahmed and address is Talzatar Camp Beiruit.

Q.No.2    Is it a fact that some time in the month of

October 1985 and thereafter within and without

Pakistan, you engaged in conspiracy with your

four co-accused namely Saman Ali, Fahad, Khalil

and Mansoor to hijack Pan Am Aircraft?

Ans.    NO.

Q.No.3    It is in evidence that on 5.9.1986, at about 5 a.m.,

you, while wearing ASF uniform, alongwith your three

co-accused namely Fahad, Mansoor dressed in ASF

Uniform and Khalil accused who was in Shalwar

Kamees and all four of you were carrying deadly

weapons, explosives and hand-grenades, forced

your entry into the restricted area of Karachi

airport on Suzuki Carry bearing registration

No.227-608. What have you to say about it?

2198



- 502 -

Yes, it is correct. Actually the time
was 6-30 a.m. and not 5 a.m.

Q.No. It is in evidence that after forcing your entry
into the restricted area of Karachi airport, you
all four, by the threat and use of force, entered
the Pan Am aircraft which had arrived at Karachi
airport in the course of Pan Am flight No. 073 from
Bombay, and was parked at Bay No.9 and siezed and
took control of the said aircraft and thereby hijacked
the same. What have you to say about it?
                                    will be
Ans. My answer is same as/made by my co-accused
Mansoor.

Q.No.5 Is it a fact that during the course of hijacking and
the time that you and your co-accused had assumed a
complete control of the hijacked Pan Am plane, you,
in the furtherance of common intention of you all, shot
at and fatally wounded Kumar son of Rajesh with a
Pistol at about 8.30 a.m.?

Ans. I did shoot at Kumar deceased with a pistol and fatally
wounded him. But I had shot him in the Upper Deck where
none of my co-accused was present. It was my individual
act and not in the furtherance of the common intention
of other co-accused.

2199



Accused No. 2

-503-

Q.No.5. It is in evidence that after you had shot at and
injured Kumar, deceased your pistol Ex.P23 fell
down from the plane on the ground. What have you
to say about it?

Ans. It is incorrect.

Q.No.7. Is it a fact that during the course of hijacking
and the time that you and your co-accused had
complete control of the hijacked plane, around
9 p.m., you all four, in furtherance of your
common intention committed the murders of 19 persons
mentioned in the charge?

Ans. It is incorrect. When the lights in the plane went off
completely in the evening the Pakistani Commandoes attacked
the plane and all these people died as a result of their
firing. Responsibility of these deads lies on the
Government.

Q.No.8. Is it a fact that during the course of hijacking and
the time that you all had a complete control of the
Pan Am Plane (hijacked) you all four, in furtherance of
the common intention of you all, around 9 p.m. made
murderous assault on 32 persons named in the charge?

Ans. It is incorrect. When the lights in the plane went off
completely in the evening the Pakistani Commandoes attacked
the plane and injured all these people by their
firing. Responsibility of these injureds lies on
the Government.

Q.No.9. It is in evidence that you on 28.8.1986, got on rent
Suzuki Carry bearing Registration No. 227-608 from

2200



= -504

Hafiz Ud Din PW and entered your name and parentage
and address in and signed the Rent Register Ex.PA.
What have you to say about it?

Ans.    This is correct.

Q.No.10.  It is in evidence that you stayed in National City
Hotel Karachi from 8.8.1986, to 10.8.1986. What
have you to say about it?

Ans.    This is correct.

Q.No.11.  It is in evidence that you stayed in Taran Hotel
Karachi from 10.8.1986 to 17.8.1986. What have
you to say about it?

Ans.    It is correct.

Q.No.12.  It is in evidence that you stayed in Taj Mahal
Hotel Karachi from 17.8.1986 to 5.9.1986. What
have you to say about it?

Ans.    It is correct.

Q.No.13.  It is in evidence that soon after the hijacking of
the Pan Am Aircraft had ended you were found lying
injured, alongwith other injured persons, in Jinnah
Hospital Karachi. How do you explain the injuries on
your person?

Accused No. 2

-505-

I was injured inside the plane when the Commandoes
attacked it. As a result of the injuries I fell
unconscious and from there I must have been removed to
the Jinnah Hospital.

No.14  It is in evidence that you were arrested on 5.9.1986,
by Muhammad Yasin PW in an injured condition in
Jinnah Hospital Karachi. What have you to say about it?

Ans.  I do not know. I was unconscious.

No.15  It is in evidence that at the time of your arrest you
were found carrying live/service-able explosive belt
Ex.PSS and a detonator Ex.P   ,on your person which were
removed and taken into possession. What have you to say
about it?

Ans.  As I was unconscious at the time of my arrest I do not/if  know
the detonator and explosives belt were taken into
possession by the police in the hospital. But through-out
the incident I was carrying a detonator and an explosives
belt on my person.

No.16  It is in evidence that while you were admitted in the
Jinnah Hospital Karachi, an identification parade was
held by Ali Akbar Mogheri PW, in which parade Kaloo,
Munawar Masih, Muhammad Amin, Muhammad Safdar
Aamar Beg PWs and Veror Darogha PW identified you
as one of the hijackers. What have you to say about it?

Ans.  It is incorrect.

No.17  It is in evidence that some articles including
pistol P23 were recovered and taken into possession



-6- -506-

from under the aircraft vide memo Ex.PUUU on
5.9.1986. What have you to say about it?

Ans:    I do not know anything about it.

Q.No.18    It is in evidence that the weapons as detailed in
memo Ex.PVVV which include two SMGs, six magazines,
one pistol, four pistol magazines and two bags one
of which contained 120 rounds of SMG and the other
contained 85 rounds of pistol, were taken into
possession from inside the aircraft, on 6.9.1986.
What have you to say about it?
                    will be
Ans:    My answer is same as made by my co-accused
Fahad and Mansoor.

Q.No.19    It is in evidence that the articles as detailed
in the recovery memo Ex.PXXX including 3 live
hand-grenades, two SMGs magazines and one detonator
were recovered from and taken into possession from
the Suzuki Carry Van bearing Registration No.227-608.
What have you to say about it?

Ans:    It is incorrect. We had left nothing in the
Suzuki Van.

Q.No.20    It is in evidence that the bullet head Ex.P25 which
was extracted from the body of Kumar son of Rajesh

Accused No. 2

-7-

- 507 -

at the time of postmortem examination was found

to match with pistol P23, by Forensic Expert vide

his report Ex.PYYY, with which you had shot at

Kumar deceased. What have you to say about it?

Ans:  It is incorrect. I had not thrown down the pistol ..

with which I had shot at Kumar deceased.

Q.No.21.  Why the PWs have deposed against you?

Ans:  My answer is the same as made by my co-accused Mansoor.

Q.No.22.  Have you anything else to say?

Ans:  My co-accused Salman Ali El-Tarkai has already

submitted our joint written statement which

I also signed.

Q.No.23.  Would you produce defence evidence?

Ans:  Yes.

Q.No.24.  Would you appear as your own witness in your

defence and be examined on Oath as required

by section 340.(2) Cr.P.Code?

Ans:  In view of my written reply there is no need

for me to take stand in witness-box.

RO & AC.

06.11.1988.

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi.

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi

Certified that the statement of the accused
has been recorded in my presence It h
correct & has been read over to the
accused.

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi.

6-1-8

2204

