# EXHIBIT G

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:91-cr-00504-EGS All Defendants**

Case title: USA v. MASUD AL SAFARINI, et al          Date Filed: 08/29/1991

Assigned to: Judge Emmet G. Sullivan

## Defendant

**JOHN DOE** (1)
*also known as*
AHMAD SOBHI
*also known as*
TAYSEER

| **Pending Counts** | **Disposition** |
|---|---|

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.
(2)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(3)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(4)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearms During a Crime of Violence.
(5)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(6)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(7)

18:924(c) and (2); VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a

Firearm During a Crime of Violence.
(8)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(9)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(10)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(11)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(12)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(13)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.

(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(41-90)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)


18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.

(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;

Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(119)

18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)

18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)

18:32(a)(5) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)

49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)

18:844(i) and 2; PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                    Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                           Disposition

None

---

Assigned to: Judge Emmet G. Sullivan

## Defendant

**WADOUD MUHAMMAD HAFIZ AL-
TURK** (2)
*also known as*
WADOUD
*also known as*
MUHAMMAD FAHD AL-TURK
*also known as*
SALMAN ALI EL-TURKI

*also known as*
SLIMAN ALI EL-TURKI
*also known as*
BOU BAKER MUHAMMAD

**Pending Counts**                    **Disposition**

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:371 CONSPIRACY TO DEFRAUD THE
UNITED STATES; Conspiracy to
Commit Offenses Against the United States.
(1s)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.
(2)

18:2331(b)(2) (1986) Conspiracy to Murder
United States National Outside the United
States.
(2s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(3)

18:2331(a)(1) (1986) and 2, Murder of a
United States National Outside the United
States and Aiding and Abetting and Causing
an Act to be Done.
(3s-4s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(4)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearms During a Crime of Violence.
(5)

18:32(a)(1), 34 and 2, DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(5s)

18:32(a)(2), 34 and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing a
Destructive Device on an Aircraft Resulting
in Death and Aiding and Abetting and
Causing an Act to be Done.
(6s)

18:2331(b)(1) and 2; CONSPIRACY TO

KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(7)

18:32(a)(5), 34 and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(7s)

18:924(c) and (2); VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(8)

49: Appendix Section 1472(i) (1982) and
18:2; Attempt to Commit Aircraft Piracy
Resulting in Death and Aiding and Abetting
and Causing an Act to be Done.
(8s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(9)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(9s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(10)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Personal Injury and
Aiding and Abetting and Causing an Act to
be Done.
(10s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(11)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking and Aiding and Abetting and
Causing an Act to be Done.
(11s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(12)

18:2331(b)(1) (1986) and 2; Attempted

Murder of a United States National Outside
the United States and Aiding and Abetting
and Causing an Act to be Done.
(12s-87s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(13)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of

United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(41-90)

18:2331(c)(2) (1986) and 2; Causing Serious
Bodily Injury to a United States National
Outside the United States and Aiding and
Abetting and Causing an Act to be Done.
(88s-94s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence and
Aiding and Abetting and Causing an Act to
be Done.
(95s)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.

(119)
18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)
18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)
18:32(a)(5) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)
49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)
18:844(i) and 2; PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

None

---

Assigned to: Judge Emmet G. Sullivan

**Defendant**

**ZAYD HASSAN ABD AL-LATIF MASUD**          represented by   **Robert Lewis Tucker**
**AL SAFARINI** (3)                                          FEDERAL PUBLIC DEFENDER FOR D.C.
*also known as*                                              625 Indiana Avenue, NW
MUSTAFA HASSAN SAID BOMER                                    5th Floor
*also known as*                                              Washington, DC 20004
MUSTAFA                                                      (202) 208-7500 Ex. 123
                                                             Fax: (202) 501-3829
                                                             Email: robert_tucker@fd.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Public Defender or Community*
                                                             *Defender Appointment*

**Pending Counts**

**Disposition**

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy to Commit Offenses Against the United States.
(1s)

Defendant sentenced to Five (5) Years incarceration. Counts 1s, 2s, 5s through 7s, 9s through 11s, and 88s to 94s shall be served concurrently with counts 3s, 4s, 8s, 12s through 87s and 95s. The toal resulting sentence will be 3 consecutive life sentences plus 23 years.

18:2331(b)(2) (1986) Conspiracy to Murder United States National Outside the United States.
(2s)

Defendant sentenced to 45 (Forty Five) Years incarceration.

18:2331(a)(1) (1986) and 2, Murder of a United States National Outside the United States and Aiding and Abetting and Causing an Act to be Done.
(3s-4s)

Defendant sentenced to Life.

18:32(a)(1), 34 and 2, DESTRUCTION OF AIRCRAFT OR FACILITY; Damaging an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(5s)

Defendant sentenced to Life.

18:32(a)(2), 34 and 2; DESTRUCTION OF AIRCRAFT OR FACILITY; Placing a Destructive Device on an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(6s)

Defendant sentenced to Life.

18:32(a)(5), 34 and 2; DESTRUCTION OF AIRCRAFT OR FACILITY; Performing an Act of Violence Against an Individual on an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(7s)

Defendant sentenced to Life.

49: Appendix Section 1472(i) (1982) and 18:2; Attempt to Commit Aircraft Piracy Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(8s)

18:844(i) and 2; Malicious Damage to an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(9s)

Defendant sentenced to Life.

18:844(i) and 2; Malicious Damage to an Aircraft Resulting in Personal Injury and Aiding and Abetting and Causing an Act to be Done.
(10s)

Defendant sentenced to Twenty (20) Years incarceration.

18:1203 and 2; HOSTAGE TAKING; Hostage Taking and Aiding and Abetting and Causing an Act to be Done.
(11s)

Defendant sentenced to Forty Five (45) Years incarceration.

18:2331(b)(1) (1986) and 2; Attempted
Murder of a United States National Outside
the United States and Aiding and Abetting
and Causing an Act to be Done.
(12s-87s)

18:2331(c)(2) (1986) and 2; Causing Serious
Bodily Injury to a United States National
Outside the United States and Aiding and
Abetting and Causing an Act to be Done.
(88s-94s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence and
Aiding and Abetting and Causing an Act to be
Done.
(95s)

Defendant sentenced to Twenty (20) Years
incarceration.

Defendant sentenced to Five (5) Years
incarceration.

Defendant sentenced to Five (5) Years
incarceration.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.
(2)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(3)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(4)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearms During a Crime of Violence.
(5)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(6)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(7)

18:924(c) and (2); VIOLENT

CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(8)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(9)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(10)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(11)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(12)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(13)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)


18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United

States.
(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(41-90)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the

United States.
(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(119)

18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)

18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)

18:32(a)(5) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)

49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)

18:844(i) and 2; PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Emmet G. Sullivan

**Defendant**

**JAMAL SAEED ABDUL RAHIM (4)**
*also known as*
FAHAD ALI AL-JASEEN
*also known as*
FAHD ALI AL-JASSEM
*also known as*
FAHAD
*also known as*
ISMAEL

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |

18:371 CONSPIRACY TO DEFRAUD THE
UNITED STATES; Conspiracy to Commit
Offenses Against the United States.
(1s)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.
(2)

18:2331(b)(2) (1986) Conspiracy to Murder
United States National Outside the United
States.
(2s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(3)

18:2331(a)(1) (1986) and 2, Murder of a
United States National Outside the United
States and Aiding and Abetting and Causing
an Act to be Done.
(3s-4s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(4)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearms During a Crime of Violence.
(5)

18:32(a)(1), 34 and 2, DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(5s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(6)

