# EXHIBIT H

**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNSEALED**

Holding a Criminal Term

Grand Jury Sworn in on January 16, 1991

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 91- 0504 |
| v. | : | Grand Jury Original |
| JOHN DOE,<br>    also known as AHMAD SOBHI,<br>    also known as TAYSEER, | : | VIOLATIONS: 18 U.S.C. § 371<br>(Conspiracy to Commit Offenses<br>Against the United States); |
| WADOUD MUHAMMAD HAFIZ AL-TURK,<br>    also known as WADOUD<br>    MUHAMMAD FAHD AL-TURK, | : | 18 U.S.C. § 2331(b)(2)<br>(Conspiracy to Murder United<br>States Nationals Outside the |
| also known as SALMAN ALI<br>    EL-TURKI, | : | United States);<br>18 U.S.C. § 2331(a)(1) (Murder<br>of United States Nationals |
| also known as SLIMAN ALI<br>    EL-TURKI, | : | Outside the United States);<br>18 U.S.C. § 2331(b)(1) |
| also known as BOU BAKER<br>    MUHAMMAD, | : | (Attempted Murder of United<br>States Nationals Outside the |
| ZAYD HASSAN ABD AL-LATIF MASUD<br>AL SAFARINI, | : | United States);<br>18 U.S.C. § 2331(c)(2) |
| also known as MUSTAFA HASSAN<br>    SAID BOMER, | : | (Causing Serious Bodily Injury<br>to United States Nationals |
| also known as MUSTAFA, | : | Outside the United States);<br>18 U.S.C. § 1203 (Hostage |
| JAMAL SAEED ABDUL RAHIM,<br>    also known as FAHAD ALI AL-<br>    JASEEN, | : | Taking);<br>18 U.S.C. § 924(c) (Use of a<br>Firearm During a Crime of |
| also known as FAHD ALI<br>    AL-JASSEM, | : | Violence);<br>18 U.S.C. § 32(a)(1) (Damaging |
| also known as FAHAD,<br>    also known as ISMAEL, | : | an Aircraft);<br>18 U.S.C. § 32(a)(2) |
| MUHAMMAD ABDULLAH KHALIL<br>HUSSAIN AR-RAHAYYAL, | : | (Placing Destructive Devices<br>on an Aircraft); |
| also known as KHALIL ANTWAN<br>    KIWAN, | : | 18 U.S.C. § 32(a)(5)<br>(Performing an Act of Violence |
| also known as KHALIL,<br>also known as WALID, | : | Against an Individual on an<br>Aircraft); |
| MUHAMMAD AHMED AL-MUNAWAR,<br>    also known as MANSOOR<br>    AL-RASHID, | : | 49 U.S.C. App. § 1472(i)<br>(Aircraft Piracy);<br>18 U.S.C. § 844(i) (Malicious |
| also known as MANSOUR ABDUL<br>    RAHMAN RASHED, | : | Damage to an Aircraft);<br>18 U.S.C. § 2 (Aiding and |
| also known as MANSOOR,<br>also known as ASHRAF NAEEM, | : | Abetting) |
| Defendants. | : | |

**FILED IN OPEN COURT**

AUG 2 9 1991

CLERK, U.S. DISTRICT COURT.
DISTRICT OF COLUMBIA

PORKIN, J.

B

INDICTMENT

The Grand Jury charges:


COUNT ONE

INTRODUCTION

At all times relevant to this indictment:

1.  The Abu Nidal Organization was a terrorist group whose objective was to promote the Palestinian cause by coercing and intimidating through force and violence, by causing personal injury to civilians, and by causing economic damage to American and Israeli interests around the world.

2.  The Abu Nidal Organization maintained offices in Damascus, Syria and Tripoli, Libya.

3.  Defendant JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, was the head of the Abu Nidal Organization's External Affairs Committee, also known as the External Information Committee.

4.  Defendant WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, was a member of the Abu Nidal Organization's Foreign Affairs Committee.

5.  Defendants ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL,

2

MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, were members of the Abu Nidal Organization.

6.   Pan American World Airways was an airline owned by a corporation created under the laws of a State of the United States and registered under Chapter 20, Title 49 of the United States Code, which airline flew its aircraft in commerce between the United States and other countries.  Pan American World Airways operated aircraft leased from and owned by Bankers Trust Company, a corporation created under the laws of the State of New York.

