# EXHIBIT J

# TIMESONLINE

From The Sunday Times

March 28, 2004

# Revealed: Gadaffi's air massacre plot

Jon Swain

AS Tony Blair and Colonel Muammar Gadaffi, the Libyan leader, met in Tripoli last week and talked of sharing intelligence and co-operating in the war against terror, there was one secret that would not be divulged.

The Sunday Times can reveal that two years before the Lockerbie bombing Gadaffi attempted to blow up an American airliner over Israel.

Disclosing this for the first time last week, western and Pakistani intelligence sources said Gadaffi had hired a group of Palestinian terrorists to hijack a Pan Am jumbo jet carrying 379 passengers and crew, including 89 Americans, and explode it over Tel Aviv.

Had the jumbo jet blown up and crashed into the city, as the Libyan leader intended, the carnage would have been colossal — much greater than that caused by the destruction of Pan Am flight 103 over Lockerbie in Scotland, in which 281 people died.

But Gadaffi's bomb plot failed. Pakistani troops stormed the plane while it was on the ground at Karachi airport. Twenty-two people, including two Americans, were killed and 100 wounded. All the terrorists were captured.

They have now completed their prison sentences in Pakistan. The first one to be freed has been rearrested by the American authorities, however, and convicted a second time for the hijacking.

Just before Christmas, Zayd Hassan Safarini was given three consecutive life sentences by a Washington court for murder, air piracy and hostage-taking after he struck an agreement with the court to escape a death sentence. When he was released he went to Amman, Jordan, but was later arrested by the FBI while changing planes at Bangkok airport. He had already spent more than 15 years in jail.

As a result the four others, including the Libyan mastermind, are refusing to leave prison in Pakistan. They fear that the moment they are free they too will be seized by a vengeful America and tried a second time.

Gadaffi himself has nothing to fear. Unlike Lockerbie, the Karachi hijacking has never been publicly blamed on him, although Pakistani and western intelligence agencies were soon aware that he was responsible and that the hijackers had been on a suicide mission.

In a clever ruse, Pakistani intelligence agents tricked the arrested hijackers into confessing that they were working for the Libyan leader. The incriminating details have remained secret until now, and the full details of the plot did not even come out at the trial.

One reason Libya was never publicly linked to the incident was Pakistan's reluctance to tarnish the head of a Muslim state. There is widespread Pakistani sympathy for the Palestinian cause, which the hijackers said they were seeking to promote.

Indeed President Zia ul-Haq, the Pakistani leader at the time, described the hijackers as "very motivated and highly volatile youngsters".

Last week Blair flew to Tripoli, shook Gadaffi's hand and said Libya could be an important partner in the war on terror. Gadaffi has gone from a reviled sponsor of state terrorism to a partner of Britain after abandoning his weapons of mass destruction programmes.

America is also rehabilitating the Libyan leader after he agreed to pay hundreds of millions of dollars in compensation. But it has not given up on punishing the hijackers. Its arrest warrants still stand.

Revenge drove Gadaffi to order the Karachi hijacking. Five months earlier, in April 1986, President Ronald Reagan had sent jets to bomb Tripoli. Gadaffi himself was targeted. Scores died, including his one-year-old adopted daughter.

The American raid was punishment for the Libyan bombing of a Berlin discotheque in which two American servicemen died.

It put Gadaffi into a rage and he ordered the Libyan external intelligence service under his brother-in-law Abdullah Senoussi

to retaliate.    Case 1:06-cv-00626-RMU     Document 60-12     Filed 12/07/2007     Page 3 of 3

According to intelligence sources, a plan was concocted with Gadaffi's approval to hijack Pan Am flight 73 from Bombay to Frankfurt and New York and blast it out of the sky over Israel in reprisal.

Senoussi hired the services of Abu Nidal, the notorious Palestinian hitman. Nidal died in Baghdad in 2002, a broken reed. But in the 1980s, when he lived in Libya, his terrorist group was the most feared in the world. Financed by Libya he hired out gunmen to Arab governments to mount attacks on western and Israeli targets.

The terrorists flew to Pakistan and were provided with explosives and guns that had been smuggled in by diplomatic bag. They dressed up as Karachi airport security officers and seized the airliner when it landed on the first leg of its journey from Bombay. Beneath the uniforms, explosives were strapped to their bodies.

The operation went wrong when the American pilot escaped from an emergency exit. The plane was grounded. The hijackers executed an American passenger and dumped his body on the tarmac. After 18 hours trapped inside, the gunmen panicked when the lights failed. They opened fire and hurled grenades at the passengers as Pakistani troops stormed the plane.

All the terrorists were captured on the spot bar one — the Libyan organiser, Salman Ali al-Turki. He went on the run. But when he contacted the Libyan embassy a few days later asking them to contact Senoussi and arrange his escape from Pakistan, he was arrested.

The terrorists refused to break under interrogation so the Pakistani intelligence service concocted a brazen piece of deception. It tricked them into believing Gadaffi was dead by printing a dummy copy of a newspaper with a front page banner headline announcing his sudden demise in a plane crash.

When the paper was delivered to their cells, the terrorists broke down and confessed that the Libyan leader had sponsored their mission. It was no longer necessary to keep his role secret, they said, now that their hero was dead.

At the time of the hijacking, Gadaffi was attending a non-aligned summit in Harare, where he adopted a belligerent anti-American tone. He also planted a clue that gave him away, by boasting that an attack on America was imminent.

This statement, carried by a Libyan news agency, alerted the Pakistanis to Gadaffi's possible involvement. But without the newspaper ruse they would never have known for sure.

The Karachi hijacking was the first attempt by terrorists to crash an airliner into a city. It failed, but it set a deadly trend.

In 1994, French authorities foiled an attempt by Algerian hijackers to slam a plane into the Eiffel Tower in Paris. Then came the September 11 attacks in 2001. Nobody knows where the bloody trail Gadaffi started all those years ago will end.

Contact our advertising team for advertising and sponsorship in Times Online, The Times and The Sunday Times.
© Copyright 2007 Times Newspapers Ltd.
This service is provided on Times Newspapers' standard Terms and Conditions. Please read our Privacy Policy.To inquire about a licence to reproduce material from Times Online, The Times or The Sunday Times, click here.This website is published by a member of the News International Group. News International Limited, 1 Virginia St, London E98 1XY, is the holding company for the News International group and is registered in England No 81701. VAT number GB 243 8054 69.