# EXHIBIT K



Washington DC, July 18, 2004 | ISSN: 1684-2057 | www.satribune.com

 Complete Story/Article 



# Gaddafi Masterminded 1986 Pan Am Hijacking, Admits Jailed Hijacker

### By Javed Rana

**ISLAMABAD - Libyan leader Muammar Gaddafi masterminded the 1986 hijacking of Pan American Airline at Karachi Airport, one of its arrested Palestinian hijackers, now in Rawalpindi's Adiala Jail, despite serving his full sentence, has admitted in a letter.**

The letter was written to his lawyer from his jail cell by hijacker Jamal Saeed Abdul Rahim al-Fahid, who was one of the four to hijack the American passenger jet to Karachi where Pakistani security forces stormed the plane which led to the killing of 18 passengers, including two US nationals, while the hijackers were captured.

The letter, a copy of which was procured by this correspondent, is the first ever direct account by a Palestinian who carried out the hijacking at Karachi airport when they managed to force their entry into US plane disguised as security officials.

"Yes I did receive the letter from Fahid in which he has taken the responsibility of executing the hijacking at the behest of Col. Gaddafi," confirmed Saleem Sheikh, advocate of the Supreme Court and counsel for the Palestinian hijackers.

In his letter to his counsel Fahid said the report of *The Sunday Times*, published in March 2004, about Gaddafi being mastermind of the 1986 Pan Am hijacking "is true".

"It seems the powers in Pakistan decided to reveal the Libyan role at this stage for reasons obviously known", wrote Fahid in his letter with reference to *The Sunday Times* report which quotes Pakistani intelligence sources.

Libya leaked to International Atomic Energy Agency that Pakistani scientists provided atomic know-how to Tripoli to make nuclear bombs, something Islamabad admitted was done by some Pakistani nuclear scientists without official authorization.

Pakistan has been very upset over the disclosures made by Libya about the transfer of nuclear technology by its scientists that brought a bad name to this country and President Pervez Musharraf publicly complained about the unfriendly attitude of these Islamic countries which had secretly been helped by Pakistan.

Palestinian counsel also confirmed that trial of hijackers excluded the role of Gaddafi as the mastermind.

In April 1986, the then US President, Ronald Reagan, had sent jets to bomb Tripoli. Gaddafi himself was targeted. Scores died, including his one-year-old adopted daughter, according to *The Sunday Times.*

The US raid was punishment for the Libyan bombing of a Berlin discotheque in which two American servicemen died. It put Gaddafi into a rage and he ordered the Libyan external intelligence service under his brother-in-law, Abdullah Senoussi, to retaliate, according to *The Times* which reported that revenge drove Gaddafi to order the Karachi hijacking in mid 80s.

The US and the UK have been rehabilitating the Libyan leader after he agreed to pay hundreds of millions of dollars in compensation for the bombing of 1988 Pan Am Flight 103 at Lockerbie and recently besides dismantling his nuclear program. Planeloads of nuclear equipment was sent to the US where it has been dumped at Oakridge, Tennessee.

The four Palestinian hijackers have opted to stay on in a Pakistani jail for fear of being whisked away to the US for retrial under the same charges. They completed their sentences in early 2000 but are now reluctant to leave Pakistan. The Palestinians were convicted for killing 10 out of the 23 passengers.

Mustafa Hussan Saeed Bomer, Mansoor al-Rashid, Muhammad Abdul Khalil Hussain al-Rahayal, and Jamal Saeed Abdul Rahim al-Fahid were convicted by a Special Camp Court at Adiala Jail on July 6, 1988, sentenced to death for 18 times, and fined Rs. 50,000 per murder. Another hijacker, Salman Ali al-Tarki was sentenced to one term of life imprisonment. A sixth hijacker expired in jail.

In 1988 the Benazir Bhutto government announced a general remission to all convicts as a result of which the jail authorities converted their death sentences to 307 years of imprisonment.

Four of the terrorists filed an appeal in 1989 with Rawalpindi Bench of the Lahore High Court against their 307-year terms, but this did not come up for hearing until 12 years later. In July 1999, High Court finally converted the 307-year terms into a single 25-year term.

They completed the sentence in early 2000 under this court ruling. However, the government has not released them.

The Supreme Court Review Board, comprising a judge and two officials, has ordered the Pakistan Government to provide these Palestinians Alien Cards and allow them to reside in Pakistan. But the government is violating these orders. The hijackers appealed to the superior courts but seems reluctant to pursue their case for fear of handing over to US.

The US has been pressurizing Pakistan to hand over these hijackers as they were also indicted in the US for killing US nationals. The agents of Federal Bureau of Investigation (FBI) had photographed and fingerprinted them in late 2000 in Rawalpindi's Adiala jail in violation of law of the land.

One of the hijackers, Zayd Hassan Safarini alias Mustafa Hussan Saeed Bomer, was released in 2001 with the assurance that he would not be handed over to the US. He was given a passport and a visa by Jordanian Embassy in Islamabad. On his way to Amman, Jordan, Safarini was arrested by the FBI while changing planes at Bangkok Airport.

As a result, the four others, including the Libyan mastermind, are refusing to leave the prison in Pakistan. They fear they too will be seized by US authorities and convicted a second time, said their counsel.

Under international law, a convict cannot be retried on identical charges. Mustafa has recently been reconvicted by US court for a crime he was jailed for life imprisonment in Pakistan, said Saleem Sheikh.

✉ Email Story | 🕸 Discuss Story

Back to top

**Products**
New & used Products. aff Check out the deals now!
www.eBay.com

**Free Surname Search**
Access thousands of free genealogy databases and record transcriptions
FreeSurnameSearch.com

**Archives**
Free Search, Criminal Record Finder Public Records Background Check
www.records.com

Ads by Google

Copyright © 2002-04 South Asia Tribune Publications, L.L.C. All rights reserved.