# EXHIBIT L

TYPE-E

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00626-PLF**

PATEL et al v. THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA et al
Assigned to: Judge Paul L. Friedman
Demand: $9,999,000
Cause: 28:1602 Foreign Sovereign Immunities Act

Date Filed: 04/05/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**MANJULA PATEL**
*INdividually on her own behalf and as Executor of the Estate of SURENDRA PATEL*

represented by **Stuart H. Newberger**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500
Fax: (202) 628-5116
Email: snewberger@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MEHUL PATEL**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NIKITA PATEL**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SANGITA PATEL**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NUPOOR ABROL**

represented by **Justin P. Murphy**
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2536
Email: justin.murphy@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
CROWELL & MORING LLP

1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202)624-2500
Fax: (202) 628-5116
Email: mmartinez@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DINESH ADVANI** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**REKHA ADVANI** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**IQBAL AHMED** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MADHVI BAHUGUNA** represented by

**Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MOHAN BANSI** represented by

**Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JYOTSNA BHANDARI** represented by

**Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YASHWANT BHANDARI** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUMIT BHANDARI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHARON BHANDARI JAIN** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AKHIL BHANOT** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANEESH BHANOT** represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HARISH BHANOT**
*Individually on his own behalf and as Executor of the Estate of NEERJA BHANOT*

represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RAMA BHANOT**

represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAVITHA BHAT**

represented by **Justin P. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PREETI BHUVA**

represented by **Stuart H. Newberger**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DILIP BIDICHANDANI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KALPESH DALAL**
*Individually on his own behalf and as Executor of the Estate of TRUPTI DALAL* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KHANJAN DALAL** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BABUBHAI DALAL**
*As Executor of the Estate of RAMESH PANDIT* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TUSHAR NAGAR** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMRATLAL DARJI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CECILIA DA SILVA** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TULSIBHAI DATANIA** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DWIJAL DAVE** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARGI DAVE** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GIATRI DAVE** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSEPH DAWSON** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NARENDRA DESAI**
*Individually on his own behalf and as Executor of the Estate of RUPAL DESAI* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHISH DESAI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHARMISTHA DESAI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SONAL VAKHARIA** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DIPALI DESAI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UTPALA DESAI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MILAN DEVJANI** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MILAN DODGE** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GOPAL DADHIRAO**
*Individually on his own behalf and as Executor of the Estate of KRISHNA GADDE* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DELFINA ROQUE DOMINGUEZ** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LILLY FINKEN** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GILLIAN GAISER**
*Individually on her own behalf and as Executor of the Estate of DAVID GAISER* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAMIRA GOODE** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SURESH GOPALAKRISHNAN** represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEKI GRANT**
*Individually on his own behalf and as Executor of the Estate of TEHMI GRNT* represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. JAY GRANTIER**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PURNIMA HARDIKAR**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN HARPER**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andy Liu**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
(202) 624-2500
Fax: (202) 624-2500
Email: aliu@crowell.com
*ATTORNEY TO BE NOTICED*

**Justin P. Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael L. Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wilma A. Lewis**
CROWELL & MORNING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202)624-2860
Fax: (202) 628-5116
Email: wlewis@crowell.com
*TERMINATED: 09/17/2007*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CONWAY DODGE**

represented by **Stuart H. Newberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA**

represented by **Arman Dabiri**
LAW OFFICES OF ARMAN DABIRI & ASSOCIATES, P.L.L.C.
1725 I Street, NW
Suite 300
Washington, DC 20006
(202) 349-3893
Fax: (202) 349-3895
Email: armandab@worldnet.att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIBYAN EXTERNAL SECURITY ORGANIZATION**
*also known as*
JAMAHIRIYA SECURITY ORGANIZATION

represented by **Arman Dabiri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUAMMAR QADHAFI**
*also known as*
JAMAHIRIYA SECURITY ORGANIZATION

represented by **Arman Dabiri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABDALLAH SENOUSSI**
*also known as*
JAMAHIRIYA SECURITY ORGANIZATION

represented by **Arman Dabiri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZAID HASSAN ABD LATIF SAFARINI**
*also known as*
MUSTAFA HASSAN SAID BOMER
*also known as*
MUSTAFA

represented by **Geoffrey S. Stewart**
JONES DAY
222 E 41st Street
New York, NY 10017
(212) 326-7877
Fax: (202) 626-1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David T. Miller**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
Email: dtmiller@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMAL SAEED ABDUL RAHIM**
*also known as*
FAHAD ALI AL-JASEEN
*also known as*
FAHD ALI AL-JASSEM
*also known as*
ISMAEL
*also known as*
FAHAD

