## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, )<br>)<br>Plaintiff, )<br>)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.,* )<br>)<br>Defendants. ) | Civil Case No: 06-626 (PLF) |

### DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

Defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi (hereafter "Libya") move to enlarge Libya's time to respond to plaintiffs' opposition to Libya's motion for summary judgment.

By the Scheduling Order of the Court, Libya's reply to plaintiffs' opposition is due on December 20, 2007. Due to a family medical emergency undersigned counsel will be unable to meet the deadline for the filing of Libya's reply on December 20, 2007. Libya has, pursuant to the local rules, consulted with all counsel in the above captioned matter and has obtained the required consent for the enlargement of time.

Libya moves for an enlargement of time for its filing to January 8, 2008. A proposed order is attached hereto.

Dated:        December 18, 2007              Respectfully Submitted,

    //s//
Arman Dabiri
Law Offices of Arman Dabiri &
    Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net


*<u>Counsel for Defendants</u>*