IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

    The Unopposed motion of defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi is **GRANTED**.

    The date of January 8, 2008 is set for the defendants' reply to plaintiffs' opposition to Libya's motion for summary judgment.

                                                                                       UNITED STATES DISTRICT JUDGE

Dated:_____, 200__.