## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

Defendants, The Socialist People's Libyan Arab Jamahiriya, The External Security Organization, Muammar Qadhafi, and Abdallah Senoussi (hereafter "Libya") move for a second enlargement of Libya's time to respond to plaintiffs' opposition to Libya's motion for summary judgment.

By the Scheduling Order of the Court in response to Libya's motion, Libya's reply to plaintiffs' opposition is due on January 8, 2008. Due to a family medical issue undersigned counsel will be unable to meet the deadline for the filing of Libya's reply on January 8, 2008. Libya has, pursuant to the local rules, consulted with all counsel in the above captioned matter and has obtained the required consent for the enlargement of time.

Libya moves for an enlargement of time for its filing to January 14, 2008. A further enlargement of time will <u>not</u> be sought. A proposed order is attached hereto.

Dated: January 7, 2008                                    Respectfully Submitted,


                                                          //s//
                                                          Arman Dabiri
                                                          Law Offices of Arman Dabiri &
                                                                  Associates, PLLC
                                                          1725 I Street, N.W.
                                                          (202) 349-3893
                                                          Washington, D.C. 20006
                                                          E-mail: armandab@worldnet.att.net


                                                          *Counsel for Defendants*