# EXHIBIT A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7125**  **September Term, 2007**

06cv00727

Filed On: January 4, 2008 [1090102]

Estate of John Buonocore III, by and through Cecil Buonocore, et al.,

    Appellants

    v.

Great Socialist People's Libyan Arab Jamahiriya, et al., *a/k/a* Libya,

    Appellees

**BEFORE**:   Ginsburg, Chief Judge, and Rogers and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss and the opposition thereto, it is

**ORDERED** that the motion to dismiss be granted.  The district court has not disposed of plaintiffs' claims against the Syrian defendants as only defaults and not default judgments have been entered against those defendants.  See Ashton v. Park, 29 F.3d 630 (9th Cir. 1994) (Table); see also Jackson v. Beech, 636 F.2d 831, 835 (D.C. Cir. 1980).  Nor has the court certified its July 9, 2007 order for immediate appeal under Fed. R. Civ. P. 54(b).  See Bldg. Indus. Ass'n of Super. Cal. v. Babbitt, 161 F.3d 740, 743 (D.C. Cir. 1998) (noting this court "will not imply a Rule 54(b) determination"); see also Blackman v. District of Columbia, 456 F.3d 167, 175-76 (D.C. Cir. 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**