UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, *et al.*,  )
                          )
        Plaintiffs,       )
                          )
    v.                    )
                          )   No. 06-CV-00626 (PLF)
THE SOCIALIST PEOPLE'S    )
ARAB JAMAHIRIYA, *et al.*,)
                          )
        Defendants.       )

**PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

Currently pending before the Court is the Libyan Defendants' Motion for Summary Judgment in which the Libyan Defendants argue essentially that this case should be dismissed because it was filed outside the statute of limitations. The Plaintiffs argue in response that the Libyan Defendants' position has no merit for several reasons. Plaintiffs now bring to the Court's attention a recent statutory enactment that, in our view, both directly addresses this issue and completely undermines the Libyan Defendants' position.

On January 28, 2008, President Bush signed into law the National Defense Authorization Act for Fiscal Year 2008, Public Law 110-181 (2008). Section 1083 of the Act amends 28 U.S.C. §1605 in several respects pertinent to cases brought by victims of terrorism against foreign state sponsors of terrorism, including the creation of new provisions to be codified at 28 U.S.C. §1605A. As is relevant to this

case and the Libyan Defendants' pending summary judgment motion, newly enacted section 28 U.S.C. §1605A(b) provides as follows:

> (b)  Limitations – An action may be brought or maintained under this section if the action is commenced, or a related action was commenced under section 1605(a)(7)(before the date of enactment of this section) or section 589 of the Foreign Operations, Export Financing, and Related Appropriations Act, 1997 (as contained in section 101(c) of division A of Public Law 104-208) not later than the latter of –
>
> (1) 10 years after April 24, 1996; or
>
> (2) 10 years after the date on which the cause of action arose.

Since, as Plaintiffs detailed in their opposition to the Libyan Defendants' Motion for Summary Judgment, this case was filed within ten years of April 24, 1996, (April 5, 2006 to be exact), there should no longer be any question that the instant case was timely filed.

Accordingly, Defendants' Motion for Summary Judgment should be denied forthwith.

Respectfully submitted,

_____/s/_____
Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

February 25, 2008
5000403

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of February 2007, a true and correct copy of the foregoing was filed on counsel for Defendants via the court's Electronic Filing/Case Management System.  In addition, I hereby certify that a copy of the foregoing will be sent via first-class mail, postage prepaid, to Defendants Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses on or before February 26, 2008:

    Muammar Qadhafi
    Libyan External Security Organization
    Ministry of Foreign Affairs
    Tripoli, Libya

    Abdallah Senoussi
    Libyan External Security Organization
    Ministry of Foreign Affairs
    Tripoli, Libya

    Jamal Saeed Abdul Rahim
    Adiala Jail
    Rawalpindi, Pakistan

    Muhammad Abdullah Khalil Hussain Ar-Rahayyal
    Adiala Jail
    Rawalpindi, Pakistan

    Muhammad Ahmed Al-Munawar
    Adiala Jail
    Rawalpindi, Pakistan

    Wadoud Muhammad Hafiz Al-Turk
    Adiala Jail
    Rawalpindi, Pakistan

                                                      /s/
                                               Michael L. Martinez