**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE
TO PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

Defendants, the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi (in his official capacity), and Abdallah Senoussi (in his official capacity), (hereafter "Libya") oppose plaintiffs' request within plaintiffs' Notice of Recent Authority.

Plaintiffs', on February 25, 2008 filed a "Notice of Recent Authority" informing the Court of the President's signing into law the "National Defense Authorization Act for Fiscal Year 2008", Public Law 110-181 (2008). Within that Act, Section 1083 amends § 1605(a)(7) of the Foreign Sovereign Immunities Act. 28 U.S.C. § 1602 *et seq.* ("FSIA").

Plaintiffs notice argues that the Court should grant plaintiffs' motion for summary judgment as the newly enacted section 28 U.S.C. § 1605(A)(b) deprives Libya of the statute of limitations defense asserted in its opposition. (Plt. Notice at 2).

The plaintiffs' request is without merit as plaintiffs have yet to move, by way of motion or by refiling of the complaint, to make the amendment to the FSIA applicable to the above captioned case. Section 1605(A)(c)(2)(C)(ii) provides as follows:

    (c) APPLICATION TO PENDING CASES.–
        (2) PRIOR ACTIONS. --
        . . .
            (C) TIME LIMITATIONS. – A motion may be made or an action may be refiled under subparagraph (A) only –
                (I) . .
                (ii) within 60-day period beginning on the date of the enactment of this act.

Plaintiffs have yet to file a motion to amend their complaint or to make § 1605(A) applicable to the above captioned case. Plaintiffs, according to the new statute, have until March 28, 2008 to make such a motion.[1]

## CONCLUSION

For the foregoing reasons the Court should deny plaintiffs' request as untimely.

Dated:       March 7, 2008

                                          Respectfully Submitted,

                                          //s//
                                          Arman Dabiri
                                          Law Offices of Arman Dabiri &
                                                Associates, PLLC
                                          1725 I Street, N.W.
                                          (202) 349-3893
                                          Washington, D.C. 20006
                                          E-mail: armandab@worldnet.att.net

                                          *Counsel for Libyan Government Defendants*

---

[1] Libya reserves all defenses until such time as plaintiffs have amended their complaint.