UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MANJULA PATEL, *et al.*, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

Plaintiffs, by and through their undersigned counsel, respectfully request leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

As set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint, Plaintiffs seek leave to amend their pleading to add a claim under new section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq.,* and request that the Amended Complaint be treated as if it had originally been filed under that provision. Such amendments are contemplated expressly by the National Defense Authorization Act for Fiscal Year 2008, Pub. L. 100-181, § 1083 (2008), signed into law by the President on January 28, 2008. Granting Plaintiffs' motion will not result in

prejudice to any party to this action, and should have no impact on any future Court deadlines.

Pursuant to Local Rule 7(m), Plaintiffs' counsel spoke with counsel for the Libyan Defendants (Mr. Dabiri) on March 28, 2008, in an effort to obtain consent for this motion, but counsel stated he opposed the motion. Contact was also made on March 27, 2008 with counsel for Defendant Safarini (Mr. Miller) but counsel could not commit to a position at that time. A memorandum of law in support of this motion, along with a copy of Plaintiffs' Second Amended Complaint and a proposed order are attached hereto.

Wherefore, Plaintiffs respectfully request that their Motion for Leave to File a Second Amended Complaint be granted.

Respectfully submitted,

_____/s/_____
Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

March 28, 2008

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 28, 2008, I had one copy of the foregoing motion served upon all counsel of record via e-mail and first class mail.  In addition, I hereby certify that a copy of the foregoing will be sent via first-class mail, postage prepaid, to Defendants Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan


                                                                                           /s/
                                                                                           Justin P. Murphy