UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) No. 06-CV-00626 (PLF) |
| THE SOCIALIST PEOPLE'S<br>ARAB JAMAHIRIYA, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT
OF THEIR MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

Plaintiffs, by and through their undersigned counsel, respectfully request leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure on the following grounds:

1. The amendment is necessary to assert a claim for relief under the newly created federal cause of action set forth in the recent amendments to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq*. *See* National Defense Authorization Act for Fiscal Year 2008, Pub. L. 100-181, § 1083 (2008) ("NDAA"). In the NDAA, Congress expressly mandated that actions "brought under [28 U.S.C.] § 1605(a)(7) . . . [and which] as of [January 28, 2008,] [are pending] before the courts in any form," such as Plaintiffs' action, "shall, on motion made" by Plaintiffs, "be given effect as if the action had originally been filed under section 1605A(c) of title

28, United States Code." *See* NDAA § 1083(c). Such motion must be made, as it is here, "within 60 day[s]" of January 28, 2008. *Id*. The purpose of the proposed amendment is, consistent with Congress's intent to facilitate prosecution of claims against state sponsors of terrorism by creating a federal statutory private right of action for individuals who have been injured by the terrorist activities of such rogue states, to assert expressly a claim for relief pursuant to this new provision of the Foreign Sovereign Immunities Act.

2.     In addition to being expressly contemplated by Congress, the proposed amendment should have no impact upon any deadlines in the case, nor will it prejudice any party to the action. The proposed Second Amended Complaint will not in any way change the underlying substantive facts alleged in Plaintiffs' original Complaint. Rather, the Second Amended Complaint merely reflects the current status of the Plaintiffs, as well as the current state of the law under the Foreign Sovereign Immunities Act.

3.     Federal courts in the District of Columbia routinely have granted leave to amend pursuant to Federal Rule 15(a), as such amendment is "liberally permitted" and leave "shall be freely given when justice so requires." *See, e.g.*, *Islamic American Relief Agency v. Gonzales*, 477 F.3d 728, 738 (D.C. Cir. 2007) (quoting Fed. R. Civ. P. 15(a)); *Hisler v. Gallaudet Univ.*, 206 F.R.D. 11, 13 (D.D.C. 2002). Such leave is appropriate even where the amendment is to assert a new cause of action. *Hisler*, 206 F.R.D. at 11 ("[a] motion for leave to amend should not be denied solely because it asserts new causes of action"). Indeed, courts in this

district have held that it is "an abuse of discretion by the court to deny leave to amend unless there is a sufficiently compelling reason, such as 'undue delay, bad faith, or dilatory motive[,] . . . repeated failure to cure deficiencies by [previous] amendments[,] …[or] futility of amendment." *Id*. at 13 (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962) (alterations in original). None of these circumstances exist here – Plaintiffs could not have amended their Complaint to assert a claim under 28 U.S.C. § 1605A until Congress passed the NDAA, this amendment is sought within 60 days of the passage of the legislation, and the amendment is expressly contemplated by the statute.

For the reasons set forth herein, Plaintiffs respectfully request that their Motion for Leave to File a Second Amended Complaint be granted.

Respectfully submitted,

_____/s/_____
Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiffs

March 28, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, *et al.*,            )  |  |
|                                     )  |  |
|     Plaintiffs  )  |  |
|                                     )  |  |
| v.                                  )  | No. 06-CV-00626 (PLF) |
|                                     )  |  |
| THE SOCIALIST PEOPLE'S              )  |  |
| ARAB JAMAHIRIYA, *et al.*,          )  |  |
|                                     )  |  |
|     Defendants. )  |  |

### ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint, any opposition thereto, and the entire record in this matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED, that the motion be and hereby is GRANTED.

_____
Paul L. Friedman
United States District Judge

4