# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)
MANJULA PATEL                     )
  Individually on her own behalf and   )
  as Executor of the Estate of        )
  SURENDRA PATEL             )
  2779 Williamsburg Road        )   Civil Action No. 1:06-CV-00626
  Fullerton, California 92833      )
                             )
MEHUL PATEL                 )   **SECOND AMENDED**
  2779 Williamsburg Road        )   **COMPLAINT FOR DAMAGES**
  Fullerton, California 92833      )   **ARISING FROM THE**
                             )   **SEPTEMBER 5, 1986**
NIKITA PATEL                )   **TERRORIST ATTACK ON**
  2779 Williamsburg Road        )   **PAN AM FLIGHT 73 IN**
  Fullerton, California 92833      )   **KARACHI, PAKISTAN**
                             )
SANGITA PATEL              )
  2779 Williamsburg Road        )
  Fullerton, California 92833      )
                             )
NUPOOR ABROL             )
  401 Belfer                   )
  147 Waterfield Resort         )
  Bandra                      )
  Mumbai 400050            )
  Maharashtra               )
  India                       )
                             )
DINESH ADVANI             )
  529 Dorado Court           )
  North Hills, New York 11576    )
                             )
REKHA ADVANI             )
  529 Dorado Court           )
  North Hills, New York 11576    )
                             )
  IQBAL AHMED            )
  House # 1/1199           )
  Street Reta Plot            )
  Karachi 75460            )
  Pakistan                 )
                             )

MADHVI BAHUGUNA                              )
  25 Oxford Court                            )
  Stamford, Connecticut  06902               )
                                    )

MOHAN BANSI                                  )
  H-2 Musumabad Police Line                  )
  Near Islamia College                       )
  Karachi  75460                             )
  Pakistan                                   )
                                    )

JYOTSNA BHANDARI                             )
  30 Wildwood Drive                          )
  Short Hills, New Jersey  07078              )
                                    )

YASHWANT BHANDARI                            )
  30 Wildwood Drive                          )
  Short Hills, New Jersey  07078              )
                                    )

SUMIT BHANDARI                               )
  10702 Pine Haven Terrace                   )
  Rockville, Maryland  20852                 )
                                    )

SHARON BHANDARI JAIN                         )
  30 Wildwood Drive                          )
  Short Hills, New Jersey  07078              )
                                    )

AKHIL BHANOT                                 )
  House No. 3727, Sector 46-C                )
  Chandigarh  160047                         )
  Union Territory                            )
  India                                      )
                                    )

ANEESH BHANOT                                )
  House No. 3727, Sector 46-C                )
  Chandigarh  160047                         )
  Union Territory                            )
  India                                      )
                                    )

HARISH BHANOT                                )
  Individually on his own behalf and         )
  as Executor of the Estate of               )
  NEERJA BHANOT                              )
  House No. 3727, Sector 46-C                )
  Chandigarh  160047                         )
  Union Territory                            )
  India                                      )

RAMA BHANOT )
 House No. 3727, Sector 46-C )
 Chandigarh  160047 )
 Union Territory )
 India )
 )
SAVITHA BHAT )
 P.P. Publicities )
 84 Residency Road )
 Bangalore  560025 )
 Karnataka )
 India )
 )
PREETI BHUVA )
 610 West Lemon Avenue )
 Arcadia, California  91007 )
 )
DILIP BIDICHANDANI )
 Fr. Ebert Str. 13 )
 65824 Schwalbach )
 Germany )
 )
KALPESH DALAL )
 Individually on his own behalf and )
 as Executor of the Estate of )
 TRUPTI DALAL )
 C/4/B Aavishkar Swastik Society )
 Ahmedabad  380009 )
 Gujarat )
 India )
 )
KHANJAN DALAL )
 C/4/B Aavishkar Swastik Society )
 Ahmedabad  380009 )
 Gujarat )
 India )
 )
BABUBHAI DALAL )
 As Executor of the Estate of )
 RAMESH PANDIT )
 C/4/B Aavishkar Swastik Society )
 Ahmedabad  380009 )
 Gujarat )
 India )
 )

TUSHAR NAGAR                                    )
  5722 Countryside Drive                        )
  Tallahassee, Florida  32317                   )
                                                )
AMRATLAL DARJI                                  )
  M.G. Road                                     )
  Vadodara  390001                              )
  Gujarat                                       )
  India                                         )
                                                )
CECILIA DA SILVA                                )
  10640 Rochdale Drive                          )
  Richmond, BC  V7A 3N6                         )
  Canada                                        )
                                                )
TULSIBHAI DATANIA                               )
  B-2, ESIC Staff Colony                        )
  Shreyas Tekra, Ambavadi                       )
  Ahmedabad  380015                             )
  Gujarat                                       )
  India                                         )
                                                )
DWIJAL DAVE                                     )
  40461 Fremont Boulevard.                      )
  Fremont, California  94538                    )
                                                )
GARGI DAVE                                      )
  9377 Lincoln Boulevard, Apt. 4264             )
  Los Angeles, California  90045                )
                                                )
GIATRI DAVE                                     )
  8153 North Cedar Avenue, Apt. 228             )
  Fresno, California  93720                     )
                                                )
JOSEPH DAWSON                                   )
  129 E. Camino Real Avenue                     )
  Arcadia, California  91006                    )
                                                )
NARENDRA DESAI                                  )
  Individually on his own behalf and            )
  as Executor of the Estate of                  )
  RUPAL DESAI                                   )
  Ashish Bungalow                               )
  Nr. Alkapuri Road                             )
  Opp. Shree Radhe Flats, Gulbai Tekra          )
  Ambawadi Ahmedabad  380015                    )

Gujarat                                              )
India                                                )
                                                     )
ASHISH DESAI                                         )
  Ashish Bungalow                                    )
  Nr. Alkapuri Road                                  )
  Opp. Shree Radhe Flats, Gulbai Tekra              )
  Ambawadi Ahmedabad  380015                         )
  Gujarat                                            )
  India                                              )
                                                     )
SHARMISTHA DESAI                                     )
  Ashish Bungalow                                    )
  Nr. Alkapuri Road                                  )
  Opp. Shree Radhe Flats, Gulbai Tekra              )
  Ambawadi Ahmedabad  380015                         )
  Gujarat                                            )
  India                                              )
                                                     )
SONAL VAKHARIA                                       )
  Aashirwad, 217 Sushil Park                         )
  Opp. Satyam Bungalows                              )
  Vastrapur, Bodakdev P.O.                           )
  Ahmedabad  380054                                  )
  Gujarat                                            )
  India                                              )
                                                     )
                                                     )
DIPALI DESAI                                         )
  G-303, Sarajya Flats                               )
  Opp. Manav Mandir                                  )
  Memnagar                                           )
  Ahmedabad  380052                                  )
  Gujarat                                            )
  India                                              )
                                                     )
UTPALA DESAI                                         )
  Shubham Mehta Park                                 )
  Opp. Ambawadi Police Quarters                      )
  Ambawadi                                           )
  Ahmedbad  380006                                   )
  Gujarat                                            )
  India                                              )
                                                     )

MILAN DEVJANI                                    )
  529 Dorado Court                              )
  North Hills, New York  11576                  )
                                               )
CONWAY DODGE                                     )
  602 Whetstone Mills                          )
  Dayville, Connecticut  06124                 )
                                               )
GOPAL DADHIRAO                                   )
  Individually on his own behalf and           )
  as Executor of the Estate of                 )
  KRISHNA GADDE                                )
  169 S. Main Street, #419                     )
  New City, New York  10956                    )
                                               )
DELFINA ROQUE DOMÍNGUEZ                          )
  Calle Soledad G. Cruz Núm. 12                )
  Col. Centro                                  )
  86410 La Venta, Tabasco                      )
  Mexico                                       )
                                               )
LILLY FINKEN                                     )
  Romerstrape 17                               )
  52511 Geilenkivchen - Waurichen              )
  Germany                                      )
                                               )
GILLIAN GAISER                                   )
  Individually on her own behalf and           )
  as Executor of the Estate of                 )
  DAVID GAISER                                 )
  2917 S. Howard Street                        )
  Spokane, Washington  99203-1747              )
                                               )
SAMIRA GOODE                                     )
  313 Aegean Road                              )
  Palm Beach Gardens, Florida  33410           )
                                               )
SURESH GOPALAKRISHNAN                            )
  AJ50, Annanagar                              )
  Chennai  600040                              )
  Tamil Nadu                                   )
  India                                        )

KEKI GRANT                                          )
  Individually on his own behalf and                )
  as Executor of the Estate of                      )
  TEHMI GRANT                                      )
  Serene Estate                                     )
  Kondhwa                                           )
  Pune  411040                                     )
  Mahjra                                            )
  India                                             )
                                                    )
A. JAY GRANTIER                                     )
  521 Bryant Avenue                                 )
  Walla Walla, Washington  99362                    )
                                                    )
PURNIMA HARDIKAR                                    )
  98/58 Bhusari Colony                              )
  Paud Road, Kothrud                                )
  Opp. Runwal Samruddhi                             )
  Pune  411038                                     )
  Maharashtra                                       )
  India                                             )
                                                    )
JOHN HARPER                                         )
  Route 4, Box 385                                  )
  Andalusia, Alabama  36421                         )
                                                    )
GANESH HEGDE                                        )
  Mytri                                             )
  North Kanara                                      )
  Siddapur  581355                                 )
  Karnataka                                         )
  India                                             )
                                                    )
LAXMI HEGDE                                         )
  Mytri                                             )
  North Kanara                                      )
  Siddapur  581355                                 )
  Karnataka                                         )
  India                                             )
                                                    )
FARHAT HUSSAIN                                      )
  1220 Country Club Drive                           )
  Milpitas, California  95035                       )
                                                    )

HAMEED HUSSAIN                                        )
  1220 Country Club Drive                        )
  Milpitas, California  95035                     )
                                                  )
NABIHAH HUSSAIN                                       )
  1220 Country Club Drive                        )
  Milpitas, California  95035                     )
                                                  )
MONA JADAV                                            )
  3622 Lake Edge Drive                           )
  Suwanee, Georgia  30024                        )
                                                  )
DAVID JODICE                                          )
  4302 Harborwatch Lane                          )
  Lutz, Florida  33558                           )
                                                  )
DILIP JOSHI                                           )
  7701 Millcreek Drive                           )
  Richmond, Virginia  23235                      )
                                                  )
TAHIRA KHALID                                         )
  7831 Church Street                             )
  Morton Grove, Illinois  60053                  )
                                                  )
SHIRIN KHAMBOLJA                                      )
  A-92, Ishhan-01                                )
  Near Seema Hall                                )
  Off. 100 Ft Anandnagar Road                    )
  Satellite                                      )
  Ahmedabad  380015                              )
  India                                          )
                                                  )
ZAFER KHAN                                            )
  12526 N.E. 162nd Street                        )
  Woodinville, Washington  98072                 )
                                                  )
FRENI KHARAS                                          )
  Individually on her own behalf and             )
  as Executor of the Estate of                   )
  MEHERJEE KHARAS                                )
  2 Reservoir Road                               )
  Goshen, New York  10924                        )

PRITI KHARIDIA                                        )
  17, A, Bank of India Society                       )
  Nr. Panchshit Society                              )
  Usmanpura                                          )
  Ahmedabad  380013                                  )
  Gujarat                                            )
  India                                              )
                                                     )
WILLIAM KIANKA                                       )
  141 Van Dyke Road                                  )
  Hopewell, New Jersey  08525                        )
                                                     )
MALATI KRISHNASWAMY                                  )
  Individually on her own behalf and                 )
  as Executor of the Estate of                       )
  SEETHARAMIAH KRISHNASWAMY                           )
  191 Ramiengar Road                                 )
  V.V. Puram                                         )
  Bangalore  560004                                  )
  Karnataka                                          )
  India                                              )
                                                     )
KALPANA KRISHNASWAMY GILROY                          )
  10635 157th Avenue N.E.                             )
  Redmond, Washington  98052                         )
                                                     )
MANJARI GUBBI                                        )
  Flat No. 12, Ridgeway, 29A                          )
  B.H. Kher Marg., Malabar Hill                      )
  Mumbai  400006                                     )
  Maharashtra                                        )
  India                                              )
                                                     )
ARUN KRISHNASWAMY                                    )
  9816 Florence Place                                )
  Highlands Ranch, Colorado  80126                   )
                                                     )
PRABHAT KRISHNASWAMY                                 )
  2049 Ramblewood Avenue                             )
  Columbus, Ohio  43235-7340                         )
                                                     )

SUSAN KURIAN    )
   Individually on her own behalf and    )
   as Executor of the Estate of    )
KODIYATTU KURIAN    )
   Kodiyattu House    )
   Kummannoor P.O.    )
   Pathanamthitta    )
   Konni  689691    )
   Kerala    )
   India    )
       )
RAJEEV KURIAN    )
   Kodiyattu House    )
   Kummannoor P.O.    )
   Pathanamthitta    )
   Konni  689691    )
   Kerala    )
   India    )
       )
ANNA KURUMTHOTTATHIL    )
   Sperberweg 71    )
   50997 Koeln    )
   Germany    )
       )
BENNETT KURUMTHOTTATHIL    )
   Sperberweg 71    )
   50997 Koeln    )
   Germany    )
       )
BIBIL KURUMTHOTTATHIL    )
   Sperberweg 71    )
   50997 Koeln    )
   Germany    )
       )
JOSEPH KURUMTHOTTATHIL    )
   Sperberweg 71    )
   50997 Koeln    )
   Germany    )
       )
ASTRID LOBO    )
   Mystique, Flat No. 42    )
   St. Cyril's Road, Bandra West    )
   Mumbai  400050    )
   Maharashtra    )
   India    )
       )

NASEERUDDIN MAHMOOD                    )
  4322A N. Kedvale Avenue                )
  Chicago, Illinois  60641                 )
                               )

ABDUL MAJID                            )
  8265 Corbett Avenue                     )
  Pennsauken, New Jersey  08109           )
                               )

KAMRAN MAJID                           )
  8265 Corbett Avenue                     )
  Pennsauken, New Jersey  08109           )
                               )

CLARENCE MALONEY                       )
  308 Clagett Drive                       )
  Rockville, Maryland  20851              )
                               )

MUNAWAR MASIH                          )
  H. No. 04                               )
  Block B                                 )
  Millat Garden Malir                     )
  Karachi  75460                          )
  Pakistan                                )
                               )

MATHEW MATHAI                          )
  506 Lucas Drive                         )
  Blacksburg, Virginia  24060             )
                               )

PRADEEP MEHENDIRATTA                   )
  8/15 Kalkaji Extn.                      )
  New Delhi  110019                       )
  India                                   )
                               )

DEEPAK MEHRA                           )
  16 Bainbridge Street                    )
  Princeton, New Jersey  08540            )
                               )

ANJNA MEHTA                            )
  6926 Castlerock Drive                   )
  San Jose, California  95120             )
                               )

KANAK MEHTA                            )
  6926 Castlerock Drive                   )
  San Jose, California  95120             )
                               )

YASHWANT MEHTA                                        )
  1550 N. Poinsettia Place, #314                )
  Los Angeles, California  90046                 )
                                                      )
SAIFEE MEHVEE                                         )
  601 Lourdes Haven                              )
  Pali Naka                                      )
  Mumbai  400050                                 )
  India                                          )
                                                      )
RICHARD MELHART                                       )
  1504 S.E. 173rd Avenue                         )
  Vancouver, Washington  98683                   )
                                                      )
SHIKHA MITTRA                                         )
  6 Springhill Drive                             )
  Princeton Junction, New Jersey  08550          )
                                                      )
GABY MULLOOR-MANJALY                                  )
  Friederich Westphal WEG 37                     )
  51469 Bergischgladbach                         )
  Germany                                        )
                                                      )
KISHORE MURTHY                                        )
  145, 3rd Cross, 3rd Main                       )
  Mico Layout, BTM 2nd Stage                     )
  Bangalore  560076                              )
  Karnataka                                      )
  India                                          )
                                                      )
SCARIA NAGATHOLY                                      )
  Individually on his own behalf and             )
  as Executor of the Estate of                   )
  ALEYAMMA NAGATHOLY                             )
  Sperberweg 61                                  )
  50997 Koln                                     )
  Germany                                        )
                                                      )
JANE NAGATHOLY                                        )
  Hegenichstrasse 68                             )
  69124 Heidelberg                               )
  Germany                                        )
                                                      )

SANIL NAGATHOLY                              )
   Humboldtstr. 1                           )
   50676 Koln                               )
   Germany                                  )
                                            )
KUSUM NAIK                                   )
   Individually on her own behalf           )
   and as Executor of the Estate of         )
   RAMAKANT NAIK                            )
   27 E. Richard Drive                      )
   Mount Arlington, New Jersey  07856        )
                                            )
SAMEER NAIK                                  )
   Shri-Nivas P-Mirjan                      )
   T-Kumta                                  )
   Karwar                                   )
   Karnataka                                )
   India                                    )
                                            )
SHIRISH NAIK                                 )
   P.O. Mirjan Kumtu                        )
   North Kanra                              )
   Karnataka                                )
   India                                    )
                                            )
SHRINIVAS NAIK                               )
   Sri-Nivas                                )
   Kodkani Kumta                            )
   North Kanara                             )
   Karnataka                                )
   India                                    )
                                            )
SEEMA SHARMA                                 )
   27 E. Richard Drive                      )
   Mount Arlington, NJ 07856                 )
                                            )
SHAKUNTALA NANAVATY                          )
   24 Beacon Hill Drive, Apt. 12B2          )
   Dobbs Ferry, New York  10522             )
                                            )
LILLIAN NAZARETH                             )
   42 Royal Crest Drive, Apt. 7             )
   Nashua, New Hampshire  03060              )
                                            )

