## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*,     ) ) ) **Plaintiffs** ) ) **v.** ) ) THE SOCIALIST PEOPLE'S ) ARAB JAMAHIRIYA, *et al.*, ) ) **Defendants.** ) ) | No. 06-CV-00626 (PLF) |

## MOTION AND MEMORANDUM FOR THE ISSUANCE
## OF A LETTER ROGATORY TO PAKISTAN

Plaintiffs Manjula Patel, *et al.*, respectfully petitions this Court for the issuance of a Letter of Request, in the form attached hereto, addressed to the appropriate judicial authority in Pakistan, requesting that the Pakistani Foreign Minister and Pakistani Minister of Justice be summoned by that authority to produce documents set forth in the annexed Letter of Request (Attachment A).

Pursuant to Local Rule 7(m), Plaintiffs' counsel spoke with counsel for the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization ("LESO"), Muammar Qadhafi (in his official capacity), and Abdallah Senoussi (in his official capacity) (collectively the "Libyan Defendants") in an effort to obtain consent for this motion but counsel stated that he did not consent. Contact was also made with counsel for Defendant Zaid Hassan Abd Latif Safarini ("Safarini") but counsel could not commit to a position at that time.

Plaintiffs further request that after this Court has signed the Letter of Request, the Letter be returned to counsel for Plaintiffs for translation and transmission to the United States Department of State, Bureau of Consular Affairs, Overseas Citizens Services, Office of American Citizens Services and Crisis Management, Near East and South Central Asia Division, for further transmission to the Pakistani Foreign Minister and Pakistani Minister of Justice through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2).

A federal court is inherently vested with the authority to issue a letter of request, including a letter of request seeking the production of documents. *See Zassenhaus v. Evening Star Newspaper Co.*, 404 F.2d 1361 (D.C. Cir. 1968); *United States v. Reagan*, 453 F.2d 165, 168-72 (6th Cir.1971); *United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958); *see generally* Wright, Miller, & Marcus, FEDERAL PRACTICE AND PROCEDURE (2007), § 2083. Section 1781 of Title 28 of the U.S. Code also implicitly provides federal courts with authority to issue a letter of request.

Because Pakistan is not a signatory to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters or other applicable treaty or convention, a letter of request (transmitted via diplomatic channels) is the appropriate way to seek and obtain discovery from the Pakistani Foreign Minister and Pakistani Minister of Justice. The documents being sought from the Pakistani Foreign Minister and Pakistani Minister of Justice in the annexed Letter of Request are relevant in this action, are not cumulative of other evidence, and cannot be obtained in any other manner.

April 1, 2008                    Respectfully submitted,


_____/s/_____
Stuart H. Newberger, DC Bar #294793
Michael L. Martinez, DC Bar #347310
Andy Liu, DC Bar #454986
Justin P Murphy, DC Bar #477718
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel. (202) 624-2500

*Counsel for Plaintiffs*

# ATTACHMENT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MANJULA PATEL, *et al.*,     )
                             )
             Plaintiffs      )
                             )
      v.                     )
                             )     No. 06-CV-00626 (PLF)
THE SOCIALIST PEOPLE'S        )
ARAB JAMAHIRIYA, *et al.*,    )
                             )
             Defendants.     )

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

**To the appropriate judicial authority in Pakistan:**

There is currently pending before this Court a suit captioned *Manjula Patel v. The Socialist People's Arab Jamahiriya*, Civil Action No. 06-CV-00626 (PLF), wherein the Plaintiffs seek judgment against the Defendants for damages arising out of the September 5, 1986 terrorist hijacking of and attack on Pan American World Airways Flight 73 while the airplane was on the airport tarmac in Karachi, Pakistan. The attack killed 20 innocent civilian passengers and crew members, injured over 100 others, and terrorized all of the approximately 380 people on board.

The parties to this civil action have determined that justice will be enhanced by receiving evidence from the Pakistani Foreign Minister and Pakistani Minister of Justice. Based on information and belief, the Pakistani Foreign Minister and Pakistani Minister of Justice have documents relevant to this civil action for the reasons described in Exhibit A. First, the hijacking occurred in Karachi. Second,

the Government of Pakistan conducted an extensive investigation of the terrorist incident. Third, the five hijackers, Zaid Hassan Abd Latif Safarini ("Safarini"); Jamal Saeed Abdul Rahim ("Rahim"); Muhammad Abdullah Khalil Hussain Ar-Rahayyal ("Khalil"); Muhammad Ahmed Al-Munawar ( "Mansoor"); and Wadoud Muhammad Hafiz Al-Turk ("Al-Turk") (collectively, the "ANO Defendants"), were tried and convicted by a Pakistani court in or about 1988.

I, therefore, request that in the interest of justice, you cause, by your proper and usual process, the Pakistani Foreign Minister and Pakistani Minister of Justice to appear before you or some competent officer appointed or designated by you for that purpose, at a time and place you determine, to provide such documents, books, papers, or other articles that they or others in the Pakistani Government have relating to the topics set forth in Exhibit A. I further request that all such materials be returned to this Court in a sealed envelope addressed to:

Clerk of the Court
United States District Court for the District of Columbia
Re: Patel v. Libya, No. 06-CV-00626 (PLF)
333 Constitution Avenue, N.W.
Washington, D.C. 20001
United States of America

Date: _____

_____
Paul L. Friedman
United States District Court Judge

**EXHIBIT A**

**NATURE AND PURPOSE OF PROCEEDINGS
AND STATEMENT OF THE FACTS**

**I.    OVERVIEW**

1.    This is an action for damages arising out of the September 5, 1986, hijacking of and terrorist attack on Pan American World Airways ("Pan Am") Flight 73 while the airplane was on the airport tarmac in Karachi, Pakistan. The attack killed 20 innocent civilian passengers and crew members, injured numerous others and terrorized all of the approximately 380 people on board Pan Am Flight 73. *See* Amended Complaint, ¶ 1.

2.    Plaintiffs, including both United States nationals and non-United States nationals, are the estates of 13 of the 20 individuals killed in the hijacking of and terrorist attack on Pan Am Flight 73, 32 of their immediate family members, and 134 other passengers and crew members, all of whom were injured during this horrific crime. This lawsuit was initiated in April 2006 when the Plaintiffs filed suit against the Socialist People's Libyan Arab Jamahiriya ("Libya"), the Libyan External Security Organization ("LESO"), Muammar Qadhafi ("Qadhafi") (in his official capacity) and Abdallah Senoussi ("Senoussi") (in his official capacity) (collectively, the "Libyan Defendants"), Qadhafi and Senoussi in their individual capacities and the Abu Nidal Organization ("ANO") terrorists who carried out the attack: Zaid Hassan Abd Latif Safarini ("Safarini"); Jamal Saeed Abdul Rahim ("Rahim"); Muhammad Abdullah Khalil Hussain Ar-Rahayyal ("Khalil");

Muhammad Ahmed Al-Munawar ( "Mansoor"); and Wadoud Muhammad Hafiz Al-Turk ("Al-Turk") (collectively, the "ANO Defendants"). *See id.,* ¶¶ 1, 6.

