UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No.  1:06-cv-00626-PLF |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization.  I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated:  April 4, 2008                                          Respectfully submitted,

**WHITE & CASE** LLP

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008 , a copy of the foregoing Notice of Appearance of Christopher M. Curran was served upon the following parties via the Electronic Case Filing ("ECF") system:

Stuart H. Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Andy Liu
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Justin P. Murphy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Plaintiffs*

/s/ Christopher M. Curran