# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MANJULA PATEL, *et al.*,                             )
                                                    )
              *Plaintiffs*,                          )
                                                    )
       v.                                            )       Civil Action No.  1:06-cv-00626-PLF
                                                    )
SOCIALIST PEOPLE'S LIBYAN ARAB                       )
JAMAHIRIYA, *et al.*,                                )
                                                    )
              *Defendants*.                          )
_____)

## NOTICE OF APPEARANCE OF NICOLE E. ERB

       To the Clerk of this Court and all parties of record:

       Please enter my appearance in this case for Defendants Socialist People's Libyan Arab
Jamahiriya and Libyan External Security Organization.  I certify that I am a member of the bar
for the United States District Court for the District of Columbia.


Dated:  April 4, 2008                    Respectfully submitted,


                                         **WHITE & CASE** LLP

                                         /s/ Nicole E. Erb
                                         Nicole E. Erb (D.C. Bar No. 466620)
                                         701 Thirteenth Street, N.W.
                                         Washington, DC  20005
                                         Tel.:  (202) 626-3600
                                         Fax:  (202) 639-9355

                                         *Counsel for Defendants Socialist People's Libyan*
                                         *Arab Jamahiriya and Libyan External Security*
                                         *Organization*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2008, a copy of the foregoing Notice of Appearance of Nicole E. Erb was served upon the following parties via the Electronic Case Filing ("ECF") system:

Stuart H. Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Andy Liu
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Justin P. Murphy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Plaintiffs*

/s/ Nicole E. Erb