UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-cv-00626-PLF |

## NOTICE OF APPEARANCE OF FRANCIS A. VASQUEZ, JR.

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: April 4, 2008                               Respectfully submitted,

**WHITE & CASE**LLP

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, a copy of the foregoing Notice of Appearance of Francis A. Vasquez, Jr. was served upon the following parties via the Electronic Case Filing ("ECF") system:

Stuart H. Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Andy Liu
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Justin P. Murphy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Plaintiffs*

/s/ Francis A. Vasquez, Jr.