**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00626-PLF |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 83.6(c), undersigned counsel Arman Dabiri moves this court to withdraw his appearance on behalf of Defendants, Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization (collectively the "Libyan State Defendants").

The Libyan State Defendants have requested my withdrawal and will not be prejudiced in view of their engagement of new lead defense counsel, the law firm of White & Case LLP. Christopher M. Curran, Francis A. Vasquez, Jr., and Nicole E. Erb of White & Case LLP entered their appearances on behalf of the Libyan State Defendants on April 4, 2008.

Accordingly, undersigned counsel respectfully requests that the Court grant his withdrawal of appearance on behalf of the Libyan State Defendants in this case. A proposed order is attached.

Dated: April 7, 2008                                  Respectfully submitted,

                                                      //s//
                                                      Arman Dabiri (D.C. Bar. # 563351)
                                                      Law Offices of Arman Dabiri & Associates,
                                                      P.L.L.C.
                                                      1725 I St., N.W.
                                                      Suite 300
                                                      Washington, DC 20006
                                                      Tel.: (202) 349-3893
                                                      E-mail: armandab@worldnet.att.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, a copy of the foregoing Motion to Withdraw and proposed order was served upon the following parties via the Electronic Case Filing ("ECF") system:

Stuart H. Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004


*Counsel for Plaintiffs*


Christopher M. Curran
Francis A. Vasquez, Jr.
Nicole E. Erb
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005

*Counsel for Defendants*

                                                       //s//_____