# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00626-PLF |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Upon consideration of defense counsel's Motion to Withdraw Appearance on behalf of Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization it is hereby **ORDERED** that the motion is **GRANTED.**

_____
Judge Paul L. Friedman
United States District Judge


Dated: _____, 2008.