UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, et al., | ) |
| | ) |
| Plaintiffs, | ) APPEARANCE |
| | ) |
| v. | ) Civ. Action No. 06-cv-00626 (PLF) |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |

**To the Clerk of this Court and all parties of record:**

Please enter the appearances of Eric L. Lewis, Esq. (D.C. Bar No. 394643) and H. Bradford Glassman, Esq. (D.C. Bar No. 473903) as counsel in this case for Defendants Muammar Qadhafi and Abdallah Senoussi.

                              Respectfully submitted,

Date:   April 9, 2008

                            __/s/ Eric L. Lewis_____
                            Eric L. Lewis (394643)


                            __/s/ H. Bradford Glassman_____
                            H. Bradford Glassman (473903)
                            Baach Robinson & Lewis PLLC
                            1201 F Street, NW, Suite 500
                            Washington, DC 20004
                            (202) 833-8900

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 9, 2008, a true and correct copy of the foregoing Entry of Appearance was served via first class mail to the following:

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan


                                                /s/ Jonathan D. Fine
                                                  Jonathan D. Fine