UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANJULA PATEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 06-cv-626 (PLF) |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE OF DEFENDANTS QADHAFI AND SENOUSSI TO PLAINTIFFS' MOTION TO FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendants Muammar Qadhafi and Abdallah Senoussi do not oppose Plaintiffs' Motion for Leave to File a Second Amended Complaint, but reserve the right to submit a motion to dismiss the Second Amended Complaint — which purports to assert new grounds for relief — pursuant to Federal Rule of Civil Procedure 12(b). In this regard Defendants Qadhafi and Senoussi preserve, and expressly do not waive, any and all immunities, privileges, rights and defenses (including, but not limited to, constitutional defenses), that they may be entitled to raise in such a motion.

Date:  April 11, 2008

Respectfully submitted,

/ s / Eric L. Lewis_____
Eric L. Lewis (# 394643)
H. Bradford Glassman (473903)
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004
Telephone: (202) 833-8900

*Counsel for Defendants Qadhafi and Senoussi*

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 11, 2008, a true and correct copy of the foregoing Response of Defendants Qadhafi and Senoussi to Plaintiffs' Motion for Leave to File Second Amended Complaint was served via first class mail to the following:

Jamal Saeed Abdul Rahim
Adiala Jail
Rawalpindi, Pakistan

Muhammad Abdullah Khalil Hussain Ar-Rahayyal
Adiala Jail
Rawalpindi, Pakistan

Muhammad Ahmed Al-Munawar
Adiala Jail
Rawalpindi, Pakistan

Wadoud Muhammad Hafiz Al-Turk
Adiala Jail
Rawalpindi, Pakistan


                                                                         /s/ Jonathan D. Fine
                                                                           Jonathan D. Fine