UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 1:06-cv-00626-PLF |
| | ) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**THE LIBYAN STATE DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendants, the Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization (collectively the "Libyan State Defendants") do not oppose Plaintiffs' Motion for Leave to File a Second Amended Complaint, but reserve the right to submit a motion to dismiss the Second Amended Complaint — which purports to assert new causes of action — pursuant to Federal Rule of Civil Procedure 12(b). In this regard, the Libyan State Defendants preserve, and expressly do not waive, any and all immunities, privileges, rights and defenses (including, but not limited to, constitutional defenses), that they may be entitled to raise in such a motion.

Date:  April 11, 2008                    Respectfully submitted,

**WHITE & CASE** LLP

/ s / Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization*