UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANJULA PATEL, individually on her own behalf and as executor of the Estate of Surendra Patel, et al., | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 06-0626 (PLF) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) ) ) ) |  |
| Defendants. | ) ) |  |

ORDER

The Court has before it a motion to withdraw appearance filed by Arman Dabiri, Esquire, who currently represents defendants Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization (collectively the "Libyan State Defendants"). The Court notes that Mr. Dabiri's motion states that the Libyan State Defendants have requested his withdrawal and that they "will not be prejudiced in view of their engagement of new lead defense counsel." Mr. Dabiri's motion identifies the law firm of White & Case LLP and, specifically, Christopher M. Curran, Francis A. Vasquez, Jr., and Nicole E. Erb of that firm as the new lawyers. The time for filing a response to the motion to withdraw has now passed.

Based on these recent developments, the undersigned will recuse himself from further participation in this case and return this case to the Calendar Committee for random reassignment.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 24, 2008