CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, ET AL. | ) |
| | ) |
| Plaintiff | ) Criminal Case Number 06-626 (RMU) |
| | ) |
| | ) Category   E |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, ET AL. | ) |
| | ) |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 23, 2008 from Judge Paul L. Friedman to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Randomly Reassigned)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Friedman & Courtroom Deputy
      Liaison, Calendar and Case Management Committee