**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-626 (PLF) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 83.6(c), undersigned counsel Arman Dabiri moves this Court to withdraw his appearance on behalf of Muammar al-Qadhafi and Abdallah Senoussi.

Undersigned counsel was instructed by the Libyan government, as well as the law firm of White & Case which has appeared as counsel on behalf of the Libyan government, to continue as counsel on behalf of the individual defendants in their official capacity, until such time as new counsel could be retained on behalf of the individual defendants.

On April 9, 2008, a Notice of Appearance by "Eric Leslie Lewis" of the law firm of Baach Robinson & Lewis, P.L.L.C. was filed on behalf of defendants Muammar al-Qadhafi and Abdallah Senoussi.

The individual defendants will not be prejudiced by this withdrawal as they are now represented by new counsel.

A proposed order is attached hereto.

Dated:       May 7, 2008                             Respectfully Submitted,


   //s//
Arman Dabiri
Law Offices of Arman Dabiri &
     Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net