# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANJULA PATEL, *ET AL.*, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Case No: 06-626 (PLF) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *ET AL.*, | ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defense counsel's Motion to Withdraw Appearance on behalf of Muammar al-Qadhafi and Abdallah Senoussi, it is hereby

**ORDERED** that the motion is **GRANTED.**


Dated: _____, 2008

 _____
 United States District Judge