

<span style="color:red">Media Note</span>
**Office of the Spokesman**
Washington, DC
May 30, 2008

# Joint Statement by the United States and Libya

Following is the text of a joint statement by the United States and Libya:

Begin Text:

Representatives of the United States and Libya met in London May 28-29 to begin negotiations on a claims settlement agreement. Both parties affirmed their desire to work together to resolve all outstanding claims in good faith and expeditiously through the establishment of a fair compensation mechanism.

In this context, both parties reiterated their commitment to further develop bilateral cooperation. They affirmed their mutual cooperation to combat terrorism. They also recognized the 2003 historic and courageous decision taken by Leader Qadhafi to renounce weapons of mass destruction.

**2008/438**

Released on May 30, 2008

 BACK TO TOP

Published by the U.S. Department of State Website at http://www.state.gov maintained by the Bureau of Public Affairs.