18:32(a)(2), 34 and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing a
Destructive Device on an Aircraft Resulting
in Death and Aiding and Abetting and
Causing an Act to be Done.
(6s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(7)

18:32(a)(5), 34 and 2; DESTRUCTION OF

AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(7s)

18:924(c) and (2); VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(8)

49: Appendix Section 1472(i) (1982) and
18:2; Attempt to Commit Aircraft Piracy
Resulting in Death and Aiding and Abetting
and Causing an Act to be Done.
(8s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(9)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(9s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(10)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Personal Injury and
Aiding and Abetting and Causing an Act to
be Done.
(10s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(11)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking and Aiding and Abetting and
Causing an Act to be Done.
(11s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(12)

18:2331(b)(1) (1986) and 2; Attempted
Murder of a United States National Outside
the United States and Aiding and Abetting
and Causing an Act to be Done.
(12s-87s)

18:2331(b)(1) and 2; CONSPIRACY TO

KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(13)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of

United States Nationals Outside the United
States.
(41-90)

18:2331(c)(2) (1986) and 2; Causing Serious
Bodily Injury to a United States National
Outside the United States and Aiding and
Abetting and Causing an Act to be Done.
(88s-94s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence and
Aiding and Abetting and Causing an Act to
be Done.
(95s)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(119)

18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)

18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)

18:32(a)(5) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)

49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)

18:844(i) and 2; PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                              Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                     Disposition

None

---

Assigned to: Judge Emmet G. Sullivan

## Defendant

**MUHAMMAD ADDULLAH KHALIL
HUSSAIN AR-RAHAYYAL** (5)
*also known as*
KHALIL ANTWAN KIWAN
*also known as*
KHALIL
*also known as*
WALID

## Pending Counts                                 Disposition

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:371 CONSPIRACY TO DEFRAUD THE
UNITED STATES; Conspiracy to Commit
Offenses Against the United States.
(1s)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.
(2)

18:2331(b)(2) (1986) Conspiracy to Murder
United States National Outside the United
States.
(2s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(3)

18:2331(a)(1) (1986) and 2, Murder of a
United States National Outside the United
States and Aiding and Abetting and Causing
an Act to be Done.
(3s-4s)

18:2331(a)(1) and 2; KILLING A CITIZEN
OUTSIDE THE U.S.; Murder of United
States Nationals Outside the United States.
(4)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearms During a Crime of Violence.
(5)

18:32(a)(1), 34 and 2, DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(5s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(6)

18:32(a)(2), 34 and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing a
Destructive Device on an Aircraft Resulting
in Death and Aiding and Abetting and
Causing an Act to be Done.
(6s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(7)

18:32(a)(5), 34 and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(7s)

18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm During a Crime of Violence.
(8)

49: Appendix Section 1472(i) (1982) and 18:2; Attempt to Commit Aircraft Piracy Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(8s)

18:2331(b)(1) and 2; CONSPIRACY TO KILL A U.S. CITIZEN; Attempted Murder of United States Nationals Outside the United States.
(9)

18:844(i) and 2; Malicious Damage to an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.
(9s)

18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm During a Crime of Violence.
(10)

18:844(i) and 2; Malicious Damage to an Aircraft Resulting in Personal Injury and Aiding and Abetting and Causing an Act to be Done.
(10s)

18:2331(b)(1) and 2; CONSPIRACY TO KILL A U.S. CITIZEN; Attempted Murder of United States Nationals Outside the United States.
(11)

18:1203 and 2; HOSTAGE TAKING; Hostage Taking and Aiding and Abetting and Causing an Act to be Done.
(11s)

18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm During a Crime of Violence.
(12)

18:2331(b)(1) (1986) and 2; Attempted Murder of a United States National Outside the United States and Aiding and Abetting and Causing an Act to be Done.
(12s-87s)

18:2331(b)(1) and 2; CONSPIRACY TO KILL A U.S. CITIZEN; Attempted Murder of United States Nationals Outside the United States.
(13)

18:924(c) and 2; VIOLENT

CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(41-90)


18:2331(c)(2) (1986) and 2; Causing Serious
Bodily Injury to a United States National

Outside the United States and Aiding and
Abetting and Causing an Act to be Done.
(88s-94s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence and
Aiding and Abetting and Causing an Act to
be Done.
(95s)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A

U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(119)

18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)

18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)

18:32(a)(5) and 2; DESTRUCTION OF

AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)

49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)

18:844(i) and 2: PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Emmet G. Sullivan

**Defendant**

**MUHAMMAD AHMED AL-MUNAWAR**
(6)
*also known as*
MANSOOR AL-RASHID
*also known as*
MANSOUR ABDUL RAHMAN RASHED
*also known as*
MANSOOR
*also known as*
ASHRAF NAEEM

| **Pending Counts** | **Disposition** |
|---|---|

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:371 CONSPIRACY TO DEFRAUD THE
UNITED STATES; Conspiracy to Commit
Offenses Against the United States.
(1s)

18:2331(b)(2) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Conspiracy to
Murder United States Nationals Outside the
United States.

(2)

18:2331(b)(2) (1986) Conspiracy to Murder United States National Outside the United States.

(2s)

18:2331(a)(1) and 2; KILLING A CITIZEN OUTSIDE THE U.S.; Murder of United States Nationals Outside the United States.

(3)

18:2331(a)(1) (1986) and 2, Murder of a United States National Outside the United States and Aiding and Abetting and Causing an Act to be Done.

(3s-4s)

18:2331(a)(1) and 2; KILLING A CITIZEN OUTSIDE THE U.S.; Murder of United States Nationals Outside the United States.

(4)

18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearms During a Crime of Violence.

(5)

18:32(a)(1), 34 and 2, DESTRUCTION OF AIRCRAFT OR FACILITY; Damaging an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.

(5s)

18:924(c) and 2; VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm During a Crime of Violence.

(6)

18:32(a)(2), 34 and 2; DESTRUCTION OF AIRCRAFT OR FACILITY; Placing a Destructive Device on an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.

(6s)

18:2331(b)(1) and 2; CONSPIRACY TO KILL A U.S. CITIZEN; Attempted Murder of United States Nationals Outside the United States.

(7)

18:32(a)(5), 34 and 2; DESTRUCTION OF AIRCRAFT OR FACILITY; Performing an Act of Violence Against an Individual on an Aircraft Resulting in Death and Aiding and Abetting and Causing an Act to be Done.

(7s)

18:924(c) and (2); VIOLENT CRIME/DRUGS/MACHINE GUN; Use of a Firearm During a Crime of Violence.