7.   Pan American World Airways' aircraft bearing United States registration number N656PA was a civil aircraft as defined in Section 1301 of Title 49 of the United States Code Appendix.

8.   On September 5, 1986, Pan American World Airways flight 73 (United States aircraft registration number N656PA) was scheduled to fly from Karachi, Pakistan to Frankfurt, West Germany.

THE CONSPIRACY

9.   From on or about early July 1986 to on or about September 5, 1986, within the countries of Lebanon, Libya, Syria, Pakistan, and elsewhere outside the United States, defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER

3

MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as
MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL
RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI
AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD
ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN
KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD
AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as
MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as
ASHRAF NAEEM, together with others known and unknown to the Grand
Jury, co-conspirators but not defendants herein, did knowingly,
willfully and unlawfully combine, conspire, confederate and agree
to commit offenses against the United States, that is:

    a. to commit murder with premedition and malice
aforethought, in violation of 18 U.S.C. §§ 2331(a)(1) and 2;

    b. to use and carry firearms and destructive devices during
and in relation to crimes of violence, in violation of 18 U.S.C.
§§ 924(c) and 2;

    c. to attempt to commit murder with premedition and malice
aforethought, in violation of 18 U.S.C. § 2331(b)(1);

    d. to engage in acts of physical violence which would cause
serious bodily injury to United States nationals, in violation of
18 U.S.C. §§ 2331(c)(2) and 2;

    e. to seize and detain, and threaten to kill, injure and
continue to detain passengers and crew, including nationals of the
United States, on Pan American World Airways flight 73, in order
to compel Karachi Airport authorities to provide a cockpit crew to

4

fly the aircraft to Larnaca, Cyprus and to Israel, to compel authorities in Cyprus to release Palestinian prisoners being detained in Cyprus, and to compel the government of Israel to release Palestinian prisoners being detained in Israel, as a condition for the release of passengers on flight 73, in violation of 18 U.S.C. §§ 1203 and 2.

f.  to damage, destroy and disable and cause to be damaged, destroyed and disabled civil aircraft United States registration number N656PA of Pan American World Airways, an aircraft in the special aircraft jurisdiction of the United States and which was used, operated and employed in interstate and foreign air commerce, in violation of 18 U.S.C. §§ 32(a)(1) and 2.

g.  to place and cause to be placed a destructive device and substance in, upon and in proximity to Pan American World Airways flight 73, in a manner likely to endanger the safety of civil aircraft number N656PA of Pan American World Airways, an aircraft in the special aircraft jurisdiction of the United States and which was used, operated and employed in interstate and foreign air commerce, in violation of 18 U.S.C. §§ 32(a)(2) and 2.

h.  to perform and cause to be performed acts of violence against various individuals, that is, assault members of the crew and passengers on board Pan American World Airways flight 73 in a manner likely to endanger the safety of civil aircraft United States registration number N656PA of Pan American World Airways, an aircraft in the special aircraft jurisdiction of the United States and which was used, operated and employed in interstate and

5

foreign air commerce, in violation of 18 U.S.C. §§ 32(a)(5) and 2.

i. to seize and exercise control over an aircraft and attempt to seize and exercise control over an aircraft within the special aircraft jurisdiction of the United States, that is, Pan American World Airways flight 73 (United States registration number N656PA), by force and violence and threat of force and violence and by other forms of intimidation, with wrongful intent, that is, armed with AK47 assault rifles, pistols, hand grenades and plastic explosives, in violation of 49 U.S.C. App. § 1472(i) and 18 U.S.C. § 2.

j. to maliciously damage and destroy and attempt to damage and destroy by means of an explosive a vehicle used in interstate and foreign commerce, that is, civil aircraft United States registration number N656PA of Pan American World Airways, causing death and injury to persons as a direct and proximate result of such conduct, in violation of 18 U.S.C. §§ 844(i) and 2.