**Defendant**

**MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL**
*also known as*
KHALIL
*also known as*
WALID
*also known as*
KHALIL ANTWAN KIWAN

**Defendant**

**MUHAMMAD AHMED AL-MUNAWAR**
*also known as*
MANSOUR ABDUL RAHMAN RASHED
*also known as*
MANSOOR
*also known as*
MANSOOR AL-RASHID
*also known as*
ASHRAF NAEEM

**Defendant**

**WADOUD MUHAMMAD HAFIZ AL-TURK**
*also known as*
WADOUD MUHAMMAD HAFIZ AL-TURK
*also known as*
SALMAN ALI EL-TURKI
*also known as*
ALIMAN ALI EL-TURKI
*also known as*
BOU BAKER MUHAMMAD

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2006 | 1 | COMPLAINT against THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, ZAID HASSAN ABD LATIF SAFARINI, JAMAL SAEED ABDUL RAHIM, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, MUHAMMAD AHMED AL-MUNAWAR, WADOUD MUHAMMAD HAFIZ AL-TURK (Filing fee $ 250) filed by JOHN HARPER, ALL PLAINTIFFS, NUPOOR ABROL, DINESH ADVANI, REKHA ADVANI, IQBAL AHMED, MADHVI BAHUGUNA, MOHAN BANSI, JYOTSNA BHANDARI, YASHWANT BHANDARI, SUMIT BHANDARI, SHARON BHANDARI JAIN, MANJULA |

| | | |
|---|---|---|
| | | PATEL, AKHIL BHANOT, ANEESH BHANOT, HARISH BHANOT, RAMA BHANOT, SAVITHA BHAT, PREETI BHUVA, DILIP BIDICHANDANI, KALPESH DALAL, KHANJAN DALAL, BABUBHAI DALAL, MEHUL PATEL, TUSHAR NAGAR, AMRATLAL DARJI, CECILIA DA SILVA, TULSIBHAI DATANIA, DWIJAL DAVE, GARGU DAVE, GIATRI DAVE, JOSEPH DAWSON, NARENDRA DESAI, ASHISH DESAI, NIKITA PATEL, SHARMISTHA DESAI, SONAL VAKHARIA, DIPALI DESAI, UTPALA DESAI, MILAN DEVJANI, MILAN DODGE, GOPAL DADHIRAO, DELFINA ROQUE DOMINGUEZ, LILLY FINKEN, GILLIAN GAISER, SANGITA PATEL, SAMIRA GOODE, SURESH GOPALAKRISHNAN, KEKI GRANT, A. JAY GRANTIER, PURNIMA HARDIKAR.(td, ) Modified on 4/6/2006 (td, ). (Entered: 04/06/2006) |
| 04/05/2006 | | Summons (9) Issued as to THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI, ZAID HASSAN ABD LATIF SAFARINI, JAMAL SAEED ABDUL RAHIM, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, MUHAMMAD AHMED AL-MUNAWAR, WADOUD MUHAMMAD HAFIZ AL-TURK. (td, ) (Entered: 04/06/2006) |
| 04/24/2006 | 2 | AMENDED COMPLAINT against ALL DEFENDANTS filed by ALL PLAINTIFFS (jf, ). (Entered: 04/25/2006) |
| 04/25/2006 | 3 | NOTICE of Appearance by Justin P. Murphy on behalf of all plaintiffs (Murphy, Justin) (Entered: 04/25/2006) |
| 04/25/2006 | 4 | NOTICE of Appearance by Michael L. Martinez on behalf of all plaintiffs (Martinez, Michael) (Entered: 04/25/2006) |
| 04/25/2006 | 5 | ENTERED IN ERROR. . . .ATTORNEY APPEARANCE on behalf of all plaintiffs by Michael L. Martinez and Justin P. Murphy. (td, ) Modified on 4/26/2006 (td, ). (Entered: 04/26/2006) |
| 04/26/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 5 Attorney Appearance, was entered in error because it is a duplicate entry of document no.'s 3 and 4. (td, ) (Entered: 04/26/2006) |
| 04/27/2006 | 6 | NOTICE of Appearance by Wilma A. Lewis on behalf of all plaintiffs (Lewis, Wilma) (Entered: 04/27/2006) |
| 04/28/2006 | 7 | NOTICE of Appearance by Andy Liu on behalf of all plaintiffs (Liu, Andy) (Entered: 04/28/2006) |
| 05/22/2006 | 8 | CERTIFICATE OF CLERK of mailing one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on defendants Abdallah Senoussi, Libyan External Security Organization, The Socialist People's Libyan Arab Jamahiriya and Muammar Qadhafi, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (td, ) (Entered: 05/25/2006) |
| 05/30/2006 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ZAID HASSAN ABD LATIF SAFARINI served on 5/19/2006, answer due 6/8/2006 (Liu, Andy) (Entered: 05/30/2006) |
| 06/01/2006 | 10 | CERTIFICATE OF CLERK of mailing one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 5/26/06, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (td, ) (Entered: 06/02/2006) |
| 06/26/2006 | 11 | REQUEST for the Clerk to effect service upon SOCIALIST PEOPLE'S LIBYAN |