SHAILA NEMIVANT                         )
  13159 Brynwood Court                  )
  Herndon, Virginia  20171             )
                                       )
MALLIK NETRAKANTI                       )
  25 Barn Owl Court                    )
  Morganville, New Jersey  07751       )
                                       )
MARYANNE NIGLI                          )
  65 Mitcham Drive                     )
  Etobicoke, ON M8W 2K2                )
  Canada                               )
                                       )
FARAIDOON OSHTORY                       )
  7301 Pacific Avenue                  )
  Stockton, California  95207          )
                                       )
NAYAN PANCHOLI                          )
  SF/2 Arpan Flats                     )
  Damubhai Colony, Nr. Bhatta          )
  Ahmedabad  380007                    )
  Gujarat                              )
  India                                )
                                       )
HEENA PARIKH                            )
  11 Parallel Street                   )
  Norwalk, Connecticut  06850          )
                                       )
HIREN PARIKH                            )
  As Executor of the Estate of         )
  URMILA PARIKH                        )
  7 Cavanaugh Street                   )
  Norwalk, Connecticut  06850          )
                                       )
KALPANA PARIKH                          )
  B 39, Gujarat Apartments             )
  Pitampura                            )
  Delhi  110034                        )
  Union Territory                      )
  India                                )
                                       )
AJAY PATEL                              )
  2141 Traynor Avenue                  )
  Placentia, California  92870         )
                                       )

DAHIBEN PATEL                                          )
  1110 North 7 Highway                             )
  Blue Spring, Missouri  64014                     )
                                                   )
MRUGESH PATEL                                          )
  3622 Highway 501                                 )
  Myrtle Beach, South Carolina  29579              )
                                                   )
PARITA PATEL                                           )
  226 Plum Drive                                   )
  Marlboro, New Jersey  07746                      )
                                                   )
PARVATIBEN PATEL                                       )
  2141 Traynor Avenue                              )
  Placentia, California  92870                     )
                                                   )
SHILPA PATEL                                           )
  53 Vishal Apartments                             )
  L.T. Road, Borivali (West)                       )
  Mumbai  400092                                   )
  Bombay                                           )
  India                                            )
                                                   )
VISHAL PATEL                                           )
  B-503 Asavari Tower                              )
  B/H Fun Republic                                 )
  Setelite                                         )
  Ahmedabad  380015                                )
  Gujarat                                          )
  India                                            )
                                                   )
SHERENE PAVAN                                          )
  18 Angullia Park                                 )
  #06-04 Angullia Mansions                         )
  Singapore  239973                                )
                                                   )
DARRELL PIEPER                                         )
  P.O. Box 2170                                    )
  Sisters, Oregon  97759                           )
                                                   )
MUNDAKKAL RAMAKRISHNAN                                 )
  5425 Connecticut Avenue, N.W.                    )
  Apt. 105                                         )
  Washington, D.C.  20015                          )
                                                   )

KALOO RAMPAL                                    )
  H. No. MC-24                                )
  Chota Gate Moria Goth Airport                )
  Karachi  75460                              )
  Pakistan                                    )
                                            )
JOHN RIDGWAY                                     )
  P.O. Box 623                                )
  West Dover, Vermont  05356                  )
                                            )
HADI RIZVI                                       )
  Individually on his own behalf and          )
  as Executor of the Estate of                )
  IMRAN RIZVI                                 )
  14783 Snapdragon Lane                       )
  Adelanto, California  92301                 )
                                            )
FARHANA RIZVI                                    )
  14760 Snapdragon Lane                       )
  Adelanto, California  92301                 )
                                            )
SANA RIZVI                                       )
  14760 Snapdragon Lane                       )
  Adelanto, California  92301                 )
                                            )
MARIANA ROQUE                                    )
  Calle Soledad G. Cruz Núm. 12               )
  Col. Centro                                 )
  86410 La Venta, Tabasco                     )
  Mexico                                      )
                                            )
MICAELA ROQUE                                    )
  Calle Soledad G. Cruz Núm. 12               )
  Col. Centro                                 )
  86410 La Venta, Tabasco                     )
  Mexico                                      )
                                            )
RICARDO ROQUE                                    )
  Calle Soledad G. Cruz Núm. 12               )
  Col. Centro                                 )
  86410 La Venta, Tabasco                     )
  Mexico                                      )
                                            )

RAMESHBHAI SANCHLA                          )
  As Executor of the Estate of          )
  CHAMPABEN SANCHLA and               )
  As Executor of the Estate of          )
  VALLAVBHAI SANCHLA                   )
  V.T. Bros.                          )
  Anklav                              )
  Anand                               )
  Gujarat                             )
  India                               )
                                     )
SHAILY SETH                                 )
  B-906 Suryavanshi Towers            )
  Nr. Regency Towers, Vastrapur       )
  Ahmedabad  380015                   )
  Gujarat                             )
  India                               )
                                     )
HUSSAIN SHAFFI                              )
  40801 Stumptown Road                )
  Waterford, Virginia  20197          )
                                     )
DHARMENDRA SHAH                             )
  B-33 Eeshita Apts.                  )
  Navrangpura                         )
  Ahmedabad  380009                   )
  Gujarat                             )
  India                               )
                                     )
MEHUL SHAH                                  )
  301 Surbhi Apartments               )
  B/H St. Xaviers Loyala School       )
  Nr. Vasupujya Tower, Naranpura      )
  Ahmedabad  380013                   )
  Gujarat                             )
  India                               )
                                     )
NILAY SHAH                                  )
  6 Paris Place                       )
  Parsippany, New Jersey  07054       )
                                     )
NILIMA SHAH                                 )
  6 Paris Place                       )
  Parsippany, New Jersey  07054       )
                                     )

URMI SHAH                                              )
  4 Jagat Janani Society                             )
  B/H Polytechnic College                           )
  Ahmedabad  380015                                 )
  Gujarat                                           )
  India                                             )
                                                    )
CHAMAN SHANKAR                                         )
  Haji Rahim Khan Goth                              )
  RKV Plot # 373                                    )
  Modle Colony                                      )
  Karachi  75460                                    )
  Pakistan                                          )
                                                    )
PARAG SHETH                                            )
  23/1 Crescent Road                                )
  Opp. Shivananda Circle                            )
  Bangalore  560001                                 )
  Karnataka                                         )
  India                                             )
                                                    )
ANURADHA SIMPKINSON                                    )
  12714 Dogwood Hills Lane                          )
  Fairfax, Virginia  22033                          )
                                                    )
SADANAND SINGH                                         )
  Individually on his own behalf and                )
  as Executor of the Estate of                      )
  KALA SINGH                                        )
  7474 Hillside Dr.                                 )
  La Jolla, California  92307                       )
                                                    )
KALPANA SINGH                                          )
  2901 N.E. Blakeley Street                         )
  # 411                                            )
  Seattle, Washington  98105                        )
                                                    )
SAMIR SINGH                                            )
  7474 Hillside Drive                               )
  San Diego, California  92037                      )
                                                    )
JOHN STAFURIK                                          )
  902 Circle Drive                                  )
  Los Alamos, New Mexico  87544                     )
                                                    )

ALISTAIR SUNDARESON                    )
  2043 Babcock Drive                     )
  Troy, Michigan  48084                  )
                                              )

ANN MARIE MEENU                        )
SUNDARESON-WEST                        )
  7115 Second Avenue                     )
  Kenosha, Wisconsin  53143              )
MEERA SUNDARESON                       )
  4350 North Broadway                    )
  Unit 408                               )
  Chicago, Illinois  60613               )
                                               )

SARAMMA SUNDARESON                     )
  2043 Babcock Drive                     )
  Troy, Michigan  48084                  )
                                               )

MOHAMMED TARIQ                         )
  483 Karl Drive                         )
  Richmond Heights, Ohio  44143          )
                                               )

SAMINA TARIQ                           )
  483 Karl Drive                         )
  Richmond Heights, Ohio  44143          )
                                               )

KIRTHANA THANIKAIMONI                  )
  Individually on her own behalf and     )
  As Executor of the Estate of           )
  GANAPATHI THANIKAIMONI                 )
  73-A Imperial Court                    )
  33 Cunningham Road                     )
  Bangalore  560052                      )
  India                                  )
                                               )

KRISHNAVENI THANIKAIMONI               )
  73-A Imperial Court                    )
  33 Cunningham Road                     )
  Bangalore  560052                      )
  India                                  )
                                               )

RAVINDRAN THANIKAIMONI                 )
  76, Avenue Poincaré                    )
  Marcq-En-Baroeul  59700                )
  France                                 )
                                               )

MICHAEL THEXTON                          )
  45 Leyborne Park                        )
  Richmond, Surrey TW9 3HB                )
  United Kingdom                          )
                                          )
ITTIYACHAN THOTTAKARA                    )
  Longericher Str. 37a                    )
  Koln  50767                             )
  Germany                                 )
SINY THOTTAKARA                          )
  Longericher Str. 37a                    )
  Koln  50767                             )
  Germany                                 )
                                          )
THRESIAMMA THOTTAKARA                    )
  Longericher Str. 37a                    )
  Koln  50767                             )
  Germany                                 )
                                          )
TILO THOTTAKARA                          )
  Longericher Str. 37a                    )
  Koln  50767                             )
  Germany                                 )
                                          )
JANKI VASANT                             )
  30, Asopalav Bungalows                  )
  Thaltej                                 )
  Ahmedabad  380054                       )
  Gujarat                                 )
  India                                   )
                                          )
RANEE VASWANI                            )
  P.O. Box 2784                           )
  Dubai                                   )
  United Arab Emirates                    )
                                          )
SUNSHINE VESUWALA                        )
  612 Hartfordshire Lane                  )
  Missussauga, Ontario L5B 2X1            )
  Canada                                  )
                                          )

PUNITA VYAS                                         )
   A-11 Mangal Apartments                          )
   Nr. Girishkunj Society                          )
   Navrang High School Road                        )
   Naranpura                                       )
   Ahmedabad  380013                               )
   Gujarat                                         )
   India                                           )
                                                   )
LOUELLA WALKER                                      )
   P.O. Box 116481                                 )
   Dubai                                           )
   United Arab Emirates                            )
                                                   )
                Plaintiffs,          )
                                                   )
   v.                                              )
                                                   )
THE SOCIALIST PEOPLE'S                              )
LIBYAN ARAB JAMAHIRIYA                              )
   Ministry of Foreign Affairs                     )
   Tripoli, Libya                                  )
                                                   )
LIBYAN EXTERNAL SECURITY                            )
ORGANIZATION, a/k/a Jamahiriya                      )
Security Organization                               )
   Ministry of Foreign Affairs                     )
   Tripoli, Libya                                  )
                                                   )
MUAMMAR QADHAFI                                     )
   c/o LIBYAN EXTERNAL SECURITY                    )
   ORGANIZATION, a/k/a Jamahiriya                  )
   Security Organization                           )
   Ministry of Foreign Affairs                     )
   Tripoli, Libya                                  )
                                                   )
ABDALLAH SENOUSSI                                   )
   c/o LIBYAN EXTERNAL SECURITY                    )
   ORGANIZATION, a/k/a Jamahiriya                  )
   Security Organization                           )
   Ministry of Foreign Affairs                     )
   Tripoli, Libya                                  )
                                                   )
ZAID HASSAN ABD LATIF SAFARINI,                     )
also known as MUSTAFA HASSAN                        )
SAID BOMER, also known as                           )

MUSTAFA                                        )
  USP Florence ADMAX                        )
  U.S. Penitentiary                        )
  P.O. Box 8500                            )
  5880 Highway 67 South                    )
  Florence, CO  81226                      )
                                            )
JAMAL SAEED ABDUL RAHIM,                       )
also known as FAHAD ALI AL-JASEEN,             )
also known as FAHD ALI AL-JASSEM,              )
also known as FAHAD, also known as             )
ISMAEL                                         )
  Adiala Jail                              )
  Rawalpindi, Pakistan                     )
                                            )
MUHAMMAD ABDULLAH KHALIL                       )
HUSSAIN AR-RAHAYYAL,                           )
also known as KHALIL ANTWAN                    )
KIWAN, also known as KHALIL,                   )
also known as WALID                           )
  Adiala Jail                              )
  Rawalpindi, Pakistan                     )
                                            )
MUHAMMAD AHMED AL-MUNAWAR,                     )
also known as MANSOOR AL-RASHID,               )
also known as MANSOUR ABDUL                    )
RAHMAN RASHED, also known as                   )
MANSOOR, also known as                         )
ASHRAF NAEEM                                   )
  Adiala Jail                              )
  Rawalpindi, Pakistan                     )
                                            )
WADOUD MUHAMMAD HAFIZ                          )
AL-TURK, also known as WADOUD                  )
MUHAMMAD FAHD AL-TURK,                         )
also known as SALMAN ALI EL-TURKI,             )
also known as ALIMAN ALI EL-TURKI,             )
also known as BOU BAKER MUHAMMAD               )
  Adiala Jail                              )
  Rawalpindi, Pakistan                     )
                                            )
                Defendants.        )
_____)

## SECOND AMENDED COMPLAINT FOR DAMAGES
## ARISING FROM THE SEPTEMBER 5, 1986 TERRORIST ATTACK
## ON PAN AM FLIGHT 73 IN KARACHI, PAKISTAN

1.      This is an action for damages arising out of the September 5, 1986, terrorist

hijacking of and attack on Pan American World Airways ("Pan Am") Flight 73 while the

airplane, a Boeing 747 (commonly called a "jumbo jet"), was on the airport tarmac in Karachi,

Pakistan.  The attack killed 20 innocent civilian passengers and crew members, injured over 100

others and terrorized all of the approximately 380 people on board.  Plaintiffs here include the

estates of many of those killed in the attack, their immediate surviving family members and other

passengers and crew members injured during this horrific crime.

2.      Pan Am Flight 73 originated in Bombay, India and stopped in Karachi, Pakistan

to take on passengers en route to Frankfurt, Germany and its final destination at New York's

John F. Kennedy Airport.  The terrorist attack on Pan Am Flight 73 was carried out by members

of the terrorist organization known as the Abu Nidal Organization ("ANO"), one of the world's

most dangerous terrorist organizations in the 1980s, at the direction of, and with the material

support of, the Government of Libya, which is called the Socialist People's Libyan Arab

Jamahiriya ("Libya").

3.      Over the years, Libya provided ANO extensive financial, logistical, political and

other support for a series of international terrorist attacks in Europe, Asia and the Middle East.

Libya's support for and direction of ANO specifically caused and contributed to the hijacking of

Pan Am Flight 73, among other terrorist attacks.  As a direct result of the terrorist act on Pan Am

Flight 73 and the material support provided by Libya for that act, numerous people, including

Plaintiffs here, were killed and injured.

4.     The United States government has stated publicly that Libya not only provided ANO with material support – including "safe haven, money and arms" – for the terrorist hijacking of and attack on Pan Am Flight 73, but that Libya *ordered* and, through its agent, ANO, carried out the terrorist attack.  See infra ¶ 221.  Indeed, this conclusion has been corroborated by one of the hijackers, Defendant Jamal Saeed Abdul Rahim, who has admitted that the ANO terrorists executed the hijacking at the behest of Muammar Qadhafi ("Qadhafi"), the head of the Libyan state.

5.     Upon information and belief, the United States is not the only government to conclude that Libya is responsible for the Pan Am Flight 73 attack.  Western and Pakistani intelligence sources also have determined that Libya hired the ANO terrorists to hijack Pan Am Flight 73.

6.     Plaintiffs seek judgment against Defendants: (1) Libya; (2) the Libyan External Security Organization ("LESO"); (3) Muammar Qadhafi, in his official and individual capacities; (4) Abdallah Senoussi, in his official and individual capacities ("Senoussi") (collectively, the "Libyan Defendants"); as well as against the ANO terrorists who carried out the attack: (5) Zaid Hassan Abd Latif Safarini, also known as Mustafa Hassan Said Bomer and Mustafa ("Safarini"); (6) Jamal Saeed Abdul Rahim, also known as Fahad Ali Al-Jaseen, Fahd Ali Al-Jassem, Fahad, and Ismael ("Rahim"); (7) Muhammad Abdullah Khalil Hussain Ar-Rahayyal, also known as Khalil Antwan Kiwan, Khalil, and Walid ("Khalil"); (8) Muhammad Ahmed Al-Munawar, also known as Mansoor Al-Rashid, Mansour Abdul Rahman Rashed, Mansoor, and Ashraf Naeem ("Mansoor"); and (9) Wadoud Muhammad Hafiz Al-Turk, Wadoud Muhammad Fahd Al-Turk, Salman Ali El-Turki, Aliman Ali El-Turki, and Bou Baker Muhammad ("Al-Turk") (collectively, the "ANO Defendants").  The United States national plaintiffs and the non-United

States national plaintiffs seek judgment, jointly and severally, for claims against the respective

Defendants over which this Court has subject matter jurisdiction as to each category of plaintiffs.

In support of their Complaint, Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

7.    Jurisdiction over the subject matter of this case arises under 28 U.S.C. §§ 1330(a),

1331, 1332 and 1350.  This Court has subject matter jurisdiction over the claims by United States

national plaintiffs against the Libyan Defendants (including Libya, LESO, Qadhafi in his official

capacity and Senoussi in his official capacity) pursuant to the "terrorism exception" to the

Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A, and related statutes.  This

Court has subject matter jurisdiction over the claims by United States national plaintiffs against

Defendants Qadhafi and Senoussi in their individual capacities, as well as Defendants Safarini,

Rahim, Khalil, Mansoor, and Al-Turk in their individual capacities pursuant to 28 U.S.C.