## II.    THE HIJACKING AND TERRORIST ATTACK

3.    The hijacking of Pan Am Flight 73 was a carefully planned operation by ANO at the direction of, and with the materials support of, Libya. After United States airstrikes on Tripoli and Benghazi on April 15, 1986, Qadhafi ordered LESO, through Qadhafi's brother-in-law, Senoussi, to carry out retaliatory attacks on the United States. Senoussi then hired ANO, with Qadhafi's approval, to plan and execute the September 5, 1986 terrorist attack and hijacking of Pan Am Flight 73. Libya also provided material support and resources to ANO for the operation. *See id.,* ¶¶ 6, 214, 217 – 221.

4.    The ANO Defendants arrived in Pakistan weeks before the terrorist attack to obtain weapons, perform surveillance work at the Karachi airport, and to conduct other activities to prepare for the terrorist attack. Early in the morning on September 5, 1986, four terrorists – Defendants Rahim, Khalil, Mansoor, and Safarini – dressed as Pakistani security agents and armed with assault rifles, pistols, grenades, and belts of plastic explosives, stormed Pan Am Flight 73 as it was boarding, and proceeded to hold hostage approximately 380 innocent civilian passengers and crew members for 16 horrifying hours. The pilots and flight engineers were able to escape from the plane through a hatch in the cockpit, thus effectively grounding the plane. Although Defendant Al-Turk accompanied the four other terrorists to the airport, he did not board the plane. *See id.,* ¶¶ 222 – 231.

5.    During the hijacking, the hijackers demanded that authorities provide them with a flight crew so they could fly to Cyprus and obtain the release of Palestinian prisoners detained there. Their demands were not met. Throughout the attack, the terrorists threatened, assaulted, and terrorized the passengers and crew, and tortured, beat, and assassinated one passenger in plain view of the other passengers, throwing his body out of the plane onto the tarmac. *See id.*, ¶¶ 233, 235 – 239.

6.    As nightfall arrived, the plane's auxiliary power unit began to fail, the lights on the plane went out, the emergency lights came on, and the ventilation system turned off. The terrorists then ordered the passengers and crew into the center of the aircraft and the terrorists positioned themselves in front of and behind the crowd. *See id.*, ¶¶ 242 – 243.

7.    At approximately 10 p.m. that night, when the plane's auxiliary power unit failed and the plane's lights went out, the terrorist hijackers opened fire on the passengers and crew with automatic weapons and threw grenades on the plane. In the end, 20 passengers and crew were killed that day by the savage attack, and many others suffered severe physical and/or emotional injuries. *See id.*, ¶¶ 244 – 250.

## III.    PAKISTAN'S INVESTIGATION AND TRIAL

8.    Pakistani authorities arrested three of the terrorists – Defendants Rahim, Khalil, and Mansoor – on the grounds of the Karachi airport immediately following the final deadly assault as they were attempting to escape with the fleeing

3

passengers. Defendant Safarini was arrested a few hours later at a local hospital where he had been taken for treatment after being removed from the plane. About one week later, Pakistani authorities arrested Al-Turk as he was attempting to leave Pakistan for Tripoli, Libya. *See id.,* ¶ 256.

9.       Pakistani authorities conducted an extensive investigation of the hijacking of and terrorist attack of Pan Am Flight 73, including gathering relevant facts and interviewing victims and witnesses. Eventually, the five ANO Defendants were tried together in Pakistan by Pakistani prosecutors for the hijacking of and terrorist attack on Pan Am Flight 73. Several passengers and crew members testified at the joint trial. *See id.,* ¶ 257.

10.       Near the conclusion of the trial, the ANO Defendants, each of whom was represented by counsel, voluntarily signed a joint 19-page statement in which they admitted coming to Pakistan for the express purpose of hijacking an American airplane. *See* Exhibit 1 hereto. The joint statements asserted that the terrorists' goal was to come to Pakistan, due to its "close relations with the Great Satan i.e. America," and "destroy sensitive strategic centre of Zionists situated in Palestine through American weapon i.e. explosion of American aeroplane. By this, we would have struck at the American imperialism." In reference to the United States' air-strike against Libya in April 1986, the hijackers further stated that "American imperialism came from a very very long distance to attack Libya" and that "[t]here is no alternative left for the Palestinian except to take weapons in his hands to kill

4

the murderer and oust the usurper. A murderer of Palestinian[s] deserves to be assassinated." *See* Amended Complaint, ¶¶ 257 – 258.

11.    Shortly thereafter, the five ANO Defendants were convicted and sentenced to death by the Pakistani court. These sentences were later commuted to life sentences to be served in Pakistan. *See id.,* ¶ 258.

12.    On August 29, 1991, following an investigation of the hijacking of and terrorist attack on Pan Am Flight 73, the United States government indicted ANO Defendants Al-Turk, Safarini, Rahim, Khalil, and Mansoor. Two years later, shortly after he was released from a high-security Pakistani prison in Rawalpindi, Adiala, Defendant Safarini was captured by the Federal Bureau of Investigation ("FBI") and brought to the United States. On December 16, 2003, Defendant Safarini pled guilty to the charges against him in connection with the hijacking of Pan Am Flight 73 and was sentenced to life in prison. *See id.,* ¶¶ 259 – 261.

13.    In early January 2008, the remaining ANO Defendants – Al-Turk, Rahim, Khalil, and Mansoor – were released from Adiala in Rawalpindi and deported to Dubai. Their current whereabouts are unknown.

### PROCEDURAL HISTORY AND STATUS

14.    Plaintiffs filed their complaint on April 5, 2006 in the United States District Court for the District of Columbia. They filed an amended complaint on April 24, 2006. On January 28, 2008, the United States Congress passed the National Defense Authorization Act for Fiscal Year 2008, Pub. L. 100-181, § 1083 (2008) ("NDAA"). The NDAA created a new federal cause of action for individuals

who have been injured by the terrorist activities of state sponsors of terrorism. On March 28, 2008, pursuant to the NDAA, Plaintiffs sought leave to file a second amended complaint. That complaint states claims against the Libyan Defendants and ANO Defendants under the NDAA, the Flatow Amendment, 28 U.S.C. § 1605 note, and the Torture Victim Protection Act, 28 U.S.C. § 1350 note, among other federal statutory law and the laws of relevant states.