(8)

49: Appendix Section 1472(i) (1982) and
18:2; Attempt to Commit Aircraft Piracy
Resulting in Death and Aiding and Abetting
and Causing an Act to be Done.
(8s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(9)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Death and Aiding and
Abetting and Causing an Act to be Done.
(9s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(10)

18:844(i) and 2; Malicious Damage to an
Aircraft Resulting in Personal Injury and
Aiding and Abetting and Causing an Act to
be Done.
(10s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(11)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking and Aiding and Abetting and
Causing an Act to be Done.
(11s)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(12)

18:2331(b)(1) (1986) and 2; Attempted
Murder of a United States National Outside
the United States and Aiding and Abetting
and Causing an Act to be Done.
(12s-87s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(13)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(14)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(15)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(16)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States National Outside the United
States.
(17)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(18)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(19)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(20)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(21)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(22)

18:2332(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(23-40)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(41-90)

18:2331(c)(2) (1986) and 2; Causing Serious
Bodily Injury to a United States National
Outside the United States and Aiding and
Abetting and Causing an Act to be Done.
(88s-94s)

18:2331(b)(1) and 2; CONSPIRACY TO
KILL A U.S. CITIZEN; Attempted Murder of
United States Nationals Outside the United
States.
(91-101)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence and
Aiding and Abetting and Causing an Act to
be Done.
(95s)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(102)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(103)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(104)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(105)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(106)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(107)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(108)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(109)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(110)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(111)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(112)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(113)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(114)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(115)

18:2331(c)(2); CONSPIRACY TO KILL A
U.S. CITIZEN; Causing Serious Bodily
Injury to United States Nationals Outside the
United States.
(116)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(117)

18:1203 and 2; HOSTAGE TAKING;
Hostage Taking.
(118)

18:924(c) and 2; VIOLENT
CRIME/DRUGS/MACHINE GUN; Use of a
Firearm During a Crime of Violence.
(119)

18:32(a)(1) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Damaging an
Aircraft.
(120)

18:32(a)(2) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Placing
Destructive Devices on an Aircraft.
(121)

18:32(a)(5) and 2; DESTRUCTION OF
AIRCRAFT OR FACILITY; Performing an
Act of Violence Against an Individual on an
Aircraft.
(122)

49:1472(i) and 18:2; AIRCRAFT
REGULATIONS; Aircraft Privacy.
(123)

18:844(i) and 2: PENALTIES - IF DEATH
RESULTS; Malicious Damage to an Aircraft.
(124-126)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                    Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                           Disposition

None

---

## Plaintiff

**UNITED STATES OF AMERICA**                 represented by  **Gregg Allen Maisel**
                                                            U.S. ATTORNEY'S OFFICE
                                                            Judiciary Center Building
                                                            555 Fourth Street, NW
                                                            Eleventh Floor
                                                            Washington, DC 20530
                                                            (202) 514-7746
                                                            Fax: (202) 307-6059
                                                            Email: Gregg.Maisel@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/1991 | | BENCH WARRANT ISSUED by Mag. Judge Deborah A. Robinson (MJ) for ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI. (erd) (Entered: 07/17/2002) |
| 08/29/1991 | 1 | INDICTMENT filed against JOHN DOE (1) count(s) 1, 2, 3, 4, 5, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 1, 2, 3, 4, 5, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 1, 2, 3, 4, 5, JAMAL SAEED ABDUL RAHIM (4) count(s) 1, 2, 3, 4, 5, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 1, 2, 3, 4, 5, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 1, 2, 3, 4, 5 (hsj) Modified on 09/19/2002 (Entered: 09/17/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 6, 7, 8, 9, 10, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 7, 8, 9, 10, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 6, 7, 8, 9, 10, JAMAL SAEED ABDUL RAHIM (4) count(s) 6, 7, 8, 9, 10, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 6, 7, 8, 9, 10, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 6, 7, 8, 9, 10. (hsj) Modified on 09/19/2002 |

(Entered: 09/17/2002)

| | | |
|---|---|---|
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 11, 12, 13, 14, 15, 16, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 11, 12, 13, 14, 15, 16, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 11, 12, 13, 14, 15, 16, JAMAL SAEED ABDUL RAHIM (4) count(s) 11, 12, 13, 14, 15, 16, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 11, 12, 13, 14, 15, 16, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 11, 12, 13, 14, 15, 16. (hsj) Modified on 09/19/2002 (Entered: 09/17/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 17, 18, 19, 20, 21, 22, 23-40, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 17, 18, 19, 20, 21, 22, 23-40, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 17, 18, 19, 20, 21, 22, 23-40, JAMAL SAEED ABDUL RAHIM (4) count(s) 17, 18, 19, 20, 21, 22, 23-40, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 17, 18, 19, 20, 21, 22, 23-40, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 17, 18, 19, 20, 21, 22, 23-40. (hsj) Modified on 09/19/2002 (Entered: 09/17/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 41-90, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 41-90, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 41-90, JAMAL SAEED ABDUL RAHIM (4) count(s) 41-90, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 41-90, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 41-90. (hsj) Modified on 09/19/2002 (Entered: 09/18/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116, JAMAL SAEED ABDUL RAHIM (4) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 91-101, 102, 104, 106, 108, 110, 112, 114, 116. (hsj) Modified on 09/19/2002 (Entered: 09/18/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 103, 105, 107, 109, 111, 113, 115, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 103, 105, 107, 109, 111, 113, 115, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 103, 105, 107, 109, 111, 113, 115, JAMAL SAEED ABDUL RAHIM (4) count(s) 103, 105, 107, 109, 111, 113, 115, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 103, 105, 107, 109, 111, 113, 115, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 103, 105, 107, 109, 111, 113, 115. (hsj) Modified on 09/19/2002 (Entered: 09/18/2002) |
| 08/29/1991 | 1 | CONTINUATION OF INDICTMENT entry against JOHN DOE (1) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126, WADOUD MUHAMMAD HAFIZ AL-TURK (2) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126, JAMAL SAEED ABDUL RAHIM (4) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126, MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 117, 118, 119, 120, 121, 122, 123, 124-126. (hsj) Modified on 09/19/2002 (Entered: 09/19/2002) |
| 06/16/2000 | 2 | MOTION filed by USA as to JOHN DOE, WADOUD MUHAMMAD HAFIZ AL-TURK, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI, JAMAL SAEED ABDUL RAHIM, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR- |

| | | RAHAYYAL, MUHAMMAD AHMED AL-MUNAWAR to unseal indictment. (hsj) Modified on 09/19/2002 (Entered: 09/19/2002) |
|---|---|---|
| 06/19/2000 | 3 | ORDER by Judge Emmet G. Sullivan as to JOHN DOE, WADOUD MUHAMMAD HAFIZ AL-TURK, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI, JAMAL SAEED ABDUL RAHIM, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL, MUHAMMAD AHMED AL-MUNAWAR : granting motion to unseal indictment. [21-1] as to JOHN DOE (1), WADOUD MUHAMMAD HAFIZ AL-TURK (2), ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3), JAMAL SAEED ABDUL RAHIM (4), MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5), MUHAMMAD AHMED AL-MUNAWAR (6) (N) (hsj) Modified on 09/19/2002 (Entered: 09/19/2002) |
| 10/01/2001 | 4 | ORDER CASE REASSIGNED from Judge Sporkin to Judge Emmet G. Sullivan by direction of the Calendar Committee, as to SEALED. (N) (erd) Modified on 09/19/2002 (Entered: 10/02/2001) |
| 10/02/2001 | | ARRAIGNMENT held before Judge Emmet G. Sullivan as to , ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23-40, 41-90, 91-101, 102, 104, 106, 108, 110, 112, 114, 116, 103, 105, 107, 109, 111, 113, 115, 117, 119, 118, 120, 121, 122, 123, 124-126: Attorney appearance for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI by Robert Tucker. Plea not guilty entered by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23-40, 41-90, 91-101, 102, 104, 106, 108, 110, 112, 114, 116, 103, 105, 107, 109, 111, 113, 115, 117, 119, 118, 120, 121, 122, 123, 124-126 . Status hearing set for 9:00 11/5/01 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. (Defendant Ordered Held Without Bond) Reporter: William D. McAllister (hsj) (Entered: 09/19/2002) |
| 10/02/2001 | | DEFENDANT(S) ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI ordered held without bond by Judge Emmet G. Sullivan . (hsj) (Entered: 09/19/2002) |
| 10/04/2001 | 5 | ATTORNEY APPEARANCE for ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI by Robert Lewis Tucker (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 11/05/2001 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 10:00 1/25/02 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant waives speedy trila act for 6 months pursuasnt to Rule 3161. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 09/19/2002) |
| 11/07/2001 | 6 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: That in accordance with 10 USC 3161 (h)(8)(A) and (h)(8)(B)(ii), the period of time from 11/5/01 to 5/5/02 shall be excluded from the computation of time within which to commence trial for the defendant under the Speedy Trial Act. (N) (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 01/23/2002 | 7 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI to reschedule status date. (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 01/28/2002 | 8 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: granting motion to reschedule status date. [7-1] as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI (3) (N) (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 01/31/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 10:00 5/3/02 for ZAYD |