<u>MEANS AND METHODS USED BY THE CONSPIRATORS</u>
<u>TO FURTHER THE OBJECT OF THE CONSPIRACY</u>

11. Among the means used by the conspirators to further the object of the conspiracy were the following:

a. to effectuate the conspiracy, the conspirators agreed to hijack an aircraft operated by an American airline, hold the passengers and crew as hostages, fly the aircraft to Larnaca, Cyprus and to Israel, compel authorities in Cyprus to release Palestinian prisoners being detained in Cyprus, compel the government of Israel to release Palestinian prisoners being detained in Israel, and destroy the aircraft and its occupants by means of explosive devices.

6

b.   to effectuate the conspiracy, six of the conspirators undertook preparations in Pakistan to hijack an aircraft operated by Pan American World Airways, an American corporation.

c.   to ensure that no one could thwart the hijacking, four of the conspirators boarded Pan American World Airways flight 73 suddenly and without warning;

d.   to force the crew and passengers of Pan American World Airways flight 73 to obey their demands, four of the conspirators armed themselves with various types of weapons and explosive devices.

e.   to maintain control over and to terrorize the crew and passengers so that no one would attempt to interfere with the seizure of the aircraft and the carrying out of the conspiracy, the conspirators discharged their firearms and assaulted the crew upon boarding the aircraft.

f.   to coerce and pressure the Karachi Airport authorities and the authorities of the government of Pakistan to meet their demands for a cockpit crew to fly the aircraft out of Pakistan, the conspirators executed a passenger, a United States national.

<u>OVERT ACTS</u>

12.   On or about July 1986, in Damascus, Syria, JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, met with WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, also known as SLIMAN ALI EL-TURKI, also

known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, to provide them with instructions for carrying out the conspiracy.

13.   On or about July 22, 1986, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, arrived in Pakistan.

14.   On or about August 5, 1986, JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, arrived in Pakistan.

15.   On or about August 8, 1986, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, arrived in Pakistan.

8

16.  On or about August 5, 1986, continuing to on or about September 5, 1986, in Pakistan, defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, undertook preparations to hijack an aircraft operated by Pan American World Airways, an American corporation.

17.  On or about September 5, 1986, at the airport in Karachi, Pakistan, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, armed with AK47 assault rifles, pistols, hand grenades and plastic explosives, boarded Pan American World Airways

9

flight 73 (United States registration number N656PA) and seized control of the aircraft.

18.   On or about September 5, 1986, defendants JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, and MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, with force of weapons took physical control of two members of the aircraft's cabin crew.

19.   On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, demanded that a cockpit crew be provided to fly the aircraft to Larnaca, Cyprus, to secure the release of prisoners.

20.   On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, threatened that passengers would be killed one by one if the conspirators' demands were not met.

21.   On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, shot a passenger, Rajesh N. Kumar, a national of the United States, in the head and threw his body from the aircraft to the tarmac.

22.   On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, instructed a member of the aircraft's cabin

10

crew to collect the passengers' passports and to provide him with the passports of the American passengers.

23. On or about September 5, 1986, defendants ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, while on board Pan American flight number 73 (United States registration number N656PA), opened fire with their AK47 assault rifles and pistols and detonated their hand grenades, resulting in death and serious injury to passengers and crew, and damage and destruction to the aircraft.

(Violation of 18 U.S.C. § 371).


## COUNT TWO

At all times relevant to this indictment:

1. Paragraphs 1 through 5 of Count One of this Indictment are realleged and expressly incorporated as if set forth in full herein.

## THE CONSPIRACY

2. From on or about early July 1986 to on or about September 5, 1986, within the countries of Lebanon, Libya, Syria, Pakistan,

and elsewhere outside the United States, defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, together with others known and unknown to the Grand Jury, co-conspirators but not defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate and agree to unlawfully commit murder with premeditation and malice aforethought, in violation of 18 U.S.C. §§ 2331(a)(1).

MEANS AND METHODS USED BY THE CONSPIRATORS
TO FURTHER THE OBJECT OF THE CONSPIRACY

3.   Among the means used by the conspirators to further the object of the conspiracy were the following:

a.   to ensure that United States nationals would be included among the crew and passengers, the conspirators agreed to hijack an aircraft operated by Pan American World Airways, an American corporation.

b.   to effectuate the conspiracy, six of the conspirators undertook preparations in Pakistan to hijack an aircraft operated

12

by Pan American World Airways, an American corporation.

      c. to effectuate the conspiracy, four of the conspirators armed themselves with various types of weapons and explosive devices and boarded Pan American World Airways flight 73 suddenly and without warning;

      d. to ensure that the object of the conspiracy would be met, the conspirators armed themselves with belts made of plastic explosives and agreed to detonate such explosives while the crew and passengers were on board the aircraft.