| | | |
|---|---|---|
| | | ARAB JAMAHIRIYA and LIBYAN EXTERNAL SECURITY ORGANIZATION of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (td, ) (Entered: 06/27/2006) |
| 06/27/2006 | 12 | ORDER directing defendant Zaid Safarini shall by 8/31/2006, complete and file with the Court an Application to Proceed Without Prepayment of Fees under 18 USC 1915, using the form attached hereto. Defendant also shall file an affidavit or declaration describing in detail his efforts to obtain counsel by other means. Signed by Judge Paul L. Friedman on 6/27/2006, Attachment. (bm) (Entered: 06/27/2006) |
| 06/27/2006 | 13 | Letter from defendant Zaid Safarini; (FIAT. Judge Paul L. Friedman "Let this be Filed") (td, ) (Entered: 06/29/2006) |
| 07/06/2006 | | Summons (1)Issued for Amended Complaintq as to MUAMMAR QADHAFI. (td, ) (Entered: 07/06/2006) |
| 07/06/2006 | | ENTERED IN ERROR. . . .Summons Issued for Amended Complaint as to ZAID HASSAN ABD LATIF SAFARINI. (td, ) Modified on 7/6/2006 (td, ). (Entered: 07/06/2006) |
| 07/06/2006 | | Summons (1) Issued for Amended Complaint as to ABDALLAH SENOUSSI. (td, ) (Entered: 07/06/2006) |
| 07/06/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re Summons Issued for ZAID HASSAN ABD LATIF SAFARINI was entered in error and refiled because wrong party was selected(td, ) (Entered: 07/06/2006) |
| 07/19/2006 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MUAMMAR QADHAFI served on 7/13/2006, answer due 8/2/2006 (Murphy, Justin) (Entered: 07/19/2006) |
| 07/19/2006 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ABDALLAH SENOUSSI served on 7/16/2006, answer due 8/7/2006 (Murphy, Justin) (Entered: 07/19/2006) |
| 08/01/2006 | 16 | NOTICE of Appearance by Arman Dabiri on behalf of THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI (Dabiri, Arman) (Entered: 08/01/2006) |
| 08/04/2006 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMAL SAEED ABDUL RAHIM served on 7/1/2006, answer due 7/21/2006; MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL served on 7/1/2006, answer due 7/21/2006; MUHAMMAD AHMED AL-MUNAWAR served on 7/1/2006, answer due 7/21/2006; WADOUD MUHAMMAD HAFIZ AL-TURK served on 7/1/2006, answer due 7/21/2006 (Murphy, Justin) (Entered: 08/04/2006) |
| 08/11/2006 | 18 | Unopposed MOTION for Extension of Time to File Response/Reply by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Text of Proposed Order)(Dabiri, Arman) (Entered: 08/11/2006) |
| 08/15/2006 | 19 | ORDER granting 18 Defendants The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi and Abdallah Senoussi's Motion for Extension of Time to File Response to Complaint. Defendants' responsive pleading to plaintiffs' complaint is due 10/18/2006.Signed by Judge Paul L. Friedman on 8/15/2006. (mm) (Entered: 08/15/2006) |