§§ 1331 and 1332.  This Court has subject matter jurisdiction over the claims by non-United

States national plaintiffs against Defendants Qadhafi and Senoussi in their individual capacities,

and Defendants Safarini, Rahim, Khalil, Mansoor and Al-Turk in their individual capacities,

pursuant to the Alien Tort Claims Act, as amended, 28 U.S.C. § 1350, and 28 U.S.C. § 1331.

8.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

**THE PARTIES**

A.    **The Plaintiffs**

9.    Surendra Patel, a United States national at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Surendra Patel

had just celebrated his 50th birthday, and, when he was killed, he was the father of three young

children.  He and his two minor daughters were returning home to the United States after a visit

with relatives in India.  At the time of his death, Surendra Patel was an entrepreneur, a business

- 25 -

owner, and a professor.  Among his several jobs, he owned a video store and taught business

classes at the University of Southern California.  In addition to enduring great physical and

mental torture during the course of the hijacking, Surendra Patel was killed by the ANO

Defendant hijackers, acting at the direction and with the support of the Libyan Defendants.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Surendra Patel was

a victim of (1) "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims

Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of

the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as

defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety

of Civil Aviation.  Surendra Patel suffered "personal injury" within the meaning of 28 U.S.C.

§ 1605A as a direct result of Defendants' actions.  The Plaintiff Estate of Surendra Patel is

represented by Manjula Patel, as Executor, for purposes of this lawsuit.

      10.    Plaintiff Manjula Patel, a United States national at all pertinent times, was the

wife of Surendra Patel who was killed in the terrorist attack on Pan Am Flight 73.  Manjula Patel

suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of

Defendants' actions.

      11.    Plaintiff Nikita Patel, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Plaintiff Nikita Patel is the daughter of Surendra Patel who was killed in the terrorist attack on

Pan Am Flight 73.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7),

Nikita Patel was a victim of (1) "torture" as defined in section 3 of the Torture Victims

Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of

the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as

defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety

of Civil Aviation.  Nikita Patel also suffered "personal injury" within the meaning of 28 U.S.C.

§ 1605A as a direct result of Defendants' actions.

12.     Plaintiff Sangita Patel, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Plaintiff Sangita Patel is the daughter of Surenda Patel who was killed in the terrorist attack on

Pan Am Flight 73.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7),

Sangita Patel was a victim of (1) "torture" as defined in section 3 of the Torture Victims

Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of

the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as

defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety

of Civil Aviation.  Sangita Patel also suffered "personal injury" within the meaning of 28 U.S.C.

§ 1605A as a direct result of Defendants' actions.

13.     Plaintiff Mehul Patel, a United States national at all pertinent times, is the son of

Surenda Patel who was killed in the terrorist attack on Pan Am Flight 73.  Mehul Patel suffered

"personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants'

actions.

14.     Plaintiff Sharon Bhandari Jain, a United States national at all pertinent times, was

a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Sharon Bhandari

Jain was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of

1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Sharon Bhandari Jain also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

15.     Plaintiff Preeti Bhuva, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Preeti Bhuva was eleven years old, and was traveling as an unaccompanied minor.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Preeti Bhuva was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Preeti Bhuva also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

16.     Plaintiff Gargi Dave, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Gargi Dave and her sister were traveling alone on the aircraft.  They escaped through one of the two emergency exits that were opened during the final assault to the wing of the plane and while jumping from the wing, Gargi Dave fell on her head and was in a coma for three days.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Gargi Dave was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Gargi

Dave also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

17.     Plaintiff Giatri Dave, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Giatri Dave was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Giatri Dave also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

18.     Plaintiff Conway Dodge, a United States national at all pertinent times, was one of the pilots on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Conway Dodge was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Conway Dodge also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

19.     Plaintiff David Gaiser, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), David Gaiser was a

victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. David Gaiser also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.  The Estate of David Gaiser is represented by Gillian Gaiser, as Executor, for purposes of this lawsuit.

20.    Plaintiff A. Jay Grantier, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), A. Jay Grantier was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  A. Jay Grantier also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

21.    Plaintiff John Harper, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), John Harper was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

John Harper also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

22.     Plaintiff Farhat Hussain, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Farhat Hussain was traveling with her two young children, ages two and three. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Farhat Hussain was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Farhat Hussain also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

23.     Plaintiff Hameed Hussain, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. At the time of the hijacking, Hameed Hussain was two years old. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Hameed Hussain was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Hameed Hussain also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

24.    Plaintiff Nabihah Hussain, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Nabihah Hussain was three years old.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Nabihah Hussain was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Nabihah Hussain also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

25.    Plaintiff David Jodice, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), David Jodice was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. David Jodice also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

26.    Plaintiff Zafer Khan, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Zafer Khan was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Zafer Khan also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

27.    Plaintiff Tahira Khalid, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Tahira Khalid owed her permanent allegiance to the United States as evidenced by, inter alia, her application for United States citizenship, and was therefore a United States national.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Tahira Khalid was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Tahira Khalid also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

28.    Plaintiff William Kianka, a United States national at all pertinent times, was the Captain on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), William Kianka was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

William Kianka also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

29.    Plaintiff Naseeruddin Mahmood, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Naseeruddin Mahmood was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Naseeruddin Mahmood also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

30.    Plaintiff Abdul Majid, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Abdul Majid was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Abdul Majid also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

31.    Plaintiff Clarence Maloney, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, he was returning from a business trip.  Pursuant to 28 U.S.C.

§§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Clarence Maloney was a victim of (1)

"torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350

note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the

Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the

Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Clarence Maloney also

suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of

Defendants' actions.

  32. Plaintiff Deepak Mehra, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Deepak Mehra was

a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

Deepak Mehra also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a

direct result of Defendants' actions.

  33. Plaintiff Anjna Mehta, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Anjna Mehta was a

victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

Anjna Mehta also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

34.    Plaintiff Yashwant Mehta, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Yashwant Mehta was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Yashwant Mehta also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

35.    Plaintiff Richard Melhart, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. He was returning to the United States after teaching a course on sports medicine in Pakistan. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Richard Melhart was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Richard Melhart also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

36.    Plaintiff Faraidoon Oshtory, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At

the time of the hijacking, Faraidoon Oshtory owed his permanent allegiance to the United States as evidenced by, inter alia, his application for United States citizenship, and was therefore a United States national.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Faraidoon Oshtory was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Faraidoon Oshtory also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

37.    Plaintiff Ajay Patel, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Ajay Patel was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  Ajay Patel also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

38.    Plaintiff Dahiben Patel, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Dahiben Patel owed her permanent allegiance to the United States as evidenced by, inter alia, her application for United States citizenship, and was therefore a United States national.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7),

Dahiben Patel was a victim of (1) "torture" as defined in section 3 of the Torture Victims

Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of

the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as

defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety

of Civil Aviation.  Dahiben Patel also suffered "personal injury" within the meaning of 28

U.S.C. § 1605A as a direct result of Defendants' actions.

    39.    Plaintiff Parvatiben Patel, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Parvatiben Patel

was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of

1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

Parvatiben Patel also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a

direct result of Defendants' actions.

    40.    Plaintiff Darrell Pieper, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Darrell Pieper was

a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

Darrell Pieper also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

41.     Plaintiff John Ridgway, a United States national at all pertinent times, was the flight engineer on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), John Ridgway was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.  John Ridgway also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

42.     Plaintiff Nilay Shah, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Nilay Shah was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Nilay Shah also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

43.     Plaintiff Nilima Shah, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Nilima Shah was a

victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Nilima Shah also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

44.    Plaintiff Anuradha Simpkinson, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Anuradha Simpkinson was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Anuradha Simpkinson also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

45.    Plaintiff John Stafurik, a United States national at all pertinent times, was a passenger on Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), John Stafurik was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. John

Stafurik also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

46.     Plaintiff Alistair Sundareson, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Alistair Sundareson was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Alistair Sundareson also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

47.     Plaintiff Ann Marie Meenu Sundareson-West, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Ann Marie Meenu Sundareson-West was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Ann Marie Meenu Sundareson-West also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

48.     Plaintiff Meera Sundareson, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Meera Sundareson was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Meera Sundareson also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

49.    Plaintiff Saramma Sundareson, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Saramma Sundareson was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation. Saramma Sundareson also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct result of Defendants' actions.

50.    Neerja Bhanot, a citizen of India at all pertinent times, was the Senior Purser on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. During the final assault, Neerja Bhanot activated the inflatable chute after opening an emergency door. Although she could have escaped as one of the first off the aircraft, she remained on board to assist others. Her heroic actions saved many lives, including several children whom she covered with her body. Neerja Bhanot was shot during the final assault. In addition to enduring great physical and mental torture during the course of the hijacking, Neerja Bhanot was killed by the ANO

Defendant hijackers, acting at the direction and with the support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Neerja Bhanot was a victim of torture and extrajudicial killing. The Plaintiff Estate of Neerja Bhanot is represented by Harish Bhanot, as Executor, for purposes of this lawsuit.

51.     Plaintiff Harish Bhanot, a citizen of India at all pertinent times, is the father of Neerja Bhanot, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

52.     Plaintiff Akhil Bhanot, a citizen of India at all pertinent times, is the brother of Neerja Bhanot, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

53.     Plaintiff Aneesh Bhanot, a citizen of India at all pertinent times, is the brother of Neerja Bhanot, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

54.     Plaintiff Rama Bhanot, a citizen of India at all pertinent times, is the mother of Neerja Bhanot, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

55.     Trupti Dalal, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. When the final assault began, Trupti covered her young son with her body. She was shot in the head while protecting

her son.  In addition to enduring great physical and mental torture during the course of the

hijacking, Trupti Dalal was killed by the ANO Defendant hijackers, acting at the direction and

with the support of the Libyan Defendants.  Pursuant to the Torture Victims Protection Act of

1991, 28 U.S.C. § 1350 note, Trupti Dalal was a victim of torture and extrajudicial killing.  The

Plaintiff Estate of Trupti Dalal is represented by Kalpesh Dalal, as Executor, for purposes of this

lawsuit.

56.     Plaintiff Kalpesh Dalal, a citizen of India at all pertinent times, was the husband of

Trupti Dalal, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of

the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an

action for wrongful death.

57.     Plaintiff Khanjan Dalal, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Khanjan Dalal was a victim of

torture.  Khanjan Dalal is also the son of Trupti Dalal, who was a victim of "extrajudicial killing"

and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C.

§ 1350 note), and may be a claimant in an action for wrongful death.

58.     Plaintiff Tushar Nagar, a citizen of India at the time of the hijacking and currently

a United States national, is the brother of Trupti Dalal, who was a victim of "extrajudicial

killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

59.     Plaintiff Ramesh Pandit, a citizen of India at all pertinent times, was the father of

Trupti Dalal, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of

the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an

action for wrongful death.  The Estate of Ramesh Pandit is represented by Babubhai Dalal, as Executor, for purposes of this lawsuit.

60.     Rupal Desai, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Rupal, who was engaged to be married, was a member of a dance troupe traveling to the United States for a cultural program.  In addition to enduring great physical and mental torture during the course of the hijacking, Rupal Desai was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Rupal Desai was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Rupal Desai is represented by Narendra Desai, as Executor, for purposes of this lawsuit.

61.     Plaintiff Narendra Desai, a citizen of India at all pertinent times, is the father of Rupal Desai, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

62.     Plaintiff Ashish Desai, a citizen of India at all pertinent times, is the brother of Rupal Desai, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

63.     Plaintiff Sharmistha Desai, a citizen of India at all pertinent times, is the mother of Rupal Desai, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

64.    Plaintiff Sonal Vakharia, a citizen of India at all pertinent times, is the sister of Rupal Desai, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

65.    Krishna Gadde, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of her death, Krishna Gadde was working on her Ph.D. in microbiology at the University of Missouri-Columbia.  She was involved in research to develop a malaria vaccine.  She and her husband, Gopal Dadhirao, were returning home to the United States after visiting relatives in India.  In addition to enduring great physical and mental torture during the course of the hijacking, Krishna Gadde was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Krishna Gadde was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Krishna Gadde is represented by Gopal Dadhirao, as Executor, for purposes of this lawsuit.

66.    Plaintiff Gopal Dadhirao, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Gopal Dadhirao was a victim of torture.  Gopal Dadhirao was also the husband of Krishna Gadde, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

67.    Meherjee Kharas, a citizen of Pakistan at all pertinent times, was a Pan Am mechanic trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  In addition to enduring great physical and mental torture during the course of the

hijacking, Meherjee Kharas was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Meherjee Kharas a victim of torture and extrajudicial killing. The Plaintiff Estate of Meherjee Kharas is represented by Freni Kharas, as Executor, for purposes of this lawsuit.

68. Plaintiff Freni Kharas, a citizen of Pakistan at the time of the hijacking and currently a United States national, is the mother of Meherjee Kharas, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

69. Seetharamiah Krishnaswamy, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Seetharamiah Krishnaswamy was the father of four children. On the day of the hijacking, he and his wife were traveling to the United States to attend the wedding of one of their daughters. In addition to enduring great physical and mental torture during the course of the hijacking, Seetharamiah Krishnaswamy was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Seetharamiah Krishnaswamy was a victim of torture and extrajudicial killing. The Plaintiff Estate of Seetharamiah Krishnaswamy is represented by Malati Krishnaswamy, as Executor, for purposes of this lawsuit.

70. Plaintiff Malati Krishnaswamy, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Malati Krishnaswamy was a victim of torture. Malati Krishnaswamy was also the wife of Seetharamiah

Krishnaswamy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

71.     Plaintiff Kalpana Gilroy, a citizen of India at the time of the hijacking and currently a United States national, is the daughter of Seetharamiah Krishnaswamy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

72.     Plaintiff Manjari Gubbi, a citizen of India at all pertinent times, is the daughter of Seetharamiah Krishnaswamy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

73.     Plaintiff Arun Krishnaswamy, a citizen of India at the time of the hijacking and currently a United States national, is the son of Seetharamiah Krishnaswamy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

74.     Plaintiff Prabhat Krishnaswamy, a citizen of India at the time of the hijacking and currently a United States national, is the son of Seetharamiah Krishnaswamy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

75.     Kodiyattu Kurian, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Kodiyattu Kurian, who was traveling by himself, was the father of three children.  In addition to enduring

great physical and mental torture during the course of the hijacking, Kodiyattu Kurian was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kodiayattu Kurian was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Kodiyattu Kurian is represented by Susan Kurian, as Executor, for purposes of this lawsuit.

76.    Plaintiff Susan Kurian, a citizen of India at all pertinent times, was the wife of Kodiyattu Kurian, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

77.    Plaintiff Rajeev Kurian, a citizen of India at all pertinent times, is the son of Kodiyattu Kurian, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

78.    Aleyamma Nagatholy, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Aleyamma Nagatholy was traveling with her husband, Scaria Nagatholy, and her two young children.  For many years, she worked as a nurse.  In addition to enduring great physical and mental torture during the course of the hijacking, Aleyamma Nagatholy was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Aleyamma Nagatholy was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Aleyamma Nagatholy is represented by Scaria Nagatholy, as Executor, for purposes of this lawsuit.

79.     Plaintiff Jane Nagatholy, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Jane Nagatholy was a victim of torture.  Jane Nagatholy is also the daughter of Aleyamma Nagatholy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

80.     Plaintiff Sanil Nagatholy, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sanil Nagatholy was a victim of torture.  Sanil Nagatholy is also the son of Aleyamma Nagatholy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

81.     Plaintiff Scaria Nagatholy, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Scaria Nagatholy was a victim of torture.  Scaria Nagatholy was also the husband of Aleyamma Nagatholy, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

82.     Ramakant Naik, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the

hijacking, Ramakant Naik was traveling with his wife, Kusum Naik.  In addition to enduring

great physical and mental torture during the course of the hijacking, Ramakant Naik was killed

by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan

Defendants.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note,

Ramakant Naik was a victim of torture and extrajudicial killing.  The Plaintiff Estate of

Ramakant Naik is represented by Kusum Naik, as Executor, for purposes of this lawsuit.

83.    Plaintiff Kusum Naik, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kusum Naik was a victim of

torture.  Kusum Naik was also the wife of Ramakant Naik, who was a victim of "extrajudicial

killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28

U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

84.    Plaintiff Sameer Naik, a citizen of India at all pertinent times, is the son of

Ramakant Naik, who was a victim of "extrajudicial killing" and "torture" as defined in section 3

of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in

an action for wrongful death.

85.    Plaintiff Shirish Naik, a citizen of India at all pertinent times, is the son of

Ramakant Naik, who was a victim of "extrajudicial killing" and "torture" as defined in section 3

of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in

an action for wrongful death.

86.    Plaintiff Shrinivas Naik, a citizen of India at all pertinent times, is the son of

Ramakant Naik, who was a victim of "extrajudicial killing" and "torture" as defined in section 3

of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

87.    Plaintiff Seema Sharma, a citizen of India at the time of the hijacking and currently a United States national, is the daughter of Ramakant Naik, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

88.    Imran Rizvi, a citizen of Pakistan at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Imran Rizvi was traveling with his two sisters.  In addition to enduring great physical and mental torture during the course of the hijacking, Imran Rizvi was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Imran Rizvi was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Imran Rizvi is represented by Hadi Rizvi, as Executor, for purposes of this lawsuit.

89.    Plaintiff Farhana Rizvi, a citizen of Pakistan at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Farhana Rizvi is also the sister of Imran Rizvi, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Farhana Rizvi was a victim of torture.

90.    Plaintiff Hadi Rizvi, a citizen of India at all pertinent times, is the father of Imran Rizvi, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the

Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

91.    Plaintiff Sana Rizvi, a citizen of Pakistan at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Sana Rizvi is also the sister of Imran Rizvi, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sana Rizvi was a victim of torture.