15.    In addition, the law imposes liability on the Libyan Defendants if they provided "material support or resources" to ANO or the ANO Defendants.[1] The United States has found that Libya not only provided ANO with material support for the hijacking of and terrorist attack on Pan Am Flight 73, but that the Libyan Defendants ordered ANO to carry out the terrorist attack. This conclusion has been corroborated by one of the hijackers, Defendant Rahim, and by other Western and Pakistani intelligence sources.

16.    The Libyan Defendants subsequently moved to dismiss the Amended Complaint for lack of subject matter and personal jurisdiction. Judge Paul Friedman summarily denied their motion to dismiss and the Libyan Defendants answered the Amended Complaint on October 26, 2007. The Libyan Defendants also filed a motion for Summary Judgment the same day which is pending before

---

[1]    18 U.S.C. 2339A defines "material support or resources" as any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious services.

the Court. The ANO Defendants have not filed any responsive pleadings in this matter.

17.    Two weeks later, Judge Friedman ordered that fact discovery should commence and be completed by August 1, 2008. Plaintiffs have served document requests on the Libyan Defendants. Those requests are pending.

## DISCOVERY MATERIALS REQUESTED

Plaintiffs seek to obtain documentary evidence from Pakistan relating to the Libyan and ANO Defendants. Pakistani prosecutors investigated, gathered evidence, and conducted an extensive investigation of the hijacking of and terrorist attack on Pan Am Flight 73. They interviewed victims of and witnesses to the horrific event. Pakistani prosecutors conducted a lengthy trial of the five ANO Defendants in Pakistani Court. As a result of this trial, the five ANO defendants voluntarily signing a joint 19-page statement, admitting their role in the terrorist attack. Finally, the five ANO Defendants were convicted and sentenced to death by the Pakistani court. Each of the ANO Defendants had been incarcerated in a high-security Pakistani prison in Rawalpindi, Adiala for lengthy periods of time. As such, Pakistan likely possesses information related to the hijacking of and terrorist attack on Pan Am Flight 73.

The relevant evidence in Pakistan's possession is necessary to this case and cannot be obtained from other sources. In addition, this evidence is intended for use in the development of Plaintiffs' case and for potential use at trial. Moreover, this

evidence would routinely be sought from similarly situated parties or witnesses in other lawsuits of this kind.

      **A.**    Plaintiffs seek all information related to the investigation, trial and conviction of the five ANO Defendants in Pakistan based on their hijacking of and terrorist attack on Pan Am Flight 73 in Karachi, Pakistan.

      **B.**    Plaintiffs also request all information relating to any link or connection between any of the Libyan Defendants and the Abu Nidal Organization and/or the ANO Defendants, including any information relating to Libya's provision of material support and/or resources, including but not limited to any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel and transportation to ANO.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of April 2008, a true and correct copy of the foregoing was filed via the court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 1st day of April 2008, to Defendants Qadhafi, Senoussi, Rahim, Ar-Rahayyal, Al-Munawar, and Al-Turk at the following addresses:

Muammar Qadhafi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Abdallah Senoussi
Libyan External Security Organization
Ministry of Foreign Affairs
Tripoli, Libya

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan

_____/s/_____
Peter J. Eyre

# Exhibit 1

CR 91-504

- 484 -

Before we broushe on the subject of answering the allegations and giving our view point on the facts of the case, we want to make it clear that we have participated in this trial not for begging mercy or acquital on any technical grounds. We have co-operated and taken part in the trial because we wanted to tell the whole world through this forum also that we are freedom fighter, fighting for the cause of our nation and that we shall continue to do so despite the threats of being assessinated.

In our view the trial of us all has no legal basis because it is based and prepared by the Security Forces of Pakistan which under the law of this country are not competent or authorised to investigate or enquire against any civilian. We have no faith in the investigating agency and the institutions representing the judiciary because during the investigation, we were confronted with various officers from the judiciary who could not inspire any confidence in us. They were acting on the dictations of the officers of Army Intelligence and were standing before them and behaving in a manner that they have authorised some heanfous offence. We saw them calling the investigators (as your order Sir,) (as you please Sir)m it shall be done Sir, we came to know that the Intelligence Agency in this country are more powerful than the members of the judiciary. When the trial commenced, we had some conversation to the Presiding Officer of this court. We also made it clear at the very outset, we knew that the judgement against had already been pronounced by General Muhammad Zia-ul-Haq on 5th of September, 1986, when he declared that all of us would be hanged. We never meant to insult this court but what we wanted to convey was that the judicial system of this country has been reduced to a position where member of the superior judiciary are fixed without any show cause notice. The most honest and the independent are informed by the District Magistrate not to come to the court on the following days and that their services were no more required in the interest of public. It was for this reason that we never expected from this Honourable court what we could have expected from the same Presiding Officer in a system in which judges are allowed to act according to their conscience.

Contd...........P/2

FILED

APR 3 0 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.85 -

We want to make it clear that the trial against us
had not been fair in as much as we have not been provided with
the proper facilities to defend ourselves. We were kept in solitory
confinement and perpetual fetters. We were not allowed to see each
other for a period of about ten months. We were told that this
Honourable Court does not have the power to order the removal of
fetters and to end solitory confinement. We were not allowed to see
our relatives and friends or to write them. We were refused to
establish contact with our relatives through the agency of Jail.
We were kept in inhuman conditions with indignity. This was done
under the instructions of the Home Department.

We want to make it clear that we challenge the
introduction of sections 402-A, B and C in the Pakistan Penal Code.
We are of the view that this is an anti-Islamic and anti-human law
calculated to safe guard the interest of Zionists and American
imperialists. This is a colonial and an imperialists black law
introduced in the Pakistan Penal Code to destroyy the freedom movement
of Palestinians.

Contd.— P/3

-486-

We five sons of Palestine are standing in the dock facing the trial on the allegation of being hijackers, terrorists and murderers. It is an irony of fate that the freedom fighters have been termed as terrorists. And this is being done by those who have shocked the concious of humanity by their barbarious and criminal acts against every movement for the liberation of nation and for the achievement of basic human rights of the oppressed. The charges against us are levelled at the behest of American Intelligence who guided and supervised the Army Intelligency of Pakistan to fabricate and forge evidence, to distort the facts and to strangulate the truth.