| | | |
|---|---|---|
| | | HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 09/19/2002) |
| 02/04/2002 | 9 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI for protective order (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 02/07/2002 | 10 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: granting motion for protective order [9-1] as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI (3) (See Order For Details) (N) (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 04/08/2002 | 11 | ATTORNEY APPEARANCE for USA by Gregg Allen Maisel (hsj) Modified on 09/19/2002 (Entered: 05/07/2002) |
| 05/03/2002 | 8 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: That in accordance with 18 USC 3161 (h)(8)(A) and (h)(8)(B)(ii), the period of time from 5/5/02 to 11/5/02 shall be excluded from the computation of time within which to commerce trial for teh defendant under the Speedy Trial Act. (N) (hsj) (Entered: 05/07/2002) |
| 05/03/2002 | 12 | OBJECTIONS by USA to proposed transfer of defendant (aet) Modified on 09/19/2002 (Entered: 05/08/2002) |
| 05/03/2002 | 13 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: That in accordance with 18 USC 3161(h)(8)(A) and (h)(8)(b)(ii) the period of time from 5/5/02 until 11/5/02 shall be excluded from the computation of time within which to commence trial for the defendant under the Speedy Trial Act. (N) (hsj) Modified on 09/19/2002 (Entered: 05/10/2002) |
| 05/03/2002 | 14 | AMENDMENT TO PROTECTIVE ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: Amending paragraph 9 of the protective order. (See Order for Details) (N) (hsj) Modified on 09/19/2002 (Entered: 05/10/2002) |
| 05/03/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: terminating Ronald Walutes as government counsel; speedy trial is waived through 11/05/02, counsel to submit order; status hearing set for 10:00 7/31/02 , and defendant committed/commitment issued ; Reporter:Frank Rangus (xx) (Entered: 06/03/2002) |
| 05/22/2002 | 15 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI for date of 5/3/02. Reporter: Frank J. Rangus (hsj) Modified on 09/19/2002 (Entered: 05/28/2002) |
| 06/25/2002 | 16 | WARRANT returned as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI quashed by the Court on 6/25/02. Return of bench warrant issued 8/29/91. (erd) Modified on 09/19/2002 (Entered: 07/17/2002) |
| 07/29/2002 | 17 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI for entry of a scheduling order. (hsj) Modified on 09/19/2002 (Entered: 07/31/2002) |
| 07/30/2002 | 18 | RESPONSE by ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI to Government's Proposed Scheduling Order. (hsj) Modified on 09/19/2002 (Entered: 07/31/2002) |
| 07/30/2002 | 19 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to file attached Declaration of Defense Counsel Concerning the Status of Investigation and Preparation in this case ex parte and under seal. ; Exhibit (Ex Parte Declaration of Defense Counsel Concerning Status of Investigation and Preparation in this Case) (hsj) (Entered: 09/19/2002) |

| 07/31/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: Status hearing set for 10:00 11/1/02; Trial set for 9:00 6/2/03; Motion hearing set for 10:00 3/4/03; Motions due by 12/2/02; Response to motion due by 1/4/03; Reply to response to motion due by 2/3/03; Death penalty notice due by 11/1/02; pending motions motion hearing set for 4/8/03 at 10:00 for ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI . Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 08/06/2002) |
|---|---|---|
| 07/31/2002 | 20 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI : granting motion to file attached Declaration of Defense Counsel Concerning the Status of Investigation and Preparation in this case ex parte and under seal. [19-1] as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) (N) (hsj) (Entered: 09/19/2002) |
| 07/31/2002 | 21 | EX PARTE DECLARATION OF DEFENSE COUNSEL CONCERNING STATUS OF INVESTIGATION AND PREPARATION IN THIS CASE by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (hsj) (Entered: 09/19/2002) |
| 08/01/2002 | 22 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI for date of 8/1/02. Reporter: Frank J. Rangus (hsj) Modified on 09/19/2002 (Entered: 08/05/2002) |
| 08/02/2002 | 37 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: All agencies of the United States Government from whom the prosecutors assigned to this case have requested files related to this case shall produce such documents to the prosecutors no later than 9/30/02. (See Order for Further Details). (N) (hsj) Modified on 09/19/2002 (Entered: 08/07/2002) |
| 08/13/2002 | 24 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: That CJA counsel may use the following procedures to obtain interim payment during the course of his representation. (See Order for Details) (N) (hsj) (Entered: 09/19/2002) |
| 08/28/2002 | 26 | SUPERSEDING INDICTMENT filed against WADOUD MUHAMMAD HAFIZ AL-TURK, ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI, JAMAL SAEED ABDUL RAHIM, MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL; MUHAMMAD AHMED AL-MUNAWAR WADOUD MUHAMMAD HAFIZ AL-TURK (2) counts 1s, 2s, 3s-4s, 5s, 6s; ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 1s, 2s, 3s-4s, 5s, 6s; JAMAL SAEED ABDUL RAHIM (4) count(s) 1s, 2s, 3s-4s, 5s, 6s; MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) count(s) 1s, 2s, 3s-4s, 5s, 6s; MUHAMMAD AHMED AL-MUNAWAR (6) count(s) 1s, 2s, 3s-4s, 5s, 6s. (mlp) (Entered: 09/20/2002) |
| 08/28/2002 | 26 | CONTINUATION OF INDICTMENT entry against WADOUD MUHAMMAD HAFIZ AL-TURK (2) counts 7s, 8s, 9s, 10s, 11s, 12s-87s, 88s-94s, 95s; ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) counts 7s, 8s, 9s, 10s, 11s, 12s-87s, 88s-94s, 95s; JAMAL SAEED ABDUL RAHIM (4) counts 7s, 8s, 9s, 10s, 11s, 12s-87s, 88s-94s, 95s; MUHAMMAD ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL (5) counts 7s, 8s, 9s, 10s, 11s, 12s-87s, 88s-94s, 95s; MUHAMMAD AHMED AL-MUNAWAR (6) counts 7s, 8s, 9s, 10s, 11s, 12s-87s, 88s-94s, 95s. (mlp) (Entered: 09/20/2002) |
| 08/28/2002 | | BENCH WARRANT ISSUED by Magistrate Judge Alan Kay for WADOUD MUHAMMAD HAFIZ AL-TURK . (mlp) (Entered: 09/23/2002) |
| 08/28/2002 | | BENCH WARRANT ISSUED by Magistrate Judge Alan Kay for JAMAL SAEED ABDUL RAHIM . (mlp) (Entered: 09/23/2002) |
| 08/28/2002 | | BENCH WARRANT ISSUED by Magistrate Judge Alan Kay for MUHAMMAD |