OVERT ACTS

      4. On or about July 1986, in Damascus, Syria, JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, met with WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, to provide them with instructions for the carrying out of the conspiracy.

13

5.  On or about July 22, 1986, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, arrived in Pakistan.

6.  On or about August 5, 1986, JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, arrived in Pakistan.

7.  On or about August 8, 1986, ZAYD HASSAN ABD AL-LATIF MASÚD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, arrived in Pakistan.

8.  On or about September 5, 1986, at the airport in Karachi, Pakistan, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, armed with AK47 assault rifles, pistols, hand

14

grenades and plastic explosives, boarded Pan American World Airways flight 73 and seized control of the aircraft.

9.  On or about September 5, 1986, defendants JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, and MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, with force of weapons assaulted and took physical control of two members of the aircraft's cabin crew.

10.  On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, demanded that a cockpit crew be provided to fly the aircraft to Larnaca, Cyprus, to secure the release of prisoners.

11.  On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, threatened to kill the passengers one by one if the conspirators' demands were not met.

12.  On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, shot a passenger, Rajesh N. Kumar, a national of the United States, in the head and threw his body from the aircraft to the tarmac.

13.  On or about September 5, 1986, defendant ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, instructed a member of the aircraft's cabin

crew to collect the passengers' passports and to provide him with the passports of the American passengers.

14. On or about September 5, 1986, defendants ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, opened fire with their AK47 assault rifles and pistols and detonated their hand grenades, resulting in death and serious injury to passengers, including United States nationals.

(Violation of 18 U.S.C. §§ 2331(b)(2) and 2).

COUNT THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as

16

ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully kill Rajesh N. Kumar, a national of the United States, by shooting him with a firearm.

(Violation of 18 U.S.C. §§ 2331(a)(1) and 2).

## COUNT FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully kill Surendra M. Patel, a national of the United States, by shooting him with a firearm.

17

(Violation of 18 U.S.C. §§ 2331(a)(1) and 2).

## COUNT FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the murder of Rajesh N. Kumar, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, ZAYD HASSAN ABD AL-LATIF

18

MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known
as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-
JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also
known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also
known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as
WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-
RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as
MANSOOR, also known as ASHRAF NAEEM, during and in relation to a
crime of violence, that is, the murder of Surendra M. Patel, for
which they could be prosecuted in a court of the United States, did
knowingly use and carry a firearm, that is, AK47 assault rifles and
pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).


## COUNT SEVEN

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

19

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill John Harper, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

COUNT EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of John Harper, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and

20

pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).


## COUNT NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Nadya Hussain, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT TEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of Nadya Hussain, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ELEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,

22

JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Deepak Mehra, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT TWELVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,

23

also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of Deepak Mehra, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).


                              COUNT THIRTEEN

     On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Jay Nagji Sureja, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

                                   24

### COUNT FOURTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of Jay Nagji Sureja, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

### COUNT FIFTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-

TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Ajay Patel, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SIXTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as

26

ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of Ajay Patel, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

COUNT SEVENTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice

27

aforethought, did unlawfully attempt to kill David Gaiser, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT EIGHTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of David Gaiser, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT NINETEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Gargi Devi, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT TWENTY

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as

SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of
violence, that is, the attempted murder of Gargi Devi, for which
they could be prosecuted in a court of the United States, did
knowingly use and carry a firearm, that is, AK47 assault rifles and
pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

COUNT TWENTY-ONE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as

30

ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Rana Khan, a national of the United States, by discharging firearms and detonating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT TWENTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, the attempted murder of Rana Khan, for which

they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

### COUNT TWENTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Nabihal Hussain, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT TWENTY-FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Hamled Hussain, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT TWENTY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

33

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Farht Hussain, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT TWENTY-SIX

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Shrikant Patel, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


### COUNT TWENTY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Raksha H. Shah, a national of the United States, by discharging firearms and

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT TWENTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Saleem Ahmed, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT TWENTY-NINE