| | | |
|---|---|---|
| 10/18/2006 | 20 | MOTION to Dismiss for Lack of Subject-Matter Jurisdiction by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(jf, ) (Entered: 10/23/2006) |
| 10/18/2006 | 21 | ENTERED IN ERROR. . . .MOTION to Dismiss for Lack of Jurisdiction by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(td, ) Modified on 10/24/2006 (td, ). (Entered: 10/23/2006) |
| 10/18/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: 21 was entered in error because of duplicate entries. (td, ) (Entered: 10/24/2006) |
| 10/30/2006 | 22 | Memorandum in opposition to re 20 MOTION to Dismiss for Lack of Jurisdiction filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Attachments to Plaintiffs' Opposition to Motion to Dismiss)(Murphy, Justin) (Entered: 10/30/2006) |
| 11/06/2006 | 23 | REPLY to opposition to motion re 20 MOTION to Dismiss for Lack of Jurisdiction filed by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (nmw, ) (Entered: 11/07/2006) |
| 11/30/2006 | 24 | MOTION for Entry of Default *as to Abdallah Senoussi (in his individual capacity)* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 25 | MOTION for Entry of Default *as to Zaid Hassan Abd Latif Safarini* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 26 | MOTION for Entry of Default *as to Jamal Saeed Abdul Rahim* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 27 | MOTION for Entry of Default *as to Wadoud Muhammad Hafiz Al-Turk* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 28 | MOTION for Entry of Default *as to Muhammad Abdullah Khalil Hussain Ar-Rahayyal* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 29 | MOTION for Entry of Default *as to Muhammad Ahmed Al-Munawar* by ALL PLAINTIFFS. (Liu, Andy) (Entered: 11/30/2006) |
| 11/30/2006 | 30 | Memorandum in opposition to re 24 MOTION for Entry of Default *as to Abdallah Senoussi (in his individual capacity)* filed by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Text of Proposed Order)(Dabiri, Arman) (Entered: 11/30/2006) |
| 12/01/2006 | 31 | Clerk's ENTRY OF DEFAULT as to JAMAL SAEED ABDUL RAHIM, MUHAMMAD ABDULLAH KHALIL HUSSAIN AR-RAHAYYAL, MUHAMMAD AHMED AL-MUNAWAR, WADOUD MUHAMMAD HAFIZ AL-TURK (td, ) (Entered: 12/01/2006) |
| 12/01/2006 | 32 | Clerk's ENTRY OF DEFAULT as to ZAID HASSAN ABD LATIF SAFARINI (td, ) (Entered: 12/01/2006) |
| 12/01/2006 | 33 | VACATED PURSUANT TO MEMORANDUM AND ORDER DATED 4/19/2007.....Clerk's ENTRY OF DEFAULT as to ABDALLAH SENOUSSI (td, ) Modified on 4/20/2007 (nmw, ). (Entered: 12/01/2006) |
| 12/01/2006 | | Motions terminated: Motions for Default 242526272829. Should have been filed as |