92.    Plaintiff Delfina Domínguez, a citizen of Mexico at all pertinent times, was the wife of Ricardo Rosales, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

93.    Plaintiff Mariana Roque, a citizen of Mexico at all pertinent times, is the daughter of Ricardo Rosales, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

94.    Plaintiff Micaela Roque, a citizen of Mexico at all pertinent times, is the daughter of Ricardo Rosales, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

95.    Plaintiff Ricardo Roque, a citizen of Mexico at all pertinent times, is the son of Ricardo Rosales, who was a victim of "extrajudicial killing" and "torture" as defined in section 3

of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

96.    Kala Singh, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Kala Singh was an audiologist, and she had been a teacher at Ohio University.  She and her husband, Sadanand Singh, founded a successful book publishing company.  At the time of the hijacking, Kala Singh was traveling with her husband and her two young children.  In addition to enduring great physical and mental torture during the course of the hijacking, Kala Singh was killed by the ANO Defendant hijackers, acting at the direction and with the support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kala Singh was a victim of torture and extrajudicial killing.  The Plaintiff Estate of Kala Singh is represented by Sadanand Singh, as Executor, for purposes of this lawsuit.

97.    Plaintiff Sadanand Singh, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sadanand Singh was a victim of torture.  Sadanand Singh was also the husband of Kala Singh, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

98.    Plaintiff Kalpana Singh, a United States national at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Plaintiff Kalpana Singh is the daughter of Kala Singh who was killed in the terrorist attack on Pan Am Flight 73.  Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7),

Kalpana Singh was a victim of (1) "torture" as defined in section 3 of the Torture Victims

Protection Act of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of

the International Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as

defined in Article 1 of the Convention for the Suppression of Unlawful Acts Against the Safety

of Civil Aviation. Kalpana Singh also suffered "personal injury" within the meaning of 28

U.S.C. § 1605A as a direct result of Defendants' actions.

     99.    Plaintiff Samir Singh, a United States national at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Plaintiff Kalpana Singh is the son of Kala Singh who was killed in the terrorist attack on Pan Am

Flight 73. Pursuant to 28 U.S.C. §§ 1605A(a), 1605A(c) and 1605A(h)(1), (2), and (7), Samir

Singh was a victim of (1) "torture" as defined in section 3 of the Torture Victims Protection Act

of 1991 (28 U.S.C. § 1350 note); (2) "hostage taking" as defined in Article 1 of the International

Conventional Against the Taking of Hostages; and (3) "aircraft sabotage" as defined in Article 1

of the Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation.

Samir Singh also suffered "personal injury" within the meaning of 28 U.S.C. § 1605A as a direct

result of Defendants' actions.

     100.    Ganapathi Thanikaimoni, a citizen of India at all pertinent times, was a passenger

on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. In addition

to enduring great physical and mental torture during the course of the hijacking, Ganapathi

Thanikaimoni was killed by the ANO Defendant hijackers, acting at the direction and with the

support of the Libyan Defendants. Pursuant to the Torture Victims Protection Act of 1991, 28

U.S.C. § 1350 note, Ganapathi Thanikaimoni was a victim of torture and extrajudicial killing.

The Plaintiff Estate of Ganapathi Thanikaimoni is represented by Kirthana Thanikaimoni, as Executor, for purposes of this lawsuit.

101.   Plaintiff Kirthana Thanikaimoni, a citizen of India at all pertinent times, is the daughter of Ganapathi Thanikaimoni, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

102.   Plaintiff Krishnaveni Thanikaimoni, a citizen of India at all pertinent times, was the wife of Ganapathi Thanikaimoni, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

103.   Plaintiff Ravindran Thanikaimoni, a citizen of India at all pertinent times, is the son of Ganapathi Thanikaimoni, who was a victim of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C. § 1350 note), and may be a claimant in an action for wrongful death.

104.   Plaintiff Nupoor Abrol, a citizen of India at all pertinent times, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Nupoor Abrol was a victim of torture.

105.   Plaintiff Dinesh Advani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dinesh Advani was a victim of torture.

106.    Plaintiff Rekha Advani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Rekha Advani was a victim of torture.

107.    Plaintiff Iqbal Ahmed, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Iqbal Ahmed was a victim of torture.

108.    Plaintiff Mohan Bansi, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Mohan Bansi was a victim of torture.

109.    Plaintiff Madhvi Bahuguna, a citizen of India at the time of the hijacking and currently a United States national, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Madhvi Bahuguna was a victim of torture.

110.    Plaintiff Jyotsna Bhandari, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Jyotsna Bhandari was a victim of torture.

111.    Plaintiff Yashwant Bhandari, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Yashwant Bhandari was a victim of torture.

112.    Plaintiff Sumit Bhandari, a citizen of the United Kingdom at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sumit Bhandari was a victim of torture.

113.    Plaintiff Savitha Bhat, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Savitha Bhat was a victim of torture.

114.    Plaintiff Dilip Bidichandani, a citizen of India at all pertinent times, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dilip Bidichandani was a victim of torture.

115.    Plaintiff Amratlal Darji, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Amratlal Darji was a victim of torture.

116.    Plaintiff Cecilia da Silva, a citizen of India at the time of the hijacking and currently a Canadian national, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Cecilia da Silva was a victim of torture.

117.    Plaintiff Tulsibhai Datania, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Tulsibhai Datania was a victim of torture.

118.    Plaintiff Dwijal Dave, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dwijal Dave was a victim of torture.

119.    Plaintiff Joseph Dawson, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Joseph Dawson was a victim of torture.

120.    Plaintiff Dipali Desai, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dipali Desai was a victim of torture.

121.    Plaintiff Utpala Desai, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Utpala Desai was a victim of torture.

122.    Plaintiff Milan Devjani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by

the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28

U.S.C. § 1350 note, Milan Devjani was a victim of torture.

123.  Plaintiff Lilly Finken, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Lilly Finken was a victim of

torture.

124.  Plaintiff Gillian Gaiser, a citizen of Great Britain at the time of the hijacking and

currently a United States national, was a passenger on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of

1991, 28 U.S.C. § 1350 note, Gillian Gaiser was a victim of torture.

125.  Plaintiff Samira Goode, a citizen of India at all pertinent times, was a flight

attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Samira Goode

was a victim of torture.

126.  Plaintiff Suresh Gopalakrishnan, a citizen of India at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Suresh

Gopalkrishnan was a victim of torture.

127.  Plaintiff Keki Grant, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Keki Grant was a victim of

torture.

128.    Plaintiff Tehmi Grant, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Tehmi Grant was a victim of torture.  The Estate of Tehmi Grant is represented by Keki Grant, as Executor, for purposes of this lawsuit.

129.    Plaintiff Purnima Hardikar, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Purnima was traveling to the United States to see her husband, who was at a business meeting.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Purnima Hardikar was a victim of torture.

130.    Plaintiff Ganesh Hegde, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Ganesh Hegde was a victim of torture.

131.    Plaintiff Laxmi Hegde, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Laxmi Hegde was a victim of torture.

132.    Plaintiff Mona Jadav, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Mona Jadav was a victim of torture.

133.   Plaintiff Dilip Joshi, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dilip Joshi was a victim of torture.

134.   Plaintiff Shirin Khambolja, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Shirin Khambolja was a victim of torture.

135.   Plaintiff Priti Kharidia, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Priti Kharidia was a victim of torture.

136.   Plaintiff Anna Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Anna Kurumthottathil was a victim of torture.

137.   Plaintiff Bennett Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  At the time of the hijacking, Bennett was nine years old. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Bennett Kurumthottathil was a victim of torture.

138.   Plaintiff Bibil Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by

the ANO Defendant hijackers. At the time of the hijacking, Bibil was two years old. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Bibil Kurumthottathil was a victim of torture.

139.   Plaintiff Joseph Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Joseph Kurumthottathil was a victim of torture.

140.   Plaintiff Astrid Lobo, a citizen of India at all pertinent times, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Astrid Lobo was a victim of torture.

141.   Plaintiff Kamran Majid, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. At the time of the hijacking, Kamran was eight years old. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kamran Majid was a victim of torture.

142.   Plaintiff Munawar Masih, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Munawar Masih was a victim of torture.

143.   Plaintiff Mathew Mathai, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to

the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Mathew Mathai was a victim of torture.

144.   Plaintiff Pradeep Mehendiratta, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Pradeep Mehendiratta was a victim of torture.

145.   Plaintiff Kanak Mehta, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kanak Mehta was a victim of torture.

146.   Plaintiff Saifee Mehvee, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Saifee Mehvee was a victim of torture.

147.   Plaintiff Shikha Mittra, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Shikha Mittra was a victim of torture.

148.   Plaintiff Gaby Mulloor-Manjaly, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Gaby Mulloor-Manjaly is also the daughter of Thomachan Mulloor and the sister of Boby Mulloor, who were victims of "extrajudicial killing" and "torture" as defined in section 3 of the Torture Victims Protection Act of 1991 (28 U.S.C.

§ 1350 note), and may be a claimant in an action for wrongful death.  Pursuant to the Torture

Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Gaby Mulloor-Manjaly was a victim of

torture.

149.   Plaintiff Kishore Murthy, a citizen of India at all pertinent times, was a passenger

on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to

the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kishore Murthy was a victim

of torture.

150.   Plaintiff Shakuntala Nanavaty, a citizen of India at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Shakuntala

Nanavaty was a victim of torture.

151.   Plaintiff Lillian Nazareth, a citizen of India at the time of the hijacking and

currently a Canadian citizen, was a flight attendant on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of

1991, 28 U.S.C. § 1350 note, Lillian Nazareth was a victim of torture.

152.   Plaintiff Shaila Nemivant, a citizen of India at the time of the hijacking and

currently a United States national, was a passenger on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of

1991, 28 U.S.C. § 1350 note, Shaila Nemivant was a victim of torture.

153.   Plaintiff Mallik Netrakanti, a citizen of India at the time of the hijacking and

currently a United States national, was a passenger on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of

1991, 28 U.S.C. § 1350 note, Mallik Nertakanti was a victim of torture.

154.    Plaintiff MaryAnne Nigli, a citizen of India at the time of the hijacking and currently a Canadian citizen, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, MaryAnne Nigli was a victim of torture.

155.    Plaintiff Nayan Pancholi, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Nayan Pancholi was a victim of torture.

156.    Plaintiff Heena Parikh, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Heena Parikh was a victim of torture.

157.    Plaintiff Kalpana Parikh, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kalpana Parikh was a victim of torture.

158.    Plaintiff Urmila Parikh, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Urmila Parikh was a victim of torture.  The Estate of Urmila Parikh is represented by Hiren Parikh, as Executor, for purposes of this lawsuit.

159.    Plaintiff Mrugesh Patel, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by

the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28

U.S.C. § 1350 note, Mrugesh Patel was a victim of torture.

160.    Plaintiff Parita Patel, a citizen of India at the time of the hijacking and currently a

United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the

ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C.

§ 1350 note, Parita Patel was a victim of torture.

161.    Plaintiff Shilpa Patel, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Shilpa Patel was a victim of

torture.

162.    Plaintiff Vishal Patel, a citizen of India at all pertinent times, was a passenger on

board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Vishal Patel was a victim of

torture.

163.    Plaintiff Sherene Pavan, a citizen of India at all pertinent times, was a flight

attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

During the hijacking, Defendant Safarini used Sherene Pavan as a human shield.  Pursuant to the

Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sherene Pavan was a victim of

torture.

164.    Plaintiff Mundakkal Ramakrishnan, a citizen of India at all pertinent times, was a

passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.

Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Mundakkal

Ramakrishnan was a victim of torture.

165.    Plaintiff Kaloo Rampal, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Kaloo Rampal was a victim of torture.

166.    Plaintiff Champaben Sanchla, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Champaben Sanchla was a victim of torture.  The Estate of Champaben Sanchla is represented by Rameshbhai Sanchla, as Executor, for purposes of this lawsuit.

167.    Plaintiff Vallavbhai Sanchla, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Vallavbhai Sanchla was a victim of torture.  The Estate of Vallavbhai Sanchla is represented by Rameshbhai Sanchla, as Executor, for purposes of this lawsuit.

168.    Plaintiff Shaily Seth, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Shaily Seth was a victim of torture.

169.    Plaintiff Hussain Shaffi, a citizen of Canada at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Hussain Shaffi was a victim of torture.

170.    Plaintiff Dharmendra Shah, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Dharmendra Shah was a victim of torture.

171.    Plaintiff Mehul Shah, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Mehul Shah was a victim of torture.

172.    Plaintiff Urmi Shah, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Urmi Shah was a victim of torture.

173.    Plaintiff Chaman Shankar, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Chaman Shankar was a victim of torture.

174.    Plaintiff Parag Sheth, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Parag Sheth was a victim of torture.

175.    Plaintiff Mohammed Tariq, a citizen of Pakistan at the time of the hijacking and currently a United States national, was a passenger on board Pan Am Flight 73 when it was

hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of
1991, 28 U.S.C. § 1350 note, Mohammed Tariq was a victim of torture.

176.    Plaintiff Samina Tariq, a citizen of Pakistan at the time of the hijacking and
currently a United States national, was a passenger on board Pan Am Flight 73 when it was
hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of
1991, 28 U.S.C. § 1350 note, Samina Tariq was a victim of torture.

177.    Plaintiff Michael Thexton, a citizen of Great Britain at all pertinent times, was a
passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.
Michael Thexton spent much of the hijacking on his knees with a gun placed to his head,
convinced he would be killed.  Pursuant to the Torture Victims Protection Act of 1991, 28
U.S.C. § 1350 note, Michael Thexton was a victim of torture.

178.    Plaintiff Ittiyachan Thottakara, a citizen of India at all pertinent times, was a
passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.
Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Ittiyachan
Thottakara was a victim of torture.

179.    Plaintiff Siny Thottakara, a citizen of India at the time of the hijacking and
currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by
the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28
U.S.C. § 1350 note, Siny Thottakara was a victim of torture.

180.    Plaintiff Thresiamma Thottakara, a citizen of India at the time of the hijacking and
currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by
the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28
U.S.C. § 1350 note, Thresiamma Thottakara was a victim of torture.

181.    Plaintiff Tilo Thottakara, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Tilo Thottakara was a victim of torture.

182.    Plaintiff Janki Vasant, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Janki Vasant was a victim of torture.

183.    Plaintiff Ranee Vaswani, a citizen of India at all pertinent times, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Ranee Vaswani was a victim of torture.

184.    Plaintiff Sunshine Vesuwala, a citizen of India at the time of the hijacking and currently a Canadian citizen, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  During the hijacking, Defendant Safarini used Sunshine Vesuwala as a human shield as he moved throughout the aircraft.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Sunshine Vesuwala was a victim of torture.

185.    Plaintiff Punita Vyas, a citizen of India at all pertinent times, was a passenger on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers.  Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Punita Vyas was a victim of torture.

186.    Plaintiff Louella Walker, a citizen of India at all pertinent times, was a flight attendant on board Pan Am Flight 73 when it was hijacked by the ANO Defendant hijackers. Pursuant to the Torture Victims Protection Act of 1991, 28 U.S.C. § 1350 note, Louella Walker was a victim of torture.

## B.    The Defendants

187.    Defendant Libya is a foreign sovereign that had been designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979, 50 U.S.C. § 2405(j), and section 620A of the Foreign Assistance Act of 1961, 22 U.S.C. § 2371, from 1979 until 2006.  See also 22 C.F.R. § 126.1(d) (2005) and 31 C.F.R. § 596.201 (2005).

188.    This Court has found Libya liable for terrorist acts.  For example, Libya was recently held liable as a state sponsor of terrorism,and a judgment was entered against it, for the terrorist bombing of UTA Flight 772 in September 1989 as it flew from Africa to Paris.  *Pugh v. Socialist People's Libyan Arab Jamahiriya* , 530 F.Supp. 2d 216 (D.D.C. 2008).  In that case, 170 people, including seven Americans, were killed.  Similarly, in *Price v. Socialist People's Libyan Arab Jamahiriya*, 384 F. Supp. 2d 120 (D.D.C. 2005), Libya was found liable for hostage taking and the torture of two Americans.  Libya is also alleged to have been responsible in several other cases pending in this and other courts, including the notorious bombing of Pan Am Flight 103 in December 1988 as it flew over Lockerbie, Scotland.  *Rein v. Socialist People's Libyan Arab Jamahiriya*, 162 F.3d 748 (2d Cir. 1998).  Libya has publicly accepted responsibility for the Pan Am Lockerbie terrorist attack and paid over two billion dollars in compensation to the families of the victims.  See Aug. 15, 2003 Letter from the Chargé d'affaires a.i. of the Permanent Mission of the Libyan Arab Jamahiriya to the United Nations President of the Security Council.

189.    Officials, employees or agents of Libya, while acting within the scope of their office, employment or agency, provided material support and resources, as defined in 18 U.S.C. § 2339A, to the ANO for acts of torture, extrajudicial killing, aircraft sabotage or hostage taking, including the Pan Am 73 terrorist act that is the subject of this suit.  Libya's extensive provision of material support to the ANO for terrorist activities, in general, and for the attack on Pan Am Flight 73, in particular, during the relevant time frame of this case has been publicly documented by the Government of the United States, including in annual reports on global terrorism and other official documents and statements.  See, e.g., ¶¶ 198-211, 217, 221.

190.    Defendant LESO is the Libyan intelligence service, which functions both within and beyond Libyan territory.  Upon information and belief, LESO, acting within the scope of its agency within the meaning of 28 U.S.C. § 1605A and 28 U.S.C. § 1605 note, performed acts and provided material support and resources to ANO which contributed to, led to, and/or caused the terrorist hijacking of and attack on Pan Am Flight 73.