This highhandedness was engineered and planted against those who have firm believe that this life is a trust of their motherland and they like millions of the Palestinians are prepared to shed the last drop of their blood for the liberation of their dream land. We are standing here as witnesses to prosecute the ring leader of imperialism, whose none but America which has committed worst crimes against the great nation of Palestine. In this fight against humanity, against liberty and freedom of this imperialist had the slave following and services of some rulers of so called islamic states who in the cloak of Islam had acted as American dogs. Our fight is against American imperialism and all those allies of America who have committed direct and indirect excesses against Palestine and its peoples. We have here to prove that we are the freedom fighter, the true sons of the soil of Palestine, we want to write a history of the glory of our mission and cause without blood. We want to show to the whole world who is real murderers and the terrorists. We are here to open new chapters of prosecuting the real murderers, terrorists.

We have a firm belief in the dictates of Holy Quran that the zionists shall never have a land of their own and we are staunch supporters of the idea that by providing land to the zionists, the American and their allies have not nullified the verses of the Holy Quran. We are passing through a transitional and provisional period of history and the American and their allies have installed the

Contde....P/4

-487-

zionists on our holy land but we are sure that one day these enemies of Islam shall be defeated and the sacred land of Palestine shall be freed from the unholy presence of the zionists domination.

We have no doubt in our mind that the words of Holy Quran cannot be translated into reality unless the sons of Palestine are prepared to write their history with their blood. We are fighting for the independance and liberation of our motherland from the cluches of monsters and we cannot succeed unless we follow the principals and enshrined in the Holy Quran. We declare that we shall fight our enemies in Sea, in Land and in Air.

In the Name of Allah, the Compassionate, the merciful.

Fight for the sake of Allah those who fight against you, but do not be aggressive, Allah does not love the aggressors. Kill them wherever you find them. Drive them out of the places from which they drove you. Idolatry is worse than carnage. But do not fight them within the precincts of the sacred Mosque unless they attack you there; if they attack you put them to the sword. Thus shall the unbelievers be rewarded: but if they desist, know that Allah is Forgiving and Merciful.

The Holy Quran, Sura The Cow; 2 : 190 to 2:193

The aforementioned verses of the Holy Quran validate our armed struggle for the liberation of our country and help to understand clearly its real nature. Our national revolution began fifty years ago when the British occupied Palestine. Since then, they started declaring Palestinians as terrorists and murderers because they were fighting for the freedom of their sacred land. This situation continued till global zionism replaced the British colonialism in Palestine/which is being patronised by Britain, America and their stooges even today. This is so because they needed a strategic base in the very heart of the Muslim world and the Arab world as well, so that they could exploit the nations of this region and utilise their wealth and resources for their

Contd........P/5

2184

488

own interests. This could only be achieved by installing a
selfish, mean and a coward nationalike that of zionists.

Regardless of the disunity, weakness and
disillusionment prevailing in the Arab and Islamic world in
those days, the great Palestinian nation started its armed
struggle against neo-nazism, disguised as global zionism. It
started armed struggle totally on its own and fought the usurpers
sometimes in an organised, manner and sometimes individualistically.

Palestine is a historical land of holy places which is
known as the Land of Prophets and Messengers. Mary, Christ and
Moses were born here. Our holy Prophet, Muhammad (P.B.U.H)
transcended for Meraj from here. There are many shrines of
Prophets and saints in Palestine and, above all, Bait-al-Maqdis,
centre of all the divine religions is also situated here. Since
the inception of humanity Palestine has been the originating
point of history.

Zionism tried to usurp this land from its original
inhabitants so that they may be able to declare themselves as
the real inhabitants while they shall always remain as usurpers
and tresspassers. They tried to steal history and civilisation and
whatever was owned by Palestinians. They also endevoured to make
Palestine as Zionist state called Israel. From the very beggining,
when the Zionist movement was founded and Palestine was occupied
militarily, politically, culturally and socio-economically, the
Zionists were concious of the fact that there will be no peace
for them and also no land till they eliminate the Palestinian
nation and to cut off their links from this land.

We started our struggle from Mosques, cities and
villages. Old people, women and children also participated in
our struggle against the unholy alliance of Zionists and
Americans. The Zionists had committed atrocities against us and
massacred our people with the active help of America. They also
evicted us from our own homeland and imprisoned many of us. But
we have not surrendered till now. Everyone wants to kill and shed
the blood of Palestinians so that name of Palestine may be cursed

Contd.........P/6

- 489

from the world map and also from the memory of the people.
Moreover, they want the word 'Palestine' to be totally
eliminated. Even since our birth no day has passed when we
have not heard the news of killing or imprisonment of a
Palestinian.

However we believed that were celebrating a great
Palestinian festival whenever we hear that a Palestinian is
imprisoned or killed by our enemy or a friend of our enemy
because by every such act the murderers and usurpers realize
the strength and rights of their victims. At the same time it
reveals their weakness and cowardice. Murder of a Palestinian
is a subject on agenda of Zionist enemy, U.S imperialism and
reactionary Arab and Islamic Governments.

It is necessary for us to trace the history for
condemnation of real terrorists, real murderers, real culprits
and usurpers.

In the Name of Allah, the Compassionate, the
merciful.

A sacred month for a sacred month:
sacred things are too subject of retaliation.
If anyone attacks you, attack him as he attacked
you. Have fear of Allah, and know that Allah is
with the righteous.
The Holy Quran, Sura The Cow; 2: 194 to 2:195.

Let us start from the American agents in the cloak
of Islam — we mean, some reactionary Arab and Muslim governments
which have committed crimes against our nation and our holy land.

The first Palestinian martyred on January 7, 1965
was shot by a bullet from Jordanian forces while he was returning
from the occupied territory after an armed attack on the enemy.
It may be recalled that he was not killed by a bullet from the
Zionist enemy itself but by the Zionist mentality ruling over
Jordan. The biggest and the brutal most massacres were staged
by the government of Jordan in 1970 and 1971 against the
Palestinian revolution and nation. These massacres are known in
history as the massacres of Black September which resulted in
Martyrdom of 40,000 men, women, old people and children and

contd ——— P/7

- 490 -

injuries to over 100,000 Palestinians while thousands of Palestinians were ousted from Jordon.

We deem it necessary to narrate another historical fact pertaining to the role of Gen. Zia-ul-Haq, the so called President of Islamic Republic of Pakistan. in those massacres of Black September. We wish to remind him that he was the active member of the Jordanian army command which was responsible for the aforementioned massacres and their bloody consequences. He still takes pride in keeping that royal award which was conferred upon him for this murderous action against the Palestinian revolution. We were not surprised when he declared death sentence for us Hasson on 5.9.1986 without holding of a trial.