| | | |
|---|---|---|
| | | ADDULLAH KHALIL HUSSAIN AR-RAHAYYAL . (mlp) (Entered: 09/23/2002) |
| 08/28/2002 | | BENCH WARRANT ISSUED by Magistrate Judge Alan Kay for MUHAMMAD AHMED AL-MUNAWAR . (mlp) (Entered: 09/23/2002) |
| 08/30/2002 | 25 | MEMORANDUM Outlining Changes from Original Indictment to Superseding Indictment by USA as to ZAID HASSAN ABD LATIF SAFARINI. (hsj) Modified on 09/19/2002 (Entered: 09/04/2002) |
| 09/06/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI: Arraignment on superseding indictment was scheduled this date. A come up was not done to bring in this defendant. Arraignment was rescheduled for 10:00 9/12/02 for ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI . Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 09/11/2002) |
| 09/17/2002 | 27 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: All agencies of the United States Government from whom the prosecutors assigned to this case have requested files related to this case shall produce such documents to the prosecutors no later than 9/30/02. (See Order for Details) (N) (hsj) (Entered: 09/25/2002) |
| 09/18/2002 | 28 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for order barring government from seeking the death penalty. (hsj) (Entered: 09/25/2002) |
| 09/25/2002 | 29 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 9/12/02. Reporter: Frank J. Rangus (hsj) (Entered: 09/26/2002) |
| 10/02/2002 | 30 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for pretrial conference pursuant to section two of the classified information procedures act. (hsj) (Entered: 10/04/2002) |
| 10/04/2002 | 31 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to extend time to file its response to defendant's motion for order barring government from seeking the death penalty. (hsj) (Entered: 10/07/2002) |
| 10/07/2002 | 32 | RESPONSE by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI in opposition to motion to extend time to file its response to defendant's motion for order barring government from seeking the death penalty. [31-1] by USA . (hsj) (Entered: 10/09/2002) |
| 10/24/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 11/1/02; Motion hearing set for 10:00 12/16/02; Response to motion due by 11/1/02; Reply to response to motion due by 11/15/02 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Bryan Wayne (hsj) (Entered: 10/25/2002) |
| 11/01/2002 | 33 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: That in accordance with 18 USC 3161(h)(8)(A) and 3161(h) (8)(B)(ii), the period of time from 11/5/02 until 4/5/03 shall be excluded from the computation of time within which to commence trial for the defendant under the Speedy Trial Act. (N) (hsj) (Entered: 11/04/2002) |
| 11/01/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 10:00 11/20/02 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Counsel to submit Speedy Trial Wavier. Defendant committed/commitment issued. Reporter: Jackie Wood, Miller Reporting Company (hsj) (Entered: 11/04/2002) |

| | | |
|---|---|---|
| 11/05/2002 | 34 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The government shall file any notice, pursuant to 18 USC 3593 of its intent to seek the death penalty in this case no later than 11/19/02, without prejudice to the Attorney General and the government to seek an extension of this deadline for good cause shown. A Status hearing set for 10:00 11/20/02 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. The government shall file its response to defendant's motion for an order barring the government from seeking the death penalty by no later than 11/19/02. A deadline for filing of defendant's reply will be set at the 11/20/02 status hearing. The motion shall be argued at a motions hearing to be held on 12/16/02 at 10:00 a.m. provided that the briefing of such motion(s) has been completed reasonably in advance of such hearing date. The 12/3/02 deadline for filing all further pretrial motions (excluding motions in limine) without prejudice to the parties to file motions concerning discovery issues when timely, or to file any motions related to or arising as a result of any new discovery received after 12/3/02 when timely is hereby continued until further order of this Court. (N) (hsj) Modified on 01/06/2003 (Entered: 11/05/2002) |
| 12/10/2002 | 35 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 10/24/02. Reporter: Bryan A. Wayne (hsj) (Entered: 12/11/2002) |
| 12/12/2002 | 36 | RESPONSE by USA in opposition to motion for order barring government from seeking the death penalty [28-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (mlp) (Entered: 12/17/2002) |
| 12/12/2002 | 37 | NOTICE OF INTENT TO SEEK THE DEATH PENALTY by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (mlp) (Entered: 12/17/2002) |
| 12/19/2002 | 38 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to extend time to 2/10/03 to file pretrial motions. (hsj) (Entered: 12/20/2002) |
| 12/20/2002 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 11:00 1/22/03; Status hearing set for 10;00 4/11/03; Trial set for 9:00 9/8/03; Death Penalty Motion hearing set for 10:00 2/10/03; Motions hearing set for the whole week of 5/5/03 at 10:00 a.m.; Motions due by 2/10/03; Response to motion due by 3/10/03; Reply to response to motion due by 3/31/04 for ZAYD HASSAN ABD AL-LATIF MUSAD AL SAFARINI. The 3/4/03 date is cancelled. Defendant committed/commitment issued. Reporter: Cathy Crump, Miller Reporting Company (hsj) (Entered: 12/23/2002) |
| 12/24/2002 | 39 | PARTIES JOINT SUBMISSION OF SCHEDULING ORDER by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (hsj) (Entered: 12/26/2002) |
| 12/30/2002 | 40 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to response to motion for order barring government from seeking the death penalty [36-1] by USA. (hsj) (Entered: 12/31/2002) |
| 01/03/2003 | 41 | AMENDED SCHEDULING ORDER by Judge Emmet G. Sullivan Defendant shall file his reply brief in support of his "Motion for Order Barring Government From Seeking the Death Penalty no later than 12/30/02; Status hearing set for 11:00 1/22/03; Oral arguments on Defendant's Motion for Order Barring Government From Seeking the Death Penalty shall be held on 2/12/03 at 10:00 a.m.; Motion hearing set for 5/5/03; All Pretrial Motions (excluding motions in limine) and Notices due by 2/10/03; Response to motions and/or notices due by 3/10/03; Reply to response to motions and/or Notices due by 3/31/03; Jury selection shall begin on 9/8/03 at 9:00 a.m. for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (N) (hsj) (Entered: 01/06/2003) |
| 01/22/2003 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Motion hearing remain scheduled for 10:00 |

| | | |
|---|---|---|
| | | 2/12/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 01/23/2003) |
| 02/05/2003 | 42 | NOTICE of Supplemental Citation by USA as to ZAID HASSAN ABD LATIF SAFARINI. (hsj) (Entered: 02/06/2003) |
| 02/10/2003 | 43 | NOTICE OF Evidence of Prior Bad Acts that may seek to admit under Rule 404(b) by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (hsj) (Entered: 02/11/2003) |
| 02/10/2003 | 44 | DEMANDS FOR NOTICE UNDER RULE 12.2 AND MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for reciprocal discovery. (hsj) (Entered: 02/11/2003) |
| 02/10/2003 | 45 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for leave to file amended notice of its intent to seek the death penalty. ; EXHIBIT (Government's Amended Notice of it Intent to Seek the Death Penalty) (hsj) (Entered: 02/11/2003) |
| 02/11/2003 | 46 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to dismiss count(s) as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 2s, 3s-4s, 12s-87s, 88s-94s (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 47 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for order requiring him to file any notices under 12.2 Federal Rule Criminal Procedure 12 (a) and (b)(1) sixty days before trial and under Federal Rule Criminal Procedure 12.2(b) (2) thirty day before trial. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 48 | SECOND NOTICE OF SUPPLEMENTAL CITATION by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 49 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to bar the death penalty because re-imposing it more than sixteen years after the charge offenses would violate the defendant's rights to due process and against cruel and unusal punishment. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 50 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to prevent interferece with the preparation of his defense and for discovery and an evidentiary hearing. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 51 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to dismiss indictment , or in the alternative to strike the death penalty on grounds of denial of the Sixth Amendment Right to a Speedy Trial. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 52 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to strike notice of intent to seek the death penalty. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 53 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to declare the Federal Death Penalty Act unconstitutional in light of Ring v. Arizona. (hsj) (Entered: 02/12/2003) |
| 02/11/2003 | 57 | NOTICE ON INTENT to Disclose Classified Evidence Pursuant to Section 5 of the Classified Information Procedures Act by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) Modified on 03/10/2003 (Entered: 03/10/2003) |
| 02/11/2003 | 58 | REQUEST filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for Pretrial CIPA Conference in Regard to Defendant's Request for Judicial Assistance from the Islamic Republic of Pakistan. (CLASSIFIED INFORMATION) (hsj) Modified on 03/10/2003 (Entered: 03/10/2003) |