On or about September 5, 1986, within the country of Pakistan

and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill David L. Allison, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT THIRTY

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,

JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill H. Shah Pratik, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT THIRTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,

also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Antusa R. Dasgupta, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT THIRTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Anisha Dasgupta, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

39

## COUNT THIRTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Denali Dasgupta, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT THIRTY-FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as

SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Catherine Dumas, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


COUNT THIRTY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known

41

as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Michael Goldstein, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

COUNT THIRTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Gloria Goldstein, a national of the United States, by discharging firearms and

42

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT THIRTY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill David A. Jodice, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT THIRTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Zafer Khan, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


COUNT THIRTY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

44

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Abduzah A. Khatri, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

<u>COUNT FORTY</u>

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice

45

aforethought, did unlawfully attempt to kill Naseeruddin Mahmood, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


COUNT FORTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Abdul Majid, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

46

## COUNT FORTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Richard R. Melhart, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FORTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

47

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Parvatiben K. Patel,
a national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FORTY-FOUR

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

48

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Divya Patel, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FORTY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Darrell R. Pieper, a national of the United States, by discharging firearms and

49

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT FORTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Abid R. Qureshi, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT FORTY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Nilima M. Shah, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FORTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

51

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Alistair S.
Sundareson, a national of the United States, by discharging
firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT FORTY-NINE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice

52

aforethought, did unlawfully attempt to kill Meenu A. Sundareson, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FIFTY

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Meera R. Sundareson, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT FIFTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sharma Sundareson, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


### COUNT FIFTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Raj N. Sureja, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT FIFTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known

as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Fahmida Zaidi, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT FIFTY-FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Abdullah A. Katri, a national of the United States, by discharging firearms and

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT FIFTY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Alan J. Grantier, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT FIFTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Clarence T. Melony, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


                        COUNT FIFTY-SEVEN

     On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Kalpana Vaidya, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT FIFTY-EIGHT

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,

59

also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Nikita S. Patel, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT FIFTY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Kamran Syed Hamid, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

60

## COUNT SIXTY

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Jazia Parbeen Hamid, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT SIXTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Snageeta A.S. Patel, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT SIXTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

62

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sharon Bhandari, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


### COUNT SIXTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Udaya Vaidya, a national of the United States, by discharging firearms and

63

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SIXTY-FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Angelia A. Vaidya, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SIXTY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

64

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Dave Gayatri Vinod, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

COUNT SIXTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

65

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Patrick Headshaw, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

<u>COUNT SIXTY-SEVEN</u>

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice

aforethought, did unlawfully attempt to kill Nilay Mukesh Shaw, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT SIXTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Anurada J. Nemivant, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT SIXTY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Gita Bhadrecha, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SEVENTY

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

68

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Preti Harshad Bhova, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SEVENTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Rupal Shaw, a national
of the United States, by discharging firearms and activating
explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SEVENTY-TWO

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Avani Shaw, a national
of the United States, by discharging firearms and activating

70

explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


### COUNT SEVENTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sanjeev Desai, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


### COUNT SEVENTY-FOUR

On or about September 5, 1986, within the country of Pakistan

71

and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Priya Joyce George,
a national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT SEVENTY-FIVE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,

● ●

JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Kulpana Singh, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

COUNT SEVENTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,

73

also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sameer Singh, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


COUNT SEVENTY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Anjina Mehta, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


74

## COUNT SEVENTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Yaswant Mehta, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT SEVENTY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

75

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Shulam Sarwar
Choudhry, a national of the United States, by discharging firearms
and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT EIGHTY

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Amber Sarwar, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT EIGHTY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Nina Sarwar, a national of the United States, by discharging firearms and

77

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT EIGHTY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Rashid Sarwar, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT EIGHTY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Almas Ashraf, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT EIGHTY-FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

79

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Jawad Kaiser Aziz, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT EIGHTY-FIVE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice

aforethought, did unlawfully attempt to kill Syed Minhaj Sjeraz, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT EIGHTY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Jawad Amin Arain, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


81

## COUNT EIGHTY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Omair Ahmed Siddiqui, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT EIGHTY-EIGHT

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Hasan Abbas Zoha, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT EIGHTY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Neherihah Khan, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT NINETY