| | | |
|---|---|---|
| | | Affidavits for Default. (lc, ) (Entered: 03/23/2007) |
| 12/14/2006 | | MINUTE ORDER: Status Conference set for 1/5/2007 @ 10:15 AM in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 12/14/2006. (mm) (Entered: 12/14/2006) |
| 01/05/2007 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 1/5/2007; Joint Status Report due by 1/12/2007. (Court Reporter Linda Russo.) (mm) (Entered: 01/05/2007) |
| 01/12/2007 | 34 | NOTICE *of Filing* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Proposed Notice Relating to Defendants Rahim, Khalil, Mansoor and Al-Turk)(Murphy, Justin) (Entered: 01/12/2007) |
| 01/12/2007 | 35 | STATUS REPORT *(Joint)* by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Dabiri, Arman) (Entered: 01/12/2007) |
| 01/17/2007 | 36 | NOTICE RELATING TO DEFENDANTS RAHIM, KHALIL, MANSOOR AND AL-TURK: The Court requests that M. Saleem Sheikh advise the Court by letter, with copies to counsel Stuart Newberger and Arman Dabiri, whether or not he intends to enter an appearance or obtain local counsel to enter an appearance on behalf of Defendants Rahim, Khalil, Mansoor and Al-Turk. If Mr. Sheikh does wish to secure local counsel, but is unable to do so, he should advise the Court of that as well. Signed by Judge Paul L. Friedman on 1/17/2007. (mm) (Entered: 01/17/2007) |
| 01/18/2007 | 37 | SUPPLEMENTAL MEMORANDUM to 30 *in Support of Motion to Vacate Default* filed by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Dabiri, Arman) Modified on 2/1/2007 (nmw, ). (Entered: 01/18/2007) |
| 01/24/2007 | 38 | RESPONSE re 30 *to Motion to Vacate Entry of Default as to Defendant Senoussi* filed by ALL PLAINTIFFS. (Liu, Andy) Modified on 2/1/2007 (nmw, ). (Entered: 01/24/2007) |
| 01/31/2007 | 39 | REPLY re 38 *to Plaintiffs' Opposition to Motion to Vacate Deafult As to Defendant Senoussi* filed by THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Dabiri, Arman) Modified on 2/1/2007 (nmw, ). (Entered: 01/31/2007) |
| 03/01/2007 | 40 | TRANSCRIPT of Proceedings held on January 5, 2007 before Judge Paul L. Friedman. Court Reporter: Linda L. Russo. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (td, ) (Entered: 03/02/2007) |
| 04/19/2007 | 41 | MEMORANDUM OPINION AND ORDER that the motion to vacate the Clerk's entry of default against Abdallah Senoussi in his individual capacity is granted. Signed by Judge Paul L. Friedman on April 19, 2007. (MA) Additional attachment(s) added on 4/19/2007 (lcplf2, ). Additional attachment(s) added on 4/19/2007 (lcplf2, ). (Entered: 04/19/2007) |
| 05/01/2007 | 42 | NOTICE *of Filing* by ALL PLAINTIFFS (Murphy, Justin) (Entered: 05/01/2007) |
| 05/15/2007 | 43 | ORDER that Geoffrey S. Stewart, Esquire, is appointed to represent Zaid Hassan Abd Latif Safarini in further proceedings in this case. Signed by Judge Paul L. Friedman on May 15, 2007. (MA) (Entered: 05/15/2007) |
| 05/18/2007 | 44 | NOTICE of Appearance by Geoffrey S. Stewart on behalf of ZAID HASSAN ABD |