191.    Defendant Qadhafi is, and at all pertinent times was, the head of state of Libya and thus an official and agent of Libya.  Upon information and belief, while acting within the scope of his office, employment, and/or agency, Qadhafi ordered, caused, and/or assisted in causing the terrorist hijacking of and attack on Pan Am Flight 73 or the provision of material support to ANO for such hijacking.

192.    Defendant Senoussi is, and at all relevant times was, an official, employee and agent of Libya.  At the time of the relevant events, Senoussi was the second highest-ranking official in LESO.  Upon information and belief, while acting within the scope of his office, employment, and/or agency, Senoussi ordered, caused, and/or assisted in causing the terrorist

hijacking of and attack on Pan Am Flight 73 or the provision of material support to ANO for such hijacking.

193.    Defendant Safarini was an ANO terrorist and lead hijacker during the terrorist hijacking of and attack on Pan Am Flight 73.  Defendant Safarini was at all pertinent times an agent of Libya.  Acting within the scope of his agency, Safarini caused the terrorist hijacking of and attack on Pan Am Flight 73.

194.    Defendant Rahim was an ANO terrorist and participated in the terrorist hijacking of and attack on Pan Am Flight 73.  Defendant Rahim was at all pertinent times an agent of Libya.  Acting within the scope of his agency, Rahim caused the terrorist hijacking of and attack on Pan Am Flight 73.

195.    Defendant Khalil was an ANO terrorist and participated in the terrorist hijacking of and attack on Pan Am Flight 73.  Defendant Khalil was at all pertinent times an agent of Libya.  Acting within the scope of his agency, Khalil caused the terrorist hijacking of and attack on Pan Am Flight 73.

196.    Defendant Mansoor was an ANO terrorist and participated in the terrorist hijacking of and attack on Pan Am Flight 73.  Defendant Mansoor was at all pertinent times an agent of Libya.  Acting within the scope of his agency, Mansoor caused the terrorist hijacking of and attack on Pan Am Flight 73.

197.    Defendants Al-Turk and Safarini was an ANO terrorist and, in addition to his participation in the terrorist hijacking of and attack on Pan Am Flight 73, played an active role in the planning and preparation of the hijacking.  Defendant Al-Turk was at all pertinent times an agent of Libya.  Acting within the scope of his agency, Al-Turk caused the terrorist hijacking of and attack on Pan Am Flight 73.

**FACTUAL ALLEGATIONS**

A.    **Libya's Connections to Organized Terrorism and the ANO**

198.    Defendant Libya has a long history of engaging in and supporting terrorist acts.

Beginning in the early 1970s, Qadhafi publicly announced support for extremist movements and

established ties with dozens of terrorist organizations around the world.  Terrorism became an

important instrument in Libyan foreign policy and was frequently employed to advance Libya's

agenda.  All of Libya's terrorist activities were undertaken at Qadhafi's direction.  According to

a public report from the CIA:  "all parts of the [Libyan terrorism] apparatus [were] ultimately

responsible to Qadhafi and none has [ ] the authority to mount operations without his sanction."

Directorate of Intelligence, Libya: Reviewing Terrorist Capabilities (Apr. 1989).

199.    Throughout the 1980s, Libya ran terrorist training camps and otherwise supported

numerous terrorist organizations within its own borders.  Qadhafi declared that "we shall train

[Arab guerillas] for terrorist and suicide missions and allocate trainers for them and place all the

weapons needed for such missions at their disposal.  I offer the best of my ability to these

volunteers."  Judith Miller, Qaddafi To Help Arab "Terrorists", N.Y. Times, Jan. 16, 1986, at

A8.  During that time, both directly and through material support and resources provided to

terrorist organizations such as ANO, Libya engaged in a concerted campaign of terrorist

activities directed at the United States, Europe, Israel and their allies.

200.    The Libyan Government has consistently provided "material support" to ANO,

which conducted over 100 terrorist attacks resulting in the deaths of more than 280 individuals

and the wounding of more than 650 since its founding.  "Since 1981, Qadhafi has shipped [Abu

Nidal] items as prosaic as uniforms and as powerful as tanks and BM-21 multiple rocket

launchers."  United States Dept. of State, Bureau of Public Affairs, Libya Under Qadhafi: A

Pattern of Aggression at 3 (Jan. 1986).

201.    Beginning in the early 1980s, ANO's and Libya's reliance on each other steadily increased.  ANO, which had also been receiving support from the Palestine Liberation Organization ("PLO") and Syria, in addition to Libya, began to sever ties with its non-Libyan supporters over their unwillingness to attack or engage Western targets.  The PLO was focused solely on Israeli targets and Syria was reluctant to "anger" the West by attacking Western targets. In contrast, Libya, and Qadhafi in particular, were more than willing participants in terrorist attacks directed at Western powers.  See infra ¶¶ 206-11.

202.    No longer receiving support from these other sponsors of terrorism, ANO's reliance on Libya for material support became more imperative.  Qadhafi, in turn, became increasingly reliant on ANO, especially after his early efforts to carry out terrorist attacks without the assistance of established terrorist groups had either failed or left a trail leading back to Libya's involvement.  While Qadhafi had the willingness to carry out terrorist attacks against the United States and other Western powers, he lacked the experience and internal personnel to effectively carry them out.  Indeed, it was Libya's April 1986 attack on the La Belle discotheque in West Berlin, Germany, which was carried out without outside assistance, and which killed two American servicemen and injured many others, that led directly to the United States' April 1986 retaliatory bombing of Libya after Libya's responsibility was quickly and easily established.  See infra ¶¶ 213-14.

203.    Having failed in his attempts to develop the internal expertise to carry out terrorist attacks, Qadhafi needed a hired gun such as ANO as a partner, and ANO was more than willing to play the part.  Accordingly, Libya has increasingly "moved toward closer ties to radical Palestinian Abu Nidal Group" since at least 1984, when it had what the United States State Department characterized as "close operational ties to the Abu Nidal Organization."  United

States Dept. of State, <u>Patterns of Global Terrorism: 1985</u> at 2 (Oct. 1986).  In the 1980s, ANO

also physically moved its headquarters to Tripoli, Libya.  United States Dept. of State, <u>Patterns</u>

<u>of Global Terrorism: 1985</u> at 5 (Oct. 1986); United States Dept. of State, <u>Patterns of Global</u>

<u>Terrorism: 1987</u> at 37 (Aug. 1988); United States Dept. of State, <u>Libya's Continuing</u>

<u>Responsibility for Terrorism</u> at 5 (Nov. 1991).

204.    By 1985, Libya was supplying substantial material support and resources to ANO

by, among other things, providing funds, paramilitary training, facilities, apartments, airline

tickets, free entry and exit of members of ANO, use of its "diplomatic pouch," official

documents of all kinds and pre-positioning of people and supplies for the conduct of operations.

Libya helped ANO transport weapons into Libya to store them and to transport weapons out of

Libya and hide them throughout Europe, the Mideast, Africa and Asia.  During this time, ANO

became intimately involved with the Libyan intelligence services.  United States Dept. of State,

<u>Abu Nidal Organization</u> at 6, 9 (Feb. 1989); United States Dept. of State, <u>Libya's Continuing</u>

<u>Responsibility for Terrorism</u> at 3 (Nov. 1991); United States Dept. of State, Bureau of Public

Affairs, <u>Libya Under Qadhafi: A Pattern of Aggression</u> (Jan. 1986)**.**

205.    Qadhafi personally met with ANO and its representatives, including at least two

such meetings in Libya in 1986.  United States Dept. of State, Bureau of Public Affairs, <u>Libya</u>

<u>Under Qadhafi: A Pattern of Aggression</u> at 2 (Jan. 1986)**.**

206.    Examples of Libya's support for ANO terrorist attacks included the September

1985 attack at the Café de Paris restaurant in Rome, Italy.  ANO terrorists lobbed grenades into

the crowd, wounding 38 tourists, including nine Americans.  These grenades matched the

markings of grenades "acquired from the local Libyan People's Bureau."  The match between

the grenades used in the attack and those seized in other Libyan attacks "corroborate previous

reporting that Tripoli provides operational support for the Abu Nidal group and uses its diplomatic installations to pass weapons to terrorists." Director of Central Intelligence, Libya: Arms Support for Abu Nidal, (June 13, 1986); United States Dept. of State, Patterns of Global Terrorism: 1985 at 12 (Oct. 1986).

207.    Libya also provided direct support to ANO for the November 1985 hijacking of Egyptian Air Flight 648, which resulted in 59 deaths. The ANO terrorists "murdered several persons, including American Scarlett Rogencamp, and wounded the other Americans onboard." Libya provided direct support to the ANO terrorists by (i) using its diplomatic pouch to transport the weapons used for the hijacking to Athens, Greece, from where the flight departed, and (ii) providing some of the ANO hijackers with false passports. United States Dept. of State, Patterns of Global Terrorism: 1985 at 12 (Oct. 1986). Omar Mohammed Ali Rezaq, one of the ANO hijackers of Flight 648, stated in a sworn affidavit that he met with a Libyan government official regarding the planned hijacking and that "[o]nly because of what the Libyan government official said and did was it possible for the hijacking to take place."

208.    Libya also provided passports for some of the ANO terrorists who launched simultaneous grenade and machine gun attacks on airline offices at the Vienna and Rome airports in December 1985, which killed more than a dozen victims, including five Americans, and wounded nearly 60 others, including 15 Americans. A Rome Court subsequently sentenced an ANO leader, Sabri al-Banna, and his top aide to life in prison for masterminding the attack in Rome. United States Dept. of State, Patterns of Global Terrorism: 1985 at 12, 17 (Oct. 1986); United States Dept. of State, Bureau of Public Affairs, Libya Under Qadhafi: A Pattern of Aggression (Jan. 1986)**;** Directorate of Intelligence, Terrorism Review, (Mar. 10, 1988); United States Dept. of State, Libya's Qadhafi Continues Support for Terrorism at 20 (Jan. 1989);

Directorate of Intelligence, <u>Libya: Reviewing Terrorist Capabilities</u> (Apr. 1989); United States Dept. of State, <u>Patterns of Global Terrorism: 1991</u> at 69 (Apr. 1992); United States Dept. of State, <u>Libya's Continuing Responsibility for Terrorism</u> at 1 (Nov. 1991).

209.    In September 1986, Libya also provided explosives used in the ANO attack against the Neve Shalom synagogue in Istanbul, Turkey, which killed 21 people.  United States Dept. of State, <u>Libya's Continuing Responsibility for Terrorism</u> at 11 (Nov. 1991).

210.    Libyan intelligence also directed the ANO's hijacking of a private yacht in international waters in November 1987.  The ANO took eight Belgian and French nationals as hostages, and did not free the last one until January 1991.  United States Dept. of State, <u>Libya's Continuing Responsibility for Terrorism</u> at 10 (Nov. 1991).

211.    Libya also provided weapons and passports used by ANO terrorists when they attacked the Greek cruise ship, "The City of Poros," with machine guns and hand grenades in July 1988, killing nine people and injuring nearly 100 others.  United States Dept. of State, <u>Libya's Qadhafi Continues Support for Terrorism</u> at 12 (Jan. 1989); United States Dept. of State, <u>Libya's Continuing Responsibility for Terrorism</u> at 9 (Nov. 1991); Directorate of Intelligence, <u>Libya: Reviewing Terrorist Capabilities</u> (Apr. 1989).

**B.    <u>United States' Response to Libyan Terrorism</u>**

212.    In January 1986, in response to Libya's ongoing involvement in international terrorism, including its support of ANO and other terrorist organizations, President Ronald Reagan ordered that all United States economic ties with Libya be severed and Libyan assets in the United States be frozen.  He also called upon other countries to launch an economic boycott of Libya.

213.    Libya subsequently engaged in a concerted campaign of terrorism against the United States and other Western countries.  In March 1986, American targets were struck in Lebanon, Italy and Germany.  One notable incident of Libyan terrorism against Westerners was the bombing of a West Berlin discotheque, La Belle, on April 5, 1986, which killed two United States servicemen and injured more than 200 people, most of them Westerners.  In October 1996, German authorities issued arrest warrants for four Libyans suspected of initiating that bombing.  On November 13, 2001, a German court found the four guilty and established the connection between the bombing and the Libyan government.

214.    In an effort to curtail this wave of state-sponsored terrorism, and in direct response to the bombing of La Belle, the United States took retaliatory military action against Libya.  On April 15, 1986, the United States launched air strikes on government and military installations in Benghazi and Tripoli.

## C.    Libya's Involvement in Retaliatory Attacks Against American Interests and the Hijacking of Pan Am Flight 73

215.    After the April 1986 United States air strikes, Libya launched a series of retaliatory attacks against American interests using surrogate terrorist organizations to commit the attacks.  Defense Science Board 1997 Summer Study Task Force, DOD Responses to Transnational Threats, Volume I – Final Report 15 (Oct. 1997); Defense Science Board 1997 Summer Study Task Force, DOD Responses to Transnational Threats, Volume III – Supporting Reports (Feb. 1998).

216.    The first such attack was Libya's purchase and execution of United States hostage Peter Kilburn, which took place in mid-April 1986, just three days after the United States air strikes.  *See Kilburn v. Islamic Republic of Iran*, 376 F.3d 1123 (D.C. Cir. 2004).

217.    Qadhafi also ordered Defendant LESO, through Qadhafi's brother-in-law, Defendant Senoussi, to carry out further retaliatory attacks.  Upon information and belief, Senoussi then hired ANO (to whom it had already been providing extensive logistical support), with Qadhafi's approval, to plan and execute the September 5, 1986 hijacking of Pan Am Flight 73.  Libya also provided material support and resources to ANO for the operation.  Directorate of Intelligence, Terrorism Review at 11, 19 (Apr. 9, 1987).  See also Terrorism Review 19; Directorate of Intelligence, Terrorism Review at 9 (Mar. 10, 1988); Defense Science Board 1997 Summer Study Task Force, DOD Responses to Transnational Threats, Volume I – Final Report 15 (Oct. 1997); Defense Science Board 1997 Summer Study Task Force, DOD Responses to Transnational Threats, Volume III – Supporting Reports (Feb. 1998); United States Dept. of State Fact Sheet: Libya's Qadhafi Continues Support for Terrorism at 9 (Jan. 1989).

218.    Indeed, on the eve of the September 5, 1986 attack on Pan Am Flight 73, Qadhafi himself challenged the United States, proclaiming that: "I have not and I shall not retreat from a brave confrontation against the United States, its allies and agents even inside this organization. . . . We shall fight the United States.  Yes, we shall fight it.  Maybe we shall not fight it face to face . . . but fight it with popular resistance and this arrogance shall be destroyed by the international resistance." Leaders Address Harare Summit Meeting 4 Sep, Speech by Qadhafi at the Eighth Non-Aligned Movement Summit Conference in Harare, L7-L8 (Sept. 4, 1986). Qadhafi further declared with respect to the United States that "there is no room for discussion, dialogue or negotiation between us and that criminal force. . . . If the great powers are not concerned about world peace then let world peace go to hell." Id.

219.    That the Pan Am Flight 73 attack was undertaken at the behest of Qadhafi and Libya, who were the paymasters of ANO, has since been confirmed by Defendant Rahim.

220.    Other defendant hijackers also have strong ties to Libya, especially Defendant Al-Turk, a Libyan, who provided much of the local logistical support in Karachi for the Pan Am Flight 73 hijacking.  See United States Dept. of State Fact Sheet: Libya's Qadhafi Continues Support for Terrorism at 17 (Jan. 1989) (describing Al-Turk as having "strong Libyan connections").  During the hijacking, Al-Turk attempted to fly from Karachi to Tripoli, Libya, for safe haven.

221.    Based on its intelligence and investigation, the United States Government determined that Libya, through ANO, ordered and carried out the hijacking and terrorist attack on Pan Am Flight 73.  For example:

    a.    In October 1997, a Department of Defense Report stated that Libya, in response to the April 1986 United States air strikes, retaliated against the United States using surrogates.  These retaliations included the hijacking of Pan Am Flight 73 "by Abu Nidal working for Libya."  Defense Science Board 1997 Summer Study Task Force, DoD Responses to Transnational Threats, Volume I – Final Report (Oct. 1997).

    b.    The United States Department of State determined in January 1988 that "Libya was implicated in the most violent Middle East-related event to occur in Asia in 1986 – the 5 September attempted hijacking of Pan Am Flight 73 in Karachi that left 21 persons dead, two of them Americans."  United States Dept. of State, Patterns of Global Terrorism: 1986 at 13 (Jan. 1988).

    c.    In January 1989, the Department of State determined that during the September 1986 "attempted hijacking of a Pan Am jet in Karachi, ANO

terrorists killed 21, including two Americans, and wounded 120." At least some of the terrorists carrying out this attack had "strong Libyan connections." United States Dept. of State Fact Sheet: Libya's Qadhafi Continues Support for Terrorism (Jan. 1989).

d.  In February 1998, the Department of Defense reiterated that "Abu Nidal (on behalf of the Libyans) hijacked Pan Am 73, causing the death of several more Americans." Defense Science Board 1997 Summer Study Task Force, DoD Responses to Transnational Threats, Volume III – Supporting Reports (Feb. 1998).

## D.    The Planning of the Hijacking of Pan Am Flight 73

222.    The hijacking of Pan Am Flight 73 was a carefully planned operation by ANO and its sponsor, Libya. Defendant Al-Turk arrived in Pakistan, traveling on an Islamabad visa obtained in Tripoli, on or about July 22, 1986, a full six weeks ahead of the attack. His role was to procure weapons and choose a target. He was assisted by another ANO member, Samir Muhammad Khadar (aka Zuhair Rabaa), with strong Libyan ties and who traveled on a Libyan passport. United States Dept. of State, Samir Muhammad Khadar: Abu Nidal's Most Notorious Terrorist Organizer (May 1989). Al-Turk obtained and stashed weapons for the hijackers to use in the hijacking. Al-Turk was also in charge of providing safe haven for the hijackers in Pakistan during the period prior to the attack.