Similarly, the reactionary Arab governments also took part in massacres of the Palestinians. Such massacres are numerous and we are mentioning only a few of them.

Again on August 16, 1974 Lebanese militia in collaboration with American imperialism and Zionism slaughtered many Palestinians at Nabtia Refugee Camp in Lebanon. Examples of such massacres were repeated at Zabia Refugee Camp (Lebanon) by the end of 1975; at Tel-al-Zatar Refugee Camp (Lebanon) in 1976 resulting in martyrdom of thousands of Palstinians.

While referring to these massacres we have just received the news of another big massacre of our people going on these days in Lebanon. This massacre known as 'Wardof Camps' is continuing for last two years. It is being carried out by Amal Militia, another instrument of American imperialism and Zionism. All the Arab and Muslim governments maintain that they support the cause of Palestine. They claim and declare that one day Palestine shall be liberated. But the fact of the matter is that they shed crockodyle. In fact they support American imperialism and Israel. By this misconduct they declare that they are friends of Palestine but the fact is that the Jails of many Arab and Muslim countries are full of Palestinian Prisoners. Many Palestinian freedom fighters are rottling in the Jail of Jordon, Lebanon and Egypt.

In the name of Allah, the Compassionate and merciful. P/

contd ——— P/s

2187

- 491 -

In the Name of Allah, the Compassionate and merciful.

Muster against them all the men and cavalry at your disposal, so that you may strike terror into the enemies of Allah and your enemy. (8:60)

The record of the Zionist crimes against our people does not end here. The recent events of history reflect more of their crimes. This record is full of Zionists bloody, criminal and racial acts against our great nation. The 1948 massacre of Dair Yassen was committed under the command of Mehahim Begin, the former Prime Minister of the Zionists state. Similarly, massacre of 1952 at Qabia was carried out by General Sharon, the former defence minister of the State of usurpers. They also slaughtered thousand of Palestinians at Kafar Qasim on October 29, 1956.

It is now an established and undesirable fact that Palestine was occupied by the Global Zionism with the connivance of America and Britain by the eviction of 3.5 million Palestinians who were forced to leave their mother land and live as refugees in different countries. One million Palestinians are still living in the occupied Palestine who are subjected to const and aggression and are being tortured, oppressed and persecuted. The Zionists have made their miserable lives nearly impossible.

Nothing by the name of Palestinian is safe from the hands of the Zionist terrorists. They attempted to set on fire the Holy Aqsa Mosque, the first Qibla of the Muslims all over the world. They desacreted mosques and churches and considered all their henious acts legitimate and justifiable. They contaminated the ddinking water with contraceptive poisons to disable Palestinian women to give birth to the freedom fighters.

In the Name of Allah the Compassionate and Merciful.

Glory be to him who make his servant go by night from the sacred Mosque to the farthest Mosque whose precincts we have blessed, that we might show him (some) of our signs. He is the Hearer, the seer (17:1).

Global Zionism, in General, and Mosaad its intelligence agency, in particular murdered many revolutionary Palestinians and leaders of the revolution. Out of the martyred leaders three are the famous: Kemal Nasser, Kemal Udwani and Abu Yousaf Najjar. They also killed our leading intellectuals: Ghassan Kaufani, Mahmood Al Amsheri, Wail Zaiter and Majid Abu Sharrar in Rome, Paris and

contd. —— P.8

2188

-492

London respectively. Besides them numerous other prominent sons of Palestinian soil were cold bloodedly assassinated in different parts of the world. One more tragedy was faced by Palestinian and Lebanese nations together on June 4, 1982 when Zionist enemies with the help of American imperialism committed naked aggression against Lebanon by attacking its land, sea and air space. They also occupied vast Lebanese territories and caused heavy loss to human lives and property. Thousands were killed and injured. The Zionists held the western part of Beruit under their seige for three months. Air, naval and land atacks by the Zionist enemy caused irreparable damages to the city of Beruit.

The enemy has been and is still using the most sophisticated and lethal U.S weapons against us. It also used chemical, phosphorus and Napalm bombs during its raids on civilian areas of Beruit resulting in the killing of large number of men, women and children. The Palestinian and Lebanese nations have paid a heavy price of this aggression against them. Besides Zionist enemy, some forces backed by America and Zionism, like Amal Militia, Christian Militia and the army of Saad Hadaad also committed such loathsome crimes against Palestinian refugees in Lebanon which remind the crimes against Nazism and Fascism. The blood of our brothers has not yet dried in Beruit where armed action was directed towards Sabira and Shatila refugee camps. Only in these two camps our 6000 compatriots were ghastily massacred by Zionist forces led by their former Prime Minister Bigin and defence minister Sheron.

In the Name of Allah the Merciful and Compassionate.

Permission (to take up arms) is hereby given to those who are attacked, because they have been wronged. Allah has power to grant them victory those who have been unjustly driven from their homes, because they said: our Lord is Allah (22:40)

Before concluding our statement we would like to open the file of American terrorism against Palestine and other free nations of the world.

It was no one else but America which first invented weapons for vast human destruction and elimination of every

- 493 -

living being on the earth. It is still working on nefarious designs to dominate the whole world in connivance with Zionism. That is why it is working on the STar War programme. It was again American which occupied Vietnam for several years and it is still endeavouring to occupy the free lands of various other countries. It has also set up its strategic bases in Japan, Philipines, Pakistan and Sri Lanka. Now it has intervened in the Gulf which is a constant threat to the peace and security of the nation of this region. American intervention in the Gulf is aimed at suppressing the voice of revolution and is an open and naked aggression against us.

The American imperialism, headed by the crazy U.S President Reagan sent its naval fleet to the territorial waters of Libya to suppress the revolutionary voice there. With the support of Britain and other Western countries American bombers flying from the American fleet raided Tripoli with most sophisticated bombs and killed hundreds of innocent citizens. Americans are extending their control over the Asian region throught their stooges cloaked as Muslim leaders of Saudi Arabia and Pakistan. Likewise in Turkey and Philipine also it has empowered its touts to look after its interests.

America itself hijacked an Egyptian aeroplane and forced it to land at one of its bases so that it may arrest three Palestinian freedom fighters on board.

The Zionist enemy equipped with sophisticated American weapons and helped by reactionary Arab governments air raided Iraqi atomic reactor. Now it is threatening and seriously attempting to destroy the nuclear reactor of Pakistan. We as Palestinians have a firm belief that American are opposing Pakistan's nuclear programme only and only to safe guard the interest of Israel which fears that some day a leader like Bhutto Shaheed may not emerge in Pakistan to use its force against Zionism and Israel domination. Zionist enemy in search of Palestinians has forced many aeroplanes to land at its bases. These piracies and incidents of hijacking have never been condemned and went un-punished.