| | | |
|---|---|---|
| 02/11/2003 | 59 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to disclose classified information to defendant. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/10/2003) |
| 02/11/2003 | 60 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to suppress identification testimony. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/10/2003) |
| 02/11/2003 | 61 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for the Court to issue letters of rogatory to the Islamic Republic of Pakistan. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/10/2003) |
| 02/11/2003 | 62 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to suppress statement(s). (CLASSIFIED INFORMATION) (hsj) (Entered: 03/10/2003) |
| 02/11/2003 | 63 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to compel discovery. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/10/2003) |
| 02/12/2003 | | MOTION HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: taken under advisement motion for order barring government from seeking the death penalty. [28-1] as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3). Order to be presented. Status hearing set for 10:00 4/11/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 02/13/2003) |
| 02/21/2003 | 54 | THIRD NOTICE by SUPPLEMENTAL CITATION by USA as to ZAID HASSAN ABD LATIF SAFARINI. (hsj) (Entered: 02/24/2003) |
| 02/25/2003 | 55 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for status hearing before Judge Emmet G. Sullivan for date of 1/22/03. Reporter: Frank J. Rangus (mlp) (Entered: 02/26/2003) |
| 02/25/2003 | 56 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for motion hearing before Judge Emmet G. Sullivan for date of 2/12/03. Reporter: Frank J. Rangus (mlp) (Entered: 02/26/2003) |
| 03/10/2003 | 64 | RESPONSE by USA in opposition to motion to declare the Federal Death Penalty Act unconstitutional in light of Ring v. Arizona. [53-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI; attachments (2). (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 65 | RESPONSE by USA in opposition to motion to bar the death penalty because re-imposing it more than sixteen years after the charge offenses would violate the defendant's rights to due process and against cruel and unusal punishment [49-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 66 | RESPONSE by USA in opposition to motion to dismiss indictment [51-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI, motion to strike the death penalty on grounds of denial of the Sixth Amendment Right to a Speedy Trial [51-2] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI; exhibit (1). (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 67 | RESPONSE by USA in opposition to motion to strike notice of intent to seek the death penalty. [52-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 68 | RESPONSE by USA in opposition to motion for order requiring him to file any notices under 12.2 Federal Rule Criminal Procedure 12(a) and (b)(1) sixty days before trial and under Federal Rule Criminal Procedure 12.2(b)(2) thirty day before trial [47-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (mlp) (Entered: |

| | | 03/11/2003) |
|---|---|---|
| 03/10/2003 | 69 | RESPONSE by USA in opposition to motion to prevent interferece with the preparation of his defense and for discovery and an evidentiary hearing [50-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI; exhibits (4). (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 70 | RESPONSE by USA in opposition to motion to suppress identification testimony [60-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI; attachment (1). (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 71 | RESPONSE by USA in opposition to motion to dismiss count(s) as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3) count(s) 2s, 3s-4s, 12s-87s, 88s-94s [46-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (mlp) (Entered: 03/11/2003) |
| 03/10/2003 | 72 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for status hearing before Judge Emmet G. Sullivan for date of 11/1/02. Reporter: Jacqueline L. Wood, Miller Reporting Co. (mlp) (Entered: 03/11/2003) |
| 03/11/2003 | 73 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for leave to file its opposition to compel discovery one day late. (hsj) (Entered: 03/12/2003) |
| 03/12/2003 | 74 | RESPONSE by USA in opposition to motion to compel discovery. [63-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/13/2003) |
| 03/12/2003 | 75 | RESPONSE by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to motion for the Court to issue letters of rogatory to the Islamic Republic of Pakistan. [61-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/13/2003) |
| 03/12/2003 | 76 | RESPONSE by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to notice [57-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/13/2003) |
| 03/12/2003 | 77 | RESPONSE by USA in opposition to motion to disclose classified information to defendant. [59-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/13/2003) |
| 03/12/2003 | 78 | BRIEF RESPONSE by USA in opposition to motion to suppress statement(s). [62-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (CLASSIFIED INFORMATION) (hsj) (Entered: 03/13/2003) |
| 03/18/2003 | 79 | ORDER by Judge Emmet G. Sullivan : granting motion for leave to file its opposition to compel discovery one day late [73-1] by USA; Response to motion to compel due by 3/11/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI ; permitting the government to file its opposition to defendant's motion to compel discovery with the Court Security Office on 3/11/03 (N) (bm) (Entered: 03/18/2003) |
| 03/28/2003 | 80 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. to file second amended notice of its intent to seek the death penalty. ; EXHIBIT (Notice of its Intent to Seek the Death Penalty) (hsj) (Entered: 03/31/2003) |
| 04/01/2003 | 82 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition to Government's response to defendant's motion to prevent interference with the preparation of his defense and discovery and for an evidentiary hearing [69-1] by USA. (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 81 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition |

| | | |
|---|---|---|
| | | to Government's response to motion to dismiss counts 2-4. and 12-94 [71-1] by USA. (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 83 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Govenemnt's Brief in Opposition to Motion to bar the death penalty on due process and Eighth Amendment Grounds. (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 84 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition in response to Defendant's motion to suppress identification testimony [70-1] by USA (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 85 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition to motion to dismiss or in the alternative to strike the death penalty on grounds of denial of the Sixth Amendment Right to a Speedy Trial [66-1] by USA. (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 86 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition to Defendant's motion to declare the Federal Death Penalty Act Unconstitutional in Light of Ring v. Arizona [64-1] by USA. (hsj) (Entered: 04/02/2003) |
| 04/01/2003 | 87 | NOTICE OF INTENT to Disclose Classified Evidence Pursuant to Section 5 of the Classified Information Procedure Act by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (hsj) (Entered: 04/03/2003) |
| 04/01/2003 | 88 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's response to Defendant's motion for the Court to issue letters rogatory to the Isalmic Republic of Pakistan [75-1] by USA. (hsj) (Entered: 04/03/2003) |
| 04/01/2003 | 89 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's opposition to Defendant's motion to disclose classified information to defendant [77-1] by USA. (hsj) (Entered: 04/03/2003) |
| 04/01/2003 | 90 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's respon in opposition to Defendant's motion to compel discovery [74-1] by USA. (hsj) (Entered: 04/03/2003) |
| 04/01/2003 | 91 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's response to Defendant's notice of intent to disclose classified evidence pursuant to Section 5 of Classified Information Procedures Act [76-1] by USA. (hsj) (Entered: 04/03/2003) |
| 04/01/2003 | 92 | REPLY by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's response in opposition to motion to suppress statements [78-1] by USA (hsj) (Entered: 04/03/2003) |
| 04/08/2003 | 93 | RESPONSE by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI in opposition to motion to file second amended notice of its intent to seek the death penalty [80-1] by USA. (mlp) (Entered: 04/09/2003) |
| 04/10/2003 | 94 | MEMORANDUM OPINION AND ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: granting motion for order barring government from seeking the death penalty. [28-1] as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3). Status hearing set for 10:00 4/11/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (N) (hsj) Modified on 04/11/2003 (Entered: 04/11/2003) |
| 04/10/2003 | 95 | NOTICE OF SUPPLEMENTA CITATION by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to opposition in response to defendant's motion to dismiss counts 2-4 and 12-94 [71-1] by USA (hsj) (Entered: 04/11/2003) |