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill David Wesley Qaiser, a national of the United States, by discharging firearms and

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT NINETY-ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Rehman Yasmin Hayruddin, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT NINETY-TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

85

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sadaf Anwar, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT NINETY-THREE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

86

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Sofia Hayruddin, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

<u>COUNT NINETY-FOUR</u>

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice

87

aforethought, did unlawfully attempt to kill Faiza Friza Anwar, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT NINETY-FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Isaac Ashraf, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT NINETY-SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Alana Sabel, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

## COUNT NINETY-SEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

89

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, with premeditation and malice
aforethought, did unlawfully attempt to kill Amjad Hayruddin, a
national of the United States, by discharging firearms and
activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT NINETY-EIGHT

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,

and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Naserullah Maywawb, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


## COUNT NINETY-NINE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Gayatri Devi, a national of the United States, by discharging firearms and

91

activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT ONE HUNDRED

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Gita R. Bhadrecha, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).

### COUNT ONE HUNDRED ONE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known

92

as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, with premeditation and malice aforethought, did unlawfully attempt to kill Preeta Harsha Bhora, a national of the United States, by discharging firearms and activating explosive devices.

(Violation of 18 U.S.C. §§ 2331(b)(1) and 2).


COUNT ONE HUNDRED TWO

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also

93

known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully
engage in physical violence by discharging firearms and detonating
explosive devices, with the result that serious bodily injury was
caused to John Harper, a national of the United States.
(Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

## COUNT ONE HUNDRED THREE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of

94

violence, that is, engaging in physical violence which resulted in serious bodily injury to John Harper, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ONE HUNDRED FOUR

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully engage in physical violence by discharging firearms and detonating explosive devices, with the result that serious bodily injury was caused to Nadya Hussain, a national of the United States. (Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

## COUNT ONE HUNDRED FIVE

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, engaging in physical violence which resulted in serious bodily injury to Nadya Hussain, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ONE HUNDRED SIX

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as

SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully
engage in physical violence by discharging firearms and detonating
explosive devices, with the result that serious bodily injury was
caused to Deepak Mehra, a national of the United States.
(Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

## COUNT ONE HUNDRED SEVEN

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known

97

as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of
violence, that is, engaging in physical violence which resulted in
serious bodily injury to Deepak Mehra, for which they could be
prosecuted in a court of the United States, did knowingly use and
carry a firearm, that is, AK47 assault rifles and pistols.
(Violation of 18 U.S.C. §§ 924(c) and 2).


## COUNT ONE HUNDRED EIGHT

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully

98

engage in physical violence by discharging firearms and detonating explosive devices, with the result that serious bodily injury was caused to Jay Nagji Sureja, a national of the United States. (Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

<u>COUNT ONE HUNDRED NINE</u>

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, engaging in physical violence which resulted in serious bodily injury to Jay Nagji Sureja, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ONE HUNDRED TEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully engage in physical violence by discharging firearms and detonating explosive devices, with the result that serious bodily injury was caused to Ajay Patel, a national of the United States.
(Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

## COUNT ONE HUNDRED ELEVEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known

100

as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of
violence, that is, engaging in physical violence which resulted in
serious bodily injury to Ajay Patel, for which they could be
prosecuted in a court of the United States, did knowingly use and
carry a firearm, that is, AK47 assault rifles and pistols.
(Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ONE HUNDRED TWELVE

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known

as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully engage in physical violence by discharging firearms and detonating explosive devices, with the result that serious bodily injury was caused to David Gaiser, a national of the United States. (Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

### COUNT ONE HUNDRED THIRTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, engaging in physical violence which resulted in serious bodily injury to David Gaiser, for which they could be

102

prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

### COUNT ONE HUNDRED FOURTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully engage in physical violence by discharging firearms and detonating explosive devices, with the result that serious bodily injury was caused to Gargi Devi, a national of the United States. (Violation of 18 U.S.C. §§ 2331(c)(2) and 2).

### COUNT ONE HUNDRED FIFTEEN

On or about September 5, 1986, within the country of Pakistan

103

and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, during and in relation to a crime of violence, that is, engaging in physical violence which resulted in serious bodily injury to Gargi Devi, for which they could be prosecuted in a court of the United States, did knowingly use and carry a firearm, that is, AK47 assault rifles and pistols. (Violation of 18 U.S.C. §§ 924(c) and 2).