| | | |
|---|---|---|
| | | LATIF SAFARINI (nmw, ) (Entered: 05/18/2007) |
| 06/29/2007 | 45 | ORDER denying 20 defendants' motion to dismiss. Signed by Judge Paul L. Friedman on June 29, 2007. (MA) (Entered: 06/29/2007) |
| 06/29/2007 | | Set Deadlines/Hearings: Joint Report due by 7/13/2007; Meet and Confer Status Conference set for 7/23/2007 @ 09:30 AM in Courtroom 29A before Judge Paul L. Friedman. (mm) (Entered: 07/02/2007) |
| 07/10/2007 | 46 | NOTICE of Appearance by David T. Miller on behalf of ZAID HASSAN ABD LATIF SAFARINI (Miller, David) (Entered: 07/10/2007) |
| 07/12/2007 | 47 | Unopposed MOTION for Extension of Time to *File a Rule 26(f) Report and for a Postponement of the July 23, 2007 Status Conference* by ALL PLAINTIFFS (Newberger, Stuart) (Entered: 07/12/2007) |
| 07/13/2007 | | MINUTE ORDER granting in part and denying in part 47 Unopposed Motion for Extension of Time to File Rule 26(f) Report and for Postponement of 7/23/2007 Status Conference. Ordered that the parties shall file a Joint Report pursuant to Local Rule 16.3 by 9/18/2007. The Status Conference, currently set for 7/23/2007 @ 9:30 a.m., is reset to 9/25/2007 @ 9:00 a.m. in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 7/13/2007. (mm) (Entered: 07/13/2007) |
| 08/22/2007 | 48 | MOTION for Summary Judgment by SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI (Attachments: # 1 Statement of Facts # 2 Text of Proposed Order)(Dabiri, Arman) (Entered: 08/22/2007) |
| 08/31/2007 | 49 | MOTION to Strike *Defendants' Motion for Summary Judgment, and for the Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order Proposed Order)(Murphy, Justin) (Entered: 08/31/2007) |
| 08/31/2007 | 50 | MOTION for Entry of Default, or in the alternative, MOTION for Extension of Time to File Response/Reply as to 48 MOTION for Summary Judgment by ALL PLAINTIFFS. (See Docket Entry 49 to view document). (nmw, ) (Entered: 09/04/2007) |
| 09/11/2007 | 51 | Memorandum in opposition to re [50] MOTION for Entry of Default MOTION for Extension of Time to File Response/Reply as to 48 MOTION for Summary Judgment, 49 MOTION to Strike *Defendants' Motion for Summary Judgment, and for the Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion* filed by SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, MUAMMAR QADHAFI, ABDALLAH SENOUSSI. (Attachments: # 1 Text of Proposed Order)(Dabiri, Arman) (Entered: 09/11/2007) |
| 09/14/2007 | 52 | REPLY to opposition to motion re 49 MOTION to Strike *Defendants' Motion for Summary Judgment, and for the Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion* filed by ALL PLAINTIFFS. (Newberger, Stuart) (Entered: 09/14/2007) |
| 09/17/2007 | 53 | MEET AND CONFER STATEMENT *Joint Local Civil Rule 16.3 Report* by ALL PLAINTIFFS (Newberger, Stuart) Modified on 9/18/2007 (nmw, ). (Entered: 09/17/2007) |
| 09/17/2007 | 54 | NOTICE OF WITHDRAWAL OF APPEARANCE as to ALL PLAINTIFFS. Attorney Wilma A. Lewis terminated. (Newberger, Stuart) (Entered: 09/17/2007) |
| 09/24/2007 | | MINUTE ORDER: The Meet and Confer Status Conference, currently set for 9/25/2007 @ 9:00 a.m., is hereby reset to 11/8/2007 @ 09:45 AM in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 9/24/2007. (mm) (Entered: |

| | | |
|---|---|---|
| | | 09/24/2007) |
| 09/24/2007 | | MINUTE ORDER: In light of the parties' suggestions for resolving the current procedural dispute, it is hereby ORDERED that the Motion for Summary Judgment 48 by the Socialist People's Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi, and Abdallah Senoussi (collectively, the "government defendants") is hereby DENIED without prejudice. It is further ORDERED that Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment, and for Entry of Default, or in the Alternative to Enlarge Time to Respond to the Motion 49 is DENIED as moot. It is further ORDERED that the government defendants shall file a responsive answer to the plaintiffs' amended complaint by 10/26/2007. The government defendants may re-file their motion for summary judgment at any time subsequent to the filing of said answer. Signed by Judge Paul L. Friedman on 9/24/2007. (mm) (Entered: 09/24/2007) |
| 09/24/2007 | | Set/Reset Deadlines: Responsive answer to amended complaint due by 10/26/2007. (mm) (Entered: 09/24/2007) |