223.    Defendant Safarini arrived in Pakistan approximately two weeks later. He and Al-Turk conducted surveillance work at the airport in preparation for the attack. Safarini rented a tan-colored Suzuki van that resembled the vehicles driven by security officials at the Karachi airport, and Al-Turk took the rented van to a local mechanic to be outfitted with a siren and other

accessories to enhance the disguise.  Al-Turk also hired a local tailor to make shirts that resembled those worn by Karachi airport security forces for Safarini and the other hijackers.

224.    The three other terrorists, Rahim, Khalil and Mansoor, arrived in Pakistan in early August 1986.  Rahim brought two belts of explosives with him to Pakistan and provided one of them to Safarini prior to the hijacking.  Rahim also assisted Safarini with surveillance at the Karachi airport.

**E.    The Hijacking and Attack of Pan Am Flight 73**

225.    On the morning of September 5, 1986, as part of the overall concerted acts of terrorism by Libya, four of the ANO Defendants – Safarini, Rahim, Khalil and Mansoor – hijacked Pan Am Flight 73 while it was on the ground at the Karachi, Pakistan airport.  Flight 73 had originated in Bombay, India, and was stopped in Karachi before its scheduled continued flight to Frankfurt, Germany and then New York.

226.    Defendant Al-Turk accompanied the hijackers to the airport and collected the hijackers' passports and extra money, but did not board the plane.  Rather, during the hijacking, Al-Turk roamed the Karachi airport and tried, unsuccessfully, to book a flight to Tripoli, Libya.

227.    The hijackers breached the security checkpoint at the airport in the van they modified by dressing as Pakistani security agents.  The terrorist hijackers were armed with assault rifles, pistols, grenades and belts of plastic explosives.

228.    At approximately 6:00 a.m. local time, passengers were boarding the Boeing 747, which has a 3-4-3 seating configuration in coach class and has two aisles.  The plane also has an upper level with approximately fourteen passenger seats and the pilots' cockpit.

229.    The terrorists drove up to the plane and boarded on the stairways being used to board passengers.  Two terrorists boarded the plane via the front stairway and two boarded via

the rear stairway.  At least one of the terrorists fired his automatic rifle towards people on the tarmac while entering the plane.

230.    While the terrorists were storming the plane, the transport bus, which was carrying passengers from the Karachi Airport terminal to the plane, was preparing to unload the final group of passengers for boarding of Flight 73.  As the transport bus doors opened, the passengers on the bus saw one of the terrorists standing in the door of the plane with his arm around a flight attendant's neck and a gun pointed at her head.  The bus passengers began to scream in fear, jumped back inside the bus, and yelled at the driver to "Go!  Go!"  The bus closed its doors and sped back to the Karachi terminal, where they waited as the hijacking unfolded.

231.    Once on board Flight 73, the terrorists ordered the flight attendants to close the aircraft doors.  At the time the terrorists seized control of the plane, there were approximately 380 passengers and crew on board, including 78 United States citizens.

232.    Upon being alerted by the flight attendants that terrorists were hijacking the plane, the pilots and flight engineer were able to escape from the plane through a hatch in the cockpit. This escape effectively grounded the plane and prevented the hijackers from leaving the ground.

233.    The terrorists forced the passengers to keep their hands up and heads down for extended periods of time, and one of the terrorists held a gun or grenade to the head of a flight attendant for the first three hours of the hijacking.  In addition, for a significant portion of the hijacking, passengers were denied food and water and prevented from using the bathroom.  By one account, the passengers were denied water for six hours and food for ten hours.

234.    Shortly after seizing control of the plane, Safarini ordered the flight attendants to collect the passports of the passengers.  The flight attendants did so, but surreptitiously declined

to collect some of the United States passports and hid other United States passports from the

hijackers. Safarini instructed the flight attendants to separate out the United States passports

from the others and to bring those passports to him. Safarini became distraught when he learned

that the only United States passports he received belonged to passengers who were of Indian or

Pakistani origin or ancestry.

235.    After the passports were collected, Safarini ordered Rajesh Kumar, a 29-year-old

California resident who had recently been naturalized as an American citizen, to come to the

front of the plane. Mr. Kumar was forced to kneel at the front doorway of the plane with his

hands behind his head while Safarini beat and tortured him, in plain view of the other passengers

and crew of Flight 73.

236.    In the meantime, Safarini had commenced speaking with Pan Am representatives

and demanded a new flight crew to fly the plane. Approximately four hours into the hijacking,

Safarini became angry about the delay in receiving a flight crew and threatened to kill Mr.

Kumar if something was not done in 15 minutes.

237.    Shortly thereafter, with no new flight crew, Safarini ordered a flight attendant to

open the door and he shot Mr. Kumar in the head. Safarini then heaved Mr. Kumar's body out of

the door and onto the tarmac. Mr. Kumar was still breathing when he was placed in an

ambulance, but died before arriving at the hospital.

238.    Mr. Kumar was shot in the head in plain view of the passengers and crew of Pan

Am Flight 73, causing them severe pain and suffering as a direct result of Defendants' willful,

reckless and wrongful actions.

239.    Following the murder of Mr. Kumar, the terrorists threatened to kill another

passenger every ten minutes if their demands were not met. Safarini later called forward British

citizen Michael Thexton, who spent much of the rest of the hijacking kneeling in the front of the plane, certain that he would be the next passenger executed.

240.    The terrorists established radio communications with the Pakistani authorities and throughout the remainder of the day, the terrorists demanded a flight crew to fly the plane to Cyprus, where the terrorists wanted to secure the release of Palestinian prisoners being detained there.

241.    During the radio conversations, which were recorded, Safarini said he and the other terrorists sought death and martyrdom, and he repeatedly threatened to blow up the entire plane if there was any sign of a rescue attempt.  Safarini told the authorities that the entire plane was wired with explosives, and, throughout the hijacking, Safarini wore a wide belt around his waist consisting of the high explosive Semtex H that had the capacity to destroy the entire plane if detonated.  The explosive belt was visible to the passengers and crew.

## F.    The Final Assault on Pan Am 73

242.    The plane remained on the ground throughout the day as negotiations continued. The terrorists ignored numerous requests to release the women and children on board.  As nightfall came, the plane's auxiliary power unit began to falter, the lights on the plane went out, the emergency lights came on and the ventilation system turned off.  Safarini told Rahim that should commandoes try to storm the aircraft, Rahim should detonate the belt of explosives Safarini was wearing by shooting it with Rahim's gun.

243.    The terrorists then ordered the passengers and crew into the center section of the aircraft.  Because there were not nearly enough seats in that section of the plane, passengers were in the aisles and sitting on top of each other.  Defendants Safarini and Rahim positioned

themselves in front of the crowd in the right and left aisles, and Defendants Khalil and Mansoor similarly positioned themselves behind the crowd.

244.    At approximately 10:00 p.m. local time, the plane's auxiliary power unit failed and the plane's lights went out, at which time the four terrorist hijackers recited a martyrdom prayer in Arabic, and, on Safarini's signal, opened fire with automatic weapons and threw hand grenades into the crowd.  In so doing, the terrorists intended to kill as many victims as possible. In addition, Rahim shot at the belt of explosives worn by Safarini as he was instructed, but the shot neither hit nor detonated the belt of explosives.  The carnage undoubtedly would have been worse if the belt of Semtex H had exploded as the terrorists intended.

245.    Nineteen passengers and crew were killed during the final deadly assault, including another United States national, fifty year-old Surendra Patel, a husband and father of three children, two of whom were next to him on the plane.

246.    The life of every person on board Pan Am Flight 73 was forever changed by the ANO terrorists' actions.  The injuries suffered by the passengers were as diverse as they were numerous and horrific.

247.    The hijackers shot numerous passengers, inflicting wounds to their legs, arms, abdomens, faces, and backs.  In addition to maiming many passengers, the bullets from the terrorists' weapons and grenades took the lives of nineteen passengers and crew, in addition to the life of Mr. Kumar.  For example, while attempting to protect several young children, Neerja Bhanot, the Senior Purser, was killed after she was struck by several bullets.  Rupal Desai, a young dancer who was engaged to be married, was killed instantly by the terrorists' bullets and grenades.

248.     After the gunfire and grenade explosions stopped, Gopal Dadhirao, a doctoral student on the plane, grabbed his wife who had been sitting next to him only to see that half of her face was blown off by a grenade.  From the neck up, there was only a gaping bloody hole where her beautiful young face once was.  Gopal was seriously injured during the attack, and his wife died that day.

249.     Many of the passengers who were not killed by the final assault were severely maimed.  Among these victims was Nayan Pancholi, whose left eye was penetrated by grenade fragments.  His left eye was severely damaged, and eventually it had to be removed.  Ajay Patel, a young American, suffered shrapnel wounds to his head, right eye, right ear, right shoulder, right arm, and his back.  He suffered a bullet injury to right wrist.  Ajay Patel still suffers greatly today from these injuries.

250.     A young boy, Dwijal Dave, traveling as an unaccompanied minor, was seated in close proximity to one of the hijackers.  When the firing began, the hijacker's automatic weapon ejected hot casings onto the boy's exposed skin, causing permanent and painful scars.  Because the passengers were packed together so tightly, the boy was unable to escape the cascade of shells.  He could only sit as the searing metal casings landed on his skin.  Every day these scars remind him of the terror he endured.

251.     The only reason that an even more catastrophic death count and more extensive injuries were avoided was that some of the passengers and flight attendants managed to force open two of the emergency escape doors when the final barrage began.  This action allowed many passengers to escape down an emergency chute or to run onto the wing of the aircraft. Many passengers and crew were forced to jump approximately 15 feet from the wing of the plane in complete darkness onto the tarmac to escape the hijackers and were injured when they

hit the concrete ground. When these passengers and crew reached the tarmac, they realized they were covered in their own blood and with the blood of others.

252.    One ten-year-old American girl, Gargi Dave, jumped from the wing into the darkness and hit her head on the concrete tarmac, suffering severe injuries which caused her to fall into a coma for three days. Another American woman, Parvatiben Patel, traveling with her young child broke both of her legs and crushed the bones in her feet jumping from the wing.

253.    Numerous other passengers suffered severe injuries during this final assault, including fractured spines, crushed limbs, dislocated joints, and torn ligaments. Many of these injuries have resulted in permanent physical impairments. Farhat Hussain, who suffered a severe back injury when she was forced to jump to the tarmac with her two young children in her arms, has endured a life of constant pain. Rather than caring for her young children, her young children have had to bathe, dress, and care for her.

254.    The passengers and crew on board Pan Am Flight 73 witnessed the entire final assault and those who were not killed by the terrorists fled from the plane fearing for their lives. In total, more than 100 passengers suffered severe physical injuries.

255.    Although there were claims after the hijacking that Pakistani commandos who had raided the plane caused some of the deaths and injuries, no Pakistani officials or commandos actually entered the plane until after the final deadly assault by the terrorists had ended. By that time, all of the passengers and crew who were physically able to evacuate from the plane had already done so.

## G.    The Arrests and Convictions of the Hijackers

256.    Pakistani authorities arrested Defendants Rahim, Khalil, and Mansoor on the grounds of the Karachi airport immediately following the final deadly assault as they were trying

to escape with fleeing passengers.  Defendant Safarini was arrested a few hours later at a local hospital where he had been taken for treatment after being removed from the plane.  He was still wearing the belt of explosives around his waist.  About one week later, Pakistani authorities arrested Defendant Al-Turk as he was attempting to leave Pakistan.

257.    At their trial in Pakistan, all four of the hijackers and their co-conspirator Al-Turk, each of whom was represented by counsel, voluntarily signed a joint 19-page statement in which they admitted coming to Pakistan to hijack an American airplane.  The joint statements asserted that the terrorists' goal was to come to Pakistan, due to its "close relations with the Great Satan i.e. America," and "destroy sensitive strategic centre of Zionists situated in Palestine through American weapon i.e. explosion of American aeroplane.  By this, we would have struck at the American imperialism."  In reference to the United States' air-strike against Libya in April 1986, the hijackers further stated that "American imperialism came from a very very long distance to attack Libya" and that "[t]here is no alternative left for the Palestinian except to take weapons in his hands to kill the murderer and oust the usurper.  A murderer of Palestinian[s] deserves to be assassinated."  See United States v. Safarini, Criminal No. 91-504 (EGS) ("Attachment B" To Government's Sentencing Memorandum Filed April 30, 2004). [1]

258.    The hijackers wanted to hijack the plane, fly it towards a "sensitive strategic centre of the Zionist enemy" and destroy the "sensitive strategic centre of Zionists situated in Palestine through American weapon i.e. explosion of American aeroplane.  By this, we would have struck at the American imperialism."  Id. at 13-14.  In the same joint statement, the

---

[1]     Documents relating to United States v. Safarini, Criminal No. 91-504 (EGS) can be found at http://www.usdoj.gov/usao/dc/Victim_Witness_Assistance/Pan_Am_73.html (last visited April 24, 2006).

hijackers declared that they wanted "to strike at the American interests" and wanted "to hit at everything belonging to America whether its an aeroplane, an embassy building or anything else." Id. at 14. Each hijacker was sentenced to death, but these sentences were later commuted to life sentences.

259.    On September 28, 2001, shortly after he was released from jail in Pakistan, Defendant Safarini was captured by the FBI and brought to the United States for trial. Defendants Rahim, Khalil, Mansoor and Al-Turk remain in jail in Pakistan. The United States Government continues to seek the extradition of the four Defendants to Washington, D.C. to prosecute them under United States law for this act of intentional terrorism and murder. See United States v. Safarini, Criminal No. 91-504 (EGS) (Transcript of Sentencing Held May 13, 2004, at 150).

260.    On August 28, 2002, a 95-count superceding indictment was returned by a grand jury in the United States District Court for the District of Columbia against Defendants Safarini, Rahim, Khalil, Mansoor and Al-Turk. See United States v. Safarini, Criminal No. 91-504 (EGS) (Superseding Indictment, filed August 28, 2002).

261.    On December 16, 2003, Defendant Safarini pled guilty in this Court to all 95 counts of the superseding indictment against him in connection with the hijacking of Pan Am Flight 73. See United States v. Safarini, Criminal No. 91-504 (EGS) (Guilty Plea entered December 16, 2003). Safarini was sentenced to three consecutive life sentences plus 25 years. See United States v. Safarini, Criminal No. 91-504 (EGS) (Transcript of Sentencing held May 13, 2004). He is currently incarcerated at the United States Penitentiary in Florence, Colorado in the ADMAX facility.

## H.    The Plaintiffs' Basis for Damages

262.    The Defendants ruined careers, robbed children of their innocence, destroyed lives and left a trail of isolation and fear for many survivors.  Twenty people died, but many more continue to suffer from the physical and psychological trauma inflicted during the hijacking carried out by the Defendants.

263.    Throughout the sixteen hour ordeal, many passengers resigned themselves to an inevitable death sentence at the hands of the Defendants.  The victims assumed they would never see parents, husbands, wives, children or siblings again.

264.    During the final assault, the sights and sounds of death and injury inundated the passengers.  In addition to the cries for help and screams of pain, the passengers felt warm blood on their hands and faces, unable to determine if they were covered in their own blood or with the blood of others.

265.    Many of the surviving passengers have suffered nightmares and hallucinations for years, and some still require medication and treatment to control these haunting fears and visions.  They remember the sounds of death.  They recall jumping from the plane only to stumble over dead bodies on the tarmac.  And they live with the guilt that they could not save other passengers.

266.    The passengers and crew on Pan Am Flight 73 were subjected to physical and mental torture throughout the hijacking and were caused to endure severe mental anguish, pain and suffering as a direct and proximate result of Defendants' willful, reckless and wrongful actions.

267.    The families of those killed during the hijacking were also caused to endure severe mental anguish, pain and suffering as a direct and proximate result of Defendants' willful, reckless and wrongful actions.

268.    Surendra Patel, a United States national at all pertinent times, was the husband of Plaintiff Manjula Patel.  Surendra had just celebrated his 50th birthday and, at the time of this death, was the father of three young children, ages 14, 12, and 6.  He and two daughters were returning home to the United States after a visit with relatives.  Surendra Patel suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

269.    Plaintiff Manjula Patel, a United States national at all pertinent times, is the wife of Surendra Patel who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Manjula Patel suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Surendra Patel.

270.    Plaintiff Mehul Patel, a United States national at all pertinent times, is the son of Surendra Patel, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mehul Patel suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Surendra Patel.

271.    Plaintiff Nikita Patel, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Nikita Patel is also the daughter of Surendra Patel, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Nikita Patel suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Surendra Patel.

272.    Plaintiff Sangita Patel, a United States national at all pertinent times, was a passenger on Pan Am Flight 73. Sangita Patel is also the daughter of Surendra Patel, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sangita Patel suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Surendra Patel.

273.    Plaintiff Nupoor Abrol, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73. Nupoor escaped to the wing of the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, she fractured a vertebrae in her spine. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Nupoor Abrol suffered pain, suffering and economic loss.

274.    Plaintiff Dinesh Advani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dinesh Advani suffered pain, suffering and economic loss.

275.    Plaintiff Rekha Advani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Rekha Advani suffered pain, suffering and economic loss.

276.    Plaintiff Iqbal Ahmed, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Iqbal Ahmed suffered pain, suffering and economic loss.