America too sent its naval fleet namely New Jersey, carrying bombs and sophisticated weapons in tons to attack and terrorize Lebanon in 1984.

Contd..........P///

2190

- 494 -

It is again America the den of all conspirators and terrorists who provides patronage to terrorists and mercenaries. It has betrayed many of its friends like President Marcos, King of Iran and King Faisal of Saudi Arabia when their services were no more required. America itself is threatening the nations of East Asia, Middle East, Africa and Latin America. America labels each revolutionary voice as terrorists call and tries to supress it as it has done and still doing in the case of Iran and Libya. But it will never be successful.

This was briefly the story of crimes committed by America, Zionism and their local agents. We ask :-

Question No. 1. What could be the plea and explanation from Islamic, Arab and other countries of the world regarding the bloody massacre of Palestinian people and other oppressed nations of the world, except loathing and condemnation ?

Question No. 2. Who has prosecuted in camera or openly American and the Zionist criminals ?

Question No. 3. Who fought against the American imperialism and Zionist enemy ? Who severed its diplomatic ties with Washington ? Who blamed the U.S and the Zionist enemy for their terroristic crimes ?

Those and so many other questions of this type remain unanswered. An answer to these questions came in the form of Camp David Peace treaty between Egypt and the Zionist enemy with American mediation. In fact the Treaty shows that Egypt had surrendered before the enemy. Morrocco, Jordon and the governments of Lebanon etc. followed it.

Various other Islamic and Arab countries adopted this acquiscent attitude. We congratulate and thank them for this answer from their side.

We ask another question from the whole world: Who is a terrorist and a murderer? the Palestinians or the Americans and Zionists?

The question what really happened on 5th of September, 1906, who is responsible and what actually happened is a question

Contd..........P/12

-12-    -495-

which is still remained un-answered despite the fact that dozens of prosecution witnesses have been examined. We standing here categorically state that the entire prosecution evidence against us have been fabricated and our role has been exagerated. The investigating officers who claim to have arrested us, to have effected recoveries and recorded, our statement and those of the prosecution witnesses are not correct. In fact we have the pleasure of having only a glimpse of Mr. Yousaf Balooch and Mian Akhtar Ali in some of the Army camps. They never came near us to exchange any conversation nor handled us. This job was conducted by the Army Intelligence who had the services of some Western Intelligence agencies whose officers remain present and actively participated in the investigation. We were given inhuman and sub-standard treatment. We were tortured and third degree methods of investigations were used against us.

WE are the sons of SAbira and Shatila, we have come from the refugee camps of Sabira and Shatila and had witnessed the play of blood and fire. We are the eye witnesses of the bloody massacre and carnage. Even the Nazi's and Faschisht would have shuddered in their shoes if they have had only a glimpse of the atrocities committed by the Zionists, bastered sons of American imperialism. There was no offence against humanity which was not committed. History would never have witnessed such horible grousome and dasterly and wanton acts as were witnessed by us. Our sisters, mothers and Palestinian children were ghastly massacred in our presence.

We came to Pakistan to hijack an American aeroplane to instantly draw the whole world attention towards Palestine which was bleeding. We wanted to attract the attention of the world, to show to the world that the blood of Palestinians is still not cold. Our aim was to hijack the plane, free all the hostages and to take the plane to various countries to get the release of 1500 Palestinian freedom fighters. Our aim was to fly the plane towards some senestive strategic centre of the Zionist enemy and to blow it there with us, inside. Our objectives were to ensure the relaase of more than 1500 Palestinian prisoner from the Jails of Zionist enemy and their friendly

Contd.............P/13

- 496 -

countries. We wanted to destroy sensative strategic centre of Zionists situated in Palestine through American weapon i.e explosion of American aeroplane. By this, we would have struck at the American imperialism. We wanted to strike at both the enemies with one weapon at the same time.

In the Name of Allah, the Compassionate and Merciful.

Among the believers there are men who have been true to their covenant with God. Some have died and other await their end, yielding to no change(33Q23)

We are extremly dejected that we could not achieve our goal due to the delaying tactics adopted by Pakistani authorities who were asked to provide us flying crew. In fact they were preparing for a commando action and waiting for an appropriate time for it. They carried out their action when it was suitable for them. They attacked the aeroplane without caring about the lives of the innocent passengers on board except th.. Americans. It was done only to please America though many innocent passengers barring the Americans were killed. Their only purpose was to protect the American property.

We are the sons of Palestine... We are the sons of Sabira and Shatila camps. We never visited Palestine nor were born and lived there. It was our dream and desire to saturate the land of Palestine with out blood. That is why we planned to blow the plane over Palestine. No doubt, this time we failed but one day we will be successful.

We want to tell some facts to our great Pakistani nation. We would like to make it clear that we are not enemy of Pakistan and Pakistani people. We only oppose the present Pakistani regime which is protecting the American interests in the name of Islam.

We had selected the soil of Pakistan for our action for the following reasons :-

1. At present American domination is prevailing over most of the third World countries and American presence in Pakistan has increased and acquired and dangerous shape. We want to strike at the American interests and the espionage dens of America and Zionist enemy who are working under the American flag. We want to hit at everything belonging to America whether it is an aeroplane, an embassy building or anything else.

Contd........P//4

2193

- 497-

2.       The second reason of our selection of Pakistani land
to carry out our plan was onr belief that we are likely to be
provided some facilities for such actions against America by
our Pakistani brothers.

3.       It is our right as Muslims to fight against our enemy
every where in the world and it is also justifiable for us to use
the soil of our friendly countries for our purpose like our enemy.

4.       We chose Pakistan for our action due to the policies
of the present regime which maintians close relations with the
Great Satan i.e America. The pro-American policies of this regime
are detrimental not only to the Pakistani nation but to the
Palestinian nation also.

When we read or hear from some of the Pakistani officials
on national or international media, calling a Palestinian murderer or
terrorist we are not astonished. But we were stunned to read the
statement of General Zia ul Haq which he issued at Harare soon
after the incident of Pan Am aeroplane hijacking and arrest of a
small group of Muslim freedom fighters. While congratulating the
commandos for their successful actmns he said:

> The hijackers are Palestinians and they will be
> hanged but still I support the cause of Palestine.