| | | |
|---|---|---|
| 04/11/2003 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Plaintiff's submission due 4/21/03; Supplemental response to any pleading due 4/22/03; Reply due by 4/29/03. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 04/14/2003) |
| 04/21/2003 | 96 | MEMORANDUM by USA in support of trial Court jurisdiction over matters not involved in potential interlocutory appeal; attachments (2) as to defendant ZAID HASSAN ABD LATIF SAFARINI (3). (mlp) (Entered: 04/22/2003) |
| 04/21/2003 | 97 | MEMORANDUM ADDRESSING ISSUE of the Court's jurisdiction if the govt. seeks an interlocutory appeal of the Court's Order striking the death penalty by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (mlp) (Entered: 04/22/2003) |
| 04/22/2003 | 98 | SURREPLY by USA to motion to dismiss indictment or in the alternative, to strike the Death Penalty on grounds of denial of the Sixth Amendment Right to a Speedy Trial [51-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI.; Attachments (3) (hsj) Modified on 04/23/2003 (Entered: 04/23/2003) |
| 04/22/2003 | 99 | SURREPLY by USA to motion to compel discovery. [63-1] by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (hsj) (Entered: 04/23/2003) |
| 04/23/2003 | 100 | REPLY by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to amended notice of intent to disclose classified evidence pursuant to Section 5 of The Classified Information Procedures Act [87-1] by ZAYD HASSAN ABD AL-LATIF MASUD (CLASSIFIED INFORMATION) AL SAFARINI (hsj) (Entered: 04/24/2003) |
| 04/25/2003 | 101 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 4/11/03. Reporter: Frank Rangus (erd) (Entered: 04/28/2003) |
| 04/28/2003 | 102 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: That consideration of defendant's motion to suppress identification testimony is deferred until further order of the Court. Consideration of defendant's motion to suppress statements will proceed as scheduled without prejudice to re-opening at a later date. By no later than 4/28/03, the parties shall file a joint proposed draft of letter rogatory that is to be submitted by this Court to the Judiciary of the Islamic Republic of Pakistan pursuant to the defendant's motion asking the Court to issue such a letter. Motion hearing set for 10:00 5/5/03-5/9/03 in Courtroom 1 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (N) (hsj) (Entered: 04/29/2003) |
| 05/05/2003 | | MOTION HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Status hearing set for 2:00 5/19/03; Motion hearing continued to 10:00 6/16/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 05/06/2003) |
| 05/09/2003 | 103 | MOTION filed by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for the Court to reconsider its ruling barring the United States from seeking the death penalty in this case. (hsj) (Entered: 05/12/2003) |
| 05/16/2003 | 104 | MOTION filed by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to allow him until 5/30/03 to respond to the government's motion for the Court to reconsider its ruling barring the government from seeking the death penalty. (hsj) (Entered: 05/19/2003) |
| 05/19/2003 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Defendant's response due 5/30/03; Government's reply due 6/16/03; The 6/16/03 motions hearing date adn 9/8/03 trial dates are vacated. Motion hearing on the death penaltyh issues is scheduled for 10:00 7/21/03 for ZAYD |

| | | |
|---|---|---|
| | | HASSAN ABD AL-LATIF MASUD AL SAFARINI. All pending motions motion hearing set for 9/10/03 at 10:00 a.m. Defendant committed/commitment issued. Reporter: Frank Rangus (hsj) (Entered: 05/20/2003) |
| 05/27/2003 | 105 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The defendant's response to the Government's Motion for reconsideration of the Court's Ruling Barring the United States from Seeking the Death Penalty be fileld on or before 5/30/03. (N) (hsj) (Entered: 05/29/2003) |
| 05/30/2003 | 106 | RESPONSE by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to motion for the Court to reconsider its ruling barring the United States from seeking the death penalty in this case. [103-1] by USA (hsj) (Entered: 06/02/2003) |
| 06/05/2003 | 107 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The trial dae in this matter previously set for 9/8/03 is vacated. Defendant shall file his response to the Government's Motion for the Court to Reconsider its Ruling Barring the United States from Seeking the Death Penalty in this case no later than 5/30/03. The government shall file its reply to the defendant's response to the Government's Motion for the the Court to Reconsider its Ruling Barring the United States from Seeking the Death Penalty in this case no later than 6/16/03. Motion hearing set for 10:00 7/21/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. The hearing on all motions not related to the death penalty shall resume on 9/10/03 at 10:00 a.m. The previously scheduled hearing date for such motions - ie, 6/16/03 is vacated. (N) (hsj) (Entered: 06/05/2003) |
| 06/16/2003 | 108 | REPLY BRIEF in Support of its motion for the Court to reconsider its ruling barring the United States from seeking the death penalty in this case by USA as to ZAID HASSAN ABD LATIF SAFARINI. (hsj) (Entered: 06/17/2003) |
| 07/02/2003 | 109 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The Court hereby sua sponte directs the parties to address the applicability or non-applicability of the D.C. Circuit's recent opinion in Joo, et al v. Japan, Minister Yohei Kono, 2003 WL21473010 (D.C. Cir. June 27, 2003) to the government's pending submission by no later than 7/8/03. The defendant is directed to file his submisssion by no later than 7/15/03. (N) (hsj) (Entered: 07/02/2003) |
| 07/08/2003 | 110 | BRIEF ADDRESSING THE APPLICABILITY OF JOO v. JAPAN TO THE GOVERNMENT'S PENDING MOITON TO RECONSIDER by USA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (hsj) (Entered: 07/11/2003) |
| 07/15/2003 | 111 | RESPONSE by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI to Government's Brief Addressing the Applicability of Joo v. Japan to the Government Pending Motion to Reconsider [110-1] by USA. (hsj) (Entered: 07/16/2003) |
| 07/21/2003 | | MOTION HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: Motion by United States for the Court to reconsider its ruling barring the United States from seeking the death penalty in this case [103-1] begun and continued to as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3). Motion hearing continued to 10:00 8/13/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. (Defendant Held Without Bond) Reporter: Frank Rangus (hsj) (Entered: 07/22/2003) |
| 07/22/2003 | 112 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 5/19/03. Reporter: Frank J. Rangus (hsj) (Entered: 07/23/2003) |
| 07/23/2003 | 113 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 7/21/03. Reporter: Frank J. Rangus (hsj) (Entered: 07/24/2003) |
| 08/13/2003 | | MOTION HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD |

| | | |
|---|---|---|
| | | AL-LATIF MASUD AL SAFARINI: Government's motion to reconsider ruling barring government to seek the death penalty, heard and taken under advisement. Motion hearing set for 10:00 10/10/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Bryan Wayne (hsj) (Entered: 08/21/2003) |
| 08/19/2003 | 114 | TRANSCRIPT filed as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI for date of 8/13/03. Reporter: Bryan A. Wayne (hsj) (Entered: 08/20/2003) |
| 09/10/2003 | 115 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The motions hearing scheduled in this case for 9/10/03 is continued. Motion hearing continued to 10:00 11/17/03 in Courtroom #1 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. The parties shall file briefs addressing the applicability vel non of the 9th Circuit decision in Summerlin v. Stewart, 2003 WL 22038399 issued on 9/2/03 by no later than 9/18/03. Any responses to parties' submission shall be filed by no later than 9/28/03. (N) (hsj) (Entered: 09/11/2003) |
| 09/11/2003 | 116 | ORDER by Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The portion of the order signed on 9/9/03 requiring parties to brief the applicablity vel non of the 9th Circuit decision in Summerlin v. Stewart, 2003 WL 22038399 issue on 9/2/03 is stayed pending further order of the Court. Status hearing set for 9:30 10/2/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . (N) (hsj) (Entered: 09/11/2003) |
| 10/14/2003 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI : Status hearing set for 10:00 10/21/03 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI . Reporter: Frank Rangus (clv) (Entered: 10/14/2003) |
| 10/21/2003 | | STATUS HEARING before Judge Emmet G. Sullivan as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI : Status hearing set for 9:30 11/12/03, motions hearing remains scheduled for 11/17/03 10:00 for ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Defendant committed/commitment issued. Reporter: Frank Rangus (erd) (Entered: 10/21/2003) |
| 12/16/2003 | 117 | WAIVER of Right to Trial by Jury by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. Approved by Judge Emmet G. Sullivan. Signed by Judge Emmet G. Sullivan on 12/16/03. (hsj, ) (Entered: 12/26/2003) |
| 12/16/2003 | 118 | PLEA AGREEMENT as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (hsj, ) (Entered: 12/26/2003) |
| 12/16/2003 | 119 | RULE 11 PROFFER OF FACTS by USA as to ZAID HASSAN ABD LATIF SARARINI. (hsj, ) (Entered: 12/26/2003) |
| 01/03/2004 | | Set/Reset Hearings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI : Sentencing is now set for 5/12/2004 and 5/13/04 at 10:00 AM in Courtroom 20, on the 6th Floor before Judge Emmet G. Sullivan. (clv, ) (Entered: 01/03/2004) |
| 01/03/2004 | 120 | ORDER as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI: The U.S. Probation Department shall prepare and file a pre-sentence report by no later than 4/12/04; The defendant's memorandum of law, if any shall be filed by no later than 4/19/04; The government's memorandum of law, if any shall be filed by no later than 4/26/04; A reply, if any, shall be filed no later than 5/3/04; The defendant shall be sentenced in Courtroom #20, 6th Floor on 5/12/2004 10:00 AM before Judge Emmet G. Sullivan. Signed by Emmet G. Sullivan on 12/29/03. (hsj, ) (Entered: 01/05/2004) |
| 01/09/2004 | 121 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 11/12/03 before Judge Emmet G. Sullivan. Court Reporter: Frank J. |

| | | Rangus. (hsj, ) (Entered: 01/12/2004) |
|---|---|---|
| 01/09/2004 | 122 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 12/16/03 before Judge Emmet G. Sullivan. Court Reporter: Frank J. Rangus. (hsj, ) (Entered: 01/12/2004) |
| 02/18/2004 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Status Conference as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 2/18/2004. All dates remain as previously scheduled. (Defendant Committed/Commitment Issued) (Court Reporter Elaine Merchant.) (hsj, ) (Entered: 02/21/2004) |
| 03/18/2004 | | Set/Reset Hearings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI : Status Conference set for 4/14/2004 10:00 AM in Courtroom 1 before Judge Emmet G. Sullivan. (zclv, ) (Entered: 03/18/2004) |
| 04/14/2004 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Status Conference as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 4/14/2004. Defendant submission due by 4/26/04. Government response due by 4/30/04. (Defendant Committed/Commitment Issued) (Court Reporter Elaine Merchant.) (hsj, ) (Entered: 04/15/2004) |
| 04/26/2004 | 123 | SENTENCING MEMORANDUM by ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (hsj, ) (Entered: 04/27/2004) |
| 04/30/2004 | 124 | SENTENCING MEMORANDUM by UNITED STATES OF AMERICA as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI. (Attachments: 2) (hsj, ) (Entered: 05/03/2004) |
| 05/12/2004 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Sentencing Hearing begun (Day One) as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 5/12/2004. Victim Testimony begun and continued to 5/13/04 at 10:00 a.m. (Defendant Committed/Commitment Issued) (Court Reporter Elaine Merchant.) (hsj, ) (Entered: 05/17/2004) |
| 05/13/2004 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Sentencing as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI held on 5/13/2004. Victims testimony resume and concluded. ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3), Count(s) 10s, Defendant sentenced to Twenty (20) Years incarceration.; Count(s) 11s, Defendant sentenced to Forty Five (45) Years incarceration.; Count(s) 12s-87s, Defendant sentenced to Twenty (20) Years incarceration.; Count(s) 1s, Defendant sentenced to Five (5) Years incarceration.; Count (s) 2s, Defendant sentenced to 45 (Forty Five) Years incarceration.; Count(s) 3s-4s, 5s, 6s, 7s, 9s, Defendant sentenced to Life.; Count(s) 88s-94s, Defendant sentenced to Five (5) Years incarceration.; Count(s) 95s, Defendant sentenced to Five (5) Years incarceration. Counts 1s, 2s, 5s through 7s, 9s through 11s, and 88s to 94s shall be served concurrently with counts 3s, 4s, 8s, 12s through 87s and 95s. The total resulting sentence will be 3 consecutive life sentences plus 23 years. Special Assessment of $50.00 on each count for a total of $4,750.00. Supervised Release imposed, none. Defendant shall never be placed on parole. (Defendant Committed/Commitment Issued) (Court Reporter Elaine Merchant.) (hsj, ) (Entered: 05/17/2004) |
| 05/24/2004 | 125 | JUDGMENT as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI (3), Count(s) 10s, Defendant sentenced to Twenty (20) Years incarceration.; Count(s) 11s, Defendant sentenced to Forty Five (45) Years incarceration.; Count(s) 12s-87s, Defendant sentenced to Twenty (20) Years incarceration.; Count(s) 1s, Defendant sentenced to Five (5) Years incarceration. Counts 1s, 2s, 5s through 7s, 9s through 11s, and 88s to 94s shall be served concurrently with counts 3s, 4s, 8s, 12s through 87s and 95s. The toal resulting sentence will be 3 consecutive life sentences plus 23 years.; |

| | | |
|---|---|---|
| | | Count(s) 2s, Defendant sentenced to 45 (Forty Five) Years incarceration.; Count(s) 3s-4s, 5s, 6s, 7s, 9s, Defendant sentenced to Life.; Count(s) 88s-94s, Defendant sentenced to Five (5) Years incarceration.; Count(s) 95s, Defendant sentenced to Five (5) Years incarceration. Signed by Judge Emmet G. Sullivan on 5/24/04. (hsj, ) (Entered: 05/26/2004) |
| 05/26/2004 | 126 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 2/18/04 Court Reporter: Elaine Merchant. (erd) (Entered: 05/27/2004) |
| 05/26/2004 | 127 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 5/26/04 Court Reporter: Elaine Merchant. (erd) (Entered: 05/27/2004) |
| 06/01/2004 | 128 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 5/13/04 Court Reporter: Elaine Merchant. (hsj, ) (Entered: 06/02/2004) |
| 06/23/2004 | 129 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 5/13/04. Court Reporter: Elaine Merchant. (hsj, ) (Entered: 06/24/2004) |
| 08/05/2004 | 130 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 5/13/04. Court Reporter: Elaine Merchant. (hsj, ) (Entered: 08/06/2004) |
| 08/05/2004 | 131 | TRANSCRIPT of Proceedings as to ZAYD HASSAN ABD AL-LATIF MASUD AL SAFARINI before Judge Emmet G. Sullivan held on 5/12/04. Court Reporter: Elaine Merchant. (hsj, ) (Entered: 08/06/2004) |