COUNT ONE HUNDRED SIXTEEN

On or about September 5, 1986, within the country of Pakistan and outside the United States, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,

also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, did knowingly, willfully and unlawfully
engage in physical violence by discharging firearms and detonating
explosive devices, with the result that serious bodily injury was
caused to Rana Khan, a national of the United States.
(Violation of 18 U.S.C. §§ 2331(c)(2) and 2).


## COUNT ONE HUNDRED SEVENTEEN

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,

105

also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of
violence, that is, engaging in physical violence which resulted in
serious bodily injury to Rana Khan, for which they could be
prosecuted in a court of the United States, did knowingly use and
carry a firearm, that is, AK47 assault rifles and pistols.
(Violation of 18 U.S.C. §§ 924(c) and 2).

### COUNT ONE HUNDRED EIGHTEEN

On or about September 5, 1986, at Karachi, Pakistan, the
defendants JOHN DOE, also known as AHMAD SOBHI, also known as
TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD
MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also
known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD,
ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA
HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM,
also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-
JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD
ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN
KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD
AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as
MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as
ASHRAF NAEEM, and others known and unknown to the Grand Jury, did
knowingly, willfully and unlawfully seize and detain and threaten
to kill, injure and continue to detain passengers and crew,
including nationals of the United States, on Pan American World

106

Airways flight 73 (United States registration number N656PA), in
order to compel Karachi Airport authorities to provide a cockpit
crew to fly the aircraft to Larnaca, Cyprus and to Israel, to
compel authorities in Cyprus to release Palestinian prisoners being
detained in Cyprus, and to compel the government of Israel to
release Palestinian prisoners being detained in Israel, as a
condition for the release of passengers on flight 73.

(Violation of 18 U.S.C. §§ 1203 and 2).

## COUNT ONE HUNDRED NINETEEN

On or about September 5, 1986, within the country of Pakistan
and outside the United States, the defendants JOHN DOE, also known
as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-
TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as
SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known
as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI,
also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA,
JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also
known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as
ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known
as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID,
and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID,
also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR,
also known as ASHRAF NAEEM, during and in relation to a crime of
violence, that is, unlawfully seizing and detaining and threatening
to kill, injure and continue to detain passengers and crew,

107

including nationals of the United States, on Pan American World
Airways flight 73 (United States registration number N656PA), in
violation of 18 U.S.C. § 1203, for which they could be prosecuted
in a court of the United States, did knowingly use and carry a
firearm, that is, AK47 assault rifles and pistols.

(Violation of 18 U.S.C. §§ 924(c) and 2).

## COUNT ONE HUNDRED TWENTY

On or about September 5, 1986, at Karachi, Pakistan, the
defendants JOHN DOE, also known as AHMAD SOBHI, also known as
TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD
MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also
known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD,
ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA
HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM,
also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-
JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD
ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN
KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD
AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as
MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as
ASHRAF NAEEM, and others known and unknown to the Grand Jury, did
knowingly, willfully and unlawfully damage, destroy and disable and
cause to be damaged, destroyed and disabled civil aircraft United
States registration number N656PA of Pan American World Airways,
an aircraft in the special aircraft jurisdiction of the United

108

States and which was used, operated and employed in interstate and
foreign air commerce.

(Violation of 18 U.S.C. §§ 32(a)(1) and 2).


## COUNT ONE HUNDRED TWENTY-ONE

On or about September 5, 1986, at Karachi, Pakistan, the
defendants JOHN DOE, also known as AHMAD SOBHI, also known as
TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD
MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also
known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD,
ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA
HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM,
also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-
JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD
ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN
KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD
AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as
MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as
ASHRAF NAEEM, and others known and unknown to the Grand Jury, did
knowingly, willfully and unlawfully place and cause to be placed
a destructive device and substance in, upon and in proximity to Pan
American World Airways flight 73, in a manner likely to endanger
the safety of civil aircraft United States registration number
N656PA of Pan American World Airways, an aircraft in the special
aircraft jurisdiction of the United States and which was used,

109

operated and employed in interstate and foreign air commerce.
(Violation of 18 U.S.C. §§ 32(a)(2) and 2).