277.     Plaintiff Madhvi Bahuguna, a citizen of India at the time of the hijacking and currently a United States national, was a flight attendant on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Madhvi Bahuguna suffered pain, suffering and economic loss.

278.     Plaintiff Mohan Bansi, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mohan Bansi suffered pain, suffering and economic loss.

279.     Plaintiff Jyotsna Bhandari, a citizen of Indian at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Jyotsna Bhandari suffered pain, suffering and economic loss.

280.     Plaintiff Yashwant Bhandari, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  Yashwant Bhandari suffered serious injuries during the final assault, which included shrapnel wounds and a fractured spine.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Yashwant Bhandari suffered pain, suffering and economic loss.

281.     Plaintiff Sumit Bhandari, a citizen of the United Kingdom at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sumit Bhandari suffered pain, suffering and economic loss.

282.     Plaintiff Sharon Bhandari Jain, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sharon Bhandari Jain suffered pain, suffering and economic loss.

283.    Neerja Bhanot, a citizen of India at all pertinent times, was the senior purser on Pan Am Flight 73.  During the final assault, Neerja ran to the emergency door and activated the inflatable chute.  Instead of escaping as one of the first off the aircraft, she remained onboard to help others escape.  Her heroic actions saved many, including several children whom she covered with her body.  Neerja Bhanot was shot and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.  Her family received her coffin on September 7, 1986, which would have been her 23rd birthday.  Each year, an award is given in her name to recognize Indian women who have acted with particular courage.  Neerja Bhanot suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

284.    Plaintiff Akhil Bhanot, a citizen of India at all pertinent times, was the brother of Neerja Bhanot, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Akhil Bhanot suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Neerja Bhanot.

285.    Plaintiff Aneesh Bhanot, a citizen of India at all pertinent times, was the brother of Neerja Bhanot, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Aneesh Bhanot suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Neerja Bhanot.

286.    Plaintiff Harish Bhanot, a citizen of India at all pertinent times, was the father of Neerja Bhanot, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Harish Bhanot suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Neerja Bhanot.

287.     Plaintiff Rama Bhanot, a citizen of India at all pertinent times, was the mother of Neerja Bhanot, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Rama Bhanot suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Neerja Bhanot.

288.     Plaintiff Savitha Bhat, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Savitha Bhat suffered pain, suffering and economic loss.

289.     Plaintiff Preeti Bhuva, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Preeti was eleven years old and was traveling as an unaccompanied minor.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Preeti Bhuva suffered pain, suffering and economic loss.

290.     Plaintiff Dilip Bidichandani, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dilip Bidichandani suffered pain, suffering and economic loss.

291.     Trupti Dalal, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  When the final assault began, Trupti Dalal pulled her son into her lap and covered him with her body.  She was shot in the head while saving her son's life.  Trupti Dalal suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

292.     Plaintiff Kalpesh Dalal, a citizen of India at all pertinent times, was the husband of Trupti Dalal, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kalpesh Dalal suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Trupti Dalal.

293.    Plaintiff Khanjan Dalal, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Khanjan Dalal is also the son of Trupti Dalal, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Khanjan Dalal suffered pain and suffering, economic loss and was deprived of the assistance, society, companionship, and solatium of Trupti Dalal.

294.    Plaintiff Ramesh Pandit, a citizen of India at all pertinent times, was the father of Trupti Dalal, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ramesh Pandit suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Trupti Dalal.

295.    Plaintiff Tushar Nagar, a citizen of India at the time of the hijacking and currently a United States national, is the brother of Trupti Dalal, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Tushar Nagar suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Trupti Dalal.

296.    Plaintiff Amratlal Darji, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Amratlal Darji suffered pain, suffering and economic loss.

297.    Plaintiff Cecilia da Silva, a citizen of India at the time of the hijacking and currently a Canadian national, was a flight attendant on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Cecilia da Silva suffered pain, suffering and economic loss.

298.    Plaintiff Tulsibhai Datania, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Tulsibhai Datania suffered pain, suffering and economic loss.

299.    Plaintiff Dwijal Dave, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dwijal Dave suffered pain, suffering and economic loss.

300.    Plaintiff Gargi Dave, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Gargi escaped to the wing of the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, she landed on her head and fell into a coma for three days.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Gargi Dave suffered pain, suffering and economic loss.

301.    Plaintiff Giatri Dave, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Giatri suffered pain, suffering and economic loss.

302.    Plaintiff Joseph Dawson, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Joseph Dawson suffered pain, suffering and economic loss.

303.    Plaintiff Rupal Desai, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  At the time of her death, Rupal Desai was 26 years old and was engaged to be married.  Rupal Desai suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

304.    Plaintiff Narendra Desai, a citizen of India at all pertinent times, was the father of Rupal Desai, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Narendra Desai suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Rupal Desai.

305.    Plaintiff Ashish Desai, a citizen of India at all pertinent times, is the brother of Rupal Desai, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ashish Desai suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Rupal Desai.

306.    Plaintiff Sharmistha Desai, a citizen of India at all pertinent times, is the mother of Rupal Desai, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sharmistha Desai suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Rupal Desai.

307.    Plaintiff Sonal Vakharia, a citizen of India at all pertinent times, is the sister of Rupal Desai, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sonal Vakharia suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Rupal Desai.

308.    Plaintiff Dipali Desai, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dipali Desai suffered pain, suffering and economic loss.

309.    Plaintiff Utpala Desai, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Utpala Desai suffered pain, suffering and economic loss.

310.    Plaintiff Milan Devjani, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Milan Devjani suffered pain, suffering and economic loss.

311.    Plaintiff Conway Dodge, a United States national at all pertinent times, was one of the pilots on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Conway Dodge suffered pain, suffering and economic loss.

312.    Plaintiff Delfina Domínguez, a citizen of Mexico at all pertinent times, was the wife of Ricardo Rosales, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Delfina Domínguez suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ricardo Rosales.

313.    Krishna Gadde, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Krishna Gadde suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

314.    Plaintiff Gopal Dadhirao, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Gopal Dadhirao was also the husband of Krishna Gadde, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Gopal Dadhirao suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Krishna Gadde.

315.    Plaintiff Lilly Finken, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Lilly Finken suffered pain, suffering and economic loss.

316. David Gaiser, a United States national at all pertinent times, was a passenger on Pan Am Flight 73. During the hijacking, David Gaiser was shot in the leg by one of the ANO Defendants. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, David Gaiser suffered pain, suffering and economic loss.

317. Plaintiff Gillian Gaiser, a citizen of Great Britain at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Gillian Gaiser suffered pain, suffering and economic loss.

318. Plaintiff Samira Goode, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73. Samira Goode suffered serious injuries during the final assault, which included torn ligaments in her legs and back. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Samira Goode suffered pain, suffering and economic loss.

319. Plaintiff Suresh Gopalakrishnan, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Suresh Gopalkrishnan suffered pain, suffering and economic loss.

320. Plaintiff Keki Grant, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Keki Grant suffered pain, suffering and economic loss.

321. Plaintiff Tehmi Grant, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Tehmi Grant suffered pain, suffering and economic loss.

322.    Plaintiff A. Jay Grantier, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, A. Jay Grantier suffered pain, suffering and economic loss.

323.    Plaintiff Purnima Hardikar, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Purnima Hardikar suffered pain, suffering and economic loss.

324.    Plaintiff John Harper, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of the hijacking by Defendants, John Harper suffered pain, suffering and economic loss.

325.    Plaintiff Ganesh Hegde, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ganesh Hegde suffered pain, suffering and economic loss.

326.    Plaintiff Laxmi Hegde, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Laxmi Hegde suffered pain, suffering and economic loss.

327.    Plaintiff Farhat Hussain, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Farhat Hussain was traveling with her two young children, ages two and three.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Farhat Hussain suffered pain, suffering and economic loss.

328.    Plaintiff Hameed Hussain, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  At the time of the hijacking, Hameed Hussain was two years old.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Hameed Hussain suffered pain, suffering and economic loss.

329.     Plaintiff Nabihah Hussain, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  At the time of the hijacking, Nabihah Hussain was three years old.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Nabihah Hussain suffered pain, suffering and economic loss.

330.     Plaintiff Mona Jadav, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mona Jadav suffered pain, suffering and economic loss.

331.     Plaintiff David Jodice, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, David Jodice suffered pain, suffering and economic loss.

332.     Plaintiff Dilip Joshi, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dilip Joshi suffered pain, suffering and economic loss.

333.     Plaintiff Tahira Khalid, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Tahira Khalid suffered pain, suffering and economic loss.

334.     Plaintiff Shirin Khambolja, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shirin Khambolja suffered pain, suffering and economic loss.

335.    Plaintiff Zafer Khan, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Zafer Khan suffered pain, suffering and economic loss.

336.    Meherjee Kharas, a citizen of Pakistan at all pertinent times, was a Pan Am mechanic.  He had been conducting an equipment check on the aircraft during its stop in Karachi, and was caught on board the plane when the hijacking began.  Meherjee Kharas suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

337.    Plaintiff Freni Kharas, a citizen of Pakistan at the time of the hijacking and currently a United States national, is the mother of Meherjee Kharas, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Freni Kharas suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Meherjee Kharas.

338.    Plaintiff Priti Kharidia, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Priti Kharidia suffered pain, suffering and economic loss.

339.    Plaintiff William Kianka, a United States national at all pertinent times, was the Captain on board Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, William Kianka suffered pain, suffering and economic loss.

340.    Seetharamiah Krishnaswamy, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  On the day of the hijacking, Seetharamiah Krishnaswamy and his wife were traveling to the United States to attend the wedding of one of their daughters.

Seetharamiah Krishnaswamy suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

341.    Plaintiff Malati Krishnaswamy, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. Malati Krishnaswamy was also the wife of Seetharamiah Krishnaswamy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Malati Krishnaswamy suffered pain and suffering, economic loss and was deprived of the assistance, society, companionship, and solatium of Seetharamiah Krishnaswamy.

342.    Plaintiff Kalpana Gilroy, a citizen of India at the time of the hijacking and currently a United States national, is the daughter of Seetharamiah Krishnaswamy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kalpana Gilroy suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Seetharamiah Krishnaswamy.

343.    Plaintiff Manjari Gubbi, a citizen of India at all pertinent times, is the daughter of Seetharamiah Krishnaswamy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Manjari Gubbi suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Seetharamiah Krishnaswamy.

344.    Plaintiff Arun Krishnaswamy, a citizen of India at the time of the hijacking and currently a United States national, is the son of Seetharamiah Krishnaswamy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Arun Krishnaswamy suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Seetharamiah Krishnaswamy.

345.    Plaintiff Prabhat Krishnaswamy, a citizen of India at the time of the hijacking and currently a United States national, is the son of Seetharamiah Krishnaswamy, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Prabhat Krishnaswamy suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Seetharamiah Krishnaswamy.

346.    Kodiyattu Kurian, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Kodiyattu Kurian suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

347.    Plaintiff Susan Kurian, a citizen of India at all pertinent times, was the wife of Kodiyattu Kurian, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Susan Kurian suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Kodiyattu Kurian.

348.    Plaintiff Rajeev Kurian, a citizen of India at all pertinent times, is the son of Kodiyattu Kurian, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Rajeev Kurian suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Kodiyattu Kurian.

349.    Plaintiff Anna Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Anna Kurumthottathil suffered pain, suffering and economic loss.

350.    Plaintiff Bennett Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  At the time of the

hijacking, Bennett was nine years old.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Bennett Kurumthottathil suffered pain, suffering and economic loss.

351.    Plaintiff Bibil Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  At the time of the hijacking, Bibil was two years old.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Bibil Kurumthottathil suffered pain, suffering and economic loss.

352.    Plaintiff Joseph Kurumthottathil, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Joseph Kurumthottathil suffered pain, suffering and economic loss.

353.    Plaintiff Astrid Lobo, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Astrid Lobo suffered pain, suffering and economic loss.

354.    Plaintiff Naseeruddin Mahmood, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Naseeruddin Mahmood suffered pain, suffering and economic loss.

355.    Plaintiff Abdul Majid, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Abdul Majid suffered pain, suffering and economic loss.

356.    Plaintiff Kamran Majid, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kamran Majid suffered pain, suffering and economic loss.

357.    Plaintiff Clarence Maloney, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Clarence Maloney suffered pain, suffering and economic loss.

358.    Plaintiff Munawar Masih, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Munawar Masih suffered pain, suffering and economic loss.

359.    Plaintiff Mathew Mathai, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mathew Mathai suffered pain, suffering and economic loss.

360.    Plaintiff Pradeep Mehendiratta, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Pradeep Mehendiratta suffered pain, suffering and economic loss.

361.    Plaintiff Deepak Mehra, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Deepak Mehra suffered pain, suffering and economic loss.

362.    Plaintiff Anjna Mehta, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Anjna Mehta suffered pain, suffering and economic loss.

363.    Plaintiff Kanak Mehta, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kanak Mehta suffered pain, suffering and economic loss.

364.    Plaintiff Yashwant Mehta, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Yashwant Mehta suffered pain, suffering and economic loss.

365.    Plaintiff Saifee Mehvee, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Saifee Mehvee suffered pain, suffering and economic loss.

366.    Plaintiff Richard Melhart, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Richard Melhart suffered pain, suffering and economic loss.

367.    Plaintiff Shikha Mittra, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  During the hijacking, Shikha Mittra suffered severe shrapnel wounds to both legs.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shikha Mittra suffered pain, suffering and economic loss.

368.    Plaintiff Gaby Mulloor-Manjaly, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on Pan Am Flight 73.  During the hijacking, she sustained a severe head injury.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Gaby Mulloor-Manjaly suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her father, Thomachan Mulloor, and her brother, Boby Mulloor.

369.    Plaintiff Kishore Murthy, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kishore Murthy suffered pain, suffering and economic loss.

370.    Aleyamma Nagatholy, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. Aleyamma Nagatholy suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

371.    Plaintiff Jane Nagatholy, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on Pan Am Flight 73. Jane Nagatholy is also the daughter of Aleyamma Nagatholy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Jane Nagatholy suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her mother, Aleyamma Nagatholy.

372.    Plaintiff Sanil Nagatholy, a citizen of India at the time of the hijacking and currently a citizen of Germany, was a passenger on Pan Am Flight 73. Sanil Nagatholy is also the son of Aleyamma Nagatholy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sanil Nagatholy suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his mother, Aleyamma Nagatholy.

373.    Plaintiff Scaria Nagatholy, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. During the hijacking, he sustained severe shrapnel injuries across much of his body. Scaria Nagatholy was also the husband of Aleyamma Nagatholy, who was killed in the attack. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Scaria Nagatholy suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his wife, Aleyamma Nagatholy.

374.    Ramakant Naik, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Ramakant Naik suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

375.    Plaintiff Kusum Naik, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kusum Naik suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her husband, Ramakant Naik.

376.    Plaintiff Sameer Naik, a citizen of India at all pertinent times, is the son of Ramakant Naik, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sameer Naik suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his father, Ramakant Naik.

377.    Plaintiff Shirish Naik, a citizen of India at all pertinent times, is the son of Ramakant Naik, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shirish Naik suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his father, Ramakant Naik.

378.    Plaintiff Shrinivas Naik, a citizen of India at all pertinent times, is the son of Ramakant Naik, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shrinivas Naik suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his father, Ramakant Naik.

379.    Plaintiff Seema Sharma, a citizen of India at the time of the hijacking and currently a United States national, is the daughter of Ramakant Naik, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Seema Sharma suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ramakant Naik.

380.    Plaintiff Shakuntala Nanavaty, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shakuntala Nanavaty suffered pain, suffering and economic loss.

381.    Plaintiff Lillian Nazareth, a citizen of India at the time of the hijacking and currently a Canadian citizen, was a flight attendant on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Lillian Nazareth suffered pain, suffering and economic loss.

382.    Plaintiff Shaila Nemivant, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shaila Nemivant suffered pain, suffering and economic loss.

383.    Plaintiff Mallik Netrakanti, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  During the hijacking, Mallik Netrakanti sustained severe facial injuries.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mallik Nertakanti suffered pain, suffering and economic loss.

384.    Plaintiff MaryAnne Nigli, a citizen of India at the time of the hijacking and currently a Canadian citizen, was a flight attendant on Pan Am Flight 73.  MaryAnne Nigli

escaped to the wing of the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, she fractured her pelvis. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, MaryAnne Nigli suffered pain, suffering and economic loss.

385.    Plaintiff Faraidoon Oshtory, a United States national at all pertinent times, was a passenger on Pan Am Flight 73. During the final assault, one of the terrorist's bullets grazed his stomach and he was hit by 21 pieces of shrapnel from the exploding grenades. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Faraidoon Oshtory suffered pain, suffering and economic loss.

386.    Plaintiff Nayan Pancholi, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Nayan Pancholi suffered pain, suffering and economic loss.

387.    Plaintiff Heena Parikh, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Heena Parikh suffered pain, suffering and economic loss.

388.    Plaintiff Kalpana Parikh, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kalpana Parikh suffered pain, suffering and economic loss.

389.    Plaintiff Urmila Parikh, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73. As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Urmila Parikh suffered pain, suffering and economic loss.

390.    Plaintiff Ajay Patel, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ajay Patel suffered pain, suffering and economic loss.

391.    Plaintiff Dahiben Patel, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Dahiben Patel escaped to the wing of the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, she fractured her pelvis.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dahiben Patel suffered pain, suffering and economic loss.

392.    Plaintiff Mrugesh Patel, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  Mrugesh Patel escaped to the wing of the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, he fractured his spine.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mrugesh Patel suffered pain, suffering and economic loss.

393.    Plaintiff Parita Patel, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Parita Patel suffered pain, suffering and economic loss.