Through this statement he tried to convince us that he
believes in the cause of Palestine as a just cause and the execution
of five Palestinians to please America will not affect his above-
mentioned belief. We would like to ask him that why did he forget
his 'firm belief' in the just cause of Palestine when he was leading
the Jordanian armies in their brutal operation against the Palestinans
revolution and nations, in which thousands of innocent and homeless
Palestinians were killed and injured. The Palestinians had not
demanded his prosecution at that time and no order of death
sentence was passed against him as he has given the decision to
hang us without taking into consideration the reasons and causes
of our armed action against America. He justifies in his modern
'law' to punish five Palestinians under the charge of terrorism
and murder. The decision of hanging five Palestinians has been

Contd............P/15.

passed because they hijacked an American plane on the territory
of Pakistan. He deems it justified according to his laws. But
these very laws do not give any right to prosecute American for
its terroristic and murderous crimes. It cannot pass death
sentence against them. They have not been prosecuted so far
anywhere. American imperialism came from a very very long
distance to attack Libya, Lebanon and Iran etc. and committed
henious crimes. It is an established fact that America commits
barbarious crimes every where in the world whenever it intends
but no legal proceedings have been conducted against it. We would
like to emphasize here that the politics of Muslim countries is
influenced and controlled by America but at the same time you
will witness national revolutions emerging and gaining momentum.
The sons of the Palestinian nation are following the footprints
of martyrs who sacrificed for the just cause and shed their blood
for the sacred land.

Global Zionism and American imperialism and their
agents in the region thought that their jails will demoralize
the Palestinian nation but soon they realized that their jails
had turned into the revolutionary camps. They also thought that
their oppressive policies against Palestinians in and outside
the occupied Palestine would suppress the revolutionary voices
of the Palestinians but soon it was revealed that their voices
had become a hard stone and a stone in our country is considered
to be a bomb which explodes before the usurper enemy. They thought
that the American and Zionist sophisticated weapons used against
Lebanese and Palestinian nations would be able to effect our
heroic resistance. But they realised that Palestinians were
turned into human bombs for the destruction of enemy's bases and
forces. They also realised that they were totally mistaken in
their conceptions regarding Palestinian revolution and nation as well.
They found the Palestinian nation on unsummontable power.

In fact the bloody massacres and crimes against our
great nation which continued for the last fifty years and are
still continuing are much more than what have been mentioned in

Contd:.........P//6

2195

-76-
- 499 -

our this statment. There henious crimes are of such nature that no argument about them can satisfy us. The massacres committed against Palestinian were so henious that all resolutions passed against U.S and Zionists for their condemnation were totally un-sufficient. In fact there bloody massacre could not be condemned through the statements issued by the different countries of the world. Our nation suffered these bloody incidents because it was not equiped with arms. We are still being slaughtered at the hands of American imperialism and global zionism and their stooges in region. Our blood is being shed even now. Is it justifiable that we are being massacred and our children are being slaughtered. We do not pray for mercy from anybody on this earth because it is beneath the dignity of a Palestinian to ask for it. How the prayer for mercy can suit a Palestinian who is being murdered and assasinated brutly. It is incombent upon a Palestinian to assasinate the murderers and take the revenge for himself and his sacred land.

The resolution of United Nations and the conferences of Islamic organisation and Arab League canot solve our problem. The negosiations for peace or the holding of a international peace conference for middle east is also not the solution of our issue. There is no alternative left for the Palestinian except to take weapons in his hands to kill the murderer and oust the usurper. A murderer of Palestinian deserves to be assasinated. A Murderer of Palestinian deserves to be assasinated. A murderer of Palestinian deserves to be assasinated.

The armed struggle is the only solution for our problem. A long armed national war can guarantee the return of our mothers to their homeland who still posses the keys of their locked houses situated in Palestine. They want to go back to their homeland. The armed struggle is necessary so that thousands of our fathers and elders may return to Palestine and offer their prayers in Al-Aqsa Mosque. What was taken by force can only be returned by force. We launched the holy war so that thousands of our children, who were born outside the Palestine, may return to

Contd.............P//7.

2196

-500-

Palestine and may with pride.

We are the real inhabitants of Palestine and it is our homeland. We are not refugees.

Oh rulers of Pakistan, you may say that we have not answered the following question :

Who is a terrorist and murderer?

A Palestinian or an American or a Zionist.

WE do not bother about your decision whatever it may be. It has got no importance in our eyes whether it is a decision of death sentence or life imprisonment. We welcome the death for the sake of Palestine. But what matters us thesis a condemnation of a terrorist and murderer. As our martyred great leader Abu Ali Ayad said:

We would prefer to die while we are standing and we would not bow before our enemy. We would fight till the last suckling child. Honour and permance is always for our martyr. . Our best wishes and love for the great Palestinian nation which is fighting aginst the neo-nazism inside and outside the occupied Palestine.

..Our love and allegiance for our comrades imprisoned in the jails of Zionist enemy and imperialists.

Before parting we want to thank the people of Pakistan supporting the cause of Palestine and showing their love and affection for the people of our nation. We hope that one day Palestine shall be liberated. We have done our part for the glory of our nation and have set a path for the freedom fighters to follow.

Long-Live Palestine.

Revolution tilllVictory.

Al. Jasem

Mustafa Umien

Freedom Fighters.

Sons of Palestine,
Central Jail Adyala,
Rawalpindi.

- 501 -

Statement of accused No.2.

Zayd Hassan Abd Al-Latif Masud Safarini Alias Mustafa
Hassan Said Bomer son of Said, aged 24 years, resident
of Tul-Karam Palastine C/O Al-Fateh Office, Al-Shashlan
Damascus Syria.

Without Oath.

Q.No.1    Have you heard and understood the prosecution

          evidence recorded in your presence?

Ans:      Yes, my name is Hussain Saeed Ahmed Bomer son of

          of Said Ahmed and address is Talzatar Camp Beiruit.

Q.No.2    Is it a fact that some time in the month of

          October 1985, and thereafter, within and without

          Pakistan, you engaged in conspiracy with your

          four co-accused namely Salman Ali, Fahad, Khalil

          and Mansoor to hijack Pan Am Aircraft?

Ans:      NO.

Q.No.3    It is in evidence that on 5.9.1986, at about 5 a.m.,

          you, while wearing ASF uniform, alongwith your three

          co-accused namely Fahad, Mansoor dressed in ASF

          Uniform and Khalil accused who was in Shalwar

          Kamees and all four of you were carrying deadly

          weapons, explosives and hand-grenades, forced

          your entry into the restricted area of Karachi

          airport on Suzuki Carry bearing registration

          No.227-608. What have you to say about it?

2198

_-502-_

Ans.   Yes, it is correct. Actually the time
was 6-30 a.m. and not 5 a.m.

Q.No.   It is in evidence that after forcing your entry
into the restricted area of Karachi airport, you
all four, by the threat and use of force, entered
the Pan Am aircraft which had arrived at Karachi
airport in the course of Pan Am flight No. 073 from
Bombay, and was parked at Bay No.9 and siezed and
took control of the said aircraft and thereby hijacked
the same. What have you to say about it?

Ans.   My answer is same as/made by my co-accused
will be
Mansoor.

Q.No.5   Is it a fact that during the course of hijacking and
the time that you and your co-accused had assumed a
complete control of the hijacked Pan Am plane, you,
in the furtherance of common intention of you all, shot
at and fatally wounded Kumar son of Rajesh with a
Pistol at about 8.30 a.m.?

Ans.   I did shoot at Kumar deceased with a pistol and fatally
wounded him. But I had shot him in the Upper Deck where
none of my co-accused was present. It was my individual
act and not in the furtherance of the common intention
of other co-accused.

Accused No. 2

-503-

Q.No.6    It is in evidence that after you had shot at and
injured Kumar deceased your pistol Ex.P23 fell
down from the plane on the ground. What have you
to say about it?

Ans.    It is incorrect.

Q.No.7    Is it a fact that during the course of hijacking
and the time that you and your co-accused had
complete control of the hijacked plane, around
9 p.m., you all four, in furtherance of your
common intention committed the murders of 19 persons
mentioned in the charge?

Ans.    It is incorrect. When the lights in the plane went off
completely in the evening the Pakistani Commandoes attacked
the plane and all these people died as a result of their
firing. Responsibility of these deads lies on the
Government.

Q.No.8    Is it a fact that during the course of hijacking and
the time that you all had a complete control of the
Pan Am Plane (hijacked) you all four, in furtherance of
the common intention of you all, around 9 p.m. made
murderous assault on 32 persons named in the charge?

Ans.    It is incorrect. When the lights in the plane went off
completely in the evening the Pakistani Commandoes attacked
the plane and injured all these people by their
firing. Responsibility of these injureds lies on
the Government.

Q.No.9    It is in evidence that you on 28.8.1986, got on rent
Suzuki Carry bearing Registration No. 227-608 from

2200

$\frac{+}{-}$ -504-

Hafiz Ud Din PW and entered your name and parentage
and address in and signed, the Rent Register Ex.PA.
What have you to say about it?

Ans.        This is correct.


Q.No.10.    It is in evidence that you stayed in National City
Hotel Karachi from 8.8.1986, to 10.8.1986. What
have you to say about it?

Ans.        This is correct.


Q.No.11    It is in evidence that you stayed in Faran Hotel
Karachi from 10.8.1986 to 17.8.1986. What have
you to say about it?

Ans.        It is correct.


Q.No.12    It is in evidence that you stayed in Taj Mahal
Hotel Karachi from 17.8.1986 to 5.9.1986. What
have you to say about it?

Ans.        It is correct.


Q.No.13    It is in evidence that soon after the hijacking of
the Pan Am Aircraft had ended you were found lying
injured, alongwith other injured persons, in Jinnah
Hospital Karachi. How do you explain the injuries on
your person?

- 505 -

I was injured inside the plane when the Commandoes attacked it. As a result of the injuries I fell unconscious and from there I must have been removed to the Jinnah Hospital.

It is in evidence that you were arrested on 5.9.1986, by Muhammad Yasin PW in an injured condition in Jinnah Hospital Karachi. What have you to say about it?

I do not know. I was unconscious.

No.15   It is in evidence that at the time of your arrest you were found carrying live/service-able explosive belt. Ex.PSS and a detonator Ex.P   ,on your person which were removed and taken into possession. What have you to say about it?

As I was unconscious at the time of my arrest I do not know/if the detonator   and explosives belt were taken into possession by the police in the hospital. But through-out the incident I was carrying a detonator and an explosives belt on my person.

No.16   It is in evidence that while you were admitted in the Jinnah Hospital Karachi, an identification parade was held by Ali Akbar Mogheri PW, in which parade Kaloo, Munawar Masih, Muhammad Amin, Muhammad Safdar Aamar Beg PWs and Verof Darogha PW identified you as one of the hijackers. What have you to say about it?

Ans.   It is incorrect.

Q.No.17   It is in evidence that some articles including pistol P23 were recovered and taken into possession

-6-  -506-

from under the aircraft vide memo Ex.PUUU on

5.9.1986. What have you to say about it?

Ans.    I do not know anything about it.


Q.No.18    It is in evidence that the weapons as detailed in

memo Ex.PVVV which include two SMGs, six magazines,

one pistol, four pistol magazines and two bags one

of which contained 120 rounds of SMG and the other

contained 85 rounds of pistol, were taken into

possession from inside the aircraft, on 6.9.1986.

What have you to say about it?
                                    will be
Ans.    My answer is same as made by my co-accused

Fahad and Mansoor.


Q.No.19    It is in evidence that the articles as detailed

in the recovery memo Ex.PXXX including 3 live

hand-grenades, two SMGs magazines and one detonator

were recovered from and taken into possession from

the Suzuki Carry Van bearing Registration No.227-608.

What have you to say about it?

Ans.    It is incorrect. We had left nothing in the

Suzuki Van.


Q.No.20    It is in evidence that the bullet head Ex.P25 which

was extracted from the body of Kumar son of Rajesh

Accused No. 2

-7-

- 507-

at the time of postmortem examination was found
to match with pistol P23, by Forensic Expert vide
his report Ex.PYYY, with which you had shot at
Kumar deceased. What have you to say about it?

Ans: It is incorrect. I had not thrown down the pistol ..
with which I had shot at Kumar deceased.

Q.No.21   Why the PWs have deposed against you?

Ans: My answer is the same as made by my co-accused Mansoor.

Q.No.22   Have you anything else to say?

Ans: My co-accused Salman Ali El-Tarkai has already
submitted our joint written statement which
I also signed.

Q.No.23   Would you produce defence evidence?

Ans: Yes.

Q.No.24   Would you appear as your own witness in your
defence and be examined on Oath as required
by section 340.(2) Cr.P.Code?

Ans: In view of my written reply there is no need
for me to take stand in witness-box.

RO & AC.
06.1.1988.

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi.

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi

Special Court,
Camp, Central Jail,
Adiala, Rawalpindi
6-1-88

Certified that the statement of the accused
has been recorded in my presence Ir h
correct & has been read over to the
accused.

2204