### COUNT ONE HUNDRED TWENTY-TWO

On or about September 5, 1986, at Karachi, Pakistan, the
defendants JOHN DOE, also known as AHMAD SOBHI, also known as
TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD
MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also
known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD,
ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA
HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM,
also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-
JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD
ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN
KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD
AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as
MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as
ASHRAF NAEEM, and others known and unknown to the Grand Jury, did
knowingly, willfully and unlawfully perform and cause to be
performed acts of violence against various individuals, that is,
assaulted members of the crew and passengers on board Pan American
World Airways flight 73 in a manner likely to endanger the safety
of civil aircraft United States registration number N656PA of Pan
American World Airways, an aircraft in the special aircraft
jurisdiction of the United States and which was used, operated and

employed in interstate and foreign air commerce.

(Violation of 18 U.S.C. §§ 32(a)(5) and 2).


<u>COUNT ONE HUNDRED TWENTY-THREE</u>

On or about September 5, 1986, at Karachi, Pakistan, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, and others known and unknown to the Grand Jury, did knowingly, willfully and unlawfully, by force and violence and threat of force and violence and by other forms of intimidation, that is, armed with AK47 assault rifles, pistols, hand grenades and plastic  explosives, seize and exercise control over an aircraft and attempt to seize and exercise control over an aircraft within the special aircraft jurisdiction of the United States, that is, Pan American World Airways flight 73 (United States registration

111

number N656PA).

(Violation of 49 U.S.C. App. § 1472(i) and 18 U.S.C. § 2).

COUNT ONE HUNDRED TWENTY-FOUR

On or about September 5, 1986, at Karachi, Pakistan, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, and others known and unknown to the Grand Jury, did knowingly, willfully and maliciously damage and destroy and attempt to damage and destroy by means of an explosive a vehicle used in interstate and foreign commerce, that is, civil aircraft number N656PA of Pan American World Airways, causing death to persons as a direct and proximate result of such conduct.

(Violation of 18 U.S.C. §§ 844(i) and 2).

112

## COUNT ONE HUNDRED TWENTY-FIVE

On or about September 5, 1986, at Karachi, Pakistan, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, and others known and unknown to the Grand Jury, did knowingly, willfully and maliciously damage and destroy and attempt to damage and destroy by means of an explosive a vehicle used in interstate and foreign commerce, that is, civil aircraft number N656PA of Pan American World Airways, causing personal injury to persons as a direct and proximate result of such conduct. (Violation of 18 U.S.C. §§ 844(i) and 2).

## COUNT ONE HUNDRED TWENTY-SIX

On or about September 5, 1986, at Karachi, Pakistan, the defendants JOHN DOE, also known as AHMAD SOBHI, also known as TAYSEER, WADOUD MUHAMMAD HAFIZ AL-TURK, also known as WADOUD

113

MUHAMMAD FAHD AL-TURK, also known as SALMAN ALI EL-TURKI, also known as SLIMAN ALI EL-TURKI, also known as BOU BAKER MUHAMMAD, ZAYD HASSAN ABD AL-LATIF MASUD SAFARINI, also known as MUSTAFA HASSAN SAID BOMER, also known as MUSTAFA, JAMAL SAEED ABDUL RAHIM, also known as FAHAD ALI AL-JASEEN, also known as FAHD ALI AL-JASSEM, also known as FAHAD, also known as ISMAEL, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, also known as KHALIL ANTWAN KIWAN, also known as KHALIL, also known as WALID, and MUHAMMAD AHMED AL-MUNAWAR, also known as MANSOOR AL-RASHID, also known as MANSOUR ABDUL RAHMAN RASHED, also known as MANSOOR, also known as ASHRAF NAEEM, and others known and unknown to the Grand Jury, did knowingly, willfully and maliciously damage and destroy and attempt to damage and destroy by means of an explosive a vehicle used in interstate and foreign commerce, that is, civil aircraft number N656PA of Pan American World Airways.

(Violation of 18 U.S.C. §§ 844(i) and 2).

A TRUE BILL:

*Frank H. Blalock*

FOREPERSON

*JB. Stephen*

Attorney of the United States in
and for the District of Columbia

114