394.    Plaintiff Parvatiben Patel, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Parvatiben Patel escaped from the plane through one of the two emergency exits that were opened during the final assault, and while jumping from the plane onto the tarmac, she broke both of her legs and all of the bones in her feet.  As a result of

Defendants' actions in connection with the attack on Pan Am Flight 73, Parvatiben Patel suffered pain, suffering and economic loss.

395.    Plaintiff Shilpa Patel, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shilpa Patel suffered pain, suffering and economic loss.

396.    Plaintiff Vishal Patel, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Vishal Patel suffered pain, suffering and economic loss.

397.    Plaintiff Sherene Pavan, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73.  During the hijacking, Defendant Safarini used Sherene Pavan as a human shield as he moved throughout the aircraft.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sherene Pavan suffered pain, suffering and economic loss.

398.    Plaintiff Darrell Pieper, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Darrell Pieper suffered pain, suffering and economic loss.

399.    Plaintiff Mundakkal Ramakrishnan, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mundakkal Ramakrishnan suffered pain, suffering and economic loss.

400.    Plaintiff Kaloo Rampal, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kaloo Rampal suffered pain, suffering and economic loss.

401.   Plaintiff John Ridgway, a United States national at all pertinent times, was the flight engineer on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, John Ridgway suffered pain, suffering and economic loss.

402.   Plaintiff Farhana Rizvi, a citizen of Pakistan at all pertinent times, was a passenger on Pan Am Flight 73.  During the hijacking, she sustained severe injuries to her body, forcing her to undergo emergency surgery to amputate much of her left leg.  Farhana Rizvi is also the sister of Imran Rizvi, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Farhana Rizvi suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her brother, Imran Rizvi.

403.   Plaintiff Hadi Rizvi, a citizen of India at all pertinent times, is the father of Imran Rizvi, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Hadi Rizvi suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Imran Rizvi.

404.   Imran Rizvi, a citizen of Pakistan at all pertinent times, was a passenger on Pan Am Flight 73.  Imran Rizvi suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

405.   Plaintiff Sana Rizvi, a citizen of Pakistan at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  During the hijacking, she sustained severe shrapnel injuries to much of her body, forcing her to undergo emergency surgery to amputate much of her right foot.  Sana Rizvi is also the sister of Imran Rizvi, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am

Flight 73, Sana Rizvi suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her brother, Imran Rizvi.

406.    Plaintiff Mariana Roque, a citizen of Mexico at all pertinent times, is the daughter of Ricardo Rosales, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mariana Roque suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ricardo Rosales.

407.    Plaintiff Micaela Roque, a citizen of Mexico at all pertinent times, is the daughter of Ricardo Rosales, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Micaela Roque suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ricardo Rosales.

408.    Plaintiff Ricardo Roque, a citizen of Mexico at all pertinent times, is the son of Ricardo Rosales, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ricardo Roque suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ricardo Rosales.

409.    Plaintiff Champaben Sanchla, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Champaben Sanchla suffered pain, suffering and economic loss.

410.    Plaintiff Vallavbhai Sanchla, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Vallavbhai Sanchla suffered pain, suffering and economic loss.

411.    Plaintiff Shaily Seth, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Shaily Seth suffered pain, suffering and economic loss.

412.    Plaintiff Hussain Shaffi, a citizen of Canada at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Hussain Shaffi suffered pain, suffering and economic loss.

413.    Plaintiff Dharmendra Shah, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Dharmendra Shah suffered pain, suffering and economic loss.

414.    Plaintiff Mehul Shah, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mehul Shah suffered pain, suffering and economic loss.

415.    Plaintiff Nilay Shah, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Nilay Shah suffered pain, suffering and economic loss.

416.    Plaintiff Nilima Shah, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of the hijacking by Defendants, Nilima Shah suffered pain, suffering and economic loss.

417.    Plaintiff Urmi Shah, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Urmi Shah suffered pain, suffering and economic loss.

418.    Plaintiff Chaman Shankar, a citizen of Pakistan at all pertinent times, was a member of the cleaning crew trapped on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Chaman Shankar suffered pain, suffering and economic loss.

419.    Plaintiff Parag Sheth, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Parag Sheth suffered pain, suffering and economic loss.

420.    Plaintiff Anuradha Simpkinson, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Anuradha Simpkinson suffered pain, suffering and economic loss.

421.    Kala Singh, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Kala Singh suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

422.    Plaintiff Sadanand Singh, a citizen of India at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  Sadanand Singh was also the husband of Kala Singh, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sadanand Singh suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his wife, Kala Singh.

423.    Plaintiff Kalpana Singh, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Kalpana Singh is also the daughter of Kala Singh, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am

Flight 73, Kalpana Singh suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of her mother, Kala Singh.

424.    Plaintiff Samir Singh, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  Samir Singh is also the son of Kala Singh, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Samir Singh suffered pain, suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of his mother, Kala Singh.

425.    Plaintiff John Stafurik, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, John Stafurik suffered pain, suffering and economic loss.

426.    Plaintiff Alistair Sundareson, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Alistair Sundareson suffered pain, suffering and economic loss.

427.    Plaintiff Ann Marie Meenu Sundareson-West, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ann Marie Meenu Sundareson-West suffered pain, suffering and economic loss.

428.    Plaintiff Meera Sundareson, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Meera Sundareson suffered pain, suffering and economic loss.

429.    Plaintiff Saramma Sundareson, a United States national at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Saramma Sundareson suffered pain, suffering and economic loss.

430.    Plaintiff Mohammed Tariq, a citizen of Pakistan at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Mohammed Tariq suffered pain, suffering and economic loss.

431.    Plaintiff Samina Tariq, a citizen of Pakistan at the time of the hijacking and currently a United States national, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Samina Tariq suffered pain, suffering and economic loss.

432.    Ganapathi Thanikaimoni, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  Ganapathi Thanikaimoni suffered pain and suffering and sustained fatal injuries as a result of Defendants' actions in connection with the attack on Pan Am Flight 73.

433.    Plaintiff Kirthana Thanikaimoni, a citizen of India at all pertinent times, is the daughter of Ganapathi Thanikaimoni, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Kirthana Thanikaimoni suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ganapathi Thanikaimoni.

434.    Plaintiff Krishnaveni Thanikaimoni, a citizen of India at all pertinent times, was the wife of Ganapathi Thanikaimoni, who was killed in the attack.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Krishnaveni Thanikaimoni suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ganapathi Thanikaimoni.

435.    Plaintiff Ravindran Thanikaimoni, a citizen of India at all pertinent times, is the son of Ganapathi Thanikaimoni, who was killed in the attack.  As a result of Defendants' actions

in connection with the attack on Pan Am Flight 73, Ravindran Thanikaimoni suffered pain and suffering, economic loss, and was deprived of the assistance, society, companionship, and solatium of Ganapathi Thanikaimoni.

436.    Plaintiff Michael Thexton, a citizen of Great Britain at all pertinent times, was a passenger on Pan Am Flight 73.  He spent much of the hijacking on his knees while the hijackers held a gun to his head.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Michael Thexton suffered pain, suffering and economic loss.

437.    Plaintiff Ittiyachan Thottakara, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ittiyachan Thottakara suffered pain, suffering, economic loss.

438.    Plaintiff Siny Thottakara, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Siny Thottakara suffered pain, suffering and economic loss.

439.    Plaintiff Thresiamma Thottakara, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Thresiamma Thottakara suffered pain, suffering and economic loss.

440.    Plaintiff Tilo Thottakara, a citizen of India at the time of the hijacking and currently a German citizen, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Tilo Thottakara suffered pain, suffering and economic loss.

441.     Plaintiff Janki Vasant, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Janki Vasant suffered pain, suffering and economic loss.

442.     Plaintiff Ranee Vaswani, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73.   As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Ranee Vaswani suffered pain, suffering and economic loss.

443.     Plaintiff Sunshine Vesuwala, a citizen of India at the time of the hijacking and currently a Canadian citizen, was a flight attendant on Pan Am Flight 73.  Sunshine Vesuwala, who managed to hide many passports of United States nationals, frustrating the efforts of the hijackers to kill these passengers, was used as a human shield by Defendant Safarini during the hijacking.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Sunshine Vesuwala suffered pain, suffering and economic loss.

444.     Plaintiff Punita Vyas, a citizen of India at all pertinent times, was a passenger on Pan Am Flight 73.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Punita Vyas suffered pain, suffering and economic loss.

445.     Plaintiff Louella Walker, a citizen of India at all pertinent times, was a flight attendant on Pan Am Flight 73.  Louella Walker escaped through one of the two emergency exits that were opened during the final assault to the wing of the plane and while jumping from the wing, Louella Walker fractured her wrist.  As a result of Defendants' actions in connection with the attack on Pan Am Flight 73, Louella Walker suffered pain, suffering and economic loss.

## COUNT I

## Private Right of Action Under 28 U.S.C. § 1605A(c)

446.     Paragraphs 1 through 445 are incorporated herein as if fully set forth.

447.    On January 28, 2008, President Bush signed into law the National Defense Authorization Act for Fiscal Year 2008, Public Law 110-181 (2008). Section 1083 of the Act amends 28 U.S.C. § 1605 in several respects. Among other things newly enacted 28 U.S.C. § 1605A(c) creates a federal private right of action for certain individuals to sue foreign state sponsors of terrorism.

448.    Defendant Libya was a state sponsor of terrorism as described in 28 U.S.C. 1605A(a)(2)(A)(i) and the individual Defendants were acting within the scope of their office, employment or agency in committing the acts alleged herein, including the planning and carrying out of the hijacking of Pan Am Flight 73. Pursuant to 28 U.S.C. § 1605A(c), Defendant Libya is vicariously liable for the acts of its officials, employees, and/or agents.

449.    As a direct and proximate result of the willful, wrongful, intentional and reckless acts of the Defendants, Plaintiffs suffered death and/or personal injury. Pursuant to 28 U.S.C. § 1605A(c), Plaintiffs assert a federal cause of action against Defendants for the various events and counts set forth in this Second Amended Complaint. In addition to that provision, and/or in the alternative, Plaintiffs assert a cause of action pursuant to the laws of the applicable states of the United States or elsewhere.

450.    Accordingly, as a result of Defendants' actions, Plaintiffs seek economic damages pursuant to 28 U.S.C. § 1605A.

WHEREFORE, certain Plaintiffs demand that judgment be entered, jointly and severally, againstthe Defendants in the amount of TWO BILLION DOLLARS ($2,000,000,000).

## COUNT II

### 28 U.S.C. § 1605 note "FLATOW ACT"

451.    Paragraphs 1 through 450 are incorporated herein as if fully set forth.

452.    Defendants were acting within the scope of their office, employment, or agency in committing the acts alleged herein, including the planning and carrying out of the hijacking of Pan Am 73.

453.    As a direct and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, Plaintiffs suffered death and/or personal injury.  Pursuant to 28 U.S.C. note, certain Plaintiffs may assert a cause of action against all Defendants.

WHEREFORE, certain Plaintiffs demand jusgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT III

## TORTURE VICTIM PROTECTION ACT

454.    Paragraphs 1 through 453 are incorporated herein as if fully set forth.

455.    As a direct and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, one United States national and twelve foreign nationals named herein were killed in the hijacking.

456.    As a direct and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, all passengers and crew on board Pan Am Flight 73 at the time of the hijacking were tortured within the meaning of the TVPA, 28 U.S.C. § 1350 note.

457.    In providing material support and resources for, planning and carrying out the hijacking of Pan Am Flight 73, and the torture, hostage taking, aircraft sabotage and extrajudicial killing of those on board the aircraft, Defendants Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk acted under actual or apparent authority, or color of law, of Libya.

458.    Libya directed and provided material support for the terrorist acts in connection with the hijacking and the torture, hostage-taking and extrajudicial killings in violation of 18 U.S.C. § 2339A.

459.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs also may assert a cause of action for wrongful death against Defendants in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, certain Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT IV

## WRONGFUL DEATH

460.    Paragraphs 1 through 459 are incorporated herein as if fully set forth.

461.    As a direct result and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, United States national, Surendra Patel, and certain foreign national Plaintiffs, whose estates are represented as Plaintiffs in this suit, were killed during the hijacking.

462.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for wrongful death against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities and in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

463.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for wrongful death against Defendants Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities, in connection with

the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, certain Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of TWO BILLION DOLLARS ($2,000,000,000).

### COUNT V

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

464.     Paragraphs 1 through 463 are incorporated herein as if fully set forth.

465.     The act of hijacking Pan Am Flight 73 constituted extreme and outrageous conduct on the part of Defendants.

466.     As a direct result and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, Plaintiffs suffered severe emotional distress.

467.     Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for intentional infliction of emotional distress against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities and in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

468.     Under applicable federal, state, foreign statutory and/or common law, Plaintiffs assert a cause of action for intentional infliction of emotional distress against Defendants Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities, in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT VI

## BATTERY

469.    Paragraphs 1 through 468 are incorporated herein as if fully set forth.

470.    The willful, wrongful, intentional, and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants, constituted a battery upon Plaintiffs.

471.    Among other things, the ANO Defendants physically and mentally tortured the passengers of Pan Am Flight 73.  They willfully, violently, and forcefully seized the passengers as part of the hijacking.

472.    As a direct and proximate result of these acts, Plaintiffs were injured.

473.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for battery against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities and in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

474.    Under applicable federal, state, foreign statutory and/or common law, Plaintiffs assert a cause of action for battery against Defendants Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities, in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

**COUNT VII**

**ASSAULT**

475.     Paragraphs 1 through 474 are incorporated herein as if fully set forth.

476.     The passengers on board Pan Am Flight 73 were put in constant fear and apprehension of harm from their captors.  Throughout the duration of the hijacking, they were in fear and apprehension because of the physical and psychological abuse inflicted on passengers by their captors.

477.     As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of the ANO Defendants, acting at the direction and with the support of the Libyan Defendants, Plaintiffs were injured in that they endured extreme mental anguish, physical injury, and pain and suffering.

478.     Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for assault against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities and in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

479.     Under applicable federal, state, foreign statutory and/or common law, Plaintiffs assert a cause of action for assault against Defendants Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities,  in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT VIII

## LOSS OF SOLATIUM/LOSS OF CONSORTIUM

480.    Paragraphs 1 through 479 are incorporated herein as if fully set forth.

481.    As a direct result and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, certain Plaintiffs suffered extreme mental anguish, emotional pain and suffering, in the loss of the society and companionship of victims, and the victims similarly suffered from the deprivation of their family's companionship.

482.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for loss of solatium and/or loss of consortium against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities, and Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities, in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, certain Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT IX

## AIRCRAFT PIRACY

483.    Paragraphs 1 through 482 are incorporated herein as if fully set forth.

484.    Defendants' acts of hijacking Pan Am Flight 73, torturing and killing those on board, are, and were at the time, universally condemned.  Well-defined international norms that are universally accepted recognize the prohibition of such acts.  See 49 U.S.C. § 46501; 49 U.S.C. § 46502.

485.    As a direct result and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, Plaintiffs were injured in the manner set forth herein.

486.    Under applicable federal, state, foreign statutory and/or common law, certain Plaintiffs assert a cause of action for aircraft piracy against Defendants Libya, LESO, Qadhafi and Senoussi, in their official capacities, and Qadhafi, Senoussi, Safarini, Rahim, Khalil, Mansoor and Al-Turk, in their individual capacities, in connection with the willful, wrongful, intentional and reckless acts of the ANO Defendants acting at the direction and with the support of the Libyan Defendants.

WHEREFORE, Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT X

## VIOLATION OF 18 U.S.C. § 2333

487.    Paragraphs 1 through 486 are incorporated herein as if fully set forth.

488.    Certain Plaintiffs demand relief pursuant to 18 U.S.C. § 2333, including treble damages and attorneys' fees as provided in the statute, against the ANO Defendants in their individual capacities and against Qadhafi and Senoussi to the extent they are deemed to have acted outside the scope of their official capacity or outside the color of legal authority.

489.    As a direct result and proximate result of the willful, wrongful, intentional and reckless acts of Defendants, Plaintiffs were injured in his or her person, property, or business.

WHEREFORE, certain Plaintiffs demand that judgment be entered, jointly and severally, against the Defendants, in the amount of ONE BILLION DOLLARS ($1,000,000,000).

## COUNT XI

## PUNITIVE DAMAGES

490.    Paragraphs 1 through 489 are incorporated herein as if fully set forth.

491.    Defendants' actions were intentional and malicious and in willful, wanton and reckless disregard of the victims' rights.

492.    Pursuant to 28 U.S.C. § 1605A, which specifically authorizes punitive damages in civil actions for money damages resulting from terrorist acts, Defendants are jointly and severally liable for suc damages in an amount to be determined by the court.

WHEREFORE, Plaintiffss demand that judgment be entered, jointly and severally against the Defendants, in an appropriate amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court grant Plaintiffs judgment in their favor and against Defendants on Counts I through XI and grant Plaintiffs:

A.    Compensatory damages against Defendants, jointly and severally, in the amount of TWELVE BILLION DOLLARS ($12,000,000,000), or in such other amount as the Court may deem just and appropriate;

B.    Punitive damages, pursuant to 28 U.S.C. 1605(A), against Defendant Socialist People's Libyan Arab Jamahiriya and LESO, as well as against each of the individual Defendants in an appropriate amount to be determined at trial for Defendants' willful, wrongful, intentional and reckless acts;

C.    Reasonable costs and expenses;

D.    Prejudgment interest;

E.    Reasonable attorneys' fees; and

      F.      Such other and further relief which the Court may determine to be just and equitable under the circumstances.

Respectfully submitted,

                      /s/

Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
Andy Liu, D.C. Bar No. 454986
Justin P. Murphy, D.C. Bar No. 477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile
Counsel for Plaintiffs

March 